Eric Lechtzin (State Bar No. 248958)
Marc H. Edelson (*Pro Hac Vice*)
EDELSON LECHTZIN LLP
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
Email: elechtzin@edelson-law.com
Email: medelson@edelson-law.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION** | **MDL No. 25-md-3149-BEN-MSB**<br><br>**APPLICATION OF MARC H. EDELSON OF EDELSON LECHTZIN LLP TO SERVE ON THE PLAINTIFF STEERING COMMITTEE** |

Pursuant to Case Management Order No. 2, Marc H. Edelson of Edelson Lechtzin LLP hereby seeks to be appointed as a member of the Plaintiff Steering Committee with respect to all cases transferred to this Court pursuant to 28 U.S.C. § 1407.

## BACKGROUND

I am a founding member of Edelson Lechtzin LLP, a national class action law firm in suburban Philadelphia. The firm advocates on behalf of consumers, employees, and businesses in class action litigation involving anticompetitive business practices, ERISA retirement plans, unpaid wages and overtime claims, and consumer fraud, including data breach litigation. We are active members of the National Association of Consumer Advocates ("NACA"), and regularly lecture at NACA-sponsored consumer protection litigation conferences.

Both my partner, Eric Lechtzin, and I have served as lead or co-lead counsel and as members of executive committees, in numerous class actions spanning several decades involving both multi-district and non-multidistrict state and federal class actions. In a recently settled matter, Judge Stephen J. Murphy noted at the final approval hearing that, "Overall this case has been a model of efficient federal litigation. The lawyers worked well to achieve a settlement that was fair and reasonable for all class members." *Slavens v. Meritor, Inc.*, No. 2:20-cv-13047 (E.D. Mich.) (transcript from final approval hearing, at 14).

### A. Availability to Commit to a Time-Consuming Project

I, along with my partner, Eric Lechtzin, and associates, Andrew Lapat, Sati Gibson, and Liberato Verderame are fully committed to prosecuting this matter and will commit as much time as is required. *See*, Firm Summary at Exhibit A.

### B. Ability to Work Cooperatively with Others

As a career class action attorney, I have worked with many of the attorneys and law firms that have filed cases in this matter. The same is true for all of the attorneys at Edelson Lechtzin LLP. Many of these relationships date back several decades. I look forward to working cooperatively with all the attorneys in this litigation. *See*, proposed Case Structure at Exhibit B.

### C. Professional Experience in This Type of Litigation

Over the past several years, we have devoted a significant amount of time to data breach litigation. Current data breach class actions in which Edelson Lechtzin has been appointed to leadership positions include: *Verderame v. Futurity First Insurance Group, LLC*, No. 3:24-cv-01262 (D. Conn.) (Lead Counsel); *Signorino v. Affiliated Dermatologists*, No. MRS-L-001106-24 (Superior Ct. of NJ) (Co-Lead Counsel); *Gales v. Ohio Lottery Commission*, No. 2024-00434JD (Court of Claims Ohio) (Co-Lead Counsel); *Dudley v. Fortive. Corp.*, No. 2:24-cv-01668, (W.D.WA) (Co-Lead Counsel); *In re Avis Rent A Car System, LLC Security Incident Litig.*, No. 2:24-cv-09243 (D. N.J.) (Co-Lead Counsel); *Sinitsa v. CUSO Financial Services, LP*, No. 3:24-cv-02290, (C.D. Cal.) (Co-Lead Counsel); *Atta v. California Cryobank, LLC*, No. 2:25-cv-02549 (C.D. CA) (Co-lead counsel); *Lim v. Tradezero Americas, Inc.*, No. 1:99-mc-09999 (D. Del.) (Co-Lead Counsel); *Feathers v. On Q Financial, LLC*, No. 2:24-cv-00811 (D. AZ.) (Co-Lead Counsel); *Mikolaitis v. Ward Transport & Logistics Corp.*, No. 2:24-cv-01565 (W.D. Pa.) (Class Counsel); and *Corralejo v. Baymark Health Services, Inc.,* No. 4:25-cv-00174 (E.D. TX.) (Co-Lead Counsel). We have been appointed to committee roles in many other cases.

### D. Capacity to Commit Necessary Resources to Pursue this Matter

Edelson Lechtzin LLP has both the manpower and finances to successfully prosecute this matter. I left an established class action firm in 1989 and started my

own practice. Since inception, I have never required the use of third-party funding.

My firm's capabilities and financial resources were expanded in May 2020, when I partnered with Eric Lechtzin, who was previously a Shareholder at a large class action law firm in Philadelphia.

### E. Position Sought

I am seeking a position as a member of the Steering Committee.

Dated: May 23, 2025   Respectfully submitted,

*/s/Marc H. Edelson*
Marc H. Edelson (*Pro Hac Vice*)
Eric Lechtzin (State Bar No. 248958)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
Email: elechtzin@edelson-law.com
Email: medelson@edelson-law.com