# EXHIBIT B

## CASE STRUCTURE

I. Lead Counsel
II. Steering Committee
III. Sub Committees to be supervised by the Steering Committee to include:
    A. Discovery Committee: Responsibilities to include negotiating an ESI Protocol and Protective Order, issuing discovery requests, and creating and managing the document database in conjunction with a third party vendor
    B. Briefing Committee
    C. Settlement Committee
    D. Class Action and Direct Action School District Coordination Committee
    E. Plaintiff Vetting Committee