Gustafson Gluek PLLC
Dennis Stewart (CA #99152)
David A. Goodwin (*Admitted Pro Hac Vice*)
Gabrielle M. Kolb (*Admitted Pro Hac Vice*)
Canadian Pacific Plaza
120 South Sixth St, Ste 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re* POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC DATA SECURITY BREACH LITIGATION | Case No.: 25-MD-3149-BEN-MSB<br><br>Class Action<br><br>Hon. Roger T. Benitez<br><br>**APPLICATION OF DAVID A. GOODWIN OF GUSTAFSON GLUEK PLLC TO SERVE ON THE PLAINTIFFS' STEERING COMMITTEE** |

Pursuant to this Court's Case Management Order No. 2 ("CMO2"), David A. Goodwin with Gustafson Gluek PLLC ("GG") hereby seeks appointment to the Plaintiffs' Steering Committee in this matter. As a member of the Plaintiffs' Steering Committee, Mr. Goodwin and GG would bring their extensive data breach class action experience and resources to vigorously prosecute this action on behalf of the Plaintiffs and proposed class. GG partner, Dennis Stewart, with an office just steps from this Court, will provide local practice experience and responsiveness.

## CASE MANAGEMENT ORDER NO. 2

In CMO 2, this Court set out the criteria for considering leadership appointments in this case: (1) a willingness to commit to a time-consuming process which will include monthly meetings with the Court; (2) an ability to work cooperatively with others; (3) professional experience in this type of litigation; (4) access to sufficient resources to advance the litigation in a timely manner; and (5) an associate attorney with approximately five years of experience to be named as an adjunct to designated counsel and who will assist with the duties expected is preferred, but not required. CMO2 at 6. As set forth below, David Goodwin and GG amply satisfy these criteria.

**1.      Willingness and Ability to Commit to a Time-Consuming Process**

Mr. Goodwin and his GG team are willing to commit the time and energy to prosecute this important case on behalf of Plaintiffs and the proposed class. While GG is headquartered in Minneapolis, it also has an office in San Diego on West Broadway, just blocks from this Court.

**2.      Ability to Work Cooperatively with Others**

Mr. Goodwin and the GG team have a well-established record of working cooperatively with co-counsel and opposing counsel while being zealous advocates for their clients. Before filing here, GG expended significant time and effort thoroughly investigating the claims pending against Defendant. Since filing, GG has been an active participant in the litigation collaborating with other plaintiffs' counsel regarding consolidation, attending and arguing at the April 2025 MDL panel, and appearing at the May 2025 Case Management Conference.

### 3. Professional Experience in this Type of Litigation

Mr. Goodwin and the GG team have extensive experience in complex class actions and data breach litigation, as set forth above and in the attached Firm Resume (Ex. A) and their repeated appointments to leadership roles in large class actions, including major data breach cases, around the nation. Some of those appointments are set forth in the attached Firm Resume and include *Crowell v. FCA U.S. LLC* (D. De.) (Co-Lead Counsel), *Okash v. Essentia Health* (D. Minn.), *In re Brady Martz Data Security Litigation* (D. N.D.) (Interim Co-Lead Counsel), *Kevin Brnich Electric LLC et al. v. Siemens Industry Inc.* (N.D. Ga.) (Executive Committee), *In re Negain Data Breach Litigation* (D. Minn.) (Executive Committee)*, Gisairo v. Lenovo* (United States) *Inc.* (D. Minn.), *B.H., a minor by and through his legal guardian, Angela Hogan v. Amazon.com, Inc.* (ND Il.), among many other cases. GG partner Dan Gustafson was recently named overall lead counsel in *In re Change Healthcare, Inc. Customer Data Security Breach Litigation,* MDL No. 24-3108 (D. Minn, 2024), which is the largest known healthcare data breach. Mr. Goodwin is actively involved in the management of the patient data breach track of this case.

### 4. Access to Sufficient Resources to Advance the Litigation in a Timely Manner

As demonstrated by their repeated appointment to leadership roles in large, complex class actions, GG has the resources to prosecute this case in a timely manner. GG has never used outside third-party financing, and it will not be doing so in this matter.

### 5. An Experienced Associate Attorney to be Named as an Adjunct

Gustafson Gluek associate Gabrielle Kolb is ready and willing to serve as an adjunct in this matter. GG values the contributions of its associates and works to elevate them with meaningful experience.

Ms. Kolb argued before the MDL panel in April (presenting the novel argument that Minneapolis is the San Diego of the Midwest). She is also active in the Change Healthcare Data Breach Litigation, among other complex class actions.

### CONCLUSION

For the reasons set forth above, David A. Goodwin seeks appointment to the Plaintiffs' Steering Committee in this matter.

Dated: May 23, 2025        /s/David A. Goodwin
                           Daniel E. Gustafson
                           Dennis J. Stewart
                           David A. Goodwin (*Admitted Pro Hac Vice*)
                           Gabrielle M. Kolb (*Admitted Pro Hac Vice*)
                           **GUSTAFSON GLUEK PLLC**
                           120 South 6th Street, Suite 2600
                           Minneapolis, MN 55402
                           612-333-8844
                           dgustafson@gustafsongluek.com
                           dstewart@gustafsongluek.com
                           dgoodwin@gustafsongluek.com
                           gkolb@gustafsongluek.com

*Attorneys for Plaintiffs Amy and John Hauser*