# Exhibit A



**FIRM RESUME**

**Firm Overview**

Gustafson Gluek PLLC is a 24-attorney law firm with a national practice specializing in complex litigation. The firm has offices in Minneapolis, Minnesota and San Diego, California. Gustafson Gluek attorneys seek to vindicate the rights of, and recover damages for, those harmed by unfair business practices, such as failing to secure consumer data, illegal price fixing, deceptive trade practices, and the distribution of unsafe medical devices.

**Partner—David A. Goodwin**

David A. Goodwin is a member of Gustafson Gluek. When Mr. Goodwin joined the Firm in 2008, he began practicing in the areas of antitrust, securities and consumer protection. Since then, he has represented many small businesses and individuals in litigating their claims against some of the largest companies in the world.

Mr. Goodwin is currently or has recently worked on several cases in which Gustafson Gluek has obtained leadership positions or is actively involved, including: *In Re: Group Health Plan Litig.* (D. Minn.) (data breach); *Crowell, et al. v. FCA US, LLC* (D. De.) (Co-Lead Counsel); *Thelen, et al., v. HP. Inc.* (D. De.); *Salinas, et al., v. Block, Inc., et al.,* (N.D. Cal.) (data breach); *Hogan v. Amazon, Inc.* (N.D. Ill.) (Executive Committee); *Gisairo v. Lenovo (United States) Inc.* (D. Minn.); *Okash v. Essentia Health* (D. Minn.) (Meta Pixel Data Tracking), *In re Brady Martz Data Security Litigation* (D. N.D.) (Interim Co-Lead Counsel); and *In re Change Healthcare, Inc. Customer Data Security Breach Litigation* (D. Minn, 2024) (Overall Lead Counsel).

**Associate—Gabrielle M. Kolb**

Gabrielle M. Kolb joined Gustafson Gluek as an associate after clerking for Chief Justice Natalie Hudson on the Minnesota Supreme Court. Since joining the firm, she has been actively involved in the *In re Change Healthcare, Inc. Customer Data Security Breach Litigation*, gaining valuable experience in litigating complex data breach class actions.