Brian P. Murray (*pro hac vice*)
**GLANCY PRONGAY & MURRAY LLP**
bmurray@glancylaw.com
230 Park Avenue, Suite 358
New York, New York 10169
Telephone: (212) 682-5340

*Proposed Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION | Case No. 25-md-3149-BEN-MSB<br><br>**APPLICATION OF BRIAN P. MURRAY FOR EAST COAST LEAD COUNSEL** |

## I. <u>Introduction</u>

Pursuant to the Court's Order Granting Case Management Order No. 2, dated May 16, 2025 ("Order No. 2") [ECF No. 134], Brian P. Murray of Glancy Prongay & Murray LLP hereby applies for the position of Co-Lead Counsel representing the East Coast of the United States.

Mr. Murray possesses the experience, and resources to successfully prosecute this action. His firm is a recognized and successful class action and data breach firm with a demonstrated commitment to "fulfill their obligations as advocates in a manner that will foster and sustain good working relations among fellow counsel and with the court." See MANUAL FOR COMPLEX LITIGATION § 10.21 (4th ed. 2004). Mr. Murray and Glancy Prongay & Murray LLP should be appointed based on their extensive knowledge, experience, and recognition in class action litigation, and specifically data breach litigation.

## II. Mr. Murray and Glancy Prongay & Murray LLP Meet the Criteria Section in ¶ 4 of Order No. 2

### 1. Willingness and Ability to Commit to the Litigation

Mr. Murray and his firm have the willingness and ability to commit to this litigation. Currently, Mr. Murray is actively litigating an arbitration claim against E&Y on behalf of the Litigation Trustee for First NBC Bank Holding Company. He has just concluded or is in the process of concluding two data breach cases in which he is co-lead counsel and will have the time available to concentrate on this litigation.

### 2. Ability to Work Cooperatively With Others

Mr. Murray and his firm have worked cooperatively with other firms in the class action field for over 30 years. Mr. Murray has been co-lead counsel in many class action cases over the past 30 years, including data breach cases. *See*, *e.g*., *Newman v. Audience View Ticketing Corp.*, 23-cv-3764 (S.D.N.Y); *Mortensen v. Nat'l Cable Communications*, 654441/2024 (N.Y. Sup.); *Whalen v. Gunster, Yoakley & Stewart, PA*, Case No 9:24-cv-80612 (S.D. Fla.).

### 3. Professional Experience in This Type of Litigation

Mr. Murray and GPM have proven management and leadership capabilities, excellent and diverse legal skills, and importantly, thorough knowledge of the subject matters and issues critical to this case. Most importantly, Mr. Murray and GPM has significant knowledge and expertise in prosecuting consumer privacy and data breach claims.

Over the past 25 years, GPM has successfully prosecuted large securities, antitrust, consumer, and other class actions in federal and state courts throughout the country. As Lead Counsel or as a member of Plaintiffs' Counsel Executive Committees, GPM has recovered billions of dollars for parties wronged by corporate fraud and anti-competitive conduct. Indeed, the Institutional Shareholder Services unit of RiskMetrics Group has recognized GPM as one of the top plaintiffs' law firms in the United States in its Securities Class Action Services report for every year since the inception of the report in 2003.

GPM's experience is further detailed in its firm résumé, attached hereto as Exhibit 1. The preferred case structure is attached as Exhibit 2.

**4. GPM Has The Resources To Prosecute This Case Effectively**

GPM has ample resources to prosecute this litigation, from discovery through motion practice, trial, and appeals. Importantly, as with experience, the legal and financial resources of GPM are significant.

GPM, a law firm with offices in Los Angeles, and New York, has over 35 lawyers who specialize in litigating complex class actions. GPM has successfully litigated, and even taken to trial, many complex class actions, (*see*, *e.g.*, *In re Korean Ramen Antitrust Litig*. (13-cv-4115 N.D. Cal.) and *Quackenbush v. American Honda Motor Co.* (2020cv05599 N.D. Cal.)) and has repeatedly demonstrated that it has the lawyers, personnel, and financial resources necessary to efficiently and effectively manage class action litigations like this one. GPM has ample financial resources and does not use litigation funding to finance cases.

**5. Thomas Kennedy of GPM Will Serve as Adjunct to Mr. Murray**

Thomas Kennedy, an associate at GPM, has over 30 years of legal experience. He received a Juris Doctor degree from St. John's University School of Law in 1995. At St. John's, he was a member of the St. John's Journal of Legal Commentary. Mr. Kennedy graduated from Miami University in 1992 with a Bachelor of Science degree in Accounting and has passed the CPA exam. Mr. Kennedy was counsel in a consumer trial against Damark International, which was tried to verdict in New Jersey state court.

**III. <u>Conclusion</u>**

For the foregoing reasons, the Court should appoint, as Co-Lead Counsel from the East Coast, or, in the alternative, a position on the Plaintiffs' Steering Committee, Mr. Murray and Glancy Prongay & Murray LLP.

Dated: May 23, 2025

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Brian P. Murray*
Brian P. Murray (*pro hac vice*)
bmurray@glancylaw.com
230 Park Avenue, Suite 358
New York, New York 10169
Telephone: (212) 682-5340

*Proposed Co-Lead Counsel*