# EXHIBIT 2

CASE STRUCTURE

1. Three Co-Lead Counsel, as per Order No. 2

2. Steering Committee of no more than four firms

3. Each member of the Steering Committee to chair one of the following sub-committees:
    A. Plaintiff Vetting and Complaint
    B. Discovery
    C. Law and Briefing
    D. Class Certification