FRANTZ LAW GROUP, APLC
James P. Frantz, Esq. (SBN 87492)
jpf@frantzlawgroup.com
William B. Shinoff, Esq. (SBN 280020)
wshinoff@frantzlawgroup.com
Edward M. Burak, Esq. (SBN 361196)
eburak@frantzlawgroup.com
Kristin J. Westphal, Esq. (SBN 202046)
kwestphal@frantzlawgroup.com
402 W. Broadway, Ste. 860
San Diego, CA 92101
T: (619) 233-5945
F: (619) 525-7672

*Attorneys for School District Direct Action Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No.: 3:25-md-03149-BEN-MSB<br><br>**STIPULATION RE: SCHOOL DISTRICT DIRECT ACTION CONSOLIDATED MASTER COMPLAINT; [PROPOSED] ORDER** |

## STIPULATION AND ORDER

School District Direct Action Plaintiffs and Defendants PowerSchool Holdings, Inc., PowerSchool Group LLC, and Bain Capital, L.P. (collectively, the “Stipulating Parties”) by and through their undersigned counsel hereby stipulate and agree as follows:

**WHEREAS**, the School District Direct Action Plaintiffs are each individual school districts that have filed their own complaints against one or more Defendants, in actions that have been transferred to this Court by the Judicial Panel on Multidistrict Litigation or that have been filed in this Court as part of this multidistrict litigation (“MDL”);

**WHEREAS**, particularly in light the fact that the School District Direct Actions are not class action cases, the Stipulating Parties continue to meet and confer about the

structure and timing of a Master Consolidated Complaint, Joint Proposed Short Form Complaint, and anticipated responses to those complaints, in order to present a proposal to the Court for streamlining the pleadings and initial motion practice for the School District Direct Actions;

**WHEREAS**, in Case Management Order No. 1 ("CMO No. 1"), ECF No. 60, the Court stated that it anticipated ordering a Schedule after Co-Lead Counsel were appointed that would include a deadline to file a Master Consolidated Complaint 30 days after Co-Lead Counsel are appointed;

**WHEREAS,** the Court appointed School District Direct Action Co-Lead Counsel and School District Class Action Lead Counsel in Case Management Order No. 3 ("CMO No. 3"), ECF No. 156, on May 22, 2025, and 30 days following that appointment is June 27, 2025;

**WHEREAS**, the Court did not enter any subsequent scheduling order;

**WHEREAS**, the Court appointed Interim Lead Counsel for the User Class Action Plaintiffs, Co-Lead Counsel for the Teacher Union(s) Plaintiffs, and Co-Lead Counsel for School District Direct Action Plaintiffs in CMO No. 4 on June 17, 2025;

**WHEREAS**, the Court scheduled a Case Management Conference for July 18, 2025; and

**WHEREAS**, the Stipulating Parties intend to submit a stipulation before the July 18, 2025 Case Management Conference that proposes a structure and schedule for the filing of the School District Direct Action Consolidated Complaint, accompanying Short Form Complaints, and any responses to the complaints.

**WHEREFORE, IT IS STIPULATED AND AGREED BY THE STIPULATING PARTIES, SUBJECT TO THIS COURT'S APPROVAL, THAT:**

1. Any deadline for filing a School District Direct Action Consolidated Master Complaint is extended beyond June 27, 2025; and

2. In the interest of judicial efficiency, economy, and consistency, the structure and schedule for the filing of the School District Direct Action Consolidated Master Complaint, accompanying Short Form Complaint, and any related responses to the complaints shall follow the Stipulating Parties' forthcoming proposal to the Court and the schedule that the Court ultimately establishes for all cases in this MDL following the July 18, 2025 Case Management Conference.

**IT IS SO STIPULATED.**

DATED: June 27, 2025

**FRANTZ LAW GROUP, APLC**

/s/ *William B. Shinoff, Esq.*
William B. Shinoff
James P. Frantz
Kristin J. Westphal
Edward M. Burak
*Attorneys for School District Direct Action Plaintiffs*

DATED: June 27, 2025

**ROPES & GRAY LLP**

/s/ *Anne Johnson Palmer*
Anne Johnson Palmer
3 Embarcadero Center Suite 300
San Francisco, CA 94111-4006
415-315-6337
Anne.JohnsonPalmer@ropesgray.com

Monica Mleczko (pro hac vice)
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
617-235-4082
Monica.Mleczko@ropesgray.com

*Attorneys for Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC and Bain Capital, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Southern District of California by using the CM/ECF system on June 28, 2025. I further certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Rosa Urias