FRANTZ LAW GROUP, APLC
James P. Frantz, Esq. (SBN 87492)
jpf@frantzlawgroup.com
William B. Shinoff, Esq. (SBN 280020)
wshinoff@frantzlawgroup.com
Edward M. Burak, Esq. (SBN 361196)
eburak@frantzlawgroup.com
Kristin J. Westphal, Esq. (SBN 202046)
kwestphal@frantzlawgroup.com
402 W. Broadway, Ste. 860
San Diego, CA 92101
T: (619) 233-5945
F: (619) 525-7672

*Attorneys for School District Direct Action Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No.: 3:25-md-03149-BEN-MSB<br><br>**ORDER GRANTING STIPULATION RE: SCHOOL DISTRICT DIRECT ACTION CONSOLIDATED MASTER COMPLAINT** |

**ORDER**

Pursuant to the foregoing Stipulation, and GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that:

1. Any deadline for filing a School District Direct Action Consolidated Master Complaint is extended beyond June 27, 2025; and

2. In the interest of judicial efficiency, economy, and consistency, the structure and schedule for the filing of the School District Direct Action Consolidated Master Complaint, accompanying Short Form Complaint, and any related responses to the complaints shall follow the Stipulating Parties' forthcoming proposal to the Court and the schedule that the

Court ultimately establishes for all cases in this MDL following the July 18, 2025 Case Management Conference.

**IT IS SO ORDERED.**

DATED: June 30, 2025

_____
Honorable Roger T. Benitez
Judge of the Southern District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28