David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY**
**FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
*Co-Lead Counsel for Class Action Plaintiffs (Track One)*

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
*Co-Lead Counsel for Teachers Unions Plaintiffs (Track One)*

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
*Co-Lead Counsel for Individual Action Plaintiffs (Track One)*

**Admitted Pro Hac Vice*
[Additional Counsel listed below]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 25-md-03149-BEN-MSB<br><br>**JOINT MOTION REGARDING SCHEDULE FOR CONSOLIDATED COMPLAINT AND RELATED BRIEFING (TRACK ONE)** |

The Class Action, Teachers Union, and Individual Action Plaintiffs (Track One Plaintiffs) and Defendants jointly move the Court to continue the date to file the Track One Plaintiffs' consolidated complaint and to set a briefing schedule for the forthcoming motion to dismiss.

In Management Order No. 2, the Court included a proposed briefing schedule for the consolidated complaints pending appointment of Plaintiffs' Co-Lead Counsel. ECF No. 134, ¶ 9. On June 17, 2025, the Court appointed Co-Lead Counsel for the Track One Plaintiffs. ECF No. 221. Under the proposed briefing schedule, the Track One consolidated complaint is due on July 17, 2025. ECF No. 134, ¶ 9. On June 30, 2025, the Court extended the deadline to for the School District Direct Action Plaintiffs to file their consolidated complaint. ECF No. 233. The Court's order contemplates the imposition of one master schedule for both Tracks following the July 18, 2025 Case Management Conference to further "the interest of judicial efficiency, economy, and consistency." ECF No. 233.

The Parties have met and conferred and have agreed to the following proposed schedule that would govern motion practice for Track One:

- Consolidated Complaint: August 11, 2025
- Motion to Dismiss: October 10, 2025
- Opposition to Motions to Dismiss: December 9, 2025
- Reply: January 8, 2026

The Parties will present this agreement to the Court, as part of a master schedule including a motion schedule for Track 2, in a brief joint status report in advance of the July 18, 2025 case management conference.

/ / /

/ / /

/ / /

/ / /

Dated: July 14, 2025

*/s/ David S. Casey, Jr.*
Co-Lead Counsel for Class Action Plaintiffs
Email: casey@cglaw.com

Dated: July 14, 2025

*/s/Anne Johson Palmer*

Anne Johnson Palmer, Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

Monica Mleczko, Mass. State Bar No. 696607*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: 617-235-4082

Christopher M. Young
christopher.young@dlapiper.com

**DLA PIPER LLP US**
4365 Executive Drive, Suite 1100
San Diego, CA 92121

## ATTESTATION OF ELECTRONIC SIGNATURES

I, David S. Casey Jr., hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties as required by Section 2(f)(4) of the ECF Administrative Policies and Procedures Manual.

Dated: July 14, 2025

*/s/ David S. Casey, Jr.*
Liaison Counsel for Plaintiffs
Email: casey@cglaw.com