# EXHIBIT A

| Leadership Position | Attorney/Paralegal | Firms | Address | City | State | Zip | Telephone | Email | Cases |
|---|---|---|---|---|---|---|---|---|---|
| | Andrew W. Ferich | Ahdoot & Wolfson, PC | 201 King of Prussia Road, Suite 650 | Radnor | PA | 19087 | 310-474-9111 | aferich@ahdootwolfson.com | Schwartz v. PowerSchool Holdings, Inc., No. 3:25-cv-00981 |
| | Melissa Ryan Clark | Ahdoot & Wolfson, PC | 521 5th Avenue, 17th Floor | New York | NY | 10175 | 310-474-9111 | mclark@ahdootwolfson.com | Schwartz v. PowerSchool Holdings, Inc., No. 3:25-cv-00981 |
| | Sarper Unal | Ahdoot & Wolfson, PC | 2600 West Olive Avenue, Suite 500 | Burbank | CA | 91505 | 310-474-9111 | sunal@ahdootwolfson.com | Schwartz v. PowerSchool Holdings, Inc., No. 3:25-cv-00981 |
| | Tina Wolfson | Ahdoot & Wolfson, PC | 2600 West Olive Avenue, Suite 500 | Burbank | CA | 91505 | 310-474-9111 | twolfson@ahdootwolfson.com | Schwartz v. PowerSchool Holdings, Inc., No. 3:25-cv-00981 |
| Track Two Class Action PSC | M. Anderson Berry | Arnold Law Firm | 865 Howe Avenue | Sacramento | CA | 95825 | 916-777-7777 | aberry@justice4you.com | A.A. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00953; Mayfeild v. PowerSchool Group, LLC, et al., No. 3:25-cv-00966; Spicuzza, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01016 |
| | Gregory Haroutunian | Arnold Law Firm | 865 Howe Avenue | Sacramento | CA | 95825 | 916-777-7777 | gharoutunian@justice4you.com | A.A. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00953 |
| Track Two Direct Action PSC | Daniel Shinoff | Artiano Shinoff | 3636 Fourth Avenue, Suite 200 | San Diego | CA | 92103 | 619-232-3122 | dshinoff@as7law.com | |
| Track Two Direct Action PSC | Gil Abed | Artiano Shinoff | 3636 Fourth Avenue, Suite 200 | San Diego | CA | 92103 | 619-232-3122 | gabed@as7law.com | |
| Track One PSC | E. Michelle Drake | Berger Montague PC | 1229 Tyler Street Northeast, Suite 205 | Minneapolis | MN | 55413 | 612-594-5933 | emdrake@bm.net | Zarate v. PowerSchool Holdings, Inc., No. 3:25-cv-00985 |
| | Ariana Beth Kiener | Berger Montague PC | 1229 Tyler Street Northeast, Suite 205 | Minneapolis | MN | 55413 | 612-666-3066 | akiener@bm.net | Zarate v. PowerSchool Holdings, Inc., No. 3:25-cv-00985 |
| | James Hannaway | Berger Montague PC | 1001 G Street, NW, Suite 400 East | Washington | DC | 20001 | 202-559-9740 | jhannaway@bergermontague.com | Zarate v. PowerSchool Holdings, Inc., No. 3:25-cv-00985 |
| | Jean Hibray | Berger Montague PC | 1229 Tyler Street Northeast, Suite 205 | Minneapolis | MN | 55413 | 612-666-3066 | jhibray@bergermontague.com | Zarate v. PowerSchool Holdings, Inc., No. 3:25-cv-00985 |
| | Mark DeSanto | Berger Montague PC | 1818 Market Street, Suite 3600 | Philadelphia | PA | 19103 | 215-875-3046 | mdesanto@bm.net | Zarate v. PowerSchool Holdings, Inc., No. 3:25-cv-00985 |
| | Sophia Rios | Berger Montague PC | 8241 La Mesa Blvd, Suite A | La Mesa | CA | 91942 | 619-489-0300 | srios@bm.net | Zarate v. PowerSchool Holdings, Inc., No. 3:25-cv-00985 |
| | Anne K. Davis | Bleichmar Fonti & Auld LLP | 1330 Broadway, Suite 630 | Oakland | CA | 94612 | 415-445-4016 | adavis@bfalaw.com | Wright v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01014; Lockhart, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01004 |
| | Joshua D. Samra | Bleichmar Fonti & Auld LLP | 1330 Broadway, Suite 630 | Oakland | CA | 94612 | 415-445-4016 | jsamra@bfalaw.com | Wright v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01014 |
| | Lesley E. Weaver | Bleichmar Fonti & Auld LLP | 1330 Broadway, Suite 630 | Oakland | CA | 94612 | 415-445-4003 | lweaver@bfalaw.com | Wright v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01014; Lockhart, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01004 |
| Track One PSC | Albert Y. Chang | Bottini & Bottini, Inc. | 7817 Ivanhoe Ave., Suite 102 | La Jolla | CA | 92037 | 858-914-2001 | achang@bottinilaw.com | Ingram v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01284 |
| | Aaron P. Arnzen | Bottini & Bottini, Inc. | 7817 Ivanhoe Ave., Suite 102 | La Jolla | CA | 92037 | 858-914-2001 | aarnzen@bottinilaw.com | Ingram v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01284 |
| | Francis A. Bottini, Jr. | Bottini & Bottini, Inc. | 7817 Ivanhoe Ave., Suite 102 | La Jolla | CA | 92037 | 858-914-2001 | fbottini@bottinilaw.com | Ingram v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01284 |
| | Kiley L. Grombacher | Bradley/Grombacher LLP | 31365 Oak Crest Drive, Suite 240 | Westlake Village | CA | 91361 | 805-270-7100 | kgrombacher@bradleygrombacher.com | Faircloth v. PowerSchool Group LLC, et al., No. 3:25-cv-00971 |
| | John Philip Rondini | Brooks Kushman P.C. | 1000 Town Center, 22nd Floor | Southfield | MI | 48075 | 248-358-4400 | jrondini@brookskushman.com | S.H. et al v. Powerschool Holdings, Inc. et al., No. 3:25-cv-01142 |
| | Matthew M. Jakubowski | Brooks Kushman P.C. | 150 West Second Street, Suite 400n | Royal Oak | MI | 48067 | 248-358-4400 | mjakubowski@brookskushman | S.H. et al v. Powerschool Holdings, Inc. et al., No. 3:25-cv-01142 |
| | Muhammad A. Siwani | Brooks Kushman P.C. | 150 West Second Street, Suite 400n | Royal Oak | MI | 48067 | 248-358-4400 | msiwani@brookskushman.com | S.H. et al v. Powerschool Holdings, Inc. et al., No. 3:25-cv-01142 |
| Track Two Class Action Lead | James E. Cecchi | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | 5 Becker Farm Road | Roseland | NJ | 07068 | 973-994-1700 | jcecchi@carellabyrne.com | Cabrera v. PowerSchool, No. 3:25-cv-00996; Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01257 |
| | Jason Henry Alperstein | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | 5 Becker Farm Road | Roseland | NJ | 07068 | 973-994-1700 | jalperstein@carellabyrne.com | Cabrera v. PowerSchool, No. 3:25-cv-00996; Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01257 |
| | Jordan M. Steele | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | 5 Becker Farm Road | Roseland | NJ | 07068 | 973-994-1700 | jsteele@carellabyrne.com | Cabrera v. PowerSchool, No. 3:25-cv-00996; Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01257 |
| | Michael A. Innes | Carella, Byrne, Cecchi, Brody & Agnello, P.C. | 5 Becker Farm Road | Roseland | NJ | 07068 | 973-994-1700 | minnes@carellabyrne.com | Cabrera v. PowerSchool, No. 3:25-cv-00996; Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01257 |
| Track One Co-Lead | David S. Casey, Jr. | Casey Gerry Francavilla Blatt LLP | 110 Laurel St. | San Diego | CA | 92101 | 619-238-1811 | dcasey@cglaw.com | August v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01012 |
| | Cass Lazar | Casey Gerry Francavilla Blatt LLP | 110 Laurel St. | San Diego | CA | 92101 | 619-238-1811 | clazar@cglaw.com | August v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01012 |
| | David S. Casey, III | Casey Gerry Francavilla Blatt LLP | 110 Laurel St. | San Diego | CA | 92101 | 619-238-1811 | d3@cglaw.com | August v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01012 |
| | Gayle M. Blatt | Casey Gerry Francavilla Blatt LLP | 110 Laurel St. | San Diego | CA | 92101 | 619-238-1811 | gmb@cglaw.com | August v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01012 |
| | Jennifer Lynn Connor | Casey Gerry Francavilla Blatt LLP | 110 Laurel St. | San Diego | CA | 92101 | 619-238-1811 | jconnor@cglaw.com | August v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01012 |
| | Michael Joseph Benke | Casey Gerry Francavilla Blatt LLP | 110 Laurel St. | San Diego | CA | 92101 | 619-607-9849 | mbenke@cglaw.com | August v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01012 |
| | Patricia Camille Guerra | Casey Gerry Francavilla Blatt LLP | 110 Laurel St. | San Diego | CA | 92101 | 619-238-1811 | camille@cglaw.com | August v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01012 |
| | Chuck Gabriel | Chalmers Adams Backer & Kaufmann, PLLC | 13200 Strickland Rd., Suite 114-177 | Raleigh | NC | 27613 | 919-803-2635 | CDGabriel@chalmersadams.com | White v. PowerSchool Holdings, Inc., No. 3:25-cv-00973 |
| | Jonathan R. Marx | Chalmers Adams Backer & Kaufmann, PLLC | 204 N. Person St. | Raleigh | NC | 27601 | 919-701-0125 | jmarx@chalmersadams.com | White v. PowerSchool Holdings, Inc., No. 3:25-cv-00973 |
| | Bryan L. Bleichner | Chestnut Cambronne Pa | 100 Washington Ave South, Suite 1700 | Minneapolis | MN | 55401 | 612-339-7300 | bbleichner@chestnutcambronne.com | Hauser, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-01003 |

| Leadership Position | Attorney/Paralegal | Firms | Address | City | State | Zip | Telephone | Email | Cases |
|---|---|---|---|---|---|---|---|---|---|
| | Philip J. Krzeski | Chestnut Cambronne PA | 100 Washington Ave South, Suite 1700 | Minneapolis | MN | 55401 | 612-767-3613 | pkrzeski@chestnutcambronne.com | Hauser, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-01003 |
| Track One PSC | Yana Hart | Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu | CA | 90265 | 213-788-4050 | yhart@clarksonlawfirm.com | Flick, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00969 |
| | Bryan Paul Thompson | Clarkson Law Firm, P.C. | 875 North Michigan Avenue, 31st Floor | Chicago | IL | 60611 | 312-267-0061 | bthompson@clarksonlawfirm.com | Flick, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00969 |
| | Danielle Murray | Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu | CA | 90265 | 213-788-4050 | dmurray@clarksonlawfirm.com | Flick, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00969 |
| | Ryan Clarkson | Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu | CA | 90265 | 213-788-4050 | rclarkson@clarksonlawfirm.com | Flick, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00969 |
| | Timothy K. Giordano | Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu | CA | 90265 | 213-788-4050 | tgiordano@clarksonlawfirm.com | Flick, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00969 |
| | Gia Jung | Cotchett, Pitre, & McCarthy LLP | 840 Malcolm Road | Burlingame | CA | 94010 | 650-697-6000 | gjung@cpmlegal.com | Zarif v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00980 |
| | Jacob M. Alhadeff | Cotchett, Pitre, & McCarthy LLP | 1809 7th Avenue, Suite 1610 | Seattle | WA | 98101 | 206-802-1272 | jalhadeff@cpmlegal.com | Zarif v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00980 |
| | Joseph W. Cotchett | Cotchett, Pitre, & McCarthy LLP | 840 Malcolm Road | Burlingame | CA | 94010 | 650-697-6000 | jcotchett@cpmlegal.com | Zarif v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00980 |
| | Karin B. Swope | Cotchett, Pitre, & McCarthy LLP | 1809 7th Avenue, Suite 1610 | Seattle | WA | 98101 | 206-802-1272 | kswope@cpmlegal.com | Zarif v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00980 |
| | Thomas E. Loeser | Cotchett, Pitre, & McCarthy LLP | 840 Malcolm Road | Burlingame | CA | 94010 | 650-697-6000 | tloeser@cpmlegal.com | Zarif v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00980 |
| | Michael Critchley, Jr. | Critchley & Luria, LLC | 75 Livingston Avenue | Roseland | NJ | 07068 | 973-422-9200 | mcjr@critchleylaw.com | Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-1257 |
| | Michael Critchley, Sr. | Critchley & Luria, LLC | 75 Livingston Avenue | Roseland | NJ | 07068 | 973-422-9200 | mcritchley@critchleylaw.com | Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-1257 |
| | Margot Patricia Cutter | Cutter Law, PC | 401 Watt Avenue Suite 100 | Sacramento | CA | 95864 | 916-290-9400 | mcutter@cutterlaw.com | Schwartz v. PowerSchool Holdings, Inc., No. 3:25-cv-00981 |
| | Amy E. Keller | DiCello Levitt LLP | Ten North Dearborn Street, Sixth Floor | Chicago | IL | 60602 | 312-214-7900 | akeller@dicellolevitt.com | A.C. et al. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00501; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-01238 |
| | Brian O. O'Mara | DiCello Levitt LLP | 4747 Executive Drive, Suite 240 | San Diego | CA | 92121 | 312-214-7900 | briano@dicellolevitt.com | A.C. et al. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00501; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-01238 |
| | Corban S. Rhodes | DiCello Levitt LLP | 485 Lexington Avenue, 10th Floor | New York | NY | 10017 | 646-933-1000 | crhodes@dicellolevitt.com; | A.C. et al. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00501; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-01238 |
| | Madeline Hills | DiCello Levitt LLP | Ten North Dearborn Street, Sixth Floor | Chicago | IL | 60602 | 312-214-7900 | mhills@dicellolevitt.com | A.C. et al. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00501; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-01238 |
| | Nada Djordjevic | DiCello Levitt LLP | Ten North Dearborn Street, Sixth Floor | Chicago | IL | 60602 | 312-214-7900 | ndjordjevic@dicellolevitt.com | A.C. et al. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00501; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-01238 |
| | Steven M. Jodlowskl | DiCello Levitt LLP | 4747 Executive Drive, Suite 240 | San Diego | CA | 92121 | 312-214-7900 | stevenj@dicellolevitt.com | A.C. et al. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00501; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-01238 |
| | Eric Lechtzin | Edelson Lechtzin LLP | 411 S. State Street, Suite N300 | Newtown | PA | 18940 | 215-867-2399 | elechtzin@edelson-law.com | Baker v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00941 |
| | Liberato P. Verderame | Edelson Lechtzin LLP | 411 S. State Street, Suite N300 | Newtown | PA | 18940 | 215-867-2399 | lverderame@edelson-law.com | Baker v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00941 |
| | Marc H. Edelson | Edelson Lechtzin LLP | 411 S. State Street, Suite N300 | Newtown | PA | 18940 | 215-867-2399 | medelson@edelson-law.com | Baker v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00941 |
| | Julie Liddell | EdTech Law Center | P.O. Box 300488 | Austin | TX | 78705 | 737-990-5875 | julie.liddell@edtech.law | Champney, et al. PowerSchool Holdings, Inc., No. 3:25-cv-00979; Crockran v. PowerSchool Holdings, Inc., No. 3:25-cv-00961 |
| | William Andrew Liddell | EdTech Law Center | P.O. Box 300488 | Austin | TX | 78705 | 737-990-5875 | andrew.liddell@edtech.law | Champney, et al. PowerSchool Holdings, Inc., No. 3:25-cv-00979; Crockran v. PowerSchool Holdings, Inc., No. 3:25-cv-00961 |
| | Leigh S. Montgomery | EKSM, LLP | 1105 Milford Street | Houston | TX | 77006 | 888-350-3931 | lmontgomery@eksm.com | Arede v. PowerSchool Holdings, Inc., No. 3:25-cv-00968 |
| | Erik H. Langeland | Erik H. Langeland, P.C. | 733 Third Avenue, 15th Floor | New York | NY | 10017 | 212-354-6270 | elangeland@langelandlaw.com | Tillman v. PowerSchool Group, LLC, et al., No. 3:25-cv-01026 |
| Track Two Direct Action Co-Lead | James P. Frantz | Frantz Law Group, APLC | 402 West Broadway, Suite 860 | San Diego | CA | 92101 | 619-233-5945 | jpf@frantzlawgroup.com | Cache County School Dist. v. PowerSchool Holdings, et al., No. 3:25-cv-01487; Highland Joint School Dist #305 v. Powerschool Holdings, No. 3:25-cv-01192; Memphis-Shelby County Schools v. PowerSchool Holdings, Inc., No. 3:25-cv-01153; Montpelier Roxbury Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01159; North Country Supervisory Union v. Powerschool Holdings, Inc., No. 3:25-cv-01312; Reed−Custer Community Unit School Dist. 255U v. PowerSchool Holdings, Inc., No. 3:25-cv-01160; Richland County School Dist. One v. PowerSchool Holdings, Inc., No. 3:25-cv-01171; St. Croix Falls School Dist. v. PowerSchool Holdings, Inc., No. 3:25-cv-01174; Uniondale Union Free School Dist. v. Powerschool Holdings, Inc., No. 3:25-cv-01173; Weber School Dist. v. PowerSchool Holdings, et al., No. 3:25-cv-01368; West Hempstead Union Free School Dist. v. PowerSchool Holdings, Inc., No. 3:25-cv-01163 |
| Track Two Direct Action Co-Lead | William B. Shinoff | Frantz Law Group, APLC | 402 West Broadway, Suite 860 | San Diego | CA | 92101 | 619-233-5945 | wshinoff@frantzlawgroup.com | Cache County School Dist. v. PowerSchool Holdings, et al., No. 3:25-cv-01487; Highland Joint School Dist #305 v. Powerschool Holdings, No. 3:25-cv-01192; Memphis-Shelby County Schools v. PowerSchool Holdings, Inc., No. 3:25-cv-01153; Montpelier Roxbury Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01159; North Country Supervisory Union v. Powerschool Holdings, Inc., No. 3:25-cv-01312; Reed−Custer Community Unit School Dist. 255U v. PowerSchool Holdings, Inc., No. 3:25-cv-01160; Richland County School Dist. One v. PowerSchool Holdings, Inc., No. 3:25-cv-01171; St. Croix Falls School Dist. v. PowerSchool Holdings, Inc., No. 3:25-cv-01174; Uniondale Union Free School Dist. v. Powerschool Holdings, Inc., No. 3:25-cv-01173; Weber School Dist. v. PowerSchool Holdings, et al., No. 3:25-cv-01368; West Hempstead Union Free School Dist. v. PowerSchool Holdings, Inc., No. 3:25-cv-01163 |

| Leadership Position | Attorney/Paralegal | Firms | Address | City | State | Zip | Telephone | Email | Cases |
|---|---|---|---|---|---|---|---|---|---|
| Track Two Direct Action PSC | Edward Morrison Burak | Frantz Law Group, APLC | 402 West Broadway, Suite 860 | San Diego | CA | 92101 | 619-233-5945 | eburak@frantzlawgroup.com | Cache County School Dist. v. PowerSchool Holdings, et al., No. 3:25-cv-01487; Highland Joint School Dist #305 v. Powerschool Holdings, No. 3:25-cv-01192; Montpelier Roxbury Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01159; North Country Supervisory Union v. Powerschool Holdings, Inc., No. 3:25-cv-01312; Reed−Custer Community Unit School Dist. 255U v. PowerSchool Holdings, Inc., No. 3:25-cv-01160; Richland County School Dist. One v. PowerSchool Holdings, Inc., No. 3:25-cv-01171; St. Croix Falls School Dist. v. PowerSchool Holdings, Inc., No. 3:25-cv-01174; Uniondale Union Free School Dist. v. Powerschool Holdings, Inc., No. 3:25-cv-01173; Weber School Dist. v. PowerSchool Holdings, et al., No. 3:25-cv-01368; West Hempstead Union Free School Dist. v. PowerSchool Holdings, Inc., No. 3:25-cv-01163 |
| Track Two Direct Action PSC | Kristin J. Westphal | Frantz Law Group, APLC | 402 West Broadway, Suite 860 | San Diego | CA | 92101 | 619-233-5945 | kwestphal@frantzlawgroup.com | Cache County School Dist. v. PowerSchool Holdings, et al., No. 3:25-cv-01487; Highland Joint School Dist #305 v. Powerschool Holdings, No. 3:25-cv-01192; Montpelier Roxbury Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01159; North Country S |
| | Jonathan M. Jagher | Freed Kanner London & Millen LLC | 923 Fayette Street | Conshohocken | PA | 19428 | 610-234-6486 | jjagher@fklmlaw.com | Strelzin v. PowerSchool Group, LLC, et al., No. 3:25-cv-00949 |
| | Nicholas R. Lange | Freed Kanner London & Millen LLC | 100 Tri-State International Dr., Suite 128 | Lincolnshire | IL | 60629 | 224-632-4500 | nlange@fklmlaw.com | Strelzin v. PowerSchool Group, LLC, et al., No. 3:25-cv-00949 |
| | Lori G. Feldman | George Feldman McDonald, PLLC | 102 Half Moon Bay Drive | Croton on Hudson | NY | 10520 | 917-983-9321 | lfeldman@4-justice.com | Champney, et al. PowerSchool Holdings, Inc., No. 3:25-cv-00979; Crockran v. PowerSchool Holdings, Inc., No. 3:25-cv-00961 |
| | Rebecca A. Peterson | George Feldman McDonald, PLLC | 1650 W. 82nd Street, Suite 880 | Bloomington | MN | 55401 | 612-778-9595 | rpeterson@4-justice.com | Champney, et al. PowerSchool Holdings, Inc., No. 3:25-cv-00979; Crockran v. PowerSchool Holdings, Inc., No. 3:25-cv-00961 |
| | David Berger | Gibbs Mura LLP | 1111 Broadway, Ste. 2100 | Oakland | CA | 94607 | 510-350-9700 | dmb@classlawgroup.com | Garcia, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01005; Gifford v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-01032; Gramelspacher v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00982; Spicuzza, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01016 |
| | Jane Farrell | Gibbs Mura LLP | 1111 Broadway, Ste. 2100 | Oakland | CA | 94607 | 510-350-9700 | jgf@classlawgroup.com | Garcia, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01005; Gifford v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-01032; Gramelspacher v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00982; Spicuzza, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01016 |
| | Jennifer Sun | Gibbs Mura LLP | 1111 Broadway, Ste. 2100 | Oakland | CA | 94607 | 510-350-9700 | jsun@classlawgroup.com | Garcia, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01005; Gifford v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-01032; Gramelspacher v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00982; Spicuzza, et al. v. PowerSchool Holdings, Inc |
| | Mark H. Troutman | Gibbs Mura LLP | 1111 Broadway, Ste. 2100 | Oakland | CA | 94607 | 510-350-9700 | mht@classlawgroup.com | Garcia, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01005; Gifford v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-01032; Gramelspacher v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00982; Spicuzza, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01016 |
| | Sarah E. Hillier | Gibbs Mura LLP | 1111 Broadway, Ste. 2100 | Oakland | CA | 94607 | 510-350-9700 | seh@classlawgroup.com | Garcia, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01005; Gifford v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-01032; Gramelspacher v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00982; Spicuzza, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01016 |
| | Adam E. Polk | Girard Sharp LLP | 601 California St., Suite 1400 | San Francisco | CA | 94108 | 415-981-4800 | apolk@girardsharp.com | Garcia, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01005; La Count, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00976; Spicuzza, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01016; Warren, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01011 |
| | Anthony Rogari | Girard Sharp LLP | 601 California St., Suite 1400 | San Francisco | CA | 94108 | 415-981-4800 | arogari@girardsharp.com | La Count, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00976 |
| | Patrick T. Johnson | Girard Sharp LLP | 601 California St., Suite 1400 | San Francisco | CA | 94108 | 415-981-4800 | pjohnson@girardsharp.com | Garcia, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01005; La Count, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00976; Spicuzza, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01016; Warren, et al. v. PowerSchool Gr |
| | Simon S. Grille | Girard Sharp LLP | 601 California St., Suite 1400 | San Francisco | CA | 94108 | 415-981-4800 | sgrille@girardsharp.com | La Count, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00976 |
| | Brian Murray | Glancy Prongay & Murray LLP | 230 Park Avenue, Suite 358 | New York | NY | 10169 | 212-682-5340 | bmurray@glancylaw.com | Tillman v. PowerSchool Group, LLC, et al., No. 3:25-cv-01026 |
| | Jeffrey S. Goldenberg | Goldenberg Schneider, LPA | 4445 Lake Forest Drive, Suite 490 | Cincinnati | OH | 45242 | 513-345-8291 | jgoldenberg@gs-legal.com | Mayfeild v. PowerSchool Group, LLC, et al., No. 2:25-cv-00966 |
| | Raphael J.C. Graybill | Graybill Law Firm | 300 4th Street North | Great Falls | MT | 59401 | 406-452-8566 | raph@graybilllawfirm.com | Schwartz v. PowerSchool Holdings, Inc., No. 3:25-cv-00981 |
| | Daniel E. Gustafson | Gustafson Gluek PLLC | 1200 S. Sixth St., Suite 2600 | Minneapolis | MN | 55402 | 612-333-8844 | dgustafson@gustafsongluek.com | Hauser, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-01003; White v. PowerSchool Holdiings, Inc., No. 3:25-cv-00973 |
| | David A. Goodwin | Gustafson Gluek PLLC | 1200 S. Sixth St., Suite 2600 | Minneapolis | MN | 55402 | 612-333-8844 | dgoodwin@gustafsongluek.com | Hauser, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-01003; White v. PowerSchool Holdings, Inc., No. 3:25-cv-00973 |
| | Dennis James Stewart | Gustafson Gluek PLLC | 600 W. Broadway, Suite 3300 | San Diego | CA | 92101 | 619-987-4250 | dstewart@gustafsongluek.com | White v. PowerSchool Holdings, Inc., No. 3:25-cv-00973 |
| | Gabrielle M. Kolb | Gustafson Gluek PLLC | 1200 S. Sixth St., Suite 2600 | Minneapolis | MN | 55402 | 612-333-8844 | gkolb@gustafsongluek.com | Hauser, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-01003; White v. PowerSchool Holdings, Inc., No. 3:25-cv-00973 |
| Track One PSC | Leonard W. Aragon | Hagens Berman Sobol Shapiro LLP | 11 West Jefferson Street, Suite 1000 | Phoenix | AZ | 85003 | 602-840-5900 | leonard@hbsslaw.com | Gauron et al v. PowerSchool Holdings, No. 3:25-cv-01030 |
| | Amy Nolan | Hagens Berman Sobol Shapiro LLP | 11 West Jefferson Street, Suite 1000 | Phoenix | AZ | 85003 | 602-840-5900 | amyn@hbsslaw.com | Gauron et al v. PowerSchool Holdings, No. 3:25-cv-01030 |
| | Daniel J. Kurowski | Hagens Berman Sobol Shapiro LLP | 455 North Cityfront Plaza Dr, Suite 2410 | Chicago | IL | 60611 | 708-628-4949 | dank@hbsslaw.com | Gauron et al v. PowerSchool Holdings, No. 3:25-cv-01030 |

| Leadership Position | Attorney/Paralegal | Firms | Address | City | State | Zip | Telephone | Email | Cases |
|---|---|---|---|---|---|---|---|---|---|
| | Robert B. Carey | Hagens Berman Sobol Shapiro LLP | 11 West Jefferson Street, Suite 1000 | Phoenix | AZ | 85003 | 602-840-5900 | rob@hbsslaw.com | Gauron et al v. PowerSchool Holdings, No. 3:25-cv-01030 |
| | Shana E. Scarlett | Hagens Berman Sobol Shapiro LLP | 715 Hearst Avenue, Suite 300 | Berkeley | CA | 94710 | 510-725-3000 | shanas@hbsslaw.com | Gauron et al v. PowerSchool Holdings, No. 3:25-cv-01030 |
| | Whitney K. Siehl | Hagens Berman Sobol Shapiro LLP | 455 North Cityfront Plaza Dr, Suite 2410 | Chicago | IL | 60661 | 708-628-4959 | whitneys@hbsslaw.com | Gauron et al v. PowerSchool Holdings, No. 3:25-cv-01030 |
| | Kassem Dakhlallah | Hammoud, Dakhlallah & Associates PLLC | 6050 Greenfield, Ste 201 | Dearborn | MI | 48126 | 313-551-3038 | kd@hdalawgroup.com | Habbal, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00965 |
| Track One PSC | Jason S. Hartley | Hartley LLP | 101 W. Broadway, Ste. 820 | San Diego | CA | 92101 | 619-400-5822 | hartley@hartleyllp.com | Greci, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00975 |
| | Jason M. Lindner | Hartley LLP | 101 W. Broadway, Ste. 820 | San Diego | CA | 92101 | 619-400-5822 | lindner@hartleyllp.com | Greci, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00975 |
| | Maureen Forsyth | Hartley LLP | 101 W. Broadway, Ste. 820 | San Diego | CA | 92101 | 619-400-5822 | forsyth@hartleyllp.com | |
| | Tina Glover | Hartley LLP | 101 W. Broadway, Ste. 820 | San Diego | CA | 92101 | 619-400-5822 | glover@hartleyllp.com | Greci, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00975 |
| Track One Co-Lead | James J. Pizzirusso | Hausfeld LLP | 1200 17th Street, N.W., Suite 600 | Washington | DC | 20036 | 202-540-7200 | jpizzirusso@hausfeld.com | Nickolaus Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00984; Kayeleen Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01001; Greer v. PowerSchool Holdings, Inc et al., No. 3:25-cv-00995 |
| | Amanda V. Boltax | Hausfeld LLP | 1200 17th Street, N.W., Suite 600 | Washington | DC | 20036 | 516-477-8339 | mboltax@hausfeld.com | Nickolaus Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00984; Kayeleen Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01001; Greer v. PowerSchool Holdings, Inc et al., No. 3:25-cv-00995 |
| | Christopher L. Lebsock | Hausfeld LLP | 580 California Street, 12th Floor | San Francisco | CA | 94111 | 415-633-1908 | clebsock@hausfeld.com | Nickolaus Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00984 |
| | Nicholas Ulysses Murphy, II | Hausfeld LLP | 1200 17th Street, N.W., Suite 600 | Washington | DC | 20036 | 202-540-7200 | nmurphy@hausfeld.com | Nickolaus Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00984; Kayeleen Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01001; Greer v. PowerSchool Holdings, Inc et al., No. 3:25-cv-00995 |
| | Steven M. Nathan | Hausfeld LLP | 33 Whitehall Street, 14th Floor | New York | NY | 10004 | 646-357-1100 | snathan@hausfeld.com | Nickolaus Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00984; Kayeleen Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01001; Greer v. PowerSchool Holdings, Inc et al., No. 3:25-cv-00995 |
| | John Heenan | Heenan & Cook, PLLC | 1631 Zimmerman Trail, Suite 1 | Billings | MT | 59102 | 406-839-9091 | john@lawmontana.com | Schwartz v. PowerSchool Holdings, Inc., No. 3:25-cv-00981 |
| | Nathan D Prosser | Helmuth & Johnson PLLC | 8050 West 78th Street | Edina | MN | 55439 | 952-941-4005 | nprosser@hjlawfirm.com | Hauser, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-01003 |
| | Christopher D. Jennings | Jennings & Earley PLLC | 500 President Clinton Avenue Suite 110 | Little Rock | AR | 72201 | 501-247-6267 | chris@jefirm.com | Kinney v. PowerSchool Holdings, Inc., No. 3:25-cv-00942 |
| | Tyler Ewigleben | Jennings & Earley PLLC | 500 President Clinton Avenue Suite 110 | Little Rock | AR | 72201 | 501-247-6267 | tyler@jefirm.com | Kinney v. PowerSchool Holdings, Inc., No. 3:25-cv-00942 |
| | Cadio Zirpoli | Joseph Saveri Law Firm, LLP | 601 California St., Ste. 1505 | San Francisco | CA | 94108 | 415-500-6800 | czirpoli@saverilawfirm.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Christopher K.L. Young | Joseph Saveri Law Firm, LLP | 601 California St., Ste. 1505 | San Francisco | CA | 94108 | 415-500-6800 | cyoung@saverilawfirm.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Joseph R. Saveri | Joseph Saveri Law Firm, LLP | 601 California St., Ste. 1505 | San Francisco | CA | 94108 | 415-500-6800 | jsaveri@saverilawfirm.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Kevin E. Rayhill | Joseph Saveri Law Firm, LLP | 601 California St., Ste. 1505 | San Francisco | CA | 94108 | 415-500-6800 | krayhill@saverilawfirm.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Ronnie Seidel Spiegel | Joseph Saveri Law Firm, LLP | 601 California St., Ste. 1505 | San Francisco | CA | 94108 | 415-500-6800 | rspiegel@sverilawfirm.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Gary S. Graifman | Kantrowitz, Goldhamer & Graifman, P.C. | 135 Chestnut Ridge Road, Suite 200 | Montvale | NJ | 7645 | 845-356-2570 | ggraifman@kgglaw.com | Gifford v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-01032 |
| | Melissa R. Emert | Kantrowitz, Goldhamer & Graifman, P.C. | 135 Chestnut Ridge Road, Suite 200 | Montvale | NJ | 7645 | 845-356-2570 | memert@kgglaw.com | Gifford v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-01032 |
| | Andrew Lindsay | Keller Rohrback LLP | 1201 3rd Avenue, Suite 3400 | Seattle | WA | 98101 | 206-623-1900 | alindsay@kellerrohrback.com | Noble v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01019 |
| | Cari Campen Laufenberg | Keller Rohrback LLP | 1201 3rd Avenue, Suite 3400 | Seattle | WA | 98101 | 206-623-1900 | claufenberg@kellerrohrback.com | Noble v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01019 |
| | Christopher L. Springer | Keller Rohrback LLP | 801 Garden Street, Suite 301 | Santa Barbara | CA | 93101 | 805-456-1496 | cspringer@kellerrohrback.com | Noble v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01019 |
| | Juli E. Farris | Keller Rohrback LLP | 1201 3rd Avenue, Suite 3400 | Seattle | WA | 98101 | 206-623-1900 | jfarris@kellerrohrback.com | Noble v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01019 |
| | John R. Parker, Jr. | Kershaw Cutter & Ratinoff, LLP | 401 Watt Avenue | Sacramento | CA | 95864 | 916-448-9800 | jrparker@almeidalawgroup.com | Giles v. PowerSchool Holdings, Inc., No. 3:25-cv-00948 |
| Track Two Class Action PSC | Tyler S. Graden | Kessler Topaz Meltzer & Check, LLP | 280 King of Prussia Road | Radnor | PA | 19087 | 610-667-7706 | tgraden@ktmc.com | Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-1257 |
| Track Two Class Action PSC | Kristen Lake Cardoso | Kopelowitz Ostrow Ferguson Weiselberg Gilbert | One W. Las Olas Blvd., Ste. 500 | Fort Lauderdale | FL | 33301 | 954-990-2218 | cardoso@kolawyers.com | |
| | Jeffrey M. Ostrow | Kopelowitz Ostrow Ferguson Weiselberg Gilbert | One W. Las Olas Blvd., Ste. 500 | Fort Lauderdale | FL | 33330 | 954-525-4100 | ostrow@kolawyers.com | Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-1257 |
| | Benjamin Widlanski | Kozyak Tropin & Throckmorton, LLP | 2525 Ponce De Leon Blvd, 9th Floor | Coral Gables | FL | 33134 | 305-372-1800 | bwidlanski@kttlaw.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Daniel Herrera | Kozyak Tropin & Throckmorton, LLP | 2525 Ponce De Leon Blvd, 9th Floor | Coral Gables | FL | 33134 | 305-372-1800 | dherrera@kttlaw.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Gail McQuilkin | Kozyak Tropin & Throckmorton, LLP | 2525 Ponce De Leon Blvd, 9th Floor | Coral Gables | FL | 33134 | 305-372-1800 | gam@kttlaw.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Robert Neary | Kozyak Tropin & Throckmorton, LLP | 2525 Ponce De Leon Blvd, 9th Floor | Coral Gables | FL | 33134 | 305-372-1800 | rn@kttlaw.com | Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |

| Leadership Position | Attorney/Paralegal | Firms | Address | City | State | Zip | Telephone | Email | Cases |
|---|---|---|---|---|---|---|---|---|---|
| | John P. Kristensen | Kristensen Law Group | 120 Santa Barbara St., Ste. C9 | Santa Barbara | CA | 91301 | 805-837-2000 | john@kristensen.law | Arede v. PowerSchool Holdings, Inc., No. 3:25-cv-00968 |
| Track One Co-Lead | Carol C. Villegas | Labaton Keller Sucharow LLP | 140 Broadway | New York | NY | 10005 | 212-907-0700 | cvillegas@labaton.com | J.B., et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00994; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-cv-01238 |
| | Danielle Izzo | Labaton Keller Sucharow LLP | 140 Broadway | New York | NY | 10005 | 212-907-0700 | dizzo@labaton.com | J.B., et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00994; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-cv-01238 |
| | Gloria Jane Medina | Labaton Keller Sucharow LLP | 140 Broadway | New York | NY | 10005 | 212-907-0858 | gmedina@labaton.com | J.B., et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00994; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-cv-01238 |
| | John C. Coyle | Labaton Keller Sucharow LLP | 140 Broadway | New York | NY | 10005 | 212-907-0636 | jcoyle@labaton.com | Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-cv-01238 |
| | Michael P. Canty | Labaton Keller Sucharow LLP | 140 Broadway | New York | NY | 10005 | 212-907-0700 | mcanty@labaton.com | J.B., et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00994; Providence Teachers Union v. PowerSchool Holdings, Inc., No. 3:25-cv-01238 |
| | Brett R. Cohen | Leeds Brown Law, P.C. | One Old Country Road, Ste. 347 | Carle Place | NY | 11514 | 516-873-9550 | bcohen@leedsbrownlaw.com | Mayfeild v. PowerSchool Group, LLC, et al., No. 2:25-cv-00966 |
| | Eduard Korsinsky | Levi & Korsinsky, PLLC | 33 Whitehall Street, 17th Floor | New York | NY | 10004 | 212-363-7500 | ek@zlk.com | E.H. v. PowerSchool Holdings, Inc., No. 3:25-cv-00954 |
| | Mark K. Svensson | Levi & Korsinsky, PLLC | 33 Whitehall Street, 17th Floor | New York | NY | 10004 | 212-363-7500 | msvensson@zlk.com | E.H. v. PowerSchool Holdings, Inc., No. 3:25-cv-00954 |
| | Charles E. Schaffer | Levin Sedran & Berman, LLP | 510 Walnut Street, Suite 500 | Philadelphia | PA | 19106 | 215-592-1500 | cschaffer@lfsblaw.com | Mayfeild v. PowerSchool Group, LLC, et al., No. 2:25-cv-00966 |
| | Patrick Carey | Lexington Law Group | 503 Divisadero St. | San Francisco | CA | 94117 | 415-913-7800 | pcarey@lexlawgroup.com | Hisserich, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01015 |
| Liaison | Jennifer M. French | Lynch Carpenter, LLP | 9171 Towne Centre Drive, Suite 180 | San Diego | CA | 92122 | 619-762-1903 | jennf@lcllp.com | Stringer v. PowerSchool Group, LLC, No. 3:25-cv-01009 |
| | (Eddie) Jae Kook Kim | Lynch Carpenter, LLP | 117 E. Colorado Blvd., Suite 600 | Pasadena | CA | 91105 | 626-550-1250 | ekim@lcllp.com | Stringer v. PowerSchool Group, LLC, No. 3:25-cv-01009 |
| | Christopher Cornelius | Lynch Carpenter, LLP | 1133 Penn Ave., 5th Floor | Pittsburgh | PA | 15222 | 412-322-9243 | chris@lcllp.com | Stringer v. PowerSchool Group, LLC, No. 3:25-cv-01009 |
| | Gary F. Lynch | Lynch Carpenter, LLP | 1133 Penn Ave., 5th Floor | Pittsburgh | PA | 15222 | 412-322-9243 | gary@lcllp.com | Stringer v. PowerSchool Group, LLC, No. 3:25-cv-01009 |
| | Maggie Robalino | Lynch Carpenter, LLP | 9171 Towne Centre Drive, Suite 180 | San Diego | CA | 92122 | 619-762-1910 | Maggie@lcllp.com | Stringer v. PowerSchool Group, LLC, No. 3:25-cv-01009 |
| | Nicholas A. Colella | Lynch Carpenter, LLP | 1133 Penn Ave., 5th Floor | Pittsburgh | PA | 15222 | 412-322-9243 | nickc@lcllp.com | Stringer v. PowerSchool Group, LLC, No. 3:25-cv-01009 |
| | Paul M. DeMarco | Markovits, Stock & DeMarco, LLC | 119 East Court Street, Suite 530 | Cincinnati | OH | 45202 | 513-651-3700 | pdemarco@msdlegal.com | A.A. v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00953 |
| | Lucy McShane | McShane & Brady, LLC | 4006 Central Street | Kansas City | MO | 64111 | 816-888-8010 | lmcshane@mcshanebradylaw.com | J.I., et al. v. PowerSchool, No. 3:25-cv-00992 |
| | Maureen M. Brady | McShane & Brady, LLC | 4006 Central Street | Kansas City | MO | 64111 | 816-888-8010 | mbrady@mcshanebradylaw.com | J.I., et al. v. PowerSchool, No. 3:25-cv-00992; K.I., et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00998; K.W., et al v. PowerSchool Holdings, Inc., No. 3:25-cv-01002 |
| Track Two Class Action PSC | John Nelson | Milberg Coleman Bryson Phillips Grossman PLLC | 402 W. Broadway, Suite 1760 | Oakland | CA | 92101 | 858-209-6941 | jnelson@milberg.com | E.H. v. PowerSchool Holdings, Inc., No. 3:25-cv-00954; F.C. v. PowerSchool Group LLC, et al., No. 3:25-cv-00944; Habbal, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00965 |
| | Gary M. Klinger | Milberg Coleman Bryson Phillips Grossman PLLC | 227 W. Monroe St, Suite 2100 | Chicago | IL | 60606 | 866-252-0878 | gklinger@milberg.com | Kayeleen Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01001; Irvington Public Schools v. Powerschool Holdings Inc., No. 3:25-cv-01257 |
| | Daniel J. Mogin | MoginRubin LLP | 4225 Executive Square, Suite 600 | La Jolla | CA | 92037 | 619-687-6611 | dmogin@moginrubin.com | Buack-Shelton et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00940 |
| | Timothy Z. LaComb | MoginRubin LLP | 4225 Executive Square, Suite 600 | La Jolla | CA | 92037 | 619-798-5362 | tlacomb@moginrubin.com | Buack-Shelton et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00940; Joseph, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01028 |
| | Jean Sutton Martin | Morgan & Morgan | 201 North Franklin Street, 6th Floor | Tampa | FL | 33602 | 813-559-4908 | jeanmartin@forthepeople.com | Okoni v. PowerSchool Group, LLC, et al., No. 3:25-cv-00983 |
| | John A. Yanchunis | Morgan & Morgan | 201 North Franklin Street, 6th Floor | Tampa | FL | 33602 | 813-559-4908 | JYanchunis@forthepeople.com | Okoni v. PowerSchool Group, LLC, et al., No. 3:25-cv-00983 |
| | Michael F. Ram | Morgan & Morgan | 711 Van Ness Ave., Suite 500 | San Francisco | CA | 94102 | 415-358-6913 | mram@forthepeople.com | Okoni v. PowerSchool Group, LLC, et al., No. 3:25-cv-00983 |
| | Ronald Podolny | Morgan & Morgan | 201 North Franklin Street, 6th Floor | Tampa | FL | 33602 | 813-559-4908 | ronald.podolny@forthepeople.com | Okoni v. PowerSchool Group, LLC, et al., No. 3:25-cv-00983 |
| | Ryan McGee | Morgan & Morgan | 201 North Franklin Street, 6th Floor | Tampa | FL | 33602 | 813-559-4908 | rmcgee@forthepeople.com | Okoni v. PowerSchool Group, LLC, et al., No. 3:25-cv-00983 |
| Track Two Direct Action PSC | Felicia Vasudevan | Murphy, Hesse, Toomey & Lehane LLP | 50 Braintree Hill Office Park, Suite 410 | Braintree | MA | 02184 | 617-479-5000 | fvasudevan@mhtl.com | |
| Track Two Direct Action PSC | Peter Mello | Murphy, Hesse, Toomey & Lehane LLP | 50 Braintree Hill Office Park, Suite 410 | Braintree | MA | 02184 | 617-479-5000 | pmello@mhtl.com | |
| | Daniel L. Warshaw | Pearson Warshaw, LLP | 15165 Ventura Blvd., Ste. 400 | Sherman Oaks | CA | 91403 | 818-788-8300 | dwarshaw@pwfirm.com | Nickolaus Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00984 |
| | Neil Swartzberg | Pearson Warshaw, LLP | 55 Montgomery Street, Suite 1205 | San Francisco | CA | 94111 | 415-433-9000 | nswartzberg@pwfirm.com | Nickolaus Campbell v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00984 |
| | Andrew R. Tate | Peiffer Wolf Carr Kane Conway & Wise, LLP | 235 Peachtree Street, Suite 400 | Atlanta | GA | 30303 | 404-282-4806 | atate@peifferwolf.com | Martinez-Turnbow v. PowerSchool Holdings, Inc., No. 3:25-cv-00958 |
| | Brandon M. Wise | Peiffer Wolf Carr Kane Conway & Wise, LLP | One US Bank Plaza, Suite 1950 | St. Louis | MO | 63101 | (314-833-4825 | bwise@peifferwolf.com | Martinez-Turnbow v. PowerSchool Holdings, Inc., No. 3:25-cv-00958 |
| | Sara B. Craig | Peiffer Wolf Carr Kane Conway & Wise, LLP | 555 Montgomery Street, Ste. 820 | San Francisco | CA | 94111 | 415-231-0909 | scraig@peifferwolf.com | Martinez-Turnbow v. PowerSchool Holdings, Inc., No. 3:25-cv-00958 |
| | Paul J. Doolittle | Poulin Willey Anastopoulo | 32 Ann Street | Charleston | SC | 29403 | 803-222-2222 | paul.doolittle@poulinwilley.com | Vargha v. PowerSchool Holdings, Inc., No. 3:25-cv-00943 |
| | Joseph B. Kenney | Sauder Schelkopf LLC | 1109 Lancaster Avenue | Berwyn | PA | 19312 | 888-711-9975 | jbk@sstriallawyers.com | Warren, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01011 |
| | Joseph G. Sauder | Sauder Schelkopf LLC | 1109 Lancaster Avenue | Berwyn | PA | 19312 | 888-711-9975 | jgs@sstriallawyers.com | Warren, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01011 |
| | Juliette T. Mogenson | Sauder Schelkopf LLC | 1109 Lancaster Avenue | Berwyn | PA | 19312 | 888-711-9975 | jtm@sstriallawyers.com | Warren, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01011 |

| Leadership Position | Attorney/Paralegal | Firms | Address | City | State | Zip | Telephone | Email | Cases |
|---|---|---|---|---|---|---|---|---|---|
| Track One PSC | Amber L. Schubert | Schubert Jonckheer & Kolbe | 2001 Union Street, Suite 200 | San Francisco | CA | 94128 | 415-788-4220 | aschubert@sjk.law | Allen et al. v. PowerSchool Group LLC et al., No. 3:25-cv-01006; Strelzin v. PowerSchool Group, LLC, et al., No. 3:25-cv-00949; Valdovinos, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01013 |
| | Gregory T. Stuart | Schubert Jonckheer & Kolbe | 2001 Union Street, Suite 200 | San Francisco | CA | 94128 | 415-788-4220 | gstuart@sjk.law | Allen et al. v. PowerSchool Group LLC et al., No. 3:25-cv-01006; Strelzin v. PowerSchool Group, LLC, et al., No. 3:25-cv-00949; Valdovinos, et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-01013 |
| | Anja Rusi | Scott+Scott Attorneys At Law LLP | 156 South Track One Street, P.O. Box 192 | Colchester | CT | 6415 | 860-531-2608 | arusi@scott-scott.com | Hisserich, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01015; P.B.1. et al v. PowerSchool Group LLC, No. 3:25-cv-01074 |
| | Ethan S. Binder | Scott+Scott Attorneys At Law LLP | 230 Park Avenue, 24th Floor | New York | NY | 10169 | 646-650-3007 | ebinder@scott-scott.com | Hisserich, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01015; P.B.1. et al v. PowerSchool Group LLC, No. 3:25-cv-01074 |
| | Joseph P. Guglielmo | Scott+Scott Attorneys At Law LLP | 230 Park Avenue, 24th Floor | New York | NY | 10169 | 212-223-6444 | jguglielmo@scott-scott.com | Hisserich, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01015; P.B.1. et al v. PowerSchool Group LLC, No. 3:25-cv-01074 |
| | Patrick J. Coughlin | Scott+Scott Attorneys At Law LLP | 600 W. Broadway, Suite 3300 | San Diego | CA | 92101 | 619-233-4565 | pcoughlin@scott-scott.com | Hisserich, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-01015; P.B.1. et al v. PowerSchool Group LLC, No. 3:25-cv-01074 |
| | Alana Bevan | Seeger Weiss LLP | 325 Chestnut Street, Suite 917 | Philadelphia | PA | 19106 | 410-245-6817 | abevan@seegerweiss.com | J.R. et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00932 |
| | Christopher A. Seeger | Seeger Weiss LLP | 55 Challenger Road, Suite 600 | Ridgefield Park | NJ | 7660 | 973-639-9100 | cseeger@seegerweiss.com | J.R. et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00932 |
| | Shauna Itri | Seeger Weiss LLP | 325 Chestnut Street, Suite 917 | Philadelphia | PA | 19106 | 973-639-9100 | sitri@seegerweiss.com | J.R. et al. v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00932 |
| | Richard Lombardo | Shaffer Lombardo Shurin | 911 Track One Street, Suite 200 | Kansas City | MO | 64105 | 816-931-0500 | rlombardo@sls-law.com | Brown et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00974 |
| | Edward F. Haber | Shapiro Haber & Urmy LLP | One Boston Place, Suite 2600 | Boston | MA | 2108 | 617-439-3939 | ehaber@shulaw.com | Allen et al. v. PowerSchool Group LLC et al., No. 3:25-cv-01006 |
| | Ian J. McLoughlin | Shapiro Haber & Urmy LLP | One Boston Place, Suite 2600 | Boston | MA | 2108 | 617-439-3939 | imcloughlin@shulaw.com | Allen et al. v. PowerSchool Group LLC et al., No. 3:25-cv-01006 |
| | Ian W. Sloss | Silver Golub & Teitell LLP | One Landmark Square, FL 15 | Stamford | CT | 06901 | 203-325-4491 | isloss@sgtlaw.com | Dwyer et al v. PowerSchool Holdings, Inc., No. 3:25-cv-01373 |
| | Andrew Bluth | Singleton Schreiber, LLP | 1414 K Street, Suite 470 | Sacramento | CA | 95814 | 916-248-8478 | abluth@singletonschreiber.com | Brown et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00974 |
| | Andrew G. Gunem | Strauss Borrelli PLLC | 980 N. Michigan Ave., Suite 1610 | Chicago | IL | 60611 | 872-263-1100 | agunem@straussborrelli.com | Pettinger, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-00955 |
| | Carly Roman | Strauss Borrelli PLLC | Strauss Borrelli PLLC | Chicago | IL | 60611 | 872-263-1100 | croman@straussborrelli.com | Pettinger, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-00955 |
| | Raina C Borrelli | Strauss Borrelli PLLC | 980 N. Michigan Ave., Suite 1610 | Chicago | IL | 60611 | 872-263-1100 | raina@straussborrelli.com | Pettinger, et al. v. PowerSchool Group LLC, et al., No. 3:25-cv-00955 |
| | Barrett J. Vahle | Stueve Siegel Hanson LLP | 460 Nichols Road, Suite 200 | Kansas City | MO | 64112 | 816-714-7100 | vahle@stuevesiegel.com | Krutsinger v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00986 |
| | Brandi S. Spates | Stueve Siegel Hanson LLP | 460 Nichols Road, Suite 200 | Kansas City | MO | 64112 | 816-714-7100 | spates@stuevesiegel.com | Krutsinger v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00986 |
| | J. Austin Moore | Stueve Siegel Hanson LLP | 460 Nichols Road, Suite 200 | Kansas City | MO | 64112 | 816-714-7100 | moore@stuevesiegel.com | Krutsinger v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00986 |
| | Norman E. Siegel | Stueve Siegel Hanson LLP | 460 Nichols Road, Suite 200 | Kansas City | MO | 64112 | 816-714-7100 | siegel@stuevesiegel.com | Krutsinger v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00986 |
| | Stefon Jeffrey David | Stueve Siegel Hanson LLP | 460 Nichols Road, Suite 200 | Kansas City | MO | 64112 | 816-714-7125 | david@stuevesiegel.com | Krutsinger v. PowerSchool Holdings, Inc., et al., No. 3:25-cv-00986 |
| | E. Powell Miller | The Miller Law Firm, P.C. | 950 West University Drive | Rochester | MI | 48307 | 248-841-2200 | epm@millerlawpc.com | Habbal, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00965 |
| | Emily E. Hughes | The Miller Law Firm, P.C. | 950 West University Drive | Rochester | MI | 48307 | 248-841-2200 | eeh@millerlawpc.com | Habbal, et al. v. PowerSchool Holdings, Inc., No. 3:25-cv-00965 |
| | Jon A. Tostrud | Tostrud Law Group, P.C. | 1925 Century Park East, Ste. 2125 | Los Angeles | CA | 90067 | 310-278-2600 | jtostrud@tostrudlaw.com | Tillman v. PowerSchool Group, LLC, et al., No. 3:25-cv-01026 |
| | David M. Wilkerson | Wilkerson Justus PLLC | PO Box 7376 | Asheville | NC | 28802 | 828-258-2991 | dwilkerson@wilkersonjustus.com | Greer v. PowerSchool Holdings, Inc. et al., No. 3:25-cv-00995 |
| | Annie E. Causey | Woods Longergan PLLC | 60 East 42nd Street, Suite 1410 | New York | NY | 10165 | 212-684-2500 | acausey@woodslaw.com | Tillman v. PowerSchool Group, LLC, et al., No. 3:25-cv-01026 |
| | James F. Woods | Woods Longergan PLLC | 60 East 42nd Street, Suite 1410 | New York | NY | 10165 | 212-684-2500 | jwoods@woodslaw.com | Tillman v. PowerSchool Group, LLC, et al., No. 3:25-cv-01026 |
| | John C. Bohren | Yanni Law APC | P.O. Box 12174 | San Diego | CA | 92112 | 619-433-2803 | yanni@bohrenlaw.com | Vargha v. PowerSchool Holdings, Inc., No. 3:25-cv-00943 |
| | Brian C. Gudmundson | Zimmerman Reed LLP | 6420 Wilshire Blvd., Suite 1080 | Los Angeles | CA | 90048 | 877-500-8780 | brian.gudmundson@zimmreed.com | Kinney v. PowerSchool Holdings, Inc., No. 3:25-cv-00942 |
| | Caleb Marker | Zimmerman Reed LLP | 6420 Wilshire Blvd., Suite 1080 | Los Angeles | CA | 90048 | 877-500-8780 | caleb.marker@zimmreed.com | Kinney v. PowerSchool Holdings, Inc., No. 3:25-cv-00942 |