Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Christopher M. Young (SBN 163319)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com

Monica Mleczko (Mass. BBO 696607)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-951-7000
Monica.Mleczko@ropesgray.com

*Attorneys for Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC, and Bain Capital, L.P..*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

Case No. 3:25-MD-03149-BEN-MSB

**JOINT MOTION REGARDING SCHEDULE FOR CONSOLIDATED COMPLAINT AND RELATED BRIEFING (TRACK TWO)**

The School District Class Action and School District Direct Action Plaintiffs (Track Two Plaintiffs) and Defendants jointly move the Court to continue the date to file the Track Two Plaintiffs' consolidated complaint and to set a briefing schedule for the forthcoming motions to dismiss.

In Management Order No. 2, the Court included a proposed briefing schedule for the consolidated complaints pending appointment of Plaintiffs' Co-Lead Counsel. ECF No. 134 ¶ 9. On May 22, 2025, the Court appointed Co-Lead Counsel for the Track Two Plaintiffs. ECF No. 156. Under the proposed briefing schedule, the Track Two consolidated complaint was due on June 27, 2025. ECF No. 134 ¶ 9. On June 27, 2025, the School District Class Action Plaintiffs filed a consolidated complaint. ECF No. 222. School District Class Action Plaintiffs later notified Defendants that they would move to amend the consolidated complaint. On June 30, 2025, the Court extended the deadline to for the School District Direct Action Plaintiffs to file their consolidated complaint. ECF No. 233. The Court's order contemplates the imposition of one master schedule for both Tracks following the July 18, 2025 Case Management Conference to further "the interest of judicial efficiency, economy, and consistency." ECF No. 233.

The Parties have met and conferred and have agreed to the following proposed schedule for the **School District Track (Track Two)**:

- Motion to Amend Consolidated and Amended Complaint for School District Class Action and Filing of Consolidated Master Complaint for the School District Direct Actions: August 11, 2025
- Motions to Dismiss: October 27, 2025
- Oppositions to Motions to Dismiss: December 23, 2025
- Reply: January 30, 2026

The Parties to the School District Direct Actions in Track Two are meeting and conferring, and will propose a short form complaint process for any complaints filed after the Consolidated Master Complaint.

The Parties have presented this agreement to the Court, as part of a master schedule including a motion schedule for Track 1, in a brief joint status report in advance of the July 18, 2025 case management conference.

Dated: July 18, 2025

*<u>/s/ Anne Johnson Palmer</u>*
Anne Johnson Palmer
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-951-7000
Monica.Mleczko@ropesgray.com

Christopher M. Young (SBN 163319)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com

*Attorneys for Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC., and Bain Capital, L.P.*

/s/ *William B. Shinoff*
James P. Frantz, Esq. (SBN 87492)
William B. Shinoff, Esq. (SBN 280020)
Edward M. Burak, Esq. (SBN 361196)
Kristin J. Westphal, Esq. (SBN 202046)
**FRANTZ LAW GROUP, APLC**
jpf@frantzlawgroup.com
wshinoff@frantzlawgroup.com
eburak@frantzlawgroup.com
kwestphal@frantzlawgroup.com
402 W. Broadway, Ste. 860
San Diego, CA 92101
T: (619) 233-5945
F: (619) 525-7672

*Attorneys for School District Direct Action Plaintiffs*

*/s/ James E. Cecchi*
James E. Cecchi (NJ SBN 030861989)
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
Email: jcecchi@carellabyrne.com

*Attorney for School District Class Action Plaintiffs*

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Anne Johnson Palmer, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties as required by Section 2(f)(4) of the ECF Administrative Policies and Procedures Manual.

Dated: July 18, 2025

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer