# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION | Case No. 3:25-MD-03149-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION REGARDING SCHEDULE FOR CONSOLIDATED COMPLAINT AND RELATED BRIEFING (TRACKS ONE & TWO)** |

**ORDER**

Pursuant to the foregoing Joint Motion, and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that:

The following schedule is entered in the **Individual User Class Action Track (Track One)**:

- Consolidated Complaint: August 11, 2025
- Motions to Dismiss: September 10, 2025
- Oppositions to Motions to Dismiss: October 10, 2025
- Reply: November 10, 2025

The following schedule is entered in the **School District Track (Track Two)**:

- Consolidated Complaint: August 11, 2025
- Motions to Dismiss: September 25, 2025
- Opposition to Motion to Dismiss: October 27, 2025
- Reply: November 26, 2025

**IT IS SO ORDERED**

Dated: July 23, 2025

_____
Honorable Roger T. Benitez
Judge of the Southern District Court