James P. Frantz, (SBN 87492)
**FRANTZ LAW GROUP APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: (619) 233-5945
Fax: (619) 525-7672
jpf@frantzlawgroup.com

William B. Shinoff, (SBN 280020)
**FRANTZ LAW GROUP APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: (619) 233-5945
Fax: (619) 525-7672
wshinoff@frantzlawgroup.com

*Co-Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION | Case No. 25-md-3149-BEN-MSB<br><br>**JOINT MOTION REGARDING DIRECT FILING (TRACKS ONE & TWO) AND SHORT FORM COMPLAINT (TRACK TWO SCHOOL DISTRICT DIRECT ACTIONS)** |

The Class Action Plaintiffs, Teachers Union Plaintiffs, Individual Action Plaintiffs, School District Class Action Plaintiffs and School District Direct Action Plaintiffs (collectively, the "Track One and Track Two Plaintiffs") together with Defendants, respectfully move the Court for entry of Case Management Order No.____ in the form attached hereto as Exhibit A.

In support of this motion, the parties state as follows:

1. The proposed Order authorizes the direct filing of complaints in this MDL and establishes procedures for the use of a Short Form Complaint by the School District Direct Action Plaintiffs.
2. The proposed procedures are the product of extensive meet-and confer discussions between the Plaintiffs' Lead Counsel and Defendants' Lead Counsel.
3. Entry of the proposed Order will promote efficiency, conserve judicial resources and will expedite the resolution of these proceedings.

WHEREFORE, the parties jointly request that the Court enter Case Management Order No.____in the form attached.

Dated: August 12, 2025

*/s/ James P. Frantz*

James P. Frantz, Cal. State Bar No. 87492
jpf@frantzlawgroup.com
William B. Shinoff, Cal. State Bar No. 280020
wshinoff@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: 619-233-5945

*Co-Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

Dated: August 12, 2025

*/s/ David S. Casey, Jr.*

David S. Casey, Jr., Cal. State Bar No. 60768

dcasey@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

Jennifer M. French, Cal. State Bar No. 265422
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.: (619) 762-1903

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Co-Lead Counsel for Individual Users Class Action Plaintiffs (Track One)*

Dated: August 12, 2025

*/s/ James E. Cecchi*
James E. Cecchi, N.J. State Bar No. 030861989*
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700

*Lead Counsel for School District Class Action Plaintiffs (Track Two)*

Dated: August 12, 2025

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: (415) 315-6337

Monica Mleczko, Mass. State Bar No. 696607*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: (617) 235-4082

Christopher M. Young, Cal. State Bar No. 163319
christopher.young@dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748

*Counsel for PowerSchool Defendants*

Dated: August 12, 2025

*/s/ John P. Carlin*
John P. Carlin NY State Bar No. 3031887*
jcarlin@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street NW
Washington, D.C. 20006-1047
Tel: (202) 223-7300

Jacobus J. Schutte NY State Bar No. 5023353*
jschutte@paulweiss.com
Dylan O. Smith NY State Bar No. 5846076*
dosmith@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000

R. Rosie Vail Cal. State Bar No. 317977
rvail@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Tel.: (628) 432-5100

*Counsel for Bain Capital, L.P. Defendant*

* *Pro Hac Vice*

## ATTESTATION OF ELECTRONIC SIGNATURES

I, William Shinoff, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties as required by Section 2(f)(4) of the ECF Administrative Policies and Procedures Manual.

Dated: August 12, 2025

*/s/ William B. Shinoff*
William B. Shinoff

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.: 3:25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>**[PROPOSED] CASE MANAGEMENT ORDER NO. ___: DIRECT FILING (TRACKS ONE & TWO) AND SHORT FORM COMPLAINT (TRACK TWO SCHOOL DISTRICT DIRECT ACTIONS)** |

## I. Scope of the Order

This Order shall apply to all actions directly filed in the Southern District of California as part of the above captioned MDL proceeding ("MDL 3149") on or after the date of this Order.

## II. Direct Filing of Actions into the MDL

**A. Direct Filing:** To promote judicial efficiency and eliminate delays associated with the transfer to this Court of cases filed in or removed to other federal district courts, any Plaintiff may file complaints directly in this MDL proceeding in the United States District Court for the Southern District of California that arise out of the

subject matter of this litigation and that would otherwise be subject to transfer to this Court pursuant to 28 U.S.C. § 1407.

**B. Pretrial Proceedings Only:** The direct filing of actions in MDL 3149 is solely for the purpose of consolidated discovery and related pretrial proceedings as provided by 28 U.S.C. § 1407 and in accordance with the JPML April 7, 2025 Transfer Order. (ECF No. 1). Plaintiffs' and Defendants' agreement to this Order does not constitute a waiver under *Lexecon, Inc. v. Millberg Weiss Bershad Hynes & Lerach,* 523 U.S. 26 (1988) by any party. Nothing in this Order precludes the parties from agreeing to *Lexecon* waivers in the future.

**C. Designated Forum:** Each case directly filed into MDL 3149 must identify the federal district court in which Plaintiff would have filed in the absence of direct filing "Designated Forum". Counsel must also include the Designated Forum in the case caption of the complaint. Any complaint filed directly in the Southern District of California pursuant to this Order shall be filed as a new civil action through the Court's electronic filing system. At the time of filing, the complaint shall use the caption below:

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>Civil Action No.__ | Case No.: 25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>Judge Roger T. Benitez<br><br>Magistrate Judge Michael S. Berg<br><br>Designated Forum [STATE] |

The civil cover sheet accompanying each complaint shall specify under "Related Case(s)" that the case relates to MDL 3149. Once filed, the Clerk of the Court shall assign an individual case number and, after review, the case will automatically be consolidated into MDL 3149.

**D. Jurisdiction and Venue:** The inclusion of any action in this MDL by means of this direct filing procedure shall not constitute a determination by this Court

that jurisdiction or venue is proper in this District. No Defendant shall move to dismiss any complaint properly filed pursuant to this Order on the grounds that the Southern District of California is an improper venue or lacks jurisdiction for purposes of MDL 3149, except that a Defendant may move to dismiss for lack of jurisdiction if such jurisdictional argument would apply to the Designated Court listed in the complaint caption.

**E. Choice of Law:** Filing an action directly into MDL 3149 pursuant to this Order will have no impact on choice of law, including for statute of limitations purposes. Choice of law issues are reserved and shall be briefed, as appropriate, at a later date.

**F. Electronic Filing of Complaints:** All complaints must be filed electronically consistent with the Southern District of California filing requirements. All forms and instructions may be found at www.casd.uscourts.gov/cmecf.

**G. Service of Process and Waiver:** For complaints that are properly filed in, removed to, or transferred to MDL 3149, the Defendants listed below agree to waive formal service of summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. Service upon the following entities will be deemed complete upon providing copies of the Complaint, Summons, and Civil Cover Sheet to the following email addresses:

**PowerSchool Holdings, Inc.**

*PowerSchoolHoldings@ropesgray.com*

**PowerSchool Group LLC**

*PowerSchoolGroup@ropesgray.com*

**Bain Capital, L.P.**

*BainCapital-MDL3149@paulweiss.com*

Defendants' email systems will generate an automated response to the sender upon receipt of an email to each of the designated addresses. The automated response will confirm receipt of the email to that email address and shall constitute proof of service

upon the Defendants who have agreed to service at that email address per this Order. Defendants will not otherwise respond to emails sent to the above email addresses. Plaintiffs shall make proof of electronic service to the Court as required by Rule 4(l)(1) of the Federal Rules of Civil Procedure. For all complaints filed in, removed to, or transferred to MDL 3149: (1) all requests for issuance of summons shall be made in the underlying case, and not through the MDL 3149 Master Docket File; (ii) all proofs of service shall be filed only in the underlying case and not in MDL 3149 Master Docket File. Acceptance of electronic service shall not constitute a waiver of any defense.

**H. Response to Complaints Filed After the Master Consolidated Complaints**

To eliminate potential delays and to promote judicial efficiency with respect to the administration of this MDL proceeding, all complaints filed in this MDL proceeding after August 11, 2025, shall be deemed answered and denied, without waiver of any defense or right to move to dismiss, and with full preservation of all arguments and defenses that may be raised in any responsive pleading that may be required by future order of the Court or motion to dismiss.

**I. Short Form Complaint Process for Track Two Direct Actions**

School District Direct Actions Co-Lead Counsel and Steering Committee have met and conferred with Defendants' Counsel regarding the contents and filing of a School District Direct Action Consolidated Master Complaint ("Master Complaint"), a School District Direct Action Short Form Complaint, and the scheduling of Defendants' responses to those complaints.

On or before August 11, 2025, the School District Direct Actions Plaintiffs will file a Consolidated Master Complaint that will assert claims on behalf of all School District Direct Action Plaintiffs on file as of that date. School District Direct Action Plaintiffs who join Track Two after the Master Complaint is filed shall follow the Short Form Complaint Process described below.

Attached as **Exhibit A** to this Order is a template Short Form Complaint ("SFC") for use by School District Direct Action Plaintiffs in future-filed School District Direct Actions Track Two cases in this MDL. The SFC is an abbreviated form that each School District Direct Action Plaintiff will complete, indicating their individual claims, the Defendants against whom they are bringing those claims, and adopting the applicable factual allegations set forth in the Master Complaint as the basis for those individual claims. Each School District Direct Action Plaintiff shall file a separate SFC setting forth its individual claims and alleged injury. By this process, all allegations applicable to the specific Defendants named in the SFC that are set forth in the Master Complaint shall be deemed pleaded against those Defendants.

For each such School District Direct Action, the Master Complaint (and any subsequent amendments) and the SFC (and any subsequent amendments) shall be deemed the Plaintiff's operative Complaint. Each SFC filed in this MDL proceeding shall indicate the federal district where the individual Plaintiff originally filed or would have originally filed its Complaint. The procedures for filing the Master Complaint and the SFC do not reflect that the Defendants have agreed to or admitted the allegations set forth in those pleadings, nor have the Defendants conceded or waived their right to dispute the legal validity of the claims alleged therein.

a. **Complaints Transferred, or in the Process of Being Transferred, to this MDL before August 11, 2025**

Any School District Direct Action Plaintiff whose case was transferred to this MDL or was in the process of being transferred to this MDL before August 11, 2025 (the date of filing of the Master Complaint), need not file a short-form complaint in this MDL. These Plaintiffs' claims and allegations shall be superseded by the claims and allegations in the Master Complaint which will become the operative Complaint without need for amendment by these Plaintiffs. For purposes of the statute of limitations, any such Plaintiff shall be deemed to have filed their Complaint as of the

date they filed their original Complaint, and not the date of the Master Complaint. Nothing in this Order or the filing of a SFC shall be construed as a prior dismissal or amendment of a prior complaint, but the prior complaint shall no longer be deemed the operative complaint.

b. **All Other School District Direct Action Complaints**

i. **Direct Filed Cases**

All School District Direct Action Plaintiffs must file their SFC electronically in this MDL. Plaintiffs' counsel shall file their SFC consistent with the Direct Filing Order. For purposes of statutes of limitations and statutes of repose, any such Plaintiff shall be deemed to have filed their complaint as of the date they filed their Short Form Complaint and not the date of the Master Complaint, except that, for any Plaintiff who filed a School District Track Two Complaint in this MDL before August 11, 2025, the date on which they filed such Complaint shall be the relevant date.

ii. **Transferred Cases**

Any School District Direct Action Plaintiff whose case becomes part of this MDL after August 11, 2025, whether by transfer from another district or by filing in this district, must file a SFC within 20 days from the date of transfer or, if originally filed in this district, from the date of the action's filing in this Court. For purposes of statutes of limitations and statutes of repose, any such Plaintiff shall be deemed to have filed their Complaint as of the date they filed their original Complaint in a different judicial district or in this district and not the date of the Master Complaint or the date they filed their Short Form Complaint.

c. **Response to *Master Complaint* and *Short Form Complaints***

To eliminate potential delays and to promote judicial efficiency with respect to the administration of this MDL proceeding, all SFCs filed in this MDL proceeding are deemed answered and denied, without waiver of any defense or right to move to dismiss, and with full preservation of all arguments and defenses that may be raised in

any responsive pleading that may be required by future order of the Court or motion to dismiss.

Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC, and Bain Capital, L.P., shall file a motion to dismiss the Master Complaint on the schedule reflected in the Court's July 24, 2025 Order (Dkt. 243). For any SFC filed after August 11, 2025, the Defendants need file motion(s) to dismiss only to the extent the later-filed SFC(s) add new causes of action not present in the Master Complaint. To promote judicial efficiency, counsel for the parties will first meet and confer prior to the filing of any subsequent Motions to Dismiss to agree on a briefing schedule to present to the Court. Further, any of the Court's rulings related to the Master Complaint shall equally apply to the same claims adopted in the later-filed SFC(s).

**IT IS SO ORDERED.**

DATED: _______ ______________________________

HON. ROGER T. BENITEZ, U.S.D.J.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION**<br><br>**This Document Relates To:**<br><br>**Civil Action No.:** | Case No. 25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>**SCHOOL DISTRICT DIRECT ACTIONS SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Designated Forum [STATE] |

The Plaintiff named below files this *School District Direct Actions Short-Form Complaint and Demand for Jury Trial* ("*SFC*") against Defendants named below by and through their undersigned counsel. Plaintiff incorporates and adopts by reference the allegations, claims, and relief sought in *Plaintiff's School District Direct Actions Master Consolidated Complaint* ("*Master Consolidated Complaint*") as it relates to the named Defendants (checked-off below), filed in *In Re: PowerSchool Holdings, Inc. and PowerSchool Group, LLC Customer Security Breach Litigation*, MDL 3149 in the United States District Court for the Southern District of California. Plaintiff files this *SFC* as permitted by Case Management Order _____.

Plaintiff indicates by completing the below the Parties and causes of action specific to Plaintiff's case.

Plaintiff by and through its undersigned counsel, alleges as follows:

## I. DESIGNATED FORUM

1. For Direct Filed Cases: Identify the Federal District Court in which the Plaintiff would have filed and the date of the filing:

2. For Transferred Cases: Identify the Federal District Court in which the Plaintiff originally filed and the date of filing:

## II. IDENTIFICATION OF PARTIES

### A. Plaintiff

1. Name of the individual school district alleging claims against Defendant(s):

2. Number of schools served in the Plaintiff's school district:

3. Number of minors served in the Plaintiff's school district:

4. Plaintiff is a resident and citizen of which state:

### B. Defendants

1. Plaintiff names the following Defendants in this action:

| NAME | CITIZENSHIP |
|---|---|
| | |
| | |
| | |
| | |

2. For each "Other Defendant" Plaintiff contends are additional parties and are liable or responsible for Plaintiff's damages alleged herein, Plaintiff must identify by name each Defendant and its citizenship and plead the specific facts supporting any claim against each "Other Defendant" in compliance with the Federal Rules of Civil Procedure. In doing so, Plaintiff may attach additional pages to this *Short-Form Complaint*. Plaintiff names the following additional Defendants in this action:

| NAME | CITIZENSHIP |
|---|---|
| | |
| | |

## III. CAUSES OF ACTION ASSERTED

1. The following Causes of Action asserted in the *Master Consolidated Complaint* and the allegations with regard thereto are adopted in this *Short-Form Complaint* by reference (*check all that are adopted*):

| Adopted | Cause of Action (COA) | Count Number | Asserted Against |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IV. ADDITIONAL CAUSES OF ACTION

1. If Causes of Action are asserted in addition to those pleaded in the *Master Consolidated Complaint* those additional Causes of Action, must be pleaded in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff may attach additional pages to this *SFC*. Plaintiff asserts the following additional Causes of Action and supporting allegations against the following Defendants:

| Cause of Action (COA) | Count Number | Asserted Against |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**WHEREFORE**, Plaintiff prays for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the *Master Consolidated Complaint* and any additional relief to which Plaintiff may be entitled.

## JURY DEMAND

Plaintiff hereby demands a trial by jury to all claims in this action.

***

By signature below, Plaintiff's counsel hereby confirms their submission to the authority and jurisdiction for the United States District Court of the Southern District of California and oversight of counsel's duties under the Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of pro hac vice status.

Respectfully submitted,

Dated: */s/*

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Southern District of California by using the CM/ECF system on ___, 2025. I further certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Dated: *_/s/_* ________________________________