David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY**
**FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Interim Co-Lead Counsel*

**Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | **Case No.: 25-md-3149-BEN-MSB**<br><br>**MDL NO. 3149**<br><br>**NOTICE OF ERRATA** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that when Plaintiffs filed their consolidated class action complaint (ECF No. 259) on August 11, 2025, they inadvertently misidentified the Defendants against which they asserted Counts II, III, IV, VII, and IX. Currently

Plaintiffs assert Counts II, III, IV, VII, and IX against only Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC, and Bain Capital, LP.

Counts II, III, IV, VII, and IX should correctly be asserted against *all* Defendants, including Defendant Movate, Inc.

The header of Count II in Plaintiffs' consolidated class action complaint should hereafter reflect, as follows:

**COUNT II – NEGLIGENCE PER SE**
**(ON BEHALF OF PLAINTIFFS AND THE NATIONWIDE CLASS, OR ALTERNATIVELY, ON BEHALF OF PLAINTIFFS AND THE STATEWIDE SUBCLASSES)**
**(AGAINST ALL DEFENDANTS)**

The header of Count III in Plaintiffs' consolidated class action complaint should hereafter reflect, as follows:

**COUNT III – UNJUST ENRICHMENT**
**(ON BEHALF OF PLAINTIFFS AND THE NATIONWIDE CLASS, OR ALTERNATIVELY, ON BEHALF OF PLAINTIFFS AND THE STATEWIDE SUBCLASSES)**
**(AGAINST ALL DEFENDANTS)**

The header of Count IV in Plaintiffs' consolidated class action complaint should hereafter reflect, as follows:

**COUNT IV – INVASION OF PRIVACY**
**(ON BEHALF OF PLAINTIFFS AND THE NATIONWIDE CLASS, OR ALTERNATIVELY, ON BEHALF OF PLAINTIFFS AND THE STATEWIDE SUBCLASSES)**
**(AGAINST ALL DEFENDANTS)**

The header of Count VII in Plaintiffs' consolidated class action complaint should hereafter reflect, as follows:

**COUNT VII – BREACH OF FIDUCIARY DUTY**
**(ON BEHALF OF PLAINTIFFS AND THE NATIONWIDE CLASS, OR ALTERNATIVELY, ON BEHALF OF PLAINTIFFS AND THE STATEWIDE SUBCLASSES)**
**(AGAINST ALL DEFENDANTS)**

The header of Count IX in Plaintiffs' consolidated class action complaint should hereafter reflect, as follows:

**COUNT IX – NEGLIGENT TRAINING AND SUPERVISION**
**(ON BEHALF OF PLAINTIFFS AND THE NATIONWIDE CLASS)**
**(AGAINST ALL DEFENDANTS)**

Dated: August 12, 2025

Respectfully submitted,

*/s/ James J. Pizzirusso*

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Co-Lead Counsel for Individual Action Plaintiffs (Track One)*

*/s/ Carol C. Villegas*

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700
*Co-Lead Counsel for Teachers Unions Plaintiffs (Track One)*

*/s/ David S. Casey, Jr.*

David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

*Co-Lead Counsel for Class Action Plaintiffs (Track One)*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 12, 2025, a copy of the foregoing Notice of Errata was served upon counsel of record through this Court's CM/ECF system, Email and/or U.S. Mail, as indicated below:

**Movate, Inc.**
C T CORPORATION SYSTEM
330 N Brand Blvd.
Suite 700
Glendale, CA 91203

Dated: August 12, 2025

Respectfully submitted,

*/s/ James J. Pizzirusso*

James J. Pizzirusso*