Jennifer M. French, Cal. State Bar No. 265422
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.: (619) 762-1903

*Plaintiffs' Liaison Counsel*

[Additional Counsel listed below]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 3:25-md-03149-BEN-MSB |
| | **JOINT STATUS REPORT** |
| | Date: August 22, 2025 |
| | Time: 10:30 a.m. |
| | Judge: Hon. Roger T. Benitez |
| | Ctrm: 5A |

The Parties respectfully submit this Joint Status Report in advance of the Status Conference scheduled for August 22, 2025.

## I.    STATUS OF COMPLAINTS

On August 11, 2025, Plaintiffs filed the Track One Consolidated Individual Users Class Action Complaint (ECF No. 259) and Track Two School District Direct Actions Master Consolidated Complaint (ECF No. 258). The Track One Consolidated Class Action Complaint adds a new defendant, Movate, Inc. ECF No. 259, at ¶ 42. The Court set a briefing schedule for anticipated motions to dismiss the consolidated complaints on July 23, 2025. ECF No. 243.

Also on August 11, 2025, the Track Two School District Class Action Plaintiffs filed an unopposed motion for leave to file an amended complaint and add new class representatives. ECF No. 257. On August 12, 2025, the Court granted the motion and the Track Two School District Class Action Plaintiffs filed their amended complaint. ECF Nos. 260, 263.

On August 20, 2025, Plaintiffs' Co-Lead Counsel are scheduled to meet and confer with Defense Counsel for Defendants PowerSchool and Bain Capital regarding anticipated motions to dismiss the consolidated complaints. The Parties will also meet and confer on a bellwether claims process.

Given the number of claims and issues raised in the complaints, which collectively span 754 pages, the Defendants intend to seek leave to file (i) memoranda in support or opposition of each of the anticipated motions to dismiss that do not exceed fifty pages, and (ii) reply memoranda that do not exceed twenty-five pages. The Parties will inform the Court of the requested page limits no later than August 25, 2025. This will allow the Parties to first meet and confer and for Defendants to determine whether it is possible to narrow the issues to be briefed. Defendants reserve the right to seek additional pages following the meet and confer, if necessary.

JOINT STATUS REPORT

No. 3:25-md-03149-BEN-MSB

## IV.   CASE MANAGEMENT

### A.   Liaison Counsel's Report

Liaison Counsel contacted plaintiffs' counsel in the related state court action, *Jane Doe One et al. v. PowerSchool Holdings, Inc. et al*, Case No. 25CU002797C, pending in the San Diego Superior Court. PowerSchool filed a motion to stay and a demurrer to the state court action, which will be heard on March 6, 2026. Liaison Counsel will continue to monitor the case, communicate with plaintiffs' counsel in that state court action, and keep the Court apprised of any interim developments.

### B.   Track One Time & Expense Protocol

Track One Co-Lead Counsel submitted a Proposed Order regarding the time and Expense Protocol for Common Benefit Work on August 1, 2025.

### C.   Informal Discovery

Plaintiffs sent PowerSchool informal discovery requests. The Parties met and conferred regarding the informal discovery served before the anticipated ENE. PowerSchool has agreed to informally produce some of the requested categories of documents. This meet and confer process is ongoing. PowerSchool recently served Plaintiffs with informal discovery requests. To the extent necessary, the Parties will meet and confer on PowerSchool's informal discovery requests. If the Parties reach an impasse on any important issues, they will proceed to contact Magistrate Judge Berg for assistance.

### D.   Protective Order and ESI Protocol

The Parties have exchanged a proposed Stipulated Protective Order and will forward to Magistrate Judge Berg for approval or assistance on or before August 25, 2025. They will follow the same process with the ESI Protocol.

### E.   Special Discovery Master

The Parties agree to the appointment of the Honorable Larry Burns (Ret.) as the Special Discovery Master in this case.

JOINT STATUS REPORT

No. 3:25-md-03149-BEN-MSB

**F**    *Lexecon* **Waiver and 1404 Transfers**

The Parties have committed to addressing this issue and will do so in advance of the next Status Conference.

**G.    Settlement Discussions**

The Parties have not engaged in settlement discussions but have focused their discussions on informal discovery on requests that can facilitate such discussions and hope to achieve consensus on a proposed mediator to present for the Court's consideration soon.

**H.    Case Management Order Re: Direct Filing and Short Form Complaint**

The Parties jointly submitted a Motion and Proposed Order requesting that the Court enter a Case Management Order authorizing the direct filing of complaints into the MDL and the use of a Short Form Complaint for School District Direct Actions Plaintiffs. ECF No. 261. Adoption of these procedures will assist the Court and the Parties in advancing the matter efficiently and expeditiously.

Dated: August 13, 2025

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jennf@lcllp.com

David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

*Co-Lead Counsel for Class Action Plaintiffs*

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

*Co-Lead Counsel for Teachers Unions Plaintiffs*

3

JOINT STATUS REPORT

No. 3:25-md-03149-BEN-MSB

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Co-Lead Counsel for Individual Action Plaintiffs*

James E. Cecchi, N.J. State Bar No. 030861989*
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700

*Lead Counsel for School District Class Action Plaintiffs*

James P. Frantz, Cal. State Bar No. 87492
jpf@frantzlawgroup.com
William B. Shinoff, Cal. State Bar No. 280020
wshinoff@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: (619) 233-5945

*Co-Lead Counsel for School District Direct Action Plaintiffs*

Dated: August 13, 2025

*/s/ Monica Mleczko*
Monica Mleczko, Mass. State Bar No. 696607*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: 617-235-4082

Christopher M. Young, Cal. State Bar No. 163319
christopher.young@dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

Anne Johnson Palmer, Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

*Counsel for the PowerSchool Defendants*
* Admitted *pro hac vice*

4

Dated: August 13, 2025

*/s/ Jacobus Janus Schutte*
Jacobus Janus Schutte NY State Bar No. 5023353*
jschutte@paulweiss.com
Dylan O. Smith, NY State Bar No. 5846076*
dosmith@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000

John P. Carlin, NY State Bar No. 3031887*
jcarlin@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: 202-223-7300

R. Rosie Vail, Cal. State Bar No. 317977
rvail@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Tel.: 628-432-5100

*Counsel for Defendant Bain Capital, L.P.*
* Admitted *pro hac vice*

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual.

Dated: August 13, 2025

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jennf@lcllp.com

5

JOINT STATUS REPORT
No. 3:25-md-03149-BEN-MSB