Jennifer M. French, Cal. State Bar No. 265422
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.: (619) 762-1903
Fax: (858) 313-1850

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION,

Case No.: 3:25-md-03149-BEN-MSB

**NOTICE OF RELATED CASE**

Judge: Hon. Roger T. Benitez
Ctrm: 5A

**NOTICE OF RELATED CASE**

PLEASE TAKE NOTICE under Civil Local Rule 40.1(f) of the following related case: *Jane Doe One et al. v. PowerSchool Holdings, Inc. et al*, Case No. 25CU002797C, pending in the San Diego Superior Court. The presiding Judge is Honorable Loren G. Freestone in Department 64.

The two matters are related because they involve similar questions of fact and law and arise out of the same Data Breach that the PowerSchool defendants claim to have discovered on December 28, 2024. The *Jane Doe One* plaintiffs filed their first complaint on January 16, 2025, after dozens of plaintiffs filed the first federal actions that form the basis of this MDL. Anne Johnson Palmer and the attorneys at Ropes & Gray LLP represent the PowerSchool defendants in both the MDL and the state court action.

Judge Freestone consolidated two state court actions in *Jane Doe One*, and those plaintiffs filed a Second Amended Consolidated Complaint on July 1, 2025. *See* Ex. A. The proposed *Jane Doe One* class includes all individuals "currently residing in and citizens of the State of California," including minor children, whose Personal Identifying Information and/or Personal health Information was collected, maintained, or stored by Defendants and accessed, exfiltrated, or disclosed because of the Data Breach. Ex. A. at ¶ 89. Track One plaintiffs filed their Consolidated Individual Users Class Action Complaint on August 11, 2025. Dkt. No. 259. The proposed Track One Class and Subclasses overlap with the proposed *Jane Doe One* class, including a Nationwide Class of "All United States residents whose PII and/or PHI was accessed by and disclosed to unauthorized persons in the Data Breach, including all those who were sent notice of the Data Breach" (Dkt. No. 259 at 193) and a California Subclass of "All current or former employees, students, parents (of current or former students), residing in and teachers unions registered in their state of residency [California] whose PII and/or PHI was accessed by and disclosed to unauthorized persons in the Data

Breach including, all those who were sent notice of the Data Breach" (Dkt. No. 259 at 194–95 n.288).

The Track One claims for relief on behalf of California plaintiffs overlap with each of the causes of action raised in the *Jane Doe One* complaint. Track One plaintiffs also bring claims that are not raised in the *Jane Doe One* case and thus provide Californians with more avenues for relief:

| ***Jane Doe One* Complaint** | **Track One Consolidated Complaint** |
|---|---|
| First Cause of Action – Violation of California's Confidentiality of Medical Information Act, Cal. Civ. Code §§ 56 *et seq*. (Ex. A at 33) | Count XIV – California Confidentiality of Medical Information Act, Cal. Civ. Code §§ 56 *et seq.* (Dkt. No. 259 at 241) |
| Second Cause of Action – Violation of California Customer Records Act, Cal. Civ. Code § 1798.81.5 (Ex. A at 39) | Count XII - California Customer Records Act, Cal. Civ. Code §§ 1798.80 *et seq.* (Dkt. No. 259 at 236) |
| Third Cause of Action – Invasion of Privacy (Ex. A. at 42) | Count IV – Invasion of Privacy (Dkt. No. 259 at 214)<br><br>Count XV – Invasion of Privacy: California Constitution, Cal. Const., Art. I § 1 (Dkt. No. 259 at 249) |
| Fourth Cause of Action – Negligence/Negligence Per Se (Ex A. at 45) | Count I – Negligence (Dkt. No. 259 at 196)<br><br>Count II – Negligence Per Se (Dkt. No. 259 at 205) |
| Fifth Cause of Action – Breach of Confidence (Ex. A at 50) | Count VII – Breach of Fiduciary Duty (Dkt. No. 259 at 222) |
| Sixth Cause of Action – Violation of California Consumer Privacy Act, Cal. Civ. Code § 1798.150 (Ex. A at 52) | Count XIII – Violation of the California Consumer Privacy Act, Cal. Civ. Code §§ 1798.100 *et seq.* (Dkt. No. 259 at 238) |
| Seventh Cause of Action – Violation of California Security Notification Laws, Cal. Civ. Code § 1798.82 (Ex. A at 54) | Count XII - California Customer Records Act, Cal. Civ. Code §§ 1798.80 *et seq.* (Dkt. No. 259 at 236) |

| *Jane Doe One* **Complaint** | **Track One Consolidated Complaint** |
|---|---|
| Eighth Cause of Action – Violation of California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.* (Ex. A at 56) | Count XVI – California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.* (Dkt. No. 259 at 251)<br>Count XVII – Aiding and Abetting, Cal. Bus. & Prof. Code §§ 17200 *et seq.* (Dkt. No. 259 at 255) |
| Ninth Cause of Action – Declaratory Relief (Ex. A at 60) | Count VI – Declaratory Judgment and Injunctive Relief (Dkt. No. 259 at 217) |
| | Count III – Unjust Enrichment (Dkt. No. 259 at 210) |
| | Count IX – Negligent Training and Supervision (Dkt. No. 259 at 224) |
| | Count XVIII – California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.* (Dkt. No. 259 at 257) |
| | Count XIX – Comprehensive Data Access and Fraud Act, Cal. Pen. Code § 502 (Dkt. No. 259 at 260) |
| | Count XX – Prohibition Against Deceit by Concealment, Cal. Civ. Fode § 1710(3) (Dkt. No. 259 at 262) |

On July 7, 2025, the PowerSchool defendants filed a motion to stay the *Jane Doe One* case, in addition to a demurrer. *See* Exs. B–E. Judge Freestone will hear argument on both motions on March 6, 2026 at 10:30 a.m. The state court also scheduled a case management conference in the *Jane Doe One* action for October 24, 2025 at 10:00 a.m. In the stay motion, the PowerSchool defendants request that Judge Freestone use his discretion to stay the action pending resolution of this MDL to "prevent conflicting rulings and conserve judicial and party resources." Ex. B at p. 1.

Given the substantial overlap between the two cases, "assignment to a single district judge [would be] likely to effect a saving of judicial effort and other economies." CivLR 40.1(f). The PowerSchool defendants have not sought removal of the *Jane Doe One* case to this Court. As it stands, parallel litigation of the same claims

risks inconsistent adjudication and duplicative expenditure of judicial resources. To avoid these risks, the Track One Plaintiffs submit that the *Jane Doe One* case should be stayed pending completion of the MDL proceedings in this Court.

Dated: August 26, 2025

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jennf@lcllp.com

**CIVIL LOCAL RULE 5.2 PROOF OF SERVICE**

In addition to the parties served through the Court's Electronic Filing System, I hereby certify that I served the above Notice of Related Case and the concurrently filed Appendix of Exhibits on the following individuals by email on August 26, 2025:

William J. Doyle, bill@doyleapc.com
Chris W. Wantrell, chris@doyleapc.com
**DOYLE APC**
550 West B St., 4th Floor
San Diego, CA 92101
Tel.: (619) 736-0000

Marc J. Levine, marc@specialedpartners.com
Jerid R. Maybaum, jerid@specialedpartners.com
**LEVINE & MAYBAUM LLP**
10940 Wilshire Blvd., 6th Floor
Los Angeles, CA 90024

Alan M. Mansfield, amansfield@whatleykallas.com
**WHATLEY KALLAS, LLP**
16870 W. Bernardo Drive, Suite 400
San Diego, CA 92127
Tel.: (619) 308-5034

*Attorneys for Plaintiffs Jane Doe One and John Doe Two*

Robert A. Waller, Jr., robert@robertwallerlaw.com
**LAW OFFICES OF ROBERT A. WALLER, JR.**
P.O. Box 999
Cardiff-by-the-Sea, CA 92007
Tel: (760) 753-3118

Patrick N. Keegan, pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel: (760) 929-9303

*Attorneys for Plaintiff John Doe*

Dated: August 26, 2025

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jennf@lcllp.com