Jennifer M. French, Cal. State Bar No. 265422
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.: (619) 762-1903
Fax: (858) 313-1850

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION,

Case No.: 3:25-md-03149-BEN-MSB

**APPENDIX OF EXHIBITS TO NOTICE OF RELATED CASE**

Judge: Hon. Roger T. Benitez
Ctrm: 5A

Plaintiffs' Liaison Counsel Jennifer M. French submits this Appendix of Exhibits to the Notice of Related Case:

| **Ex. No.** | **Starting Page No.** |
|---|---|
| A | 1 |
| B | 67 |
| C | 84 |
| D | 213 |
| E | 244 |

Dated: August 26, 2025

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jennf@lcllp.com

## CIVIL LOCAL RULE 5.2 PROOF OF SERVICE

In addition to the parties served through the Court's Electronic Filing System, I hereby certify that I served the above Notice of Related Case and the concurrently filed Appendix of Exhibits on the following individuals by email on August 26, 2025:

William J. Doyle, bill@doyleapc.com
Chris W. Wantrell, chris@doyleapc.com
**DOYLE APC**
550 West B St., 4th Floor
San Diego, CA 92101
Tel.: (619) 736-0000

Marc J. Levine, marc@specialedpartners.com
Jerid R. Maybaum, jerid@specialedpartners.com
**LEVINE & MAYBAUM LLP**
10940 Wilshire Blvd., 6th Floor
Los Angeles, CA 90024

Alan M. Mansfield, amansfield@whatleykallas.com
**WHATLEY KALLAS, LLP**
16870 W. Bernardo Drive, Suite 400
San Diego, CA 92127
Tel.: (619) 308-5034

*Attorneys for Plaintiffs Jane Doe One and John Doe Two*

Robert A. Waller, Jr., robert@robertwallerlaw.com
**LAW OFFICES OF ROBERT A. WALLER, JR.**
P.O. Box 999
Cardiff-by-the-Sea, CA 92007
Tel: (760) 753-3118

Patrick N. Keegan, pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel: (760) 929-9303

*Attorneys for Plaintiff John Doe*

Dated: August 26, 2025

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jennf@lcllp.com