# EXHIBIT C

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
7/7/2025 3:56:25 PM

Clerk of the Superior Court
By N. Lopez ,Deputy Clerk

Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko (*pro hac vice* application pending)
**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
Monica.Mleczko@ropesgray.com

Christopher M. Young (SBN 163319)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com

*Attorneys for Defendants PowerSchool Group, LLC and PowerSchool Holdings, Inc.*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

JANE DOE ONE and JOHN DOE TWO, on behalf of themselves and all others similarly situated and for the benefit of the general public,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS INC., POWERSCHOOL GROUP, LLC, and DOES 1 through 25, inclusive,

Defendants.

Case No. 25CU002797C

*POWERSCHOOL DATA BREACH LITIGATION*

CONSOLIDATED FOR ALL PURPOSE WITH CASE NO. 25 CU 014423C

**DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF DEFENDANTS POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC'S MOTION TO STAY PROCEEDING**

Hearing Date: March 6, 2026
Time: 10:30 a.m.
Dept: SD-64
Judge: Hon. Loren G. Freestone

Consol. Compl. Filed: May 23, 2025
Trial Date: Not Yet Set.

**DECLARATION OF ANNE JOHNSON PALMER**

I, Anne Johnson Palmer, declare as follows:

1. I am member of the bar of the State of California and a partner at Ropes & Gray LLP, attorneys for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC (together, "PowerSchool") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the first Transfer Order entered as Dkt. 1 in the case captioned *In re PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litig.*, 3:25-md-03149-BEN-MSB (S.D. Cal.) (the "Federal MDL").

3. Attached hereto as **Exhibit B** is a true and correct copy of the docket sheet as of July 7, 2025, in the Federal MDL.

4. Attached hereto as **Exhibit C** is a true and correct excerpted copy of the transcript of the May 14, 2025, hearing in the Federal MDL.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Case Management Order No. 2 entered as Dkt. 134 in the Federal MDL.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Case Management Order No. 4 entered as Dkt. 221 in the Federal MDL.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Case Management Order No. 3 entered as Dkt. 156 in the Federal MDL.

8. Attached hereto as **Exhibit G** is a true and correct excerpted copy of the Complaint filed on January 9, 2025, at Dkt. 1 in the case captioned *F.C. et al. v. PowerSchool Group LLC, et al.*, 3:25-cv-00944 (S.D. Cal.).

9. Attached hereto as **Exhibit H** is a true and correct excerpted copy of the Complaint filed on February 7, 2025, at Dkt. 1 in the case captioned *Spicuzza et al. v. PowerSchool et al.*, 3:25-cv-01016 (S.D. Cal.).

/ / /

/ / /

10. Attached hereto as **Exhibit I** is a true and correct excerpted copy of the Complaint filed on January 15, 2025, at Dkt. 1 in the case captioned *Greci et al. v. PowerSchool*, 3:25-cv-00975 (S.D. Cal.).

11. Attached hereto as **Exhibit J** is a true and correct excerpted copy of the Complaint filed on January 16, 2025, at Dkt. 1 in the case captioned *Flick et al. v. PowerSchool et al.*, 3:25-cv-00969 (S.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2025, at San Francisco, California.

/s/ [signature]
Anne Johnson Palmer

# EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
Apr 8 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ JulieOlsen DEPUTY

**IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION** MDL No. 3149

## TRANSFER ORDER

**Before the Panel:*** Plaintiffs in the Western District of Missouri *J.I.* action listed on Schedule A move under 28 U.S.C. § 1407 to centralize this litigation in the Western District of Missouri. This litigation consists of 32 actions pending in three districts, as listed on Schedule A. In addition, the parties have informed the Panel of 23 related actions pending in eight districts.[1]

Most responding parties support centralization. Defendants PowerSchool Holdings, Inc., and PowerSchool Group LLC (collectively "PowerSchool"), and the responding plaintiffs in all but six cases support or do not oppose centralization.[2] There is less agreement on selection of the transferee district. PowerSchool requests centralization in the Eastern District of California or the Northern District of California. Plaintiffs in more than 30 actions likewise support centralization in those two districts, in the first instance or in the alternative. Other plaintiffs, as their primary or alternative position, request centralization the Western District of Missouri, Southern District of California, Central District of California, Northern District of Illinois, Eastern District of New York, Middle District of North Carolina, or District of Minnesota.

On the basis of the papers filed and the hearing session held, we find that the actions listed on Schedule A involve common questions of fact, and that centralization in the Southern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions arising from a recent cybersecurity incident involving unauthorized access to PowerSchool's Student Information System software, which schools use to store current and former students' and staff members'

---

* Judge Roger T. Benitez did not participate in the decision of this matter. One or more Panel members who could be members of the putative classes in this litigation have renounced their participation in these classes and have participated in this decision.

[1] These and any other related actions are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1, and 7.2.

[2] The six cases are the E.D. California *Buack-Shelton*, *Vargha*, *Brown*, and *Greci* actions listed on Schedule A, and the potential tag-along actions *Joseph v. PowerSchool Holdings, Inc.*, No. 25-0517 (E.D. Cal.), and *Hisserich v. PowerSchool Group LLC*, No. 25-0444 (E.D. Cal.).

personal information. Plaintiffs are students, students' guardians, and school staff seeking certification of overlapping nationwide and statewide class actions of individuals affected by the data breach. The actions involve virtually identical claims for negligence, breach of contract, and unjust enrichment. Discovery in all actions will focus on how and when the breach occurred, the sufficiency of PowerSchool's data security practices, and how and when PowerSchool notified breach victims. Centralization will avoid the possibility of inconsistent pretrial rulings, particularly with respect to class certification. With a total of 55 cases pending in nine districts, centralization will provide efficiencies and conserve the resources of the parties, witnesses, and courts.

Plaintiffs in the Eastern District of California *Buack-Shelton*, *Vargha*, *Brown*, and *Greci* actions, as well as plaintiffs in the Eastern District of California *Joseph* and *Hisserich* related actions, maintain that informal coordination is feasible. They argue that the 41 Eastern District of California cases will soon be consolidated before a single judge, effectively leaving only fourteen additional cases spread across eight other district courts. They maintain that the Panel previously has declined to centralize in comparable circumstances.[3]

We are not persuaded that informal coordination is the most efficient route to resolving this litigation. None of the parties have moved under Section 1404 to transfer the actions to a common district. Moreover, the decisions cited by opponents of centralization are readily distinguishable. In most, motions for transfer via Section 1404 had been filed; in some, such motions already had been granted. Three of the four involved fewer than five actions. *See StockX*, 412 F. Supp. 3d at 1365 (denying centralization of three actions pending in three districts); *[24]7.AI*, 338 F. Supp. 3d at 1347 (same); *Hudson's Bay*, 326 F. Supp. 3d at 1373 (denying centralization of four actions pending in two districts). In the lone case where the motion encompassed more than twenty actions, "all responding parties represented that they were amenable to Section 1404(a) transfer in the absence of Section 1407 centralization." *Best Buy*, 804 F. Supp. 2d at 1378. Here, there is no similar assurance that any Section 1404 motions—if filed—will be uncontested.

The Southern District of California is an appropriate transferee district for this litigation. A potential tag-along action is pending in the district, and related state court litigation is pending in San Diego Superior Court. Centralization in this district encourages the efficient coordination of state and federal proceedings. Judge Roger T. Benitez, to whom we assign this MDL, is an experienced jurist well-versed in the nuances of multidistrict litigation. We are confident that he will steer this litigation on a prudent and expeditious course.

IT IS THEREFORE ORDERED that actions listed on Schedule A are transferred to the Southern District of California and, with the consent of that court, assigned to the Honorable Roger T. Benitez for coordinated or consolidated pretrial proceedings.

---

[3] *See, e.g.*, *In re StockX Customer Data Sec. Breach Litig.*, 412 F. Supp. 3d 1363 (J.P.M.L. 2019); *In re [24]7.AI, Inc., Customer Data Sec. Breach Litig.*, 338 F. Supp. 3d 1345 (J.P.M.L. 2018); *In re Hudson's Bay Co. Customer Data Sec. Breach Litig.*, 326 F. Supp. 3d 1372 (J.P.M.L. 2018); *In re Best Buy Co., Cal. Song-Beverly Credit Card Act Litig.*, 804 F. Supp. 2d 1376 (J.P.M.L. 2011).

PANEL ON MULTIDISTRICT LITIGATION

Karen K. Caldwell
Chair

Nathaniel M. Gorton
David C. Norton
Madeline Cox Arleo

Matthew F. Kennelly
Dale A. Kimball

**IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION** MDL No. 3149

**SCHEDULE A**

Eastern District of California

BUACK-SHELTON, ET AL. v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00093
BAKER v. POWERSCHOOL HOLDINGS, INC. ET AL., C.A. No. 2:25−00096
KINNEY v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00098
VARGHA v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00110
F.C. v. POWERSCHOOL GROUP LLC ET AL., C.A. No. 2:25−00136
GILES v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00139
STRELZIN v. POWERSCHOOL GROUP, LLC ET AL., C.A. No. 2:25−00140
A.A. v. POWERSCHOOL HOLDINGS, INC. ET AL., C.A. No. 2:25−00141
E.H. v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00152
PETTINGER ET AL. v. POWERSCHOOL GROUP LLC ET AL., C.A. No. 2:25−00159
MARTINEZ-TURNBOW v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00165
CROCKRAN v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00171
HABBAL ET AL. v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00173
MAYFEILD v. POWERSCHOOL GROUP, LLC, ET AL., C.A. No. 2:25−00203
AREDE v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00204
GRIFFIN v. POWERSCHOOL GROUP LLC, C.A. No. 2:25−00206
WHITE v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00207
GRECI ET AL. v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00208
LA COUNT ET AL. v. POWERSCHOOL HOLDINGS, INC. ET AL., C.A. No. 2:25−00209
KEIGLEY v. POWERSCHOOL GROUP LLC ET AL., C.A. No. 2:25−00210
CHAMPNEY ET AL. v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00211
SCHWARTZ v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00230
OKONI v. POWERSCHOOL GROUP, LLC ET AL., C.A. No. 2:25−00231
FLICK ET AL. v. POWERSCHOOL HOLDINGS, INC. ET AL., C.A. No. 2:25−00232
FAIRCLOTH v. POWERSCHOOL GROUP LLC ET AL., C.A. No. 2:25−00252
BROWN ET AL. v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00256
ZARIF v. POWERSCHOOL HOLDINGS, INC. ET AL., C.A. No. 2:25−00259
GRAMELSPACHER v. POWERSCHOOL HOLDINGS, INC. ET AL., C.A. No. 2:25−00271
CAMPBELL v. POWERSCHOOL HOLDINGS, INC. ET AL., C.A. No. 2:25−00310

Western District of Missouri

KRUTSINGER v. POWERSCHOOL HOLDINGS, INC. ET AL., C.A. No. 4:25−00057
J.I. ET AL. v. POWERSCHOOL, C.A. No. 4:25−04006

Eastern District of New York

J.B. ET AL. v. POWERSCHOOL HOLDINGS, INC., C.A. No. 2:25−00327

# EXHIBIT B

SEALDC

**U.S. District Court**
**Southern District of California (San Diego)**
**CIVIL DOCKET FOR CASE #: 3:25-md-03149-BEN-MSB**

| | |
|---|---|
| In Re PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation<br>Assigned to: Judge Roger T. Benitez<br>Referred to: Magistrate Judge Michael S. Berg<br>Cause: 28:1332lp Diversity-Property Damage/Product Liability | Date Filed: 04/08/2025<br>Jury Demand: None<br>Nature of Suit: 380 Personal Property: Other<br>Jurisdiction: Diversity |

**In Re**

| | | |
|---|---|---|
| **PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation** | represented by | **Ashley Lauren Barton**<br>DLA Piper LLP US<br>4365 Executive Drive<br>Suite 1100<br>San Diego, CA 92121<br>661-619-3001<br>Email: ashley.barton@us.dlapiper.com *(Inactive)*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sheilah Buack-Shelton**<br>*individually and on behalf of a class similarly situated individuals* | represented by | **Timothy Z. LaComb**<br>MoginRubin LLP<br>4225 Executive Square<br>Suite 600<br>La Jolla, CA 92037<br>619-798-5362<br>Email: tlacomb@moginlawllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **S. S.**<br>*individually and on behalf of a class similarly situated individuals* | represented by | **Timothy Z. LaComb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tyler Baker**<br>*individually and on behalf of all others similarly situated* | represented by | **Eric Lechtzin**<br>Schiffrin Barroway Topaz & Kessler<br>280 King of Prussia Road<br>Radnor, PA 19087-3481<br>(484)270-1408<br>Fax: (610)667-7056<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Liberato P Verderame**<br>Edelson Lechtzin LLP<br>411 South State Street<br>Suite N-300<br>Newtown, PA 18940<br>215-867-2399<br>Fax: 267-685-0676<br>Email: lverderame@edelson-law.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Marc H. Edelson**<br>Edelson Lechtzin LLP<br>411 South State Street<br>Suite N 300<br>Newtown, PA 18940<br>215-867-2399<br>Fax: 267-685-0676<br>Email: medelson@edelson-law.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kimberly Kinney**<br>*individually and on behalf of all others similarly situated* | represented by | **Caleb Marker**<br>Zimmerman Reed, LLP<br>6420 Wilshire Boulevard<br>Suite 1080<br>Los Angeles, CA 90048<br>877-500-8780<br>Email: caleb.marker@zimmreed.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Duran Jennings** |

Jennings & Earley PLLC
500 President Clinton Avenue
Suite 110
Little Rock, AR 72201
501-247-6267
Email: chris@jefirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krystal Vargha**
*individually and on behalf of all others similarly situated*

represented by **John Bohren**
Yanni Law APC
P. O. Box 12174
San Diego, CA 92112
619-433-2803
Fax: 800-867-6779
Email: yanni@bohrenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Doolittle**
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: paul.doolittle@poulinwilley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**F. C.**
*a minor, by and through their guardian, Amy Coutu*

represented by **John J. Nelson**
Milberg Coleman Bryson Phillips Grossman PLLC
402 W. Broadway
Suite 1760
San Diego, CA 92101
858-209-6941
Fax: 865-522-0049
Email: jnelson@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Giles**
*on behalf of herself and as parent and guardian of her minor child, Jane Doe, and on behalf of all others similarly situated*

represented by **John R. Parker , Jr.**
Kershaw Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA 95864
916-448-9800
Fax: 916-669-4499
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Strelzin**
*on behalf of J.S., a minor, and R.S., a minor*

represented by **Amber Love Schubert**
Schubert Jonckheer & Kolbe LLP
2001 Union Street
Suite 200
San Francisco, CA 94123
415-788-4220
Fax: 415-788-0161
Email: aschubert@sjk.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. A.**
*a minor by and through her guardian ad litem, Samuel Adkins, individually and on behalf all others similarly situated*

represented by **Michael Anderson Berry**
Arnold Law Firm
865 Howe Avenue
Sacramento, CA 95825
916-777-7777
Email: aberry@justice4you.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. H.**
*by parent and guardian Elizabeth Spence, individually and on behalf of all others similarly situated*

represented by **John J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark K. Svensson**
Levi & Korsinsky, PLLC
33 Whitehall Street
17th Floor
New York, NY 10004
212-363-7500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Pettinger**
*on behalf of his minor child, B.P., and all others similarly situated*

represented by **Andrew Gerald Gunem**
Strauss Borrelli PLLC
980 North Michigan Avenue
Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
Email: agunem@straussborrelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carly Roman**
Strauss Borrelli PLLC
980 North Michigan Avenue
Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
Email: croman@straussborrelli.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raina C Borrelli**
Strauss Borrelli PLLC
980 North Michigan Avenue
Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
Email: raina@straussborrelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kylie Stowe**
*on behalf of her minor child, Z.S., and all others similarly situated*

represented by **Andrew Gerald Gunem**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carly Roman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valerie Martinez-Turnbow**
*on behalf of herself and as parent and guardian of her minor child, John Doe, and on behalf of all others similarly situated*

represented by **Andrew Tate**
Peiffer Wolf Carr Kane Conway & Wise LLP
235 Peachtree Street
Suite 400
Atlanta, GA 30303
404-282-4806
Fax: 504-608-1465
Email: atate@peifferwolf.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Beth Craig**
Peiffer Wolf Carr Kane Conway & Wise
555 Montgomery Street
Suite 820
San Francisco, CA 94111
415-231-0909
Fax: 415-840-9435
Email: scraig@peifferwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwendolyn Crockran**
*on behalf of herself and as parent and guardian of her minor child, John Doe, and on behalf of all others similarly situated*

represented by **Lori G. Feldman**
George Feldman McDonald PLLC
102 Half Moon Bay Drive
Croton on Hudson, NY 10520
917-983-9321
Fax: 888-421-4173
Email: lfeldman@4-justice.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Peterson**
George Feldman McDonald, PLLC
1650 West 82nd Street
Suite 880
Bloomington, MN 55401
612-778-9595

Fax: 888-421-4173
Email: rpeterson@4-justice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Andrew Liddell**
P.O. Box 300488
Austin, TX 78705
737-990-5875
Email: andrew.liddell@edtech.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.R.**
*by and through their parent and guardian Stephanie Moreno, individually and on behalf of all others similarly situated*

represented by **Alana Bevan**
Seeger Weiss LLP
325 Chestnut Street
Suite 917
Philadelphia, PA 19106
410-245-6817
Email: abevan@seegerweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher A. Seeger**
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shauna B. Itri**
Seeger Weiss LLP
325 Chestnut Street
Suite 917
Philadelphia, PA 19106
973-639-9100
Email: sitri@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.R.**
*by and through their parent and guardian Stephanie Moreno, individually and on behalf of all others similarly situated*

represented by **Christopher A. Seeger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shauna B. Itri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ratib Habbal**
*individually and on behalf of a class of similarly situated individuals*

represented by **John J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rushda Afzal**
*individually and on behalf of a class of similarly situated individuals*

represented by **John J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Torrie Mayfeild**
*on behalf of her minor child, A.M.*

represented by **Brett R. Cohen**
Leeds Brown Law PC
1 Old Country Road
Suite 347
Carle Place, NY 11514
516-873-9550
Email: bcohen@leedsbrownlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E. Schaffer**
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
215-592-1500
Fax: 215-592-4663
Email: cschaffer@lfsblaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Goldenberg**

Goldenberg Schneider LPA
4445 Lake Forest Drive
Suite 490
Cincinnati, OH 45242
513-345-8291
Email: jgoldenberg@gs-legal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Anderson Berry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gillian Arede**
*on behalf of herself and as parent and guardian of her minor child, M.B.*

represented by **John P. Kristensen**
Kristensen Law Group
120 Santa Barbara Street
Suite C9
Santa Barbara, CA 91301
805-837-2000
Email: john@kristensen.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Flick**
*for herself and as parent and natural guardian of M.C., individually and on behalf of all others similarly situated*

represented by **Bryan Paul Thompson**
Clarkson Law Firm, P.C.
875 North Michigan Avenue
31st Floor
Chicago, IL 60611
312-267-0061
Email: bthompson@clarksonlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan J. Clarkson**
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
213-788-4050
Email: rclarkson@clarksonlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yana A. Hart**
Clarkson Law Firm PC
22525 Pacific Coast Highway
Malibu, CA 90265
213-788-4050
Fax: 213-788-4070
Email: yhart@clarksonlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.C.**
*a minor, individually and on behalf of all others similarly situated*

represented by **Bryan Paul Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan J. Clarkson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yana A. Hart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaclyn Brooke Faircloth**
*as guardian ad litem of H.F. and on behalf of all others similarly situated*

represented by **Kiley Lynn Grombacher**
Bradley/Grombacher LLP
31365 Oak Crest Drive
Suite 240
Westlake Village, CA 91361
805-270-7100
Fax: 805-270-7100
Email: kgrombacher@bradleygrombacher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Griffin**
*individually and on behalf of his minor child, Z.G.*
*TERMINATED: 06/11/2025*

represented by **Jeffrey M. Ostrow**
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
One West Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33330

954-525-4100
Fax: 954-525-4300
Email: Ostrow@kolawyers.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Lake Cardoso**
Kopelowitz Ostrow P.A.
One West Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33301
954-990-2218
Fax: 954-525-4300
Email: cardoso@kolawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael White**
*on behalf of himself and as parent and guardian of his minor children*

represented by **Dennis James Stewart**
Gustafson Gluek PLLC
600 West Broadway
Suite 3300
San Diego, CA 92101
612-333-8844
Fax: 612-339-6622
Email: dstewart@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan R. Marx**
Chalmers Adams Backer & Kaufman PLLC
204 North Person Street
Raleigh, NC 27601
919-701-0125
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Brown**
*individually and on behalf of a class of similarly situated individuals*

represented by **Andrew Daniel Bluth**
Singleton Schreiber, LLP
1414 K Street
Suite 470
Sacramento, CA 95814
916-248-8478
Fax: 619-255-1515
Email: abluth@singletonschreiber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard F. Lombardo**
Shaffer Lombardo Shurin
911 Main Street
Suite 2000
Kansas City, MO 64105
816-931-0500
Fax: 816-931-5775
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.E.B.**
*individually and on behalf of a class of similarly situated individuals*

represented by **Andrew Daniel Bluth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard F. Lombardo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.B.B.**
*individually and on behalf of a class of similarly situated individuals*

represented by **Andrew Daniel Bluth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard F. Lombardo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Johnson**
*individually and on behalf of a class of similarly situated individuals*

represented by **Andrew Daniel Bluth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard F. Lombardo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Greci** represented by **Jason S Hartley**
Hartley LLP
101 West Broadway
Suite 820
San Diego, CA 92101
(619) 400-5822
Fax: 619-400-5832
Email: hartley@hartleyllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M. Lindner**
Stueve Siegel Hanson LLP
550 West C Street
Suite 610
San Diego, CA 92101
(619) 400-5822
Fax: (619) 400-5832
Email: lindner@stuevesiegel.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Brownlee** represented by **Jason S Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M. Lindner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.B.**
*a minor child* represented by **Jason S Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M. Lindner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.G.**
*a minor child* represented by **Jason S Hartley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M. Lindner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Hillier**
Gibbs Mura LLP
1111 Broadway
Suite 2100
Oakland, CA 94607
510-350-9249
Email: seh@classlawgroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle La Count** represented by **Adam E. Polk**
Girard Sharp LLP
601 California Street
Suite 1400
San Francisco, CA 94108
415-981-4800
Email: apolk@girardsharp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
Girard Sharp LLP
601 California Street
Suite 1400
San Francisco, CA 94108

415-981-4800
Fax: 415-981-4846
Email: arogari@girardsharp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
Girard Sharp LLP
601 California Street
Suite 1400
San Francisco, CA 94108
415-981-4800
Fax: 415-981-4846
Email: pjohnson@girardsharp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Simon S. Grille**
Girard Sharp LLP
601 California Street
Suite 1400
San Francisco, CA 94108
415-981-4800
Email: sgrille@girardsharp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ty Maciejewski** represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Simon S. Grille**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.R.M.**
*a minor*
represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Simon S. Grille**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.E.M.**
*a minor*
represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Simon S. Grille**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tristan Keigley**
*individually and on behalf of all others similarly situated*
*TERMINATED: 06/06/2025*

represented by **Bryan F. Aylstock**
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
850-202-1010
Email: baylstock@awkolaw.com
*TERMINATED: 06/25/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Sin-Ting Mary Liu**
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
(510) 698-9566
Fax: (760) 304-8933
Email: mliu@awkolaw.com
*TERMINATED: 06/25/2025*
*LEAD ATTORNEY*

**Plaintiff**

**Denise Champney**
*on behalf of herself and as parent and guardian of her two minor children*

represented by **Lori G. Feldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Andrew Liddell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Drennen**
*on behalf of herself and as parent and guardian of her two minor children*

represented by **Lori G. Feldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca A. Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Andrew Liddell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Towfeq Zarif**
*Individually, and on behalf of all others similarly situated*

represented by **Gia Jung**
Cotchett Pitre & McCarthy
840 Malcolm Road
Burlingame, CA 94010
650-259-3226
Email: gjung@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett , Jr.**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: jcotchett@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Eric Loeser**
Cotchett Pitre & McCarthy LLP
1809 7th Avenue
Suite 1610
Seattle, WA 98101
206-802-1272
Fax: 206-299-4184
Email: tloeser@cpmlegal.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonna Schwartz** represented by **Andrew W. Ferich**
Ahdoot & Wolfson, PC
201 King of Prussia Road
Suite 650
Radnor, PA 19087
310-474-9111
Fax: 310-474-8585
Email: aferich@ahdootwolfson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John C. Heenan**
Heenan & Cook, PLLC
1631 Zimmerman Trail
Suite 1
Billings, MT 59102
406-839-9091
Fax: 406-839-9092
Email: john@lawmontana.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margot Patricia Cutter**
Cutter Law P.C.
401 Watt Avenue
Sacramento, CA 95864
916-290-9400
Fax: 916-669-4499
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Ryan Clark**
Ahdoot & Wolfson, PC
521 5th Avenue
17th Floor
New York, NY 10175
310-474-9111
Email: mclark@ahdootwolfson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raphael J.C. Graybill**
Graybill Law Firm, PC
300 4th Street North
Great Falls, MT 59401
406-452-8566
Email: raph@graybilllawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarper Unal**
Ahdoot & Wolfson, PC
2600 West Olive Avenue
Suite 500
Burbank, CA 91505
310-474-9111
Fax: 310-474-8585
Email: sunal@ahdootwolfson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina Wolfson**
Ahdoot & Wolfson, PC
2600 W. Olive Avenue
Suite 500
Burbank, CA 91505
310-474-9111
Fax: 310-474-8585
Email: twolfson@ahdootwolfson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evan Gramelspacher**
*individually and on behalf of all others similarly situated* represented by **David Michael Berger**
Gibbs Mura LLP
1111 Broadway
Suite 2100
Oakland, CA 94607
510-350-9700
Email: dmb@classlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Hillier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nickolaus Campbell** represented by

**Amanda V. Boltax**
Hausfeld LLP
1200 17th Street, NW
Suite 600
Washington, DC 20036
516-477-8339
Fax: 202-540-7201
Email: mboltax@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Lebsock**
Hausfeld
580 California Street
12th Floor
San Francisco, CA 94111
415-633-1908
Fax: 415-358-4980
Email: clebsock@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
Hausfeld LLP
1200 17th Street, NW
Suite 600
Washington, DC 20036
202-540-7200
Fax: 202-540-7201
Email: jpizzirusso@hausfeld.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Ulysses Murphy , II**
Hausfeld LLP
1200 17th Street, NW
Suite 600
Washington DC, DC 20036
202-540-7200
Fax: 202-540-7201
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Nathan**
Hausfeld LLP
33 Whitehall Street
Ste 14th Floor
New York, NY 10004
646-357-1100
Fax: 212-202-4322
Email: snathan@hausfeld.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shandrelle Okoni**
*individually and on behalf of A. H-M. 1, L.M., and A. H-M 2, minors* represented by

**Jean Sutton Martin**
Morgan & Morgan
201 North Franklin Street
6th Floor
Tampa, FL 33602
813-559-4908
Email: jeanmartin@forthepeople.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael F. Ram**
Morgan & Morgan
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102
415-358-6913
Fax: 415-358-6293
Email: mram@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. I.**
*by and through her Next Friend M.S., individually and on behalf of all others similarly situated* represented by

**Maureen M. Brady**
McShane & Brady, LLC
4006 Central Street

Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. J.**
*by and through her Next Friend M.S., individually and on behalf of all others similarly situated*

represented by **Maureen M. Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**O. S.**
*by and through her Next Friend M.S., individually and on behalf of all others similarly situated*

represented by **Maureen M. Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.B.**
*minors, by and through their legal guardian Patrick Bowler, Individually and on behalf of all others similarly situated*

represented by **Carol C. Villegas**
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005-1108
212-907-0824
Fax: 212-818-0477
Email: cvillegas@labaton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Izzo**
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gloria Jane Medina**
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0858
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Canty**
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
Fax: 212-883-7063
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hotz**
Labaton Keller Sucharow LLP
140 Broadway
34th Floor
New York, NY 10005
212-907-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.B.**
*minors, by and through their legal guardian Patrick Bowler, Individually and on behalf of all others similarly situated*

represented by **Carol C. Villegas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Izzo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gloria Jane Medina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Canty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hotz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Greer**
*individually and on behalf of all others similary situated*

represented by **David Matthew Wilkerson**
PO Box 7376
Asheville, NC 28802
828-258-2991
Fax: 828-257-2767
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivian Cabrera**
*Individually And On Behalf Of All Others Similarly Situated*

represented by **James E. Cecchi**
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
Fax: 973-994-1744
Email: jcecchi@carellabyrne.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Henry Alperstein**
Carella Byrne Cecchi Brody & Agnello P.C.
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
Email: jalperstein@carellabyrne.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan M. Steele**
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
Fax: 973-994-1744
Email: jsteele@carellabyrne.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**L.C.**
*A Minor, By And Through Their Legal Guardian Vivian Cabrera, Individually And On Behalf Of All Others Similarly Situated*

represented by **James E. Cecchi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Henry Alperstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan M. Steele**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.I.**
*individually and on behalf of all others similarly situated*

represented by **Maureen M. Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. I.**
*individually and on behalf of all others similarly situated*

represented by **Maureen M. Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K.W.**
*individually and on behalf of all others similarly situated*

represented by **Maureen M. Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kayeleen Campbell**
*individually and on behalf of all others similarly situated*

represented by **Gary M. Klinger**
Milberg Coleman Bryson Phillips Grossman, PLLC
227 West Monroe Street
Suite 2100
Chicago, IL 60606
866-252-0878
Email: gklinger@milberg.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**James J. Pizzirusso**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Ulysses Murphy , II**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Nathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Hauser**
*on behalf of themselves and as parents and guardians of their minor child, Jane Doe, and on behalf of all others similarly situated*

represented by

**Bryan L. Bleichner**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
(612) 339-7300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Goodwin**
Gustafson Gluek PLLC
120 South 6th Street
Suite 2600
Minneapolis, MN 55402
612-333-8844
Fax: 612-339-6622
Email: dgoodwin@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabrielle Martha Kolb**
Gustafson Gluek PLLC
120 South 6th Street
Suite 2600
Minneapolis, MN 55402
612-333-8844
Fax: 612-339-6622
Email: gkolb@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Prosser**
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
952-941-4005
Fax: 952-941-2337
Email: nprosser@hjlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Joseph Krzeski**
Chestnut Cambronne PA
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
612-767-3613
Fax: 612-336-2940
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Hauser**
*on behalf of themselves and as parents and guardians of their minor child, Jane Doe, and on behalf of all others similarly situated*

represented by

**Bryan L. Bleichner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Goodwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabrielle Martha Kolb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Prosser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Joseph Krzeski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samariah Lockhart**
*individually and as a parent and guardian of her minor child, P.M.*

represented by **Anne Kathleen Davis**
Bleichmar Fonti & Auld LLP
1330 Broadway
Suite 630
Oakland, CA 94612
415-445-4016
Email: adavis@bfalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justine Shamey**
*individually and as a parent and guardian of her minor child, A.B.*

represented by **Anne Kathleen Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin Eckart**
*individually and as a parent and guardian of her minor children, J.E. and T.E.*

represented by **Anne Kathleen Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cara Lewis**
*individually and as a parent and guardian of her minor children, M.L. and A.L.*

represented by **Anne Kathleen Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Allen**
*on behalf of C.A., a minor, and G.B., a minor, and all others similarly situated*

represented by **Amber Love Schubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenna Berry**
*on behalf of C.A., a minor, and G.B., a minor, and all others similarly situated*

represented by **Amber Love Schubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Garcia**
*individually and on behalf of all others similarly situated*

represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Gemiska Farrell**
Gibbs Mura LLP
1111 Broadway
Suite 2100
Oakland, CA 94607
510-929-4495
Email: jgf@classlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Sun**
Gibbs Mura LLP
1111 Broadway
Suite 2100
Oakland, CA 94607
510-929-4271
Fax: 510-350-9701
Email: jsun@classlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Hillier**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.G.**
*a minor; individually and on behalf of all others similarly situated*

represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Gemiska Farrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Sun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Hillier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**I.G.**
*a minor; individually and on behalf of all others similarly situated*

represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Gemiska Farrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Sun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Billy Ho**
*individually and on behalf of all others similarly situated*

represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Gemiska Farrell**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Sun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Hillier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.H.**
*a minor; individually and on behalf of all others similarly situated*

represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Michael Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Gemiska Farrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Sun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Hillier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittainy Stringer**
*on behalf of G.S., a minor, and all others similarly situated*

represented by **Christopher L. Cornelius**
Lynch Carpenter, LLP
111 West Washington Street
Suite 1240
Chicago, IL 60202
434-409-5974
Email: chris@lcllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jae Kook Kim**
Lynch Carpenter, LLP
117 East Colorado Boulevard
Suite 600
Pasadena, CA 91105
626-550-1250
Fax: 619-756-6991
Email: ekim@lcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M French**
Lynch Carpenter, LLP
9171 Towne Centre Drive
Suite 180
San Diego, CA 92122
619-762-1903
Fax: 858-313-1850
Email: jennf@lcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Warren**
*individually and on behalf of all others similarly situated*

represented by **Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Neal**

represented by **Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.N.**

represented by **Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dobie James August**
*on behalf of minor children K.J.A. and K.D.A., individually and on behalf of all others similarly situated*

represented by **David S Casey , Jr.**
Casey Gerry Schenk Francavilla Blatt and Penfield, LLP
110 Laurel Street
San Diego, CA 92101-1419
(619)238-1811
Fax: (619)544-9232
Email: dcasey@cglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gayle M. Blatt**
Casey, Gerry, Schenk, Francavilla, Blatt & Penfield LLP
110 Laurel Street
San Diego, CA 92101-1406
(619)238-1811
Fax: (619)544-9232
Email: gmb@cglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Connor**
Casey Gerry Francavilla Blatt & Penfield
110 Laurel Street
San Diego, CA 92101
619-238-1811
Fax: 619-595-3000
Email: jconnor@cglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Benke**
Casey Gerry Francavilla Blatt LLP
110 West Laurel Street
San Diego, CA 92101
619-607-9849
Email: mbenke@cglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia Camille Guerra**
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel Street
San Diego, CA 91902
619-238-1811
Fax: 619-544-9232
Email: camille@cglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greghk Valdovinos**
*individually and on behalf of all others similarly situated*

represented by **Amber Love Schubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N.V.**
*a minor; individually and on behalf of all others similarly situated*

represented by **Amber Love Schubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.V.**
*a minor; individually and on behalf of all others similarly situated*

represented by **Amber Love Schubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Wright**
*individually and as a parent and guardian of her minor child, A.B.*

represented by **Anne Kathleen Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Hisserich**
*individually and on behalf of all others similarly situated*

represented by **Anja Rusi**
Scott & Scott LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
860-531-2608
Email: arusi@scott-scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ethan Samuel Binder**
Scott&Scott Attorneys at Law LLP
230 Park Avenue
24th Floor
New York, NY 10169
646-650-3007
Fax: 212-233-6334
Email: ebinder@scott-scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
Scott & Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue
24th Floor
New York, NY 10169
212-223-6444
Email: jguglielmo@scott-scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick R. Carey**
Lexington Law Group
503 Divisadero Street
San Francisco, CA 94117-2212
415-913-7800
Fax: 415-759-4112
Email: pcarey@lexlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J Coughlin**
Scott and Scott Attorneys at Law LLP
600 West Broadway
Suite 3300
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508
Email: pcoughlin@scott-scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.H.**
*by and through Guardian Nicholas Hisserich, individually and on behalf of all others similarly situated*

represented by **Anja Rusi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ethan Samuel Binder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick R. Carey**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J Coughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alysha Noble** represented by **Cari Campen Laufenberg**
Keller Rohrback LLP
1201 3rd Avenue
Suite 3400
Seattle, WA 98101
206-623-1900
Email: claufenberg@kellerrohrback.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher L. Springer**
Keller Rohrback LLP
801 Garden Street
Suite 301
Santa Barbara, CA 93101
805-456-1496
Email: cspringer@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juli E. Farris**
Keller Rohrback LLP
1201 3rd Avenue
Suite 3400
Seattle, WA 98101
206-623-1900
Email: jfarris@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Spicuzza** represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Anderson Berry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.S.** represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Anderson Berry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.S.** represented by **Adam E. Polk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Rogari**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Anderson Berry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Thomas Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.C.**
*minor, by and through their parent Andrew Cook, individually and on behalf of all others similarly situated*

represented by **Amy Elisabeth Keller**
DiCello Levitt LLP
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
312-214-7900
Email: akeller@dicellolevitt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian O. O'Mara**
DiCello Levitt LLP
4747 Executive Drive
Suite 240
San Diego, CA 92121
619-923-3939
Email: briano@dicellolevitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corban S. Rhodes**
DiCello Levitt LLP
485 Lexington Avenue
10th Floor
New York, NY 10017
646-933-1000
Email: crhodes@dicellolevitt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Madeline E. Hills**
DiCello Levitt LLP
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
312-214-7900
Email: mhills@dicellolevitt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nada Djordjevic**
DiCello Levitt LLP
10 North Dearborn Street
Sixth Floor
Chicago, IL 60602
312-214-7900
Email: ndjordjevic@dicellolevitt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M Jodlowski**
DiCello Levitt LLP
4747 Executive Drive
Suite 240
San Diego, CA 92121
619-923-3939
Fax: 619-923-4233
Email: stevej@dicellolevitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.C.**
*minor, by and through their parent Andrew Cook, individually and on behalf of all others similarly situated*

represented by **Amy Elisabeth Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian O. O'Mara**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Corban S. Rhodes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Madeline E. Hills**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nada Djordjevic**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M Jodlowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Zarate**
*on behalf of his minor child, A.Z, individually and as a representative of the class*

represented by **Ariana Beth Kiener**
Berger Montague
1229 Tyler Street Northeast
Suite 205
Minneapolis, MN 55413
612-666-3066
Email: akiener@bm.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eleanor Michelle Drake**
Berger Montague PC
1229 Tyler Street Northeast
Suite 205
Minneapolis, MN 55413
612-594-5933
Fax: 612-584-4470
Email: emdrake@bm.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Hannaway**
Berger Montague PC
1001 G Street, NW
Suite 400
Washington, DC 20001
202-869-4524
Email: jhannaway@bergermontague.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sophia Marie Rios**
Berger Montague PC
8241 La Mesa Boulevard
Suite A
La Mesa, CA 91942
619-489-0300
Email: srios@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alyssa Krutsinger**
*individually and on behalf of all others similarly situated*

represented by **Barrett J. Vahle**
Stueve Siegel Hanson LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
816-714-7100
Fax: 816-714-7101
Email: vahle@stuevesiegel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brandi S. Spates**
Stueve Siegel Hanson, LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
816-714-7100
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Austin Moore**
Stueve Siegel Hanson LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
816-714-7100
Fax: 816-714-7101
Email: moore@stuevesiegel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
Stueve Siegel Hanson LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
816-714-7100
Fax: 816-714-7101
Email: siegel@stuevesiegel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stefon Jeffrey David**
Stueve Siegel Hanson LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112
816-714-7125
Email: david@stuevesiegel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Behar Calzado**
*on behalf of himself, and all others similarly situated*
*TERMINATED: 05/06/2025*

represented by **Wyatt A. Lison**
Feinstein Doyle Payne & Kravec, LLC
429 Fourth Avenue
Suite 1300
Pittsburgh, PA 15219
412-281-8400
Fax: 412-281-1007
Email: wlison@fdpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Wirtes**
*on behalf of herself and A.W. and T.W., her minor children, and all others similarly situated*
*TERMINATED: 05/06/2025*

represented by **Wyatt A. Lison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerathen Tillman**
*individually and on behalf of C.T., a minor, and on behalf of all others similarly situated*

represented by **Annie Erin Causey**
Woods Lonergan PLLC
60 East 42nd Street
Suite 1410
New York, NY 10165
212-684-2500
Fax: 212-682-2512
Email: acausey@woodslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian P. Murray**
Glancy Prongay & Murray LLP
230 Park Avenue
Suite 358
New York, NY 10169
212-682-5340
Email: bmurray@glancylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James F. Woods**
Woods Lonergan PLLC
60 East 42nd Street
Suite 1410
New York, NY 10165
212-684-2500
Email: jwoods@woodslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon Anders Tostrud**
Tostrud Law Group PC
1925 Century Park East
Suite 2125
Los Angeles, CA 90067
310-278-2600
Fax: 310-278-2640
Email: jtostrud@tostrudlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Joseph**
*on behalf of her minor children B.J. and C.J., and all other similarly situated individuals*

represented by

**Benjamin Widlanski**
Kozyak Tropin & Throckmorton
2525 Ponce De Leon Boulevard
9th Floor
Miami, FL 33134
305-372-1800
Fax: 305-372-3508
Email: bwidlanski@kttlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
Saveri and Saveri Inc
One Embarcadero Center
Suite 1020
San Francisco, CA 94111
(415)217-6810
Fax: (415)217-6813
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Young**
Joseph Saveri Law Firm
601 California Street
Suite 1000
San Francisco, CA 94108
415-500-6800
Email: cyoung@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gail A. McQuilkin**
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, FL 33134
305-372-1800
Fax: 305-372-3508
Email: gam@kttlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Saveri**
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1505
San Francisco, CA 94108
415-500-6800
Fax: 415-395-9940
Email: jsaveri@saverilawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Edward Rayhill**
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1505
San Francisco, CA 94108
415-500-6800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Neary**
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, FL 33134
305-372-1800
Email: rn@kttlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Z. LaComb**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Kidder**
*on behalf of their minor children E.K. and M.K., and all other similarly situated individuals*

represented by **Benjamin Widlanski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gail A. McQuilkin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Saveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Edward Rayhill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Neary**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Z. LaComb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Kidder**
*on behalf of their minor children E.K. and M.K., and all other similarly situated individuals*

represented by **Benjamin Widlanski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gail A. McQuilkin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Saveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Edward Rayhill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Neary**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Z. LaComb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelsey Gauron**
*on behalf of herself and as parent and guardian of her minor child, R.M., and on behalf of all others similarly situated*

represented by

**Daniel J. Kurowski**
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
708-628-4949
Fax: 708-628-4950
Email: dank@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard W. Aragon**
Hagens Berman Sobol Shapiro LLP
11 West Jefferson Street
Suite 1000
Phoenix, AZ 85003
602-840-5900
Fax: 602-840-3012
Email: leonard@hbsslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Carey**
Hagens Berman Sobol Shapiro LLP
11 W. Jefferson
Suite 1000
Phoenix, AZ 85003
602-840-5900
Fax: 602-840-3012
Email: rob@hbsslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shana E Scarlett**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
(510)725-3000
Fax: (510) 725-3001
Email: shanas@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Whitney K. Siehl**
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive
Suite 2410
Chicago, IL 60661
708-628-4959
Fax: 708-628-4950
Email: whitneys@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Gifford**
*on behalf of herself and as parent and guardian of her minor children, J.M., C.M., J.S.M, and on behalf of all others similarly situated*

represented by

**David Michael Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa R. Emert**
Kantrowitz, Goldhamer & Graifman, PC
NY
135 Chestnut Ridge Road
Suite 200
Montvale, NJ 07645
845-356-2570
Email: memert@kgglaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**P.B.1**
*by and through their guardian, Brittany Bracey, and Paris Bracey-Wright, individually, and on behalf of all others similarly situated*

represented by

**Anja Rusi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ethan Samuel Binder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick J Coughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**P.B.2**
*by and through their guardian, Brittany Bracey, and Paris Bracey-Wright, individually, and on behalf of all others similarly situated*

represented by **Anja Rusi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ethan Samuel Binder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick J Coughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**P.B.3**
*by and through their guardian, Brittany Bracey, and Paris Bracey-Wright, individually, and on behalf of all others similarly situated*

represented by **Anja Rusi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ethan Samuel Binder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick J Coughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S.H.**
*a minor, by and through their legal guardian Lisa Hegge, Individuals and on behalf of all others similarly situated*

represented by **John Philip Rondini**
Brooks Kushman P.C.
1000 Town Center
22nd Floor
Southfield, MI 48075
248-358-4400
Fax: 248-358-3351
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Jakubowski**
Brooks Kushman P.C.
150 West Second Street
Suite 400n
Royal Oak, MI 48067-3846
248-358-4400
Email: mjakubowski@brookskushman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S.C.**
*a young adult, by and through their legal guardian, Casey Curtis, Individuals and on behalf of all others similarly situated*

represented by **John Philip Rondini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Jakubowski**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.N.**
*a minor, by and through their legal guardian Kayla Nulf, Individuals and on behalf of all others similarly situated*

represented by **John Philip Rondini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Jakubowski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.B.H.**
*by and through their legal guardian Sarah Blosser, Individuals and on behalf of all others similarly situated*

represented by **John Philip Rondini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Jakubowski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Montpelier Roxbury Public Schools**

represented by **Edward Morrison Burak**
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
619-233-5945
Fax: 619-525-7672
Email: eburak@frantzlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
Frantz Law Group APLC
402 West Broadway
Suite 860
San Diego, CA 92101
(619)233-5945
Fax: (619)525-7672
Email: jpf@frantzlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
619-233-5945
Fax: 619-535-7673
Email: wshinoff@frantzlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reed-Custer Community Unit School District 255U**

represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**West Hempstead Union Free School District**

represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Richland County School District One** represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Uniondale Union Free School District** represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**St. Croix Falls School District** represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Memphis-Shelby County Schools** represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Highland Joint School District #305** represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Irvington Public Schools** represented by **James E. Cecchi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tyler S. Graden**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Email: tgraden@ktmc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Providence Teachers Union**
*AFT Local 958, AFL-CIO*

represented by **Amy Elisabeth Keller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian O. O'Mara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol C. Villegas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Corban S. Rhodes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Izzo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gloria Jane Medina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Canty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M Jodlowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alysia Ingram**

represented by **Aaron Paul Arnzen**
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
858-914-2001
Email: aarnzen@bottinilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert Chang**
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
858-914-2001
Fax: 858-914-2002
Email: achang@bottinilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis A. Bottini**
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
(858) 914-2001
Fax: (858) 914-2002
Email: fbottini@bottinilaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.P.**

represented by **Aaron Paul Arnzen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert Chang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis A. Bottini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**North Country Supervisory Union**

represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnielle Dwyer**

represented by **Ian Wise Sloss**
Silver Golub & Teitell LLP
One Landmark Square
15th Floor
Stamford, CT 06901
203-325-4491
Fax: 203-325-3769
Email: isloss@sgtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Laton**
*on behalf of herself and as parent and guardian of her minor children, E.L. and S.S., and on behalf of all others similarly situated*

represented by **Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Krantz**
*on behalf of herself and as parent and guardian of her minor child, F.K., and on behalf of all others similarly situated*

represented by **Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Mansi**
*on behalf of herself and as parent and guardian of her minor child, J.M., and on behalf of all others similarly situated*

represented by **Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin Logan**
*on behalf of herself and as parent and guardian of her minor child, J.L., and on behalf of all others similarly situated*

represented by **Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Hall**
*on behalf of herself and as parent and guardian of her minor child D.B., and on behalf of all others similarly situated*

represented by **Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Racheal Paradiso**
*on behalf of herself and as parent and guardian of her minor children, R.H., A.H., and Z.H., and on behalf of all others similarly situated*

represented by **Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Andrews** represented by **Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Weber School District** represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Jean Westphal**
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
619-233-5945
Fax: 619-525-7672
Email: kwestphal@frantzlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cache County School District** represented by **Edward Morrison Burak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Patrick Frantz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Jean Westphal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**School District Action** represented by **William B. Shinoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PowerSchool Holdings, Inc.** represented by **Anne Johnson Palmer**
Ropes & Gray LLP
3 Embarcadero Center
Suite 300
San Francisco, CA 94111-4006
415-315-6337
Fax: 415-315-4813
Email: anne.johnsonpalmer@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Lauren Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Young**
DLA Piper - Litigation
4365 Executive Drive
Suite 1100
San Diego, CA 92121-2133
619-699-4748
Fax: 619-764-6748
Email: christopher.young@dlapiper.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin D Dailey**
Bryan Cave Leighton Paisner LLP
120 Broadway
Suite 300
Santa Monica, CA 90401
(310) 576-2528
Fax: (310) 576-2200
Email: colin.dailey@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace E. Martinez**
Bryan Cave Leighton Paisner LLP
1200 Main Street
Suite 3800
Kansas City, MO 64105
816-374-3277
Fax: 816-855-3277
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Lawrence**
Bryan and Cave
1200 Main Street
Suite 3300
Kansas City, MO 64105
(816)374-3200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph T. Dixon , III**
Fredrikson & Byron, P.A.
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402-4400
612-492-7258
Fax: 612-492-7077
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Mleczko**
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
617-235-4082
Email: monica.mleczko@ropesgray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan Armstrong Rice**
Fredrikson & Byron, P.A.
60 South 6th Street
Suite 1500
Minneapolis, MN 55402
612-492-7397
Email: nrice@fredlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Oliver M. Kiefer**
DLA Piper LLP (US)
4365 Executive Drive
Suite 1100
San Diego, CA 92121
619-699-2781
Email: oliver.kiefer@us.dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Douglas Spelder**
Ropes & Gray Llp
191 North Wacker
3200
Chicago, IL 60606
(312) 845-1135
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yenis V. Argueta Guevara**
1211 Avenue Of The Americas
New York, NY 10036
212-596-9188
*TERMINATED: 06/06/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PowerSchool Group, LLC** represented by **Anne Johnson Palmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin D Dailey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace E. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Lawrence**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Mleczko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Oliver M. Kiefer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Douglas Spelder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bain Capital, L.P.** represented by **Anne Johnson Palmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Lauren Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Young**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Oliver M. Kiefer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yenis V. Argueta Guevara**
(See above for address)
*TERMINATED: 06/06/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PowerSchool** represented by **Anne Johnson Palmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace E. Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Lawrence**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Mleczko**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Powerschool LLC** represented by **Ryan C. Plecha**
Butzel Long
201 W. Big Beaver
Suite 1200
Troy, MI 48084
248-258-1616
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2025 | 1 | Transfer Order, MDL No. 3149. Case assigned to District Judge Roger T. Benitez and Magistrate Judge Michael S. Berg. (rmc) (Entered: 04/18/2025) |
| 04/15/2025 | 2 | Notice of MDL Conditional Transfer ORDER CTO-1, re MDL No. 3149 (rmc) (Entered: 04/18/2025) |
| 04/21/2025 | 3 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00940-BEN-MSB, Buack-Shelton, et al., v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00093. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 4 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00941-BEN-MSB, Baker v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00096. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 5 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00942-BEN-MSB, Kinney v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00098. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 6 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00943-BEN-MSB, Vargha v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00110. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 7 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00944-BEN-MSB, F.C. v. Powerschool Group LLC et al., Originally filed in the Eastern District of California as 2:25-cv-00136. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 8 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00948-BEN-MSB, Giles v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00139. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 9 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00949-BEN-MSB, Strelzin v. PowerSchool Group, LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00140. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 10 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00953-BEN-MSB, A.A. v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00141. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 11 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00954-BEN-MSB, E.H. v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00152. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 12 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00955-BEN-MSB, Pettinger et al v. PowerSchool Group LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00159. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 13 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00958-BEN-MSB, Martinez-Turnbow v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00165. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 14 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00961-BEN-MSB, Crockran v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00171. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/21/2025 | 15 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00932-BEN-MSB, J.R. et al v. PowerSchool Holdings, Inc. et al. Direct filed in the Southern District of California. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/21/2025) |
| 04/22/2025 | 16 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00965-BEN-MSB, Habbal et al v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00173 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 17 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00966-BEN-MSB, Mayfeild v. PowerSchool Group, LLC, et al. Originally filed in the Eastern District of California as 2:25-cv-00203 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 18 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00968-BEN-MSB, Arede v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00204 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 19 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00969-BEN-MSB, Flick et al v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00232. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |
| 04/22/2025 | 20 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00971-BEN-MSB, Faircloth v. PowerSchool Group LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00252. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |
| 04/22/2025 | 21 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00972-BEN-MSB, Griffin v. Powerschool Group LLC. Originally filed in the Eastern District of California as 2:25-cv-00206 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 22 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00973-BEN-MSB, White v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00207 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 23 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00974-BEN-MSB, Brown et al v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00256. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |
| 04/22/2025 | 24 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00975-BEN-MSB, Greci et al v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00208(no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 25 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00976-BEN-MSB, La Count et al v. PowerSchool Holdings, Inc. et al Originally filed in the Eastern District of California as 2:25-cv-00209 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 26 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00978-BEN-MSB, Keigley v. PowerSchool Group LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00210 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 27 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00979-BEN-MSB, Champney et al v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00211 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 28 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00981-BEN-MSB, Schwartz v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00230 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 29 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00980-BEN-MSB, Zarif v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00259. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |
| 04/22/2025 | 30 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00982-BEN-MSB, Gramelspacher v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00271. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |

| | | |
|---|---|---|
| 04/22/2025 | 31 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00984-BEN-MSB, Campbell v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00310. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |
| 04/22/2025 | 32 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00983-BEN-MSB, Okoni v. PowerSchool Group, LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00231 (no document attached) (rmc) (Entered: 04/22/2025) |
| 04/22/2025 | 33 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00986-BEN-MSB, Krutsinger v. PowerSchool Holdings, Inc. et al. Originally filed in the Western District of Missouri as 4:25-cv-00057. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |
| 04/22/2025 | 34 | NOTICE of MDL Member Case Opening: Case Number 3:25-cv-00992-BEN-MSB, J.I. et al v. PowerSchool.Originally filed in the Western District of Missouri as 4:25-cv-04006. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |
| 04/22/2025 | 35 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00994-BEN-MSB, J.B. et al v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of New York as 2:25-cv-00327. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/22/2025) |
| 04/23/2025 | 36 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00995-BEN-MSB, Greer v. PowerSchool Holdings, Inc. et al. Originally filed in the Middle District of North Carolina as 1:25-cv-00127. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 37 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00996-BEN-MSB, Cabrera v. PowerSchool Holdings, Inc. et al. Originally filed in the District of New Jersey as 2:25-cv-02026. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 38 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00998-BEN-MSB, K.I. et al v. PowerSchool Holdings, Inc. Originally filed in the Western District of Missouri as 4:25-cv-00122. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 39 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01002-BEN-MSB, K.W. et al v. PowerSchool Holdings, Inc. Originally filed in the Western District of Missouri as 4:25-cv-00120 (no document attached) (rmc) (Entered: 04/23/2025) |
| 04/23/2025 | 40 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01001-BEN-MSB, Campbell v. PowerSchool Holdings, Inc. et al. Originally filed in the Northern District of Illinois as 1:25-cv-01549. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 41 | NOTICE of MDL Member Case Opening: Case Number 25-cv-1003-BEN-MSB, Hauser et al v. PowerSchool Holdings, Inc. Originally filed in the District of Minnesota as 0:25-cv-00665 (no document attached) (rmc) (Entered: 04/23/2025) |
| 04/23/2025 | 42 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01004-BEN-MSB, Lockhart et al v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00393. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 43 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01006-BEN-MSB, Allen et al v. PowerSchool Group LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00410. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 44 | NOTICE of MDL Member Case Opening: Case Number 25-cv-1005-BEN-MSB, Garcia et al v. PowerSchool Holdings, Inc. et al. Originally filed in the Northern District of California as 3:25-cv-01803 (no document attached) (rmc) (Entered: 04/23/2025) |
| 04/23/2025 | 45 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01009-BEN-MSB, Stringer v. PowerSchool Group, LLC. Originally filed in the Eastern District of California as 2:25-cv-00426. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 46 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01011-BEN-MSB, Warren et al v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00427. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 47 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01012-BEN-MSB, August v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00431. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 48 | NOTICE of MDL Member Case Opening: Case Number 25-cv-1013-BEN-MSB, Valdovinos et al v. PowerSchool Holdings, Inc. et al. Originally filed in the Northern District of California as 3:25-cv-01783 (no document attached) (rmc) (Entered: 04/23/2025) |
| 04/23/2025 | 49 | NOTICE of MDL Member Case Opening: Case Number 25-cv-1014-BEN-MSB, Wright v. PowerSchool Holdings, Inc. et al. Originally filed in the Northern District of California as 3:25-cv-01543 (no document attached) (rmc) (Entered: 04/23/2025) |
| 04/23/2025 | 50 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01015-BEN-MSB, Hisserich et al v. PowerSchool Group LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00444. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 51 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01019-BEN-MSB, Noble v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00485.(All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 52 | NOTICE of MDL Member Case Opening: Case Number 25-cv-1016-BEN-MSB, Spicuzza et al v. PowerSchool Holdings, Inc. et al. Originally filed in the Northern District of California as 3:25-cv-01353 (no document attached) (rmc) (Entered: 04/23/2025) |
| 04/23/2025 | 53 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00501-BEN-MSB, A. C. et al v. PowerSchool Holdings, Inc. et al. Direct filed in the Southern District of California as 3:25-cv-501. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/23/2025 | 54 | NOTICE of MDL Member Case Opening: Case Number 25-cv-00985-BEN-MSB, Zarate v. PowerSchool Holdings, Inc. et al. Direct filed in the Southern District of California as 3:25-cv-985. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/23/2025) |
| 04/24/2025 | 55 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01024-BEN-MSB, Behar Calzado et al v. PowerSchool Group LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00498. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/24/2025) |
| 04/24/2025 | 56 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01026-BEN-MSB, Tillman v. PowerSchool Group LLC et al. Originally filed in the Eastern District of California as 2:25-cv-00514. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/24/2025) |
| 04/24/2025 | 57 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01028-BEN-MSB, Joseph et al v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00517. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/24/2025) |
| 04/24/2025 | 58 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01030-BEN-MSB, Gauron et al v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00519. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/24/2025) |
| 04/24/2025 | 59 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01032-BEN-MSB, Gifford v. PowerSchool Holdings, Inc. et al. Originally filed in the Eastern District of California as 2:25-cv-00709. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/24/2025) |
| 04/28/2025 | 60 | Case Management Order No. 1. Initial Case Management Conference set for 5/14/2025 at 10:00 AM in Courtroom 5A before Judge Roger T. Benitez. Signed by Judge Roger T. Benitez on 4/28/25.(All non-registered users served via U.S. Mail Service)(jmo) (Entered: 04/28/2025) |
| 04/29/2025 | 61 | NOTICE of Appearance (French, Jennifer) (jpp). (Entered: 04/29/2025) |
| 04/29/2025 | 62 | NOTICE of Appearance *for Plaintiffs Nicholas Hisserich and A.H.* (Coughlin, Patrick) (jpp). (Entered: 04/29/2025) |
| 04/29/2025 | 63 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01074-BEN-MSB, P.B.1 et al v. PowerSchool Group LLC et a. Direct file in the Southern District of California. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 04/29/2025) |
| 05/02/2025 | 64 | NOTICE of Appearance (Borrelli, Raina) (jpp). (Entered: 05/02/2025) |
| 05/02/2025 | 65 | Notice of MDL Conditional Transfer ORDER CTO-2, re MDL No. 3149 (All non-registered users served via U.S. Mail Service)(jmo)(certified copy sent to other Districts) (Main Document 65 replaced on 5/2/2025) (jmo). (Entered: 05/02/2025) |
| 05/05/2025 | 66 | NOTICE of Appearance (Brady, Maureen) (jpp). (Entered: 05/05/2025) |

| | | |
|---|---|---|
| 05/05/2025 | 67 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19865071.) (Application to be reviewed by Clerk.) (Attachments: # 1 Supplement (Melissa R. Emert - Certificate of Good Standing))(Emert, Melissa) (rmc). (Entered: 05/05/2025) |
| 05/05/2025 | 68 | PRO HAC APPROVED: Melissa R. Emert appearing for Plaintiff Melissa Gifford (no document attached) (rmc) (Entered: 05/05/2025) |
| 05/05/2025 | 69 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01142-BEN-MSB, S.H. et al v. Powerschool Holdings, Inc. et al. Originally filed in the Eastern District of Michigan as 2:25-cv-10937. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 05/05/2025) |
| 05/06/2025 | 70 | NOTICE of Appearance (Emert, Melissa) (jpp). (Entered: 05/06/2025) |
| 05/07/2025 | 71 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01159-BEN-MSB, Montpelier Roxbury Public Schools v. PowerSchool Holdings, Inc. Originally filed in Eastern District of California as 2:25-cv-01124. (no document attached) (jmo) (Entered: 05/07/2025) |
| 05/07/2025 | 72 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01160-BEN-MSB, Reed-Custer Community Unit School District 255U v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-01061. (no document attached) (jmo) (Entered: 05/07/2025) |
| 05/07/2025 | 73 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01163-BEN-MSB, West Hempstead Union Free School District v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00973. (no document attached) (jmo) (Entered: 05/07/2025) |
| 05/07/2025 | 74 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01171-BEN-MSB, Richland County School District One v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00893. (no document attached) (jmo) (Entered: 05/07/2025) |
| 05/07/2025 | 75 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01173-BEN-MSB, Uniondale Union Free School District v. Powerschool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00812. (no document attached) (jmo) (Entered: 05/07/2025) |
| 05/07/2025 | 76 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01174-BEN-MSB, St. Croix Falls School District v. PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00802. (no document attached) (jmo) (Entered: 05/07/2025) |
| 05/07/2025 | 77 | MOTION to File Documents Under Seal (Palmer, Anne) (jpp). (Entered: 05/07/2025) |
| 05/07/2025 | 78 | Filed as a sealed document per Order 81 on 5/08/2025 Doc 82. SEALED LODGED Proposed Document re: 77 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (Palmer, Anne) (jpp). (Entered: 05/07/2025) |
| 05/07/2025 | 80 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01153-BEN-MSB, Memphis-Shelby County Schools v. PowerSchool Holdings, Inc. Direct file in the Southern District of California, and originating in Shelby County, Tennessee. (no document attached) (jmo) (Entered: 05/08/2025) |
| 05/08/2025 | 79 | MOTION to Withdraw as Attorney *Yenis V. Argueta Guevara as counsel for Defendants PowerSchool Holdings, Inc. and Bain Capital, L.P. in the above captioned matter and in the Member Case: Cabrera v. PowerSchool Holdings, Inc., No. 3:25-cv-00996-BEN-MSB* by Bain Capital, L.P., PowerSchool Group, LLC, PowerSchool Holdings, Inc.. (Attachments: # 1 Declaration of Anne Johnson Palmer in Support)(Palmer, Anne) (jpp). (Entered: 05/08/2025) |
| 05/08/2025 | 81 | ORDER granting 77 Motion for leave to File Document Under Seal. Signed by Judge Roger T. Benitez on 5/08/2025. (jpp) (Entered: 05/09/2025) |
| 05/09/2025 | 83 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19883955.) (Application to be reviewed by Clerk.) (Vahle, Barrett) (rmc). (Entered: 05/09/2025) |
| 05/09/2025 | 84 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01192-BEN-MSB, Highland Joint School Dist #305 v. Powerschool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-00928. (no document attached) (jmo) (Entered: 05/09/2025) |
| 05/09/2025 | 85 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19884266.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Guglielmo, Joseph) (rmc). (Entered: 05/09/2025) |
| 05/09/2025 | 86 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19884293.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Binder, Ethan) (Entered: 05/09/2025) |
| 05/09/2025 | 87 | Notice of MDL Conditional Transfer ORDER CTO-3, re MDL No. 3149 (jmo) (Entered: 05/09/2025) |
| 05/09/2025 | 88 | PRO HAC APPROVED: Barrett J. Vahle appearing for Plaintiff Alyssa Krutsinger (no document attached) (rmc) (Entered: 05/09/2025) |
| 05/09/2025 | 89 | PRO HAC APPROVED: Joseph P. Guglielmo appearing for Plaintiffs A.H., Nicholas Hisserich, P.B.1, P.B.2, P.B.3 (no document attached) (rmc) (Entered: 05/09/2025) |
| 05/09/2025 | 90 | NOTICE of Appearance (Vahle, Barrett) (jpp). (Entered: 05/09/2025) |
| 05/09/2025 | 91 | PRO HAC APPROVED: Ethan Samuel Binder appearing for Plaintiffs A.H., Nicholas Hisserich, P.B.1, P.B.2, P.B.3 (no document attached) (rmc) (Entered: 05/09/2025) |
| 05/09/2025 | 92 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19885494.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Laufenberg, Cari) (rmc). (Entered: 05/09/2025) |
| 05/09/2025 | 93 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19886048.) (Application to be reviewed by Clerk.) (Alperstein, Jason) (rmc). (Entered: 05/09/2025) |
| 05/09/2025 | 94 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19886050.) (Application to be reviewed by Clerk.) (Steele, Jordan) (rmc). (Entered: 05/09/2025) |
| 05/12/2025 | 95 | NOTICE of Appearance *for Plaintiffs Nicholas Hisserich and A.H., by and through her guardian, Nicholas Hisserich, P.B.1, P.B.2, P.B.3, by and through their guardian, Brittany Bracey, and Paris Bracey-Wright* (Guglielmo, Joseph) (jpp). (Entered: 05/12/2025) |
| 05/12/2025 | 96 | NOTICE of Appearance *for Plaintiffs Nicholas Hisserich and A.H., by and through her guardian, Nicholas Hisserich, P.B.1, P.B.2, P.B.3, by and through their guardian, Brittany Bracey, and Paris Bracey-Wright* (Binder, Ethan) (jpp). (Entered: 05/12/2025) |
| 05/12/2025 | 97 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19887169.) (Application to be reviewed by Clerk.) (Attachments: # 1 Exhibit Certificate of Good Standing)(Doolittle, Paul) (rmc). (Entered: 05/12/2025) |
| 05/12/2025 | 98 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19888268.) (Application to be reviewed by Clerk.) (Attachments: # 1 Exhibit L. Feldman NY Certificate of Good Standing)(Feldman, Lori) QC mail sent (rmc). (Entered: 05/12/2025) |
| 05/12/2025 | 99 | PRO HAC APPROVED: Cari Campen Laufenberg appearing for Plaintiff Alysha Noble (no document attached) (rmc) (Entered: 05/12/2025) |
| 05/12/2025 | 100 | PRO HAC APPROVED: Jason Henry Alperstein appearing for Plaintiffs Vivian Cabrera, L.C. (no document attached) (rmc) (Entered: 05/12/2025) |
| 05/12/2025 | 101 | PRO HAC APPROVED: Jordan M. Steele appearing for Plaintiffs Vivian Cabrera, L.C. (no document attached) (rmc) (Entered: 05/12/2025) |
| 05/12/2025 | 102 | PRO HAC APPROVED: Paul J. Doolittle appearing for Plaintiff Krystal Vargha (no document attached) (rmc) (Entered: 05/12/2025) |
| 05/13/2025 | 103 | MOTION for Hearing *Remote Appearance* by Krystal Vargha. (Doolittle, Paul) (jpp). (Entered: 05/13/2025) |
| 05/13/2025 | 104 | NOTICE of Appearance *on Behalf of Plaintiff L.C., a minor, by and through Vivian Cabrera, proposed Guardian ad Litem.* (Alperstein, Jason) (jpp). (Entered: 05/13/2025) |
| 05/13/2025 | 105 | NOTICE of Appearance *on Behalf of Plaintiff L.C., a minor, by and through Vivian Cabrera, proposed Guardian ad Litem.* (Steele, Jordan) (jpp). (Entered: 05/13/2025) |
| 05/13/2025 | 106 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19891482.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Rusi, Anja) (jrd) (Entered: 05/13/2025) |

| | | |
|---|---|---|
| 05/13/2025 | 107 | PRO HAC APPROVED: Anja Rusi appearing for Plaintiffs A.H., Nicholas Hisserich, P.B.1, P.B.2, P.B.3 (no document attached) (jrd) (Entered: 05/13/2025) |
| 05/13/2025 | 108 | NOTICE of Appearance *of Plaintiffs Nicholas Hisserich and A.H., by and through her guardian, Nicholas Hisserich, P.B.1, P.B.2, P.B.3, by and through their guardian, Brittany Bracey, and Paris Bracey-Wright* (Rusi, Anja) (jpp). (Entered: 05/13/2025) |
| 05/13/2025 | 109 | Request to Appear Pro Hac Vice, No payment Submitted. (Application to be reviewed by Clerk.) (Attachments: # 1 Exhibit L. Feldman NY Certificate of Good Standing)(Feldman, Lori)(jrd) (Entered: 05/13/2025) |
| 05/13/2025 | 110 | PRO HAC APPROVED: Lori G. Feldman appearing for Plaintiffs Denise Champney, Gwendolyn Crockran, Nicole Drennen (no document attached) (jrd) (Entered: 05/13/2025) |
| 05/13/2025 | 111 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19893613.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Bevan, Alana) (jrd) (Entered: 05/13/2025) |
| 05/13/2025 | 112 | PRO HAC APPROVED: Alana Bevan appearing for Plaintiff J.R. (no document attached) (jrd) (Entered: 05/13/2025) |
| 05/13/2025 | 113 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19893709.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Villegas, Carol) (jrd) (Entered: 05/13/2025) |
| 05/13/2025 | 114 | PRO HAC APPROVED: Carol C. Villegas appearing for Plaintiffs J.B., M.B. (no document attached) (jrd) (Entered: 05/13/2025) |
| 05/13/2025 | 115 | ORDER granting 103 Plaintiff's Motion for a remote/telephonic appearance. Signed by Judge Roger T. Benitez on 5/13/2025. (jpp) (Entered: 05/13/2025) |
| 05/13/2025 | 116 | NOTICE of Appearance *for Plaintiffs Gwendolyn Crockran, Denise Champney, and Nicole Drennen* (Feldman, Lori) (jpp). (Entered: 05/13/2025) |
| 05/13/2025 | 117 | NOTICE of Appearance (Young, Christopher) (jpp). (Entered: 05/13/2025) |
| 05/14/2025 | 118 | NOTICE of Appearance (Rogari, Anthony) (jpp). (Entered: 05/14/2025) |
| 05/14/2025 | 119 | NOTICE of Appearance (Springer, Christopher) (jpp). (Entered: 05/14/2025) |
| 05/14/2025 | 120 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19899167.) (Application to be reviewed by Clerk.) (Attachments: # 1 Exhibit W. Liddell TX Certificate)(Liddell, William) (Entered: 05/14/2025) |
| 05/14/2025 | 121 | PRO HAC APPROVED: William Andrew Liddell appearing for Plaintiffs Denise Champney, Gwendolyn Crockran, Nicole Drennen (no document attached) (rmc) (Entered: 05/14/2025) |
| 05/14/2025 | 122 | Minute Entry for proceedings held before Judge Roger T. Benitez: Case Management Conference held on 5/14/2025. MDL lead-counsel applications are to be emailed by 5/23/2025 to the following email address: efile_benitez@casd.uscourts.gov. Interviews for MDL lead-counsel shall take place on 6/2/2025 10:00 AM in Courtroom 5A before Judge Roger T. Benitez. Each applicant shall be given three (3) minutes for interview. (Court Reporter: Adrian Baule). (Plaintiff Attorneys Leonard W. Aragon, David Michael Berger, Michael Anderson Berry, Gayle M. Blatt, Andrew Daniel Bluth, Raina C Borrelli, Maureen M. Brady, Patrick R. Carey, David S Casey, James E. Cecchi, Anne Kathleen Davis, Paul J. Doolittle, Melissa R. Emert, Jennifer M French, Jeffrey Goldenberg, David A. Goodwin, Raphael J.C. Graybill, Joseph P. Guglielmo, Yana A. Hart, Jason S Hartley, Shauna B. Itri, Danielle Izzo, Amy Elisabeth Keller, John P. Kristensen, Cari Campen Laufenberg, Thomas Eric Loeser, Nicholas Ulysses Murphy, John J. Nelson, Sophia Marie Rios, John Philip Rondini, Amber Love Schubert, Barrett J. Vahle, Tina Wolfson, Cadio Zirpoli, Lori Feldman, John Heenan, Chris Jennings, Andrew Liddell, Daniel J. Mogin, Anthony Rogari, Anja Rusi, Johnathan Seredynski, Kristin Westphal, Libertado P. Verderame). (Defendant Attorneys Christopher M. Young, Monica Mleczko, Anne Johnson Palmer). (no document attached) (gxr) (Entered: 05/14/2025) |
| 05/15/2025 | 123 | NOTICE of Appearance *on Behalf of Plaintiffs J.B. and M.B., minors, by and through their legal guardian Patrick Bowler* (Villegas, Carol) (jpp). (Entered: 05/15/2025) |
| 05/15/2025 | 124 | NOTICE of Appearance (Mogin, Daniel) (jpp). (Entered: 05/15/2025) |
| 05/15/2025 | 125 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Case Management Conference held on 05/14/2025 before Judge Roger T. Benitez. Court Reporter/Transcriber: Adrian D. Baule. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 6/5/2025. Redacted Transcript Deadline set for 6/16/2025. Release of Transcript Restriction set for 8/13/2025. (adb)(jrd) (Entered: 05/15/2025) |
| 05/15/2025 | 130 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01257-BEN-MSB, Irvington Public Schools v. PowerSchool Holdings, Inc et al. Originally filed in the District of New Jersey as 2:25-cv-03317. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 05/16/2025) |
| 05/16/2025 | 126 | NOTICE of Appearance *for Plaintiff Tyler Baker* (Verderame, Liberato) (jpp). (Entered: 05/16/2025) |
| 05/16/2025 | 127 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19906929.) (Application to be reviewed by Clerk.) (Verderame, Liberato)(jrd) (Entered: 05/16/2025) |
| 05/16/2025 | 128 | NOTICE of Change of Hearing: Interviews for MDL lead-counsel is reset for 6/6/2025 10:30 AM in Courtroom 5A before Judge Roger T. Benitez. MDL lead-counsel applications are to still be emailed by 5/23/2025 to the following email address: efile_benitez@casd.uscourts.gov. (no document attached) (gxr) (Entered: 05/16/2025) |
| 05/16/2025 | 129 | PRO HAC APPROVED: Liberato P Verderame appearing for Plaintiff Tyler Baker (no document attached) (jrd) (Entered: 05/16/2025) |
| 05/16/2025 | 131 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19908451.) (Application to be reviewed by Clerk.) (Ostrow, Jeffrey)(jrd) (Entered: 05/16/2025) |
| 05/16/2025 | 132 | PRO HAC APPROVED: Jeffrey M. Ostrow appearing for Plaintiff Dale Griffin (no document attached) (jrd) (Entered: 05/16/2025) |
| 05/16/2025 | 133 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01238-BEN-MSB, Providence Teachers Union v. PowerSchool Holdings, Inc. Direct file in the Southern District of California. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 05/16/2025) |
| 05/16/2025 | 134 | CASE MANAGEMENT ORDER No. 2. Signed by Judge Roger T. Benitez on 5/16/2025.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 05/16/2025) |
| 05/19/2025 | 135 | Request to Appear Pro Hac Vice (Filing fee received: $ 224 receipt number ACASDC-19911625.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Neary, Robert)(jrd) (Entered: 05/19/2025) |
| 05/19/2025 | 136 | PRO HAC APPROVED: Robert Neary appearing for Plaintiffs Megan Joseph, Dale Kidder, Emily Kidder (no document attached) (jrd) (Entered: 05/19/2025) |
| 05/19/2025 | 137 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19911864.) (Application to be reviewed by Clerk.) (Drake, Eleanor)(jrd) (Entered: 05/19/2025) |
| 05/19/2025 | 138 | PRO HAC APPROVED: E. Michelle Drake appearing for Plaintiff David Zarate (no document attached) (jrd) (Entered: 05/19/2025) |
| 05/19/2025 | 139 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19913247.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Widlanski, Benjamin) (jrd) (Entered: 05/19/2025) |
| 05/19/2025 | 140 | PRO HAC APPROVED: Benjamin Widlanski appearing for Plaintiffs Megan Joseph, Dale Kidder, Emily Kidder (no document attached) (jrd) (Entered: 05/19/2025) |
| 05/19/2025 | 141 | NOTICE of Appearance (Neary, Robert) (jpp). (Entered: 05/19/2025) |
| 05/19/2025 | 142 | Notice of MDL Conditional Transfer ORDER CTO-4, re MDL No. 3149. (All non-registered users served via U.S. Mail Service)(jmo) (Main Document 142 replaced on 5/19/2025) (jmo). (Entered: 05/19/2025) |
| 05/20/2025 | 143 | NOTICE of Appearance *of Sarper Unal (Ahdoot & Wolfson, P.C.)* (Unal, Sarper) (jpp). (Entered: 05/20/2025) |

| | | |
|---|---|---|
| 05/20/2025 | 148 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01284-BEN-MSB, Ingram et al v. PowerSchools Holdings, Inc. et al. Direct filed in the Southern District of California. (All non-registered users served via U.S. Mail Service)(no document attached) (jmo) (Entered: 05/21/2025) |
| 05/21/2025 | 144 | MOTION for Hearing *Remote Appearance or for the Court to Continue Hearing* by Krystal Vargha. (Doolittle, Paul) (jpp). (Entered: 05/21/2025) |
| 05/21/2025 | 145 | NOTICE of Appearance (Widlanski, Benjamin) (jpp). (Entered: 05/21/2025) |
| 05/21/2025 | 146 | NOTICE OF RELATED CASE(S) by Alysia Ingram of case(s) 3:25-cv-1284-BEN-MSB . (Chang, Albert) (jpp). (Entered: 05/21/2025) |
| 05/21/2025 | 147 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19922480.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Graden, Tyler) (rmc). (Entered: 05/21/2025) |
| 05/21/2025 | 149 | PRO HAC APPROVED: Tyler S. Graden appearing for Plaintiff Irvington Public Schools (no document attached) (rmc) (Entered: 05/21/2025) |
| 05/22/2025 | 150 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19925662.) (Application to be reviewed by Clerk.) (Jennings, Christopher)(jrd) (Entered: 05/22/2025) |
| 05/22/2025 | 151 | PRO HAC APPROVED: Christopher Duran Jennings appearing for Plaintiff Kimberly Kinney (no document attached) (jrd) (Entered: 05/22/2025) |
| 05/22/2025 | 152 | NOTICE of Appearance *of David A. Goodwin* (Goodwin, David) (jpp). (Entered: 05/22/2025) |
| 05/22/2025 | 153 | NOTICE of Appearance *of Gabrielle M. Kolb* (Kolb, Gabrielle) (jpp). (Entered: 05/22/2025) |
| 05/22/2025 | 154 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19926742.) (Application to be reviewed by Clerk.) (Hillier, Sarah)(jrd) (Entered: 05/22/2025) |
| 05/22/2025 | 155 | PRO HAC APPROVED: Sarah Hillier appearing for Plaintiffs B.H., Christine Garcia, Evan Gramelspacher, Billy Ho, L.G., R.G. (no document attached) (jrd) (Entered: 05/22/2025) |
| 05/22/2025 | 156 | CASE MANAGEMENT ORDER. Signed by Judge Roger T. Benitez on 5/22/2025.(All non-registered users served via U.S. Mail Service)(jpp) (Entered: 05/22/2025) |
| 05/22/2025 | 157 | NOTICE of Appearance *of Sarah E. Hillier* (Hillier, Sarah) (jpp). (Entered: 05/22/2025) |
| 05/22/2025 | 158 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19927852.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Heenan, John) (jrd) (Entered: 05/22/2025) |
| 05/22/2025 | 159 | PRO HAC APPROVED: John C. Heenan appearing for Plaintiff Jonna Schwartz (no document attached) (jrd) (Entered: 05/22/2025) |
| 05/22/2025 | 160 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19928154.) (Application to be reviewed by Clerk.) (Martin, Jean) (rmc). (Entered: 05/22/2025) |
| 05/22/2025 | 161 | PRO HAC APPROVED: Jean Sutton Martin appearing for Plaintiff Shandrelle Okoni (no document attached) (rmc) (Entered: 05/22/2025) |
| 05/22/2025 | 162 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01312-BEN-MSB, North Country Supervisory Union v PowerSchool Holdings, Inc. Originally filed in the Eastern District of California as 2:25-cv-01165. (no document attached) (jmo) (Entered: 05/22/2025) |
| 05/23/2025 | 163 | NOTICE of Appearance (Rondini, John) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 164 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19930578.) (Application to be reviewed by Clerk.) (Edelson, Marc)(jrd) (Entered: 05/23/2025) |
| 05/23/2025 | 165 | PRO HAC APPROVED: Marc H. Edelson appearing for Plaintiff Tyler Baker (no document attached) (jrd) (Entered: 05/23/2025) |
| 05/23/2025 | 166 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19931029.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(McQuilkin, Gail) (jrd) (Entered: 05/23/2025) |
| 05/23/2025 | 167 | PRO HAC APPROVED: Gail A. McQuilkin appearing for Plaintiffs Megan Joseph, Dale Kidder, Emily Kidder (no document attached) (jrd) (Entered: 05/23/2025) |
| 05/23/2025 | 168 | NOTICE of Appearance *GIA JUNG* (Loeser, Thomas) Modified on 5/23/2025 to reflect Attorney Gia Jung not added to party. QC email sent instructing filer to have Gia Jung file a Notice of Appearance (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 169 | NOTICE of Appearance (Grille, Simon) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 170 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19932347.) (Application to be reviewed by Clerk.) (Murray, Brian)(jrd) (Entered: 05/23/2025) |
| 05/23/2025 | 171 | PRO HAC APPROVED: Brian P. Murray appearing for Plaintiff Jerathen Tillman (no document attached) (jrd) (Entered: 05/23/2025) |
| 05/23/2025 | 172 | NOTICE of Appearance *of Micheal J. Benke* (Benke, Michael) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 173 | NOTICE of Appearance *of David Casey III* (Casey, David) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 174 | NOTICE of Appearance *of Jon A. Tostrud* (Tostrud, Jon) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 175 | NOTICE of Appearance *of Annie E. Causey* (Tostrud, Jon). Modified on 5/27/2025 to reflect Attorney Annie Causey not added to Party. QC email sent instructing filer to have Annie Causey file a Notice of Appearance. (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 176 | NOTICE of Appearance *of James F. Woods* (Tostrud, Jon). Modified on 5/27/2025 to reflect Attorney James Woods not added to party. QC email sent instructing filer to have James Woods file a Notice of Appearance (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 177 | DECLARATION *of Marc H. Edelson to Serve on the Plaintiffs Steering Committee* by Plaintiff Tyler Baker. (Attachments: # 1 Exhibit Firm Summary, # 2 Exhibit Proposed Case Structure)(Edelson, Marc) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 178 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19933396.) (Application to be reviewed by Clerk.) (Attachments: # 1 Certificate of Good Standing)(Clark, Melissa) (rmc). (Entered: 05/23/2025) |
| 05/23/2025 | 179 | NOTICE of Appearance *of Brian P. Murray* (Murray, Brian) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 180 | PRO HAC APPROVED: Melissa Ryan Clark appearing for Plaintiff Jonna Schwartz (no document attached) (rmc) (Entered: 05/23/2025) |
| 05/23/2025 | 181 | NOTICE of Appearance (LaComb, Timothy) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 182 | DECLARATION *of David A. Goodwin of Gustafson Gluek to Serve on the Plaintiffs' Steering Committee* by Plaintiffs Amy Hauser, John Hauser. (Attachments: # 1 Exhibit A)(Goodwin, David) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 183 | NOTICE of Appearance *of P. Camille Guerra* (Guerra, Patricia) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 184 | NOTICE of Appearance *of Jennifer L. Connor* (Connor, Jennifer) (jpp). (Entered: 05/23/2025) |
| 05/23/2025 | 185 | DECLARATION *of Brian P. Murray of Glancy Prongay & Murray LLP to be appointed as Co-Lead Counsel from the East Coast, or, in the alternative, a position on the Plaintiffs Steering Committee* by Plaintiff Jerathen Tillman. (Attachments: # 1 Exhibit Glancy Prongay & Murray LLP Firm Resume, # 2 Exhibit Preferred Case Structure)(Murray, Brian) (jpp). (Entered: 05/23/2025) |
| 05/27/2025 | 186 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19937559.) (Application to be reviewed by Clerk.) (Jakubowski, Matthew) (jrd) (Entered: 05/27/2025) |

| | | |
|---|---|---|
| 05/27/2025 | 187 | PRO HAC APPROVED: Matthew Jakubowski appearing for Plaintiffs S.H., Hegge, S.C., Curtis, E.N., Nulf, M.B.H., Blosser (no document attached) (jrd) (Entered: 05/27/2025) |
| 05/27/2025 | 188 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19938418.) (Application to be reviewed by Clerk.) (David, Stefon) (rmc). (Entered: 05/27/2025) |
| 05/27/2025 | 189 | NOTICE of Appearance (Burak, Edward) (jpp). (Entered: 05/27/2025) |
| 05/27/2025 | 190 | PRO HAC APPROVED: Stefon Jeffrey David appearing for Plaintiff Alyssa Krutsinger (no document attached) (rmc) (Entered: 05/27/2025) |
| 05/27/2025 | 191 | NOTICE of Appearance (David, Stefon) (jpp). (Entered: 05/27/2025) |
| 05/28/2025 | 192 | NOTICE of Appearance (Jakubowski, Matthew) (jpp). (Entered: 05/28/2025) |
| 05/28/2025 | 193 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19940636.) (Application to be reviewed by Clerk.) (Kiener, Ariana)(jrd) (Entered: 05/28/2025) |
| 05/28/2025 | 194 | PRO HAC APPROVED: Ariana Beth Kiener appearing for Plaintiff David Zarate (no document attached) (jrd) (Entered: 05/28/2025) |
| 05/29/2025 | 195 | NOTICE of Appearance *of Gia Jung* (Jung, Gia) (Entered: 05/29/2025) |
| 05/30/2025 | 196 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19950445.) (Application to be reviewed by Clerk.) (Woods, James) (rmc). (Entered: 05/30/2025) |
| 05/30/2025 | 197 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19950469.) (Application to be reviewed by Clerk.) (Woods, James) QC mail sent re duplicate submission (rmc). (Entered: 05/30/2025) |
| 05/30/2025 | 198 | PRO HAC APPROVED: James F. Woods appearing for Plaintiff Jerathen Tillman (no document attached) (rmc) (Entered: 05/30/2025) |
| 05/30/2025 | 199 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01373-BEN-MSB, Dwyer et al v. PowerSchool Holdings, Inc. Originally filed in the District of Connecticut as 3:25-cv-00671. (no document attached) (jmo) (Entered: 05/30/2025) |
| 06/02/2025 | 200 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01368-BEN-MSB, Weber School District v. PowerSchool Holdings, Inc. et al. Direct filed in the Southern District of California. (no document attached) (jmo) (Entered: 06/02/2025) |
| 06/03/2025 | 201 | NOTICE of Appearance *Notice of Appearance of Nada Djordjevic* (Djordjevic, Nada) (jpp). (Entered: 06/03/2025) |
| 06/03/2025 | 202 | NOTICE of Appearance *Notice of Appearance of Amy E. Keller* (Keller, Amy) (jpp). (Entered: 06/03/2025) |
| 06/03/2025 | 203 | NOTICE of Appearance *Notice of Appearance of Corban S. Rhodes* (Rhodes, Corban) (jpp). (Entered: 06/03/2025) |
| 06/03/2025 | 204 | NOTICE of Appearance *Notice of Appearance of Madeline E. Hills* (Hills, Madeline) (jpp). (Entered: 06/03/2025) |
| 06/03/2025 | 205 | NOTICE of Appearance *of Ashley L. Barton* (Barton, Ashley) (jpp). (Entered: 06/03/2025) |
| 06/04/2025 | 206 | NOTICE of Appearance *of Carly Roman* (Roman, Carly) (jpp). (Entered: 06/04/2025) |
| 06/04/2025 | 207 | NOTICE of Appearance *Notice of Appearance of Steven M. Jodlowski* (Jodlowski, Steven) (jpp). (Entered: 06/04/2025) |
| 06/04/2025 | 208 | NOTICE of Appearance *Notice of Appearance of Brian O. O'Mara* (O'Mara, Brian) (jpp). (Entered: 06/04/2025) |
| 06/05/2025 | 209 | NOTICE of Appearance (Nelson, John) (jpp). (Entered: 06/05/2025) |
| 06/06/2025 | 210 | NOTICE of Voluntary Dismissal by Tristan Keigley (Liu, Sin-Ting). Modified on 6/06/2025 to reflect Member Case 25CV0978-BEN-MSB closed. NEF regenerated to MDL Panel. (jpp). (Entered: 06/06/2025) |
| 06/06/2025 | 211 | NOTICE of Appearance *James F. Woods* (Woods, James) (jpp). (Entered: 06/06/2025) |
| 06/06/2025 | 212 | ORDER granting 79 Motion to withdraw appearance of counsel Yenis V. Argueta Guevara. Signed by Judge Roger T. Benitez on 6/06/2025. (jpp) (Entered: 06/06/2025) |
| 06/06/2025 | 213 | Minute Entry for proceedings held before Judge Roger T. Benitez: Attorney Appointment Hearing for MDL lead-counsel held on 6/6/2025. Court to issue written order.(Court Reporters: A.M. - Jennifer Gibson, P.M. - Amanda LeGore). (Plaintiff Attorney Tina Wolfson, E. Michelle Drake, Albert Y. Chang, David Casey, Jr., Yana Hart, Thomas E. Loeser, Amy E. Keller, Corban S. Rhodes, David Berger, Simon S. Grille, Brian P. Murray, Raph Graybill, Leonard W. Aragon, Jason Hartley, James Pizzirusso, John Heenan, Melissa R. Emert, Christopher L. Springer, Benjamin J. Widlanski, Carol C. Villegas, Danielle Izzo, Jenn French, Maureen M. Brady, Jean S. Martin, Daniel J. Mogin, Paul J. Doolittle, Amber L. Schubert, Joseph P. Gugielmo, Shauna I. Itri, Raina C. Borrelli, Barrett J. Vahle). (Defendant Attorney Christopher M. Young). (no document attached) (gxr) (Entered: 06/09/2025) |
| 06/10/2025 | 214 | NOTICE of Hearing: Status Conference set for 7/18/2025 01:30 PM in Courtroom 5A before Judge Roger T. Benitez. (no document attached) (gxr) (Entered: 06/10/2025) |
| 06/10/2025 | 215 | AMENDED NOTICE of Hearing: Status Conference set for 7/18/2025 01:30 PM in Courtroom 5A before Judge Roger T. Benitez. All counsel to appear in-person. (no document attached) (gxr) (Entered: 06/10/2025) |
| 06/10/2025 | 220 | NOTICE of MDL Member Case Opening: Case Number 25-cv-01487-BEN-MSB, Cache County School District v. PowerSchool Holdings, Inc. et al. Direct file in the Southern District of California. (no document attached) (jmo) (Entered: 06/11/2025) |
| 06/11/2025 | 216 | NOTICE of Voluntary Dismissal by Dale Griffin *Without Prejudice* (Cardoso, Kristen) Modified on 6/11/2025 to reflect Member Case 25CV0972-BEN-MSB closed. NEF regenerated to MDL Panel(jpp). (Entered: 06/11/2025) |
| 06/11/2025 | 217 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-19993782.) (Application to be reviewed by Clerk.) (Causey, Annie)(jrd) (Entered: 06/11/2025) |
| 06/11/2025 | 218 | PRO HAC APPROVED: Annie Erin Causey appearing for Plaintiff Jerathen Tillman individually and on behalf of C.T., a minor.(no document attached) (jrd) (Entered: 06/11/2025) |
| 06/11/2025 | 219 | NOTICE of Appearance *Annie E. Causey* (Causey, Annie) (jpp). (Entered: 06/11/2025) |
| 06/17/2025 | 221 | CASE MANAGEMENT ORDER No. 4. Signed by Judge Roger T. Benitez on 6/17/2025.(jpp) (Entered: 06/17/2025) |
| 06/27/2025 | 222 | AMENDED COMPLAINT with Jury Demand against Bain Capital, L.P., PowerSchool Group, LLC, PowerSchool Holdings, Inc., filed by Irvington Public Schools. (Nelson, John) (jpp). (Entered: 06/27/2025) |
| 06/28/2025 | 223 | AFFIDAVIT *Stipulation* by Plaintiff School District Action. (Shinoff, William) (jpp). (Entered: 06/28/2025) |
| 06/30/2025 | 224 | NOTICE of Appearance *OF OLIVER M. KIEFER FOR DEFENDANTS POWERSCHOOL HOLDINGS, INC., POWERSCHOOL GROUP, LLC, AND BAIN CAPITAL, LP* (Kiefer, Oliver) (jpp). (Entered: 06/30/2025) |
| 06/30/2025 | 225 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-20049070.) (Application to be reviewed by Clerk.) (Cornelius, Christopher) (jrd) (Entered: 06/30/2025) |
| 06/30/2025 | 226 | PRO HAC APPROVED: Christopher L. Cornelius appearing for Plaintiff Brittainy Stringer (no document attached) (jrd) (Entered: 06/30/2025) |
| 06/30/2025 | 227 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-20049478.) (Application to be reviewed by Clerk.) (Cecchi, James) (rmc). (Entered: 06/30/2025) |

| | | |
|---|---|---|
| 06/30/2025 | 228 | PRO HAC APPROVED: James E. Cecchi appearing for Plaintiff Irvington Public Schools (no document attached) (rmc) (Entered: 06/30/2025) |
| 06/30/2025 | 229 | NOTICE of Appearance (Cecchi, James) (jpp). (Entered: 06/30/2025) |
| 06/30/2025 | 230 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC-20049655.) (Application to be reviewed by Clerk.) (Hannaway, James) (rmc). (Entered: 06/30/2025) |
| 06/30/2025 | 231 | PRO HAC APPROVED: James Hannaway appearing for Plaintiff David Zarate (no document attached) (rmc) (Entered: 06/30/2025) |
| 06/30/2025 | 232 | MOTION for Order *for Remote Appearance at July 18, 2025 Status Conference* by Brittainy Stringer. (French, Jennifer) (jpp). (Entered: 06/30/2025) |
| 06/30/2025 | 233 | ORDER granting Stipulation re: School District direct action Consolidated Master Complaint. Signed by Judge Roger T. Benitez on 6/30/2025.(jpp) (Entered: 06/30/2025) |
| 06/30/2025 | 234 | ORDER granting unopposed motion for remote appearance at July 18, 2025 Status Conference. Signed by Judge Roger T. Benitez on 6/30/2025. (jpp) (Entered: 07/01/2025) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/07/2025 06:55:38 | | | |
| **PACER Login:** | Ropes009 | **Client Code:** | BCCI-1095-006 |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-md-03149-BEN-MSB |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | No. 3:25-md-03149-BEN-MSB |
| | May 14, 2025 |
| | 10:02 a.m. |
| | Courtroom 5A |
| | San Diego, California |

TRANSCRIPT OF PROCEEDINGS

CASE MANAGEMENT CONFERENCE

BEFORE THE HONORABLE ROGER T. BENITEZ, DISTRICT JUDGE

COURT REPORTER: ADRIAN DALE BAULE, RMR, CRR, CSR
United States District Court
333 West Broadway, Suite 420
San Diego, California 92101
adrian_baule@casd.uscourts.gov

Reported by Stenotype; Transcribed by Computer.

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: Dobie James August on behalf of minor children K.J.A. and K.D.A. | CASEY GERRY SCHENK FRANCAVILLA BLATT AND PENFIELD, LLP<br>BY: DAVID S. CASEY, JR., ESQ.<br>GAYLE M. BLATT, ESQ.<br>110 Laurel Street<br>San Diego, CA 92101-1419<br>(619)238-1811<br>dcasey@cglaw.com<br>gmb@cglaw.com |
| For the Plaintiffs: Sheilah Buack-Shelton and S.S. | MOGINRUBIN LLP<br>BY: DANIEL J. MOGIN, ESQ.<br>TIMOTHY Z. LACOMB, ESQ.<br>4225 Executive Square, Suite 600<br>La Jolla, CA 92037<br>(619)687-6611<br>dmogin@moginrubin.com<br>tlacomb@moginlawllp.com |
| For the Plaintiff: Robert Pettinger on behalf of his minor child, B.P. | STRAUSS BORRELLI PLLC<br>BY: RAINA C. BORRELLI, ESQ.<br>980 North Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>(872)263-1100<br>raina@straussborrelli.com |
| For the Plaintiff: Irvington Public School District | CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.<br>BY: JAMES E. CECCHI, ESQ.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973)994-1700<br>jcecchi@carellabyrne.com |
| For the Plaintiff: A.A., a minor, by and through her guardian ad litem, Samuel Adkins | ARNOLD LAW FIRM<br>BY: MICHAEL ANDERSON BERRY, ESQ.<br>865 Howe Avenue<br>Sacramento, CA 95825<br>(916)777-7777<br>aberry@justice4you.com |
| For the Plaintiff: Torrie Mayfield on behalf of her minor child, A.M. | GOLDENBERG SCHNEIDER LPA<br>BY: JEFFREY GOLDENBERG, ESQ.<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com |

APPEARANCES (CONTINUED):

For the Plaintiff: Nicole Flick for herself and as parent and natural guardian of M.C.

CLARKSON LAW FIRM PC
BY: YANA A. HART, ESQ.
22525 Pacific Coast Highway
Malibu, CA 90265
(213)788-4050
yhart@clarksonlawfirm.com

For the Plaintiffs: J.R. and B.R. by and through their parent Stephanie Moreno

SEEGER WEISS LLP
BY: SHAUNA B. ITRI, ESQ.
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
(973)639-9100
sitri@seegerweis.com

For the Plaintiffs: Nicholas Hisserich and A.H.; and P.B.1, P.B.2 P.B.3, by and through their guardian, Brittany Bracey, and Paris Bracey-Wright

SCOTT & SCOTT ATTORNEYS AT LAW LLP
BY: JOSEPH P. GUGLIELMO, ESQ.
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
(212)223-6444
jguglielmo@scott-scott.com

SCOTT & SCOTT LLP
BY: ANJA RUSI, ESQ.
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860)531-2608
arusi@scott-scott.com

For the Plaintiffs: Nicholas Hisserich; A.H., by and through guardian Nicholas Hisserich

LEXINGTON LAW GROUP
BY: PATRICK R. CAREY, ESQ.
503 Divisadero Street
San Francisco, CA 94117-2212
(415)913-7800
pcarey@lexlawgroup.com

For the Plaintiff: Alyssa Krutsinger

STUEVE SIEGEL HANSON LLP
BY: BARRETT J. VAHLE, ESQ.
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816)714-7100
vahle@stuevesiegel.com

APPEARANCES (CONTINUED):

| | |
|---|---|
| For the Plaintiff: Megan Joseph on behalf of her minor children B.J. and C.J. | JOSEPH SAVERI LAW FIRM<br>BY: CADIO ZIRPOLI, ESQ.<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>(415)500-6800<br>czirpoli@saverilawfirm.com |
| For the Plaintiffs: Ratib Habbal and Rushda Afzal; F.C., a minor, by and through her guardian, Amy Coutu; E.H., by parent and guardian Elizabeth Spence | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC<br>BY: JOHN J. NELSON, ESQ.<br>402 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>(858)209-6941<br>jnelson@milberg.com |
| For the Plaintiffs: A.C. and C.C., minors, by and through their parent Andrew Cook | DICELLO LEVITT LLP<br>BY: STEVEN M. JODLOWSKI, ESQ.<br>4747 Executive Drive, Suite 240<br>San Diego, CA 92121<br>(619)923-3939<br>stevej@dicellolevitt.com |
| | DICELLO LEVITT LLP<br>BY: CORBAN S. RHODES, ESQ.<br>485 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>(646)933-1000<br>crhodes@dicellolevitt.com |
| | DICELLO LEVITT LLP<br>BY: AMY ELISABETH KELLER, ESQ.<br>Ten North Dearborn Street<br>Sixth Floor<br>Chicago, IL 60602<br>(312)214-7900<br>akeller@dicellolevitt.com |
| For the Plaintiffs: J.B. and M.B., minors, by and through their legal guardian Patrick Bowler | LABATON KELLER SUCHAROW LLP<br>BY: DANIELLE IZZO, ESQ.<br>THOMAS J. HOFFMAN, JR., ESQ.<br>140 Broadway<br>New York, NY 10005<br>(212)907-0700<br>dizzo@labaton.com<br>thoffman@labaton.com |

APPEARANCES (CONTINUED):

| | |
|---|---|
| For the Plaintiffs: Scott Greci; L.G., a minor child; David Brownlee; A.B., a minor child | HARTLEY LLP<br>BY: JASON S. HARTLEY, ESQ.<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>(619)400-5822<br>hartley@hartleyllp.com |
| For the Plaintiffs: Evan Gramelspacher; Christine Garcia; Melissa Gifford on behalf of herself and as parent and guardian of her minor children J.M., C.M., J.S.M. | GIBBS MURA LLP<br>BY: DAVID MICHAEL BERGER, ESQ.<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>(510)350-9700<br>dmb@classlawgroup.com<br><br>KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.<br>BY: MELISSA R. EMERT<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>(845)356-2570<br>memert@kgglaw.com |
| For the Plaintiff: Kelsey Gauron on behalf of herself and as parent and guardian of her minor child, R.M. | HAGENS BERMAN SOBOL SHAPIRO LLP<br>BY: LEONARD W. ARAGON, ESQ.<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br>(602)840-5900<br>leonard@hbsslaw.com |
| For the Plaintiffs: Gwendolyn Crockran on behalf of herself and as parent and guardian of her minor child, John Doe; Denise Champney on behalf of herself and as parent and guardian of her two minor children | EDTECH LAW CENTER<br>BY: WILLIAM ANDREW LIDDELL, ESQ.<br>P.O. Box 300488<br>Austin, TX 78705<br>(737)990-5875<br>andrew.liddell@edtech.law<br><br>GEORGE FELDMAN MCDONALD PLLC<br>BY: LORI G. FELDMAN, ESQ.<br>102 Half Moon Bay Drive<br>Croton on Hudson, NY 10520<br>(917)983-9321<br>lfeldman@4-justice.com |

APPEARANCES (CONTINUED):

For the Plaintiff: S.H., a minor, by and through their legal guardian Lisa Hegge
BROOKS KUSHMAN P.C.
BY: JOHN PHILLIP RONDINI, ESQ.
1000 Town Center, 22nd Floor
Southfield, MI 48075
(248)358-4400
jrondini@brookskushman.com

For the Plaintiffs: Richard Brown; Julie Johnson; B.E.B., a minor; J.B.B., a minor
SINGLETON SCHREIBER, LLP
BY: ANDREW DANIEL BLUTH, ESQ.
1414 K Street, Suite 470
Sacramento, CA 95814
(916)248-8478
abluth@singletonschreiber.com

For the Plaintiff: Johnielle Dwyer
SILVER GOLUB & TEITELL LLP
BY: JOHNATHAN SEREDYNSKI, ESQ.
One Landmark Square
15th Floor
Stamford, CT 06901
(203)325-4491
jseredynski@sgtlaw.com

For the Plaintiffs: J.I., A.J., and O.S., by and through their next friend M.S.
MCSHANE & BRADY, LLC
BY: MAUREEN M. BRADY, ESQ.
4006 Central Street
Kansas City, MO 64111
(816)888-8010
mbrady@mcshanebradylaw.com

For the Plaintiff: Alysha Noble and her minor child
KELLER ROHRBACK LLP
BY: CARI CAMPEN LAUFENBERG, ESQ.
1201 3rd Avenue, Suite 3400
Seattle, WA 98101
(206)623-1900
claufenberg@kellerrohrback.com

For the Plaintiffs: Jill Strelzin on behalf of J.S. and R.S., minors; Jessica Allen on behalf of C.A. and G.B., minors; Greghk Valdovinos, parent and legal guardian of minors N.V. and E.V.
SCHUBERT JONCKHEER & KOLBE LLP
BY: AMBER LOVE SCHUBERT, ESQ.
2001 Union Street, Suite 200
San Francisco, CA 94123
(415)788-4220
aschubert@sjk.law

APPEARANCES (CONTINUED):

| | |
|---|---|
| For the Plaintiff:<br>Jonna Schwartz | AHDOOT & WOLFSON, PC<br>BY: TINA WOLFSON, ESQ.<br>JOSHUA T. NGUYEN, ESQ.<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>(310)474-9111<br>twolfson@ahdootwolfson.com<br>jnguyen@ahdootwolfson.com |
| | GRAYBILL LAW FIRM, PC<br>BY: RAPHAEL J.C. GRAYBILL, ESQ.<br>300 4th Street North<br>Great Falls, MT 59401<br>(406)452-8566<br>raph@graybilllawfirm.com |
| | HEENAN & COOK, PLLC<br>BY: JOHN HEENAN, ESQ.<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>(406)839-9091<br>john@lawmontana.com |
| For the Plaintiffs:<br>Samariah Lockhart,<br>Justine Shamey, Kristin<br>Eckart, Cara Lewis,<br>Ashley Wright, and<br>their minor children | BLEICHMAR FONTI & AULD<br>BY: ANNE KATHLEEN DAVIS, ESQ.<br>LESLIE E. WEAVER, ESQ.<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>(415)445-4016<br>adavis@bfalaw.com<br>lweaver@bfalaw.com |
| For the Plaintiff:<br>Towfeq Zarif | COTCHETT PITRE & LOESER<br>BY: THOMAS ERIC LOESER, ESQ.<br>1809 7th Avenue, Suite 1610<br>Seattle, WA 98101<br>(206)802-1272<br>tloeser@cpmlegal.com |
| For the Plaintiffs:<br>Kayeleen Campbell,<br>Nickolaus Campbell,<br>and Kim Greer | HAUSFELD LLP<br>BY: NICHOLAS ULYSSES MURPHY, II, ESQ.<br>1200 17th Street, NW<br>Suite 600<br>Washington DC, DC 20036<br>(202)540-7200<br>nmurphy@hausfeld.com |

APPEARANCES (CONTINUED):

| | |
|---|---|
| For the Plaintiff: Brittainy Stringer on behalf of G.S., a minor | LYNCH CARPENTER, LLP<br>BY: JENNIFER M. FRENCH, ESQ.<br>9171 Towne Centre Drive<br>Suite 180<br>San Diego, CA 92122<br>(619)762-1903<br>jennf@lcllp.com |
| For the Plaintiffs: Individual school districts | FRANTZ LAW GROUP APLC<br>BY: JAMES PATRICK FRANTZ, ESQ.<br>KRISTIN WESTPHAL, ESQ.<br>EDWARD BURAK, ESQ.<br>402 West Broadway, Suite 860<br>San Diego, CA 92101<br>(619)233-5945<br>jpf@frantzlawgroup.com<br>kwestphal@frantzlawgroup.com |
| For the Plaintiff: David Zarate on behalf of his minor child, A.Z. | BERGER MONTAGUE PC<br>BY: SOPHIA MARIE RIOS, ESQ.<br>8241 La Mesa Boulevard, Suite A<br>La Mesa, CA 91942<br>(619)489-0300<br>srios@bm.net |
| For the Plaintiff: Tyler Baker | EDELSON LECHTZIN LLP<br>BY: LIBERATO P. VERDERAME, ESQ.<br>411 S. State Street, Suite N-300<br>Newtown, PA 18940<br>(215)867-2399<br>lverderame@edelson-law.com |
| For the Plaintiffs: John Hauser and Amy Hauser on behalf of themselves and their minor child, Jane Doe; Michael White on behalf of himself and his minor children | GUSTAFSON GLUEK PLLC<br>BY: DAVID A. GOODWIN, ESQ.<br>120 South 6th Street<br>Suite 2600<br>Minneapolis, MN 55402<br>(612)333-8844<br>dgoodwin@gustafsongluek.com |
| For the Plaintiffs: Michelle La Count; Christine Spicuzza; Kristen Warren; Christine Garcia | GIRARD SHARP LLP<br>BY: ANTHONY ROGARI, ESQ.<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415)981-4800<br>arogari@girardsharp.com |

APPEARANCES (CONTINUED):

| | |
|---|---|
| For the Plaintiff:<br>Kimberly Kinney | JENNINGS & EARLEY PLLC<br>BY: CHRIS JENNINGS, ESQ.<br>500 President Clinton Avenue<br>Suite 110<br>Little Rock, AR 72201<br>(501)255-8569<br>chris@jefirm.com |
| For the Plaintiff:<br>Gillian Arede on behalf of herself and as parent and guardian of her minor child, M.B. | KRISTENSEN LAW GROUP<br>BY: JOHN P. KRISTENSEN, ESQ.<br>120 Santa Barbara Street<br>Suite C9<br>Santa Barbara, CA 91301<br>(805)837-2000<br>john@kristensen.law<br>(Appearance via Zoom) |
| For the Plaintiff:<br>Krystal Vargha | POULIN WILLEY ANASTOPOULO LLC<br>BY: PAUL J. DOOLITTLE, ESQ.<br>32 Ann Street<br>Charleston, SC 29403<br>(803)222-2222<br>paul.doolittle@poulinwilley.com<br>(Appearance via Zoom) |
| For the Defendants:<br>PowerSchool Holdings, Inc.; PowerSchool Group, LLC; Bain Capital, L.P. | DLA PIPER LLP<br>BY: CHRISTOPHER M. YOUNG, ESQ.<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121-2133<br>(619)699-4748<br>christopher.young@dlapiper.com |
| | ROPES & GRAY LLP<br>BY: ANNE JOHNSON PALMER, ESQ.<br>3 Embarcadero Center, Suite 300<br>San Francisco, CA 94111-4006<br>(415)315-6337<br>anne.johnsonpalmer@ropesgray.com |
| | ROPES & GRAY LLP<br>BY: MONICA MLECZKO, ESQ.<br>800 Boylston Street<br>Boston, MA 02199<br>(617)235-4082<br>monica.mleczko@ropesgray.com |

MS. PALMER: And good morning, Your Honor. Anne Johnson Palmer of Ropes & Gray on behalf of the PowerSchool defendants and Bain Capital.

MS. MLECZKO: Good morning, Your Honor. Monica Mleczko, M-L-E-C-Z-K-O, from Ropes & Gray LLP on behalf of Defendants PowerSchool Group, PowerSchool Holdings, and Bain Capital, L.P.

THE COURT: Okay. Well, I think I have everyone.

Well, thank you all so much for coming out here today. I hate to inconvenience you all, but I called you in here probably the only time that you're all going to be in the room at the same time.

So some of you may know me, have appeared before me when I've been with the -- with the panel. Some of you I know locally. Some of you I don't know, but maybe I'll get a chance to know you and get to know who you are better.

Anyway, the reason why I called you here today. It's been a while since I've done an MDL case on my own. I've done three previously. This will be my fourth. And I know that things have changed considerably since the time last time I did one. So I want to make sure that, you know, nothing falls through the cracks. Okay?

So I want you to understand that anything that I say during our hearing here today should be taken by you as my having reached any kind of opinion or conclusion or prejudged

the case or anything of that sort. I'm sort of going to proceed under the assumption, if you will, as we would in a motion to dismiss, that all facts as stated in the complaint are taken as true for purposes of the motions. So I'm going to assume that what I have read so far is true. Not that, of course, that would be the final finding, et cetera. But at least I have some notion of what this case is about.

Now, as many of you may know, I am on the judicial panel for multidistrict litigation. One of the chief complaints that we hear both from litigants and from parties is that MDL cases take too long, they get too complicated, and they're too expensive.

Now, 1407 requires -- 1407 created the panel and created the multidistrict litigation process for the purpose of creating just and efficient litigation and resolution of cases. And that's what I want to do with this case, is I want to be able to show -- and hopefully you will help me with this -- I want to show that, no, not all -- multidistrict cases don't have to take forever, and, no, they don't have to be so expensive that people should not be able to bring forth or defend their claims.

So again, I'm going to beg you to please help me. And if you have any suggestions whatsoever in helping me accomplish this, I'm more than willing to hear from you. Okay?

So my understanding of this case is basically that

the defense, PowerPoint [sic], had a dataset that they created having to do with students and teachers and perhaps parents that included some pretty confidential information, including some health information, and that, somehow or another, their security was breached, and the information was then made available to others.

I understand that PowerPoint [sic], to their credit, paid the ransom that they had to pay in order to have the information released. And now we have plaintiffs who believe that they have been damaged as a result of the breach.

That's my understanding of the case. I don't know if there's anything that I am missing. If I am, raise your hand, stand up, yell, and tell me what it is that I've missed.

No. Okay. Well, whew. Whew. I was worried, let me tell you.

So there are some issues that I want to talk about, again, keeping in mind that it's my goal to try to resolve this case as quickly as we possibly can, understanding that this is your case; it's not my case. All right? So to the extent that I can get you all to agree and to help me resolve issues that may come before me, I certainly would prefer that you do that.

So I'm going to start out.

First of all, I believe that Mr. Casey mentioned that there was some issues of consensus that he could bring up.

And so rather than waste any time, Mr. Casey, if you

would do me a favor and please tell me what you -- what you wanted to tell me. Okay?

MR. CASEY: Thank you, Your Honor.

And, first of all, Your Honor, all the lawyers here are very mindful of your interest in working on a streamlined fashion on this and moving this inexpensively and using every effort we can. And I will say everybody here met several times to address your initial order. There's a lot of experience in this room dealing with MDLs, and so we want to take advantage of that in presenting it to you to allow you to move aggressively in this case.

And so there is agreement that we -- and I believe defense counsel feels this way too -- that there is a priority for you to make a decision on lead counsel on the Plaintiffs' Steering Committee and how you want that structured. And to expedite that, we are recommending that you order a -- everybody to submit a three-page brief within the next few weeks, hopefully due after the Memorial Day weekend. And the three pages would give you all the background information regarding each individual here and each potential slate that wants to be considered. And there will be an addendum, a one-page addendum to that, that could include some ideas on structure, because people here may have different ideas in how to structure this to be effective.

So if you set that, let's say, right after Memorial

Day weekend, then had a chance to review those, then to set a hearing --

And we're using a model, the *Volkswagen Diesel* case, in which Judge Breyer, he gave everyone --

THE COURT: Judge who?

MR. CASEY: -- two minutes to make a presentation. We're recommending two minutes for each person.

THE COURT: Two minutes.

MR. CASEY: In addition --

THE COURT: Just like the panel here.

MR. CASEY: -- we are recommending no reply briefs and no opposition briefs.

So I'll tell you, Judge Breyer actually had a little ringer. He would ring you if you went over two minutes. So you can limit it to two minutes.

But we're trying to expedite this. So we would get the three-page exhibits -- demonstration to you. We -- then no reply, no opposition, and then a two-minute hearing. And we think that with that information, you'll be about to make a quick decision on how you want leadership to --

THE COURT: Can I interrupt you for just a second, Mr. Casey?

Is there any chance, do you think --

So let me tell you my thoughts on lead counsel. Okay? So my thoughts -- again, remember that anything I say to

I'll give you three minutes to tell me why I should choose you, and we'll take it from there. Okay?

All right. Anything else? If not, enjoy the rest of your day in beautiful San Diego. You take care.

All right. This hearing is concluded. Thank you.

(Proceedings concluded at 11:34 a.m.)

C E R T I F I C A T E

I, Adrian Dale Baule, certify that I am a duly qualified and acting Official Court Reporter for the United States District Court; that the foregoing is a true and accurate transcript of the proceedings as taken by me in the above-entitled matter on May 14, 2025; and that the format used complies with the rules and requirements of the United States Judicial Conference.

Date: May 15, 2025

Adrian Dale Baule, RMR, CRR, CSR
U.S. Official Court Reporter

# EXHIBIT D

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | ) ) ) ) ) ) ) | Case No.: 25-md-3149-BEN-MSB<br><br>**CASE MANAGEMENT ORDER NO. 2** |

The initial case management conference was held on Wednesday, May 14, 2025 in Courtroom 5A, Edward J. Schwartz United States Courthouse, 221 W. Broadway, San Diego, California, 92101. The Court finds as follows:

1. Mr. David Casey, Esq., of Casey, Gerry, Francavilla, Blatt, LLP, is appointed as temporary Liaison Counsel. Liaison Counsel will be charged with administrative matters. Notwithstanding the appointment of Liaison Counsel, each counsel shall have the right to participate in all proceedings before the court as fully as such counsel deems necessary. Liaison Counsel shall not have the right to bind any party as to any matter without the consent of counsel for that party, except Liaison Counsel's own clients. Further, Liaison Counsel shall remain free to represent the interests and positions of their clients free of any claim (including without limitation any claim of conflict) arising from service as Liaison Counsel. He will

be expected to:

a. Act as the primary contact between the court and Plaintiffs' counsel;

b. Maintain an up-to-date, comprehensive Service List of Plaintiffs and promptly advise the court and defense counsel of changes to Plaintiffs' Service List;

c. Receive and distribute to Plaintiffs' counsel, as appropriate, orders, notices, and correspondence from the court, to the extent such documents are not electronically filed;

d. Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings, correspondence, and other documents from defense counsel that are not electronically filed;

e. Establish and maintain a document depository;

f. Maintain and make available to co-counsel at reasonable hours a complete file of all documents served by or upon each party;

g. Assist Lead Counsel and the PSC in resolving scheduling conflicts among the parties and coordinating activities, discovery, meetings, and hearings;

h. Maintain a file-endorsed copy of this Order, and serve the same on the parties and/or their attorneys in any actions later instituted in, removed to, or transferred to, these proceedings;

i. Maintain records of receipts and disbursements advanced by members of the PSC and received by the PSC, and report in writing to the PSC concerning disbursements and receipts;

j. Act as the treasurer for any common benefit assessments and expenses; and

k. Perform such other functions necessary to effectuate these responsibilities or as may be expressly authorized by further orders from the court.

2. Counsel for the school district *direct actions* have agreed to the appointment of Mr. William Shinoff, Esq., as Lead Counsel and Ms. Kristin Westphal, Esq., and Mr. Edward Burak, Esq., for the steering committee. Counsel are directed to submit by

May 21, 2025 proposed orders of appointments for the positions as agreed at the hearing. Counsel for the school district *class actions* have agreed to the appointment of Mr. James Cecchi, Esq., as Lead Counsel and made proposals for the steering committee. Counsel are directed to submit by May 21, 2025 proposed orders of appointments for the positions as agreed at the hearing.

Lead Counsel will be responsible for coordinating pre-trial proceedings. They will have the following responsibilities, including, without limitation:

a. Determine and present to the court and opposing parties the position of all matters arising during pretrial proceedings;

b. Coordinate the initiation and conduct of discovery consistent with the requirements of the Federal Rules of Civil Procedure relating to discovery or any other subsequent order of this court;

c. Coordinate with members of the PSC in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a Plaintiffs' document depository;

d. Coordinate settlement discussions or other dispute resolution efforts on behalf of Plaintiffs, under the court's supervision;

e. Delegate specific tasks to other counsel in the matter to ensure that pretrial preparation is conducted effectively, efficiently, and economically; schedules are met; and unnecessary expenditures of time and expense are avoided;

f. Consider the qualifications of non-leadership counsel who submitted applications for specific tasks;

g. Consult with and employ consultants or experts, as necessary;

h. Enter into stipulations with opposing counsel necessary for the conduct of the litigation;

i. Encourage full cooperation and efficiency among all Plaintiffs'

counsel;

j. Prepare and distribute periodic status reports to the parties;

k. Maintain adequate time and disbursement records covering service of designated counsel and establishing guidelines, for approval by the court, as to the keeping of time records and expenses;

l. Determine reasonable compensation for non-leadership counsel commensurate with their contributions from a settlement fund, if any, or a verdict;

m. Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

n. Present all matters of common concern to Plaintiffs;

o. Perform such other duties as may be incidental to proper coordination with the PSC's pretrial activities or as authorized by further order of the court; and

p. Submit, if appropriate, additional committees and counsel for designation by the court.

q. Lead Counsel for the school district class actions are also hereby designated as Class Counsel pursuant to Rule 23(g) to "act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3).

3. The Court intends to appoint three Co-Lead Counsel for plaintiffs and a plaintiffs' steering committee for the minors/parents/guardians/teachers group of plaintiffs. The three Co-Lead Counsel will include one individual from San Diego, one individual from the middle of the United States and one individual from the east coast of the United States.

Co-Lead Counsel will be responsible for coordinating pre-trial proceedings. They will have the following responsibilities, including, without limitation:

a. Determine and present to the court and opposing parties the position of

all matters arising during pretrial proceedings;

b. Coordinate the initiation and conduct of discovery consistent with the requirements of the Federal Rules of Civil Procedure relating to discovery or any other subsequent order of this court;

c. Coordinate with members of the PSC in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a Plaintiffs' document depository;

d. Coordinate settlement discussions or other dispute resolution efforts on behalf of Plaintiffs, under the court's supervision;

e. Delegate specific tasks to other counsel in the matter to ensure that pretrial preparation is conducted effectively, efficiently, and economically; schedules are met; and unnecessary expenditures of time and expense are avoided;

f. Consider the qualifications of non-leadership counsel who submitted applications for specific tasks;

g. Consult with and employ consultants or experts, as necessary;

h. Enter into stipulations with opposing counsel necessary for the conduct of the litigation;

i. Encourage full cooperation and efficiency among all Plaintiffs' counsel;

j. Prepare and distribute periodic status reports to the parties;

k. Maintain adequate time and disbursement records covering service of designated counsel and establishing guidelines, for approval by the court, as to the keeping of time records and expenses;

l. Determine reasonable compensation for non-leadership counsel commensurate with their contributions from a settlement fund, if any, or a verdict;

m. Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

n. Present all matters of common concern to Plaintiffs;

o. Perform such other duties as may be incidental to proper coordination with the PSC's pretrial activities or as authorized by further order of the court; and

p. Submit, if appropriate, additional committees and counsel for designation by the court.

q. Co-Lead Counsel are also hereby designated as Class Counsel pursuant to Rule 23(g) to "act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3).

4. The main criteria for these appointments are: (1) a willingness and ability to commit to a time-consuming process which will include monthly meetings with the Court; (2) an ability to work cooperatively with others; (3) professional experience in this type of litigation; (4) access to sufficient resources to advance the litigation in a timely manner; and (5) an associate attorney with approximately five years of experience to be named as an adjunct to designated counsel and who will assist with the duties expected is preferred, but not required.

5. Applications will be received on or before May 23, 2025 and shall consist of, at most, three pages of presentation, one additional page describing preferable structure, and a one page attachment describing one's firm.

6. The Court will interview interested applicants on Friday, June 6, 2025, beginning at 10:00 a.m. Each individual will have 3 minutes to make a presentation.

7. The Court expresses no opinion at this time on the composition of a plaintiffs' steering committee.

8. Proposals for special masters will be considered after all lead counsel are appointed.

9. The Court anticipates imposing the following schedule after Co-Lead Counsel are appointed:

Time for Plaintiffs to file a Master Consolidated Complaint
= 30 days after Co-Lead Counsel are appointed.

Defendant's response to the Master Consolidated Complaint
= 30 days after the filing of the Master Consolidated Complaint.

Plaintiffs' oppositions to Rule 12 motions
= 30 days after the Rule 12 motions are filed.

Defendant's replies in support of Rule 12 motions
= 20 days after Plaintiffs' oppositions are filed.

An Early Neutral Evaluation Conference with a U.S. Magistrate Judge
= within 20 days after Defendant's replies in support of Rule 12 motions.

**IT IS SO ORDERED.**

DATED: May 16, 2025

**HON. ROGER T. BENITEZ**
United States District Judge

# EXHIBIT E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | ) | Case No.: 25-md-3149-BEN-MSB<br><br>**CASE MANAGEMENT ORDER NO. 4** |

In Case Management Order No. 2, the Court invited attorneys who had filed a civil action in this litigation to submit applications for Plaintiffs' Co-Lead Counsel and/or Plaintiffs' Steering Committee, as well as Plaintiffs' Liaison Counsel. Applications from an impressive array of applicants were submitted and the Court conducted interviews On June 6, 2025. All applicants were highly qualified and committed candidates, thereby making the selection process difficult. The Court encourages counsel who were not appointed to formal roles at this time to meaningfully engage with Plaintiffs' Leadership.

The Court equally encourages Plaintiffs' leadership team to utilize, as needed, the skills and the experience of all applicants for the common benefit of all Plaintiffs in this action.

The Court carefully considered the applicants' written submissions and oral

statements in light of the criteria set forth in Case Management Order No. 2, the Manual for Complex Litigation, and Federal Rule of Civil Procedure 23(g). In addition, the Court was particularly interested in appointing a diverse and experienced leadership group that is fully committed to coordinating efforts and sharing information and research to advance these claims in an efficient and cost-effective manner.

As stated previously, the decision as to who to appoint to the Co-Lead Counsel or Plaintiffs' Steering Committee positions was not an easy one. The Court considered each applicant's experience, workload, geographical diversity, the client's diverse, divergent and competing interests, and the willingness to make this case and its resolution of highest priority.

While the Court is fully aware of the time and resources that Plaintiffs' leadership team will be required to expend in this MDL, the Court has no intention of requiring the parties to needlessly duplicate efforts and thus will be appointing Co-Lead Counsel, Liaison Counsel, and a Plaintiffs' Steering Committee.

Based upon the foregoing, the Court appoints the following:

**I. CO-LEAD COUNSEL**

**1. Interim Co-Lead Counsel for Class Action Plaintiffs:**

David S. Casey, Jr
Casey Gerry Francavilla Blatt LLP
110 Laurel Street
San Diego, CA 92101-1486

**2. Co-Lead Counsel for Teachers Unions Plaintiffs:**

Carol C. Villegas
Lebaton Keller Sucharow LLP
140 Broadway
New York, NY 10005

**3. Co-Lead Counsel for Individual Action Plaintiffs:**

James J. Pizzirusso

Hausfeld LLP
1200 17th Street, N.W., Suite 600
Washington, DC 20036

Co-Lead Counsel are responsible for coordinating the activities of Plaintiffs during pretrial proceedings. They will have the following responsibilities, including, without limitation:

a. Determine and present to the Court and opposing parties the position of all matters arising during pretrial proceedings;

b. Coordinate the initiation and conduct of discovery consistent with the requirements of the Federal Rules of Civil Procedure;

c. Coordinate with members of the Plaintiffs' Steering Committee in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a Plaintiffs' document depository;

d. Coordinate settlement discussions or other dispute resolution efforts on behalf of Plaintiffs, under the Court's supervision;

e. Delegate specific tasks to other counsel in the matter to ensure that pretrial preparation is conducted effectively, efficiently, and economically; schedules are met; and unnecessary expenditures of time and expense are avoided;

f. Consider the qualifications of non-leadership counsel who submitted applications for specific tasks when assigning duties;

g. Consult with and employ consultants or experts, as necessary;

h. Enter into stipulations with opposing counsel necessary for the conduct of the litigation;

i. Encourage full cooperation and efficiency among all Plaintiffs' counsel;

j. Prepare and distribute periodic status reports to the parties and the Court;

k. Maintain contemporaneous adequate time and disbursement records covering service of designated counsel and establishing guidelines for approval by the Court as to the keeping of time records and expenses;

l. Determine reasonable compensation for non-leadership counsel commensurate with their contributions from a settlement fund, if any, or a verdict;

m. Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

n. Present all matters of common concern to Plaintiffs;

o. Perform such other duties as may be incidental to proper coordination with the Plaintiffs' Steering Committee's pretrial activities or as authorized by further order of the Court; and

p. Submit, if appropriate, additional committees and counsel for designation by the court.

## II. PLAINTIFFS' STEERING COMMITTEE:

The Court appoints the following attorneys as members of the Plaintiffs' Steering Committee:

Albert Y. Chang
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037

Yana Hart
Clarkson Law Firm
501 W. Broadway Suite 800
San Diego, CA 92101

E. Michelle Drake

Berger Montague
1229 Tyler Street Ne, Suite 205
Minneapolis, MN 55413

Jason S. Hartley
Hartley LLP
101 W. Broadway, Suite 820
San Diego, CA 92101

Amber L. Schubert
Schubert Jonckheer & Kolbe
2001 Union St, Suite 200
San Francisco, CA 94123

Leonard W. Aragon
Hagens Berman Sobol Shapiro LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003

The Plaintiffs' Steering Committee will conduct and coordinate the discovery stage of this litigation with defense representatives. It will be chaired by Co-Lead Counsel. The Plaintiffs' Steering Committee is given the responsibility to create such committees and subcommittees as are necessary to efficiently carry out its responsibilities, designate members thereof, and to delegate common benefit work responsibilities to selected counsel (including non-members of the PSC), as may be required for the common benefit of Plaintiffs. The Plaintiffs' Steering Committee will have the following responsibilities:

a. ***Discovery***

1) Initiate, coordinate, and conduct all pretrial discovery on behalf of Plaintiffs in all actions which are consolidated with the instant MDL;

2) Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all Plaintiffs;

3) Cause to be issued in the name of all Plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial discovery of relevant issues found in the pleadings of this litigation. Similar requests, notices, and subpoenas may be caused to be issued by the Plaintiffs' Steering Committee upon written request by an individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims;

4) Conduct all discovery in a coordinated, efficient, and consolidated manner on behalf and for the benefit of all Plaintiffs. No attorney for a Plaintiff may be excluded from attending the examination of witnesses and other proceedings. Such attorney may suggest questions to be posed to deponents through the designated Plaintiffs' Steering Committee members provided that such questions are not repetitious.

b. ***Hearings and Meetings***

1) Call meetings of counsel for Plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or the court. Initiate proposals, suggestions, schedules, or joint briefs, and any other appropriate matter(s) pertaining to pretrial proceedings;

2) Examine witnesses and introduce evidence at hearings on behalf of all Plaintiffs;

3) Act as spokesperson for all Plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject to the right of any Plaintiffs' counsel to present non-repetitive, individual, or different positions;

c. ***Miscellaneous***

1) Submit and argue any verbal or written motions presented to the Court on behalf of the Plaintiffs' Steering Committee as well as oppose, when necessary, any motions submitted by Defendant(s) or other parties which involve matters within

Case 3:25-md-03149-BEN-MSB Document 22-1 Filed 06/12/25 PageID.1728 Page 7

the sphere of the responsibilities of the Plaintiffs' Steering Committee;

2) Explore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation;

3) Maintain adequate files of all pretrial matters and have them available, under reasonable terms and conditions, for examination by Plaintiffs or their attorneys;

4) Prepare periodic status reports summarizing the Plaintiffs' Steering Committee's work and progress. These reports shall be submitted to the Plaintiffs' Liaison Counsel who will promptly distribute copies to the other Plaintiffs' attorneys;

5) Perform any task necessary and proper for the Plaintiffs' Steering Committee to accomplish its responsibilities as defined by the Court's orders; and

6) Perform such other functions as may be expressly authorized by further orders of this Court.

## III. PLAINTIFFS' LIAISON COUNSEL

The Court appoints as Plaintiffs' Liaison Counsel:

**Jennifer M. French**
Lynch Carpenter, LLP, Suite 180
9171 Towne Centre Drive
San Diego, California 92122
(619-762-1903)

Plaintiffs' Liaison Counsel will be charged with administrative matters. Notwithstanding the appointment of Liaison Counsel, counsel shall have the right to participate in all proceedings before the court as fully as such counsel deems necessary. Liaison Counsel shall not have the right to bind any party as to any matter without the consent of counsel for that party, except Liaison Counsel's own clients. Further, Liaison Counsel shall remain free to represent the interests and positions of her clients free of any claim (including without limitation any claim of conflict) arising from service as Liaison Counsel. She will have the following responsibilities, including without limitation:

a. Act as the primary contact between the Court and Plaintiffs' counsel;

b. Coordinate with any state court liaisons to organize matters pending in the appropriate jurisdictions;

c. Maintain an up-to-date, comprehensive Service List of Plaintiffs and promptly advise the court and defense counsel of changes to Plaintiffs' Service List;

d. Receive and distribute to Plaintiffs' counsel, as appropriate, orders, notices, and correspondence from the Court to the extent such documents are not electronically filed;

e. Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings, correspondence, and other documents from defense counsel that are not electronically filed;

f. Establish and maintain a document depository;

g. Maintain and make available to co-counsel at reasonable hours a complete file of all documents served by or upon each party;

h. Assist the Plaintiffs' Steering Committee in resolving scheduling conflicts among the parties and coordinating activities, discovery, meetings, and hearings;

i. Maintain a file-endorsed copy of this Order, and serve the same on the parties and/or their attorneys in any actions later instituted in, removed to, or transferred to, these proceedings;

j. Maintain records of receipts and disbursements advanced by members of the Plaintiffs' Steering Committee and received by the Plaintiffs' Steering Committee, and report in writing to the Plaintiffs' Steering Committee concerning disbursements, and

k. Perform such other functions necessary to effectuate these responsibilities or as may be expressly authorized by further orders from the Court.

## IV. PLAINTIFFS' LEADERSHIP CONFERENCE

Those appointed to Plaintiffs' leadership positions are expected to confer within fourteen days of the filing of this Order to establish the leadership structure, allocate

responsibilities, and institute a billing protocol.

**V. PERSONAL NATURE OF APPOINTMENTS**

The appointments of Co-Lead Counsel, Plaintiffs' Steering Committee, and Liaison Counsel are *personal* appointments. Although the Court has encouraged counsel to have an associate with five years or more of relevant practice experience to assist and participate in the prosecution of the actions, the appointees cannot be substituted by other attorneys, including members of the appointees' law firm, except with the Court's prior approval.

**VI. TERM OF APPOINTMENT**

The appointments of Plaintiffs' Co-Lead Counsel, Plaintiffs' Steering Committee, and Plaintiffs' Liaison Counsel will be for one-year terms, except, the Court may add or replace appointees on their own request, on the request of the leadership team, or on the Court's own motion. The Court may revoke or amend the appointments at any time by Order of the Court.

**VII. COMMUNICATIONS WITH THE COURT**

All communications from Plaintiffs with the Court should be through Co-Lead Counsel or Liaison Counsel. If circumstances require direct correspondence with the Court by individual counsel, copies of any such communications must simultaneously be served on Co-Lead Counsel and Liaison Counsel.

**VIII. COMPENSATION AND REIMBURSEMENT**

The Court will make the final determination as to the compensation and reimbursement of Plaintiffs' counsel. All timekeepers carrying out work for Plaintiffs' common benefit, including Plaintiffs' Steering Committee members who may look to any common fund or agreement for reimbursement or compensation, shall maintain detailed and contemporaneous time and cost records. The Court may provide further details in a subsequent order.

Case 3:25-md-03149-BEN-MSB Document 276 Filed 06/17/25 PageID.3715 Page 10 of 10

## IX. ADDITIONAL LEADERSHIP

Finally, should circumstances change and the need for new or additional leadership position arise, the Court may invite additional applications for leadership.

**IT IS SO ORDERED.**

DATED: June 17, 2025

**HON. ROGER T. BENITEZ**
United States District Judge

# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 25-md-3149-BEN-MSB<br>**CASE MANAGEMENT ORDER NO. __** |

The Court having conducted an Initial Case Management Conference on Wednesday, May 14, 2025, and having heard from all parties concerning the creation of separate litigation tracks to efficiently manage this Multi-District Litigation ("MDL"), the Court concludes that in light of the distinct issues surrounding the school district cases, the creation of a school district track is appropriate ("School District Track")

**I. Background**

1. Pursuant to the May 16, 2025 Case Management Order No. 2, the Court directed the submission of proposed Orders of appointment by May 21, 2025 for Lead Counsel(s) and steering committees for the *school district direct actions* ("School District Direct Actions"), and for the school district *class actions* ("School District Class Actions").

2. While the school district cases in this MDL share common core factual allegations, the class action and the direct actions nevertheless diverge in certain respects, including as to (a) the specific claims asserted (e.g. inclusion of claims for individual school districts whose confidential information was not breached), and (b) whether claims are asserted on an individual or class basis,

3. To promote efficiency and judicial economy, the School District Direct Actions and the School District Class Actions shall coordinate the prosecution of their claims to the extent practicable and consistent with each group's fiduciary and ethical

responsibilities to their respective clients but shall have separate leadership given the potential for a conflict of interests.

## II. The School District Track Actions

4. The School District Class Action refers to all putative class actions transferred to this MDL brought on behalf of school districts allegedly affected by the data breach announced by PowerSchool Holdings, Inc. on January 7, 2025 ("PowerSchool Data Breach").

5. The School District Direct Actions refer to cases brought on behalf of individual school districts transferred to and filed in this MDL related to the PowerSchool Data Breach.

## III. School District Track Leadership

6. **Class Action Lead Counsel.** James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C. shall serve as Plaintiffs' Lead Counsel for the School District Class Action.

7. **Direct Action Co-Lead Counsels.** James P. Frantz and William B. Shinoff of Frantz Law Group, APLC shall serve as Plaintiffs' Co-Lead Counsel for the School District Direct Actions.

8. Defendants' counsel may rely upon all agreements made with Plaintiffs' Lead Counsel(s) for purposes of coordinating the School District Class and Direct Actions, including agreements as to discovery scheduling, and such agreements shall be binding on all school district plaintiffs in this litigation who are subject to the Court's jurisdiction. Plaintiffs' School District Lead Counsel(s) shall discharge, without limitation, the following duties for their action:

a. Determine and present to the Court and opposing parties the position of all matters arising during pretrial proceeding;

b. Coordinate the initiation and conduct of discovery consistent with the requirements of the Federal Rules of Civil Procedure relating to

Case 3:25-md-03149-BEN-MSB Document 21-6 Filed 05/22/25 PageID.1589 Page 3

discovery or any other subsequent order of this court;

c. Coordinate with members of their separate Plaintiffs' Steering Committees ("PSC") for the in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a Plaintiffs' document depository;

d. Coordinate settlement discussions or other dispute resolution efforts on behalf of the Plaintiffs, under the Court's supervision;

e. Coordinate with counsel assigned to leadership and steering committee positions in the School District Actions for purposes of conducting discovery and other matters in furtherance of the effective, efficient, and economical coordination of this litigation;

f. Delegate specific tasks to other counsel in the matter to ensure that pretrial preparation is conducted effectively, efficiently, and economically; schedules are met; and unnecessary expenditures of time and expense are avoided;

g. Consider the qualifications of non-leadership counsel who submitted applications for specific tasks;

h. Consult with and employ consultants or experts, as necessary;

i. Enter into stipulations with opposing counsel necessary for the conduct of the litigation;

j. Encourage full cooperation and efficiency among all Plaintiffs' counsel;

k. Prepare and distribute periodic status reports to the parties;

l. Maintain adequate time and disbursement records covering service of designated counsel and establishing guidelines, for approval by the Court, as to the keeping of time records and expenses;

m. Determine reasonable compensation for non-leadership counsel commensurate with their contributions from a settlement fund, if any, or a verdict;

n. Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

o. Present all matters of common concern to Plaintiffs;

p. Perform such other duties as may be incidental to proper coordination with the steering committees' pretrial activities or as authorized by further order of the Court; and

q. Submit, if appropriate, additional committees and counsel for designation by the Court.

**IV. Plaintiffs' Steering Committee.** The duties for members of the PSC include the coordination and oversight of pretrial activities. The PSC shall also manage and coordinate (under the direction of Lead Counsel) all pretrial proceedings on behalf of the plaintiffs, including discovery, motion practice, and hearings, ensuring consistency and efficiency across all cases. Subject to further orders of the Court, the PSC Members for each Action are identified as follows:

a. **School District Class Action PSC**:

John Nelson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
402 W Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

Kristen Lake Cardoso
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
cardoso@kolawyers.com

M. Anderson Berry
ARNOLD LAW FIRM
865 Howe Avenue,
Sacramento, CA 95825
Telephone: (916) 777-7777
aberry@justice4you.com

Tyler S. Graden
KESSLER TOPAZ MELTZER CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
tgraden@ktmc.com

b. **School District Direct Action PSC**:

Kristin Westphal
Edward Burak
FRANTZ LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
(619) 233-5945
kwestphal@frantzlawgroup.com
eburak@frantzlawgroup.com

Daniel Shinoff
Gil Abed
ARTIANO SHINOFF
3636 Fourth Avenue, Suite 200
San Diego, CA 92103
(619) 232-3122
dshinoff@as7law.com
gabed@as7law.com

Peter Mello
Felicia Vasudevan
MURPHY, HESSE, TOOMEY & LEHANE LLP
50 Braintree Hill Office Park, Suite 410
Braintree, MA 02184
(617) 479-5000
pmello@mhtl.com
fvasudevan@mhtl.com

///

///

///

**V. Court Correspondence.** All communications from Plaintiffs, or on behalf of the putative Class, with the Court should be through Lead Counsel appointed in the School District Track or Liaison Counsel for the MDL. All communications from Plaintiffs, on or behalf of the Direct Actions with the Court should be through Lead Counsel appointed in the School District Track or Liaison Counsel for the MDL. Lead Counsel may direct file in this Court so long as Lead Counsel adheres to each of this Court's Rules, including, without limitation, the Court's Code of Conduct under Civ. L.R.2.1 and Crim. L.R. 2.1. If circumstances require direct correspondence with the Court by non-appointed individual counsel, copies of any said communications shall simultaneously be served upon Lead Counsel or Liaison Counsel.

**VI. Objections and Finality.** Interim Liaison counsel, David Casey of Casey Gerry Francavilla Blatt LLP, shall, no later than May 23, 2025, deliver a copy of this order to all counsel who have appeared in any action incorporated into this MDL. Any party having any objection to this order being made final shall file and serve an objection, if any, no later than June 27, 2025; otherwise, this order will become final and self-executing on June 27, 2025, at 5:00 p.m. PT.

**IT IS SO ORDERED.**

DATED: May 22, 2025



HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

# EXHIBIT G

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorney for Plaintiff and The Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| F.C. a minor, by and through their guardian, AMY COUTU, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POWERSCHOOL GROUP LLC and POWERSCHOOL HOLDINGS, INC.,<br><br>Defendants. | Case No.: ____________<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR A JURY TRIAL** |

Plaintiff F.C. by and through his guardian, Amy Coutu ("Plaintiff") brings this Class Action Complaint ("Complaint") against PowerSchool Group LLC and PowerSchool Holdings, Inc. ("Defendants") individually and on behalf of all others similarly situated, and alleges, upon personal knowledge as to their own actions and their counsels' investigation, and upon information and belief as to all other matters, as follows:

**SUMMARY OF ACTION**

1. Plaintiff brings this class action against Defendants for its failure to properly secure and safeguard sensitive information of its students and teachers.

2. Defendants is a company that provides cloud-based education software to school districts.

16. Plaintiff brings this class action lawsuit on behalf all those similarly situated to address Defendants' inadequate safeguarding of Class Members' PII that it collected and maintained, and for failing to provide timely and adequate notice to Plaintiff and other Class Members that their information had been subject to the unauthorized access by an unknown third party and precisely what specific type of information was accessed.

17. Through this Complaint, Plaintiff seeks to remedy these harms on behalf of themselves and all similarly situated individuals whose PII was accessed during the Data Breach.

18. Plaintiff and Class Members have a continuing interest in ensuring that their information is and remains safe, and they should be entitled to injunctive and other equitable relief.

## JURISDICTION AND VENUE

19. This Court has subject matter jurisdiction over this action under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). There are at least 100 putative Class Members, the aggregated claims of the individual Class Members exceed the sum or value of $5,000,000 exclusive of interest and costs, and members of the proposed Class, including Plaintiff, are citizens of states different from Defendants.

20. This Court has jurisdiction over Defendants through its business operations in this District, the specific nature of which occurs in this District. Defendants' principal place of business is in this District. Defendants intentionally avails itself of the markets within this District to render the exercise of jurisdiction by this Court just and proper.

21. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(1) because Defendants' principal place of business is located in this District and a substantial part of the events and omissions giving rise to this action occurred in this District.

## PARTIES

22. Plaintiff F.C., a minor child, is a resident and citizen of Claremont, New Hampshire, and brings this suit through their mother, Amy Coutu.

securely maintained, to use this information for business purposes only, and to make only authorized disclosures of this information. Consumers, in general, demand security to safeguard their sensitive PII is involved.

***The Data Breach***

31. In or about January 2025, Defendants began sending Plaintiff and other Data Breach victims an email (the "Notice Letter"), informing them that:

> As the Technical Contact for your district or school, we are reaching out to inform you that on December 28, 2024, PowerSchool become aware of a potential cybersecurity incident involving unauthorized access to certain information through one of our community-focused customer support portals, PowerSource. Over the succeeding days, our investigation determined that an unauthorized party gained access to certain PowerSchool Student Information System ("SIS") customer data using a compromised credential, and we regret to inform you that your data was accessed.[2]

32. Omitted from the Notice Letter were the identity of the cybercriminals who perpetrated this Data Breach, the details of the root cause of the Data Breach, the vulnerabilities exploited, and the remedial measures undertaken to ensure such a breach does not occur again. To date, these omitted details have not been explained or clarified to Plaintiff and Class Members, who retain a vested interest in ensuring that their PII remains protected.

33. This "disclosure" amounts to no real disclosure at all, as it fails to inform, with any degree of specificity, Plaintiff and Class Members of the Data Breach's critical facts. Without these details, Plaintiff's and Class Members' ability to mitigate the harms resulting from the Data Breach is severely diminished.

---

[2] The "Notice Letter". A sample copy is available at https://go.powerschool.com/index.php/email/emailWebview?email=ODYxLVJNSS04NDYAAAGX4Uc9_4samuzXqzBdCGatRdeJwgal900VGXSgoP85TrLnvepWYYq-7EeVcjgepIFIOPZ5zgR8gxxuMKsVpqwO8EOo5zfHJaOHLA

34. Subsequently, "PowerSchool confirmed that this was not a ransomware attack but it did pay a ransom to prevent the data from being released."[3]

35. Moreover, in its Notice Letter, Defendants failed to specify whether it undertook any efforts to contact the Class Members whose data was accessed and acquired in the Data Breach to inquire whether any of the Class Members suffered misuse of their data, whether Class Members should report their misuse to Defendants, and whether Defendants set up any mechanism for Class Members to report any misuse of their data.

36. Defendants had obligations created by the FTC Act, contract, common law, and industry standards to keep Plaintiff's and Class Members' PII confidential and to protect it from unauthorized access and disclosure.

37. Defendants did not use reasonable security procedures and practices appropriate to the nature of the sensitive information they were maintaining for Plaintiff and Class Members, causing the exposure of PII, such as encrypting the information or deleting it when it is no longer needed.

38. The attacker accessed and acquired files containing unencrypted PII of Plaintiff and Class Members. Plaintiff's and Class Members' PII was accessed and stolen in the Data Breach.

39. Plaintiff further believes that his PII and that of Class Members was subsequently sold on the dark web following the Data Breach, as that is the *modus operandi* of cybercriminals that commit cyber-attacks of this type.

***Data Breaches Are Preventable***

40. Defendants did not use reasonable security procedures and practices appropriate to the nature of the sensitive information they were maintaining for Plaintiff and Class Members, causing the exposure of PII, such as encrypting the information or deleting it when it is no longer needed.

---

[3] https://www.infosecurity-magazine.com/news/powerschool-pays-ransom-data-leak/

**Apply principle of least-privilege**

- Monitor for adversarial activities
- Hunt for brute force attempts
- Monitor for cleanup of Event Logs
- Analyze logon events;

**Harden infrastructure**

- Use Windows Defender Firewall
- Enable tamper protection
- Enable cloud-delivered protection
- Turn on attack surface reduction rules and [Antimalware Scan Interface] for Office [Visual Basic for Applications].[6]

45. Given that Defendants was storing the PII of its current and former students, Defendants could and should have implemented all of the above measures to prevent and detect cyberattacks.

46. The occurrence of the Data Breach indicates that Defendants failed to adequately implement one or more of the above measures to prevent cyberattacks, resulting in the Data Breach and data thieves acquiring and accessing the PII of, upon information and belief, tens of thousands of individuals, including that of Plaintiff and Class Members.

***Defendants Acquires, Collects, And Stores Its Students' and Employees' PII***

47. Defendants acquires, collects, and stores a massive amount of PII on its current and former students and employees.

48. As a condition obtaining services or employment at Defendants, Defendants requires that students and employees entrust it with highly sensitive personal information.

49. By obtaining, collecting, and using Plaintiff's and Class Members' PII, Defendants assumed legal and equitable duties and knew or should have known that it was responsible for protecting Plaintiff's and Class Members' PII from disclosure.

---

[6] *See* Human-operated ransomware attacks: A preventable disaster (Mar 5, 2020), *available at:* https://www.microsoft.com/security/blog/2020/03/05/human-operated-ransomware-attacks-a-preventable-disaster/

134. Plaintiff F.C. received the Notice Letter, by email, directly from Defendants, in or about January 2025. According to the Notice Letter, Plaintiff's PII was improperly accessed and obtained by unauthorized third parties.

135. As a result of the Data Breach, and at the direction of Defendants' Notice Letter, Plaintiff made reasonable efforts to mitigate the impact of the Data Breach, including researching and verifying the legitimacy of the Data Breach. Plaintiff has spent significant time dealing with the Data Breach—valuable time Plaintiff otherwise would have spent on other activities, including but not limited to work and/or recreation. This time has been lost forever and cannot be recaptured.

136. Plaintiff suffered actual injury from having their PII compromised as a result of the Data Breach including, but not limited to: (i) invasion of privacy; (ii) theft of their PII; (iii) lost or diminished value of PII; (iv) lost time and opportunity costs associated with attempting to mitigate the actual consequences of the Data Breach; (v) lost opportunity costs associated with attempting to mitigate the actual consequences of the Data Breach; (vi) nominal damages; and (vii) the continued and certainly increased risk to their PII, which: (a) remains unencrypted and available for unauthorized third parties to access and abuse; and (b) remains backed up in Defendants' possession and is subject to further unauthorized disclosures so long as Defendants fails to undertake appropriate and adequate measures to protect the PII.

137. The Data Breach has caused Plaintiff to suffer fear, anxiety, and stress, which has been compounded by the fact that Defendants has still not fully informed Plaintiff of key details about the Data Breach's occurrence.

138. As a result of the Data Breach, Plaintiff anticipates spending considerable time and money on an ongoing basis to try to mitigate and address harms caused by the Data Breach.

139. As a result of the Data Breach, Plaintiff is at a present risk and will continue to be at increased risk of identity theft and fraud for years to come.

140. Plaintiff F.C. has a continuing interest in ensuring that their PII, which, upon information and belief, remains backed up in Defendants' possession, is protected and safeguarded from future breaches.

## CLASS ALLEGATIONS

141. Plaintiff brings this nationwide class action on behalf of himself and on behalf of all others similarly situated, pursuant to Fed. R. Civ. P. 23(a), 23(b)(1), 23(b)(2), 23(b)(3), 23(c)(4) and/or 23(c)(5).

142. The Class that Plaintiff seeks to represent is defined as follows:

> **Nationwide Class**
> All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendants in January 2024 (the "Class").

143. Excluded from the Class are the following individuals and/or entities: Defendants and Defendants' parents, subsidiaries, affiliates, officers and directors, and any entity in which Defendants have a controlling interest; all individuals who make a timely election to be excluded from this proceeding using the correct protocol for opting out; and all judges assigned to hear any aspect of this litigation, as well as their immediate family members.

144. Plaintiff reserves the right to amend the definitions of the Class or add a Class or Subclass if further information and discovery indicate that the definitions of the Class should be narrowed, expanded, or otherwise modified.

145. Numerosity: The members of the Class are so numerous that joinder of all members is impracticable, if not completely impossible. Although the precise number of individuals is currently unknown to Plaintiff and exclusively in the possession of Defendants, upon information and belief, thousands of individuals were impacted. The Class is apparently identifiable within Defendants' records, and Defendants has already identified these individuals (as evidenced by sending them breach notification letters).

146. Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting solely individual members of the Class. Among the questions of law and fact common to the Class that predominate over questions which may affect individual Class members, including the following:

a. Whether and to what extent Defendants had a duty to protect the PII of Plaintiff and Class Members;

b. Whether Defendants had respective duties not to disclose the PII of Plaintiff and Class Members to unauthorized third parties;

c. Whether Defendants had respective duties not to use the PII of Plaintiff and Class Members for non-business purposes;

d. Whether Defendants failed to adequately safeguard the PII of Plaintiff and Class Members;

e. Whether and when Defendants actually learned of the Data Breach;

f. Whether Defendants adequately, promptly, and accurately informed Plaintiff and Class Members that their PII had been compromised;

g. Whether Defendants violated the law by failing to promptly notify Plaintiff and Class Members that their PII had been compromised;

h. Whether Defendants failed to implement and maintain reasonable security procedures and practices appropriate to the nature and scope of the information compromised in the Data Breach;

i. Whether Defendants adequately addressed and fixed the vulnerabilities which permitted the Data Breach to occur;

j. Whether Plaintiff and Class Members are entitled to actual damages and/or nominal damages as a result of Defendants' wrongful conduct;

k. Whether Plaintiff and Class Members are entitled to injunctive relief to redress the imminent and currently ongoing harm faced as a result of the Data Breach.

147. Typicality: Plaintiff's claims are typical of those of the other members of the Class because Plaintiff, like every other Class Member, was exposed to virtually identical conduct and now suffers from the same violations of the law as each other member of the Class.

148. Policies Generally Applicable to the Class: This class action is also appropriate for certification because Defendants acted or refused to act on grounds generally applicable to the

Class, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the Class Members and making final injunctive relief appropriate with respect to the Class as a whole. Defendants' policies challenged herein apply to and affect Class Members uniformly and Plaintiff's challenges of these policies hinges on Defendants' conduct with respect to the Class as a whole, not on facts or law applicable only to Plaintiff.

149. Adequacy: Plaintiff will fairly and adequately represent and protect the interests of the Class Members in that he has no disabling conflicts of interest that would be antagonistic to those of the other Class Members. Plaintiff seeks no relief that is antagonistic or adverse to the Class Members and the infringement of the rights and the damages he has suffered are typical of other Class Members. Plaintiff has retained counsel experienced in complex class action and data breach litigation, and Plaintiff intend to prosecute this action vigorously.

150. Superiority and Manageability: The class litigation is an appropriate method for fair and efficient adjudication of the claims involved. Class action treatment is superior to all other available methods for the fair and efficient adjudication of the controversy alleged herein; it will permit a large number of Class Members to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of evidence, effort, and expense that hundreds of individual actions would require. Class action treatment will permit the adjudication of relatively modest claims by certain Class Members, who could not individually afford to litigate a complex claim against large corporations, like Defendants. Further, even for those Class Members who could afford to litigate such a claim, it would still be economically impractical and impose a burden on the courts.

151. The nature of this action and the nature of laws available to Plaintiff and Class Members make the use of the class action device a particularly efficient and appropriate procedure to afford relief to Plaintiff and Class Members for the wrongs alleged because Defendants would necessarily gain an unconscionable advantage since they would be able to exploit and overwhelm the limited resources of each individual Class Member with superior financial and legal resources; the costs of individual suits could unreasonably consume the amounts that would be recovered;

proof of a common course of conduct to which Plaintiff was exposed is representative of that experienced by the Class and will establish the right of each Class Member to recover on the cause of action alleged; and individual actions would create a risk of inconsistent results and would be unnecessary and duplicative of this litigation.

152. The litigation of the claims brought herein is manageable. Defendants' uniform conduct, the consistent provisions of the relevant laws, and the ascertainable identities of Class Members demonstrates that there would be no significant manageability problems with prosecuting this lawsuit as a class action.

153. Adequate notice can be given to Class Members directly using information maintained in Defendants' records.

154. Unless a Class-wide injunction is issued, Defendants may continue in its failure to properly secure the PII of Class Members, Defendants may continue to refuse to provide proper notification to Class Members regarding the Data Breach, and Defendants may continue to act unlawfully as set forth in this Complaint.

155. Further, Defendants has acted on grounds that apply generally to the Class as a whole, so that class certification, injunctive relief, and corresponding declaratory relief are appropriate on a class- wide basis.

156. Likewise, particular issues are appropriate for certification because such claims present only particular, common issues, the resolution of which would advance the disposition of this matter and the parties' interests therein. Such particular issues include, but are not limited to:

a. Whether Defendants failed to timely notify the Plaintiff and the class of the Data Breach;

b. Whether Defendants owed a legal duty to Plaintiff and the Class to exercise due care in collecting, storing, and safeguarding their PII;

c. Whether Defendants' security measures to protect their data systems were reasonable in light of best practices recommended by data security experts;

d. Whether Defendants' failure to institute adequate protective security measures amounted to negligence;

e. Whether Defendants failed to take commercially reasonable steps to safeguard consumer PII; and Whether adherence to FTC data security recommendations, and measures recommended by data security experts would have reasonably prevented the Data Breach.

## CAUSES OF ACTION

### COUNT I
### Negligence
### (On Behalf of Plaintiff and the Class)

157. Plaintiff re-alleges and incorporates by reference all preceding allegations, as if fully set forth herein.

158. Defendants requires its students and employees, including Plaintiff and Class Members, to submit non-public PII in the ordinary course of providing its educational services.

159. Defendants gathered and stored the PII of Plaintiff and Class Members as part of its business of soliciting its services to its students and employees, which solicitations and services affect commerce.

160. Plaintiff and Class Members entrusted Defendants with their PII with the understanding that Defendants would safeguard their information.

161. Defendants had full knowledge of the sensitivity of the PII and the types of harm that Plaintiff and Class Members could and would suffer if the PII were wrongfully disclosed.

162. By voluntarily undertaking and assuming the responsibility to collect and store this data, and in fact doing so, and sharing it and using it for commercial gain, Defendants had a duty of care to use reasonable means to secure and safeguard their computer property—and Class Members' PII held within it—to prevent disclosure of the information, and to safeguard the information from theft. Defendants' duty included a responsibility to implement processes by which they could detect a breach of its security systems in a reasonably expeditious period of time and to give prompt notice to those affected in the case of a data breach.

190. Plaintiff and Class Members are also entitled to injunctive relief requiring Defendants to (i) strengthen its data security systems and monitoring procedures; (ii) submit to future annual audits of those systems and monitoring procedures; and (iii) continue to provide adequate credit monitoring to all Class Members.

**COUNT II**
**Unjust Enrichment**
**(On Behalf of Plaintiff and the Class)**

191. Plaintiff re-alleges and incorporates by reference all preceding allegations, as if fully set forth herein.

192. Plaintiff and Class Members conferred a monetary benefit on Defendants. Specifically, they provided Defendants with their PII. In exchange, Plaintiff and Class Members should have had their PII protected with adequate data security.

193. Defendants knew that Plaintiff and Class Members conferred a benefit upon it and has accepted and retained that benefit by accepting and retaining the PII entrusted to it. Defendants profited from Plaintiff's retained data and used Plaintiff's and Class Members' PII for business purposes.

194. Defendants failed to secure Plaintiff's and Class Members' PII and, therefore, did not fully compensate Plaintiff or Class Members for the value that their PII provided.

195. Defendants acquired the PII through inequitable record retention as it failed to investigate and/or disclose the inadequate data security practices previously alleged.

196. If Plaintiff and Class Members had known that Defendants would not use adequate data security practices, procedures, and protocols to adequately monitor, supervise, and secure their PII, they would have entrusted their PII at Defendants or obtained services at Defendants' clients.

197. Plaintiff and Class Members have no adequate remedy at law.

198. Defendants enriched itself by saving the costs it reasonably should have expended on data security measures to secure Plaintiff's and Class Members' Personal Information. Instead of providing a reasonable level of security that would have prevented the hacking incident,

**<u>COUNT III</u>**
**Violation of the California Unfair Competition Law,**
**Cal. Bus. & Prof. Code §17200 *et seq.***
**(On Behalf of Plaintiff and the Class)**

203. Plaintiff re-alleges and incorporates by reference all preceding allegations, as if fully set forth herein.

204. Defendants is a "person" defined by Cal. Bus. & Prof. Code § 17201.

205. Defendants violated Cal. Bus. & Prof. Code § 17200 et seq. ("UCL") by engaging in unlawful, unfair, and deceptive business acts and practices.

206. Defendants' "unfair" acts and practices include:

a. by utilizing cheaper, ineffective security measures and diverting those funds to its own profit, instead of providing a reasonable level of security that would have prevented the hacking incident;

b. failing to follow industry standard and the applicable, required, and appropriate protocols, policies, and procedures regarding the encryption of data;

c. failing to timely and adequately notify Class Members about the Data Breach's occurrence and scope, so that they could take appropriate steps to mitigate the potential for identity theft and other damages;

d. Omitting, suppressing, and concealing the material fact that it did not reasonably or adequately secure Plaintiff's and Class Members' personal information; and

e. Omitting, suppressing, and concealing the material fact that it did not comply with common law and statutory duties pertaining to the security and privacy of Plaintiff's and Class Members' personal information.

207. Defendants has engaged in "unlawful" business practices by violating multiple laws, including the FTC Act, 15 U.S.C. § 45 and California common law.

208. Defendants' unlawful, unfair, and deceptive acts and practices include:

xviii. for a period of 10 years, appointing a qualified and independent third party assessor to conduct a SOC 2 Type 2 attestation on an annual basis to evaluate Defendants' compliance with the terms of the Court's final judgment, to provide such report to the Court and to counsel for the class, and to report any deficiencies with compliance of the Court's final judgment;

D. For an award of damages, including actual, nominal, consequential, and punitive damages, as allowed by law in an amount to be determined;

E. For an award of attorneys' fees, costs, and litigation expenses, as allowed by law;

F. For prejudgment interest on all amounts awarded; and

G. Such other and further relief as this Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury on all claims so triable.

Dated: January 10, 2025

Respectfully Submitted,

By: /s/ *John J. Nelson*

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorney for Plaintiffs and The Proposed Class*

# EXHIBIT H

Case 3:25-cv-00140-AGS-MSB Document 1 Filed 01/08/25 PageID.1 Page 1 of 35

**GIRARD SHARP LLP**
Adam E. Polk (State Bar No. 273000)
Patrick T. Johnson (State Bar No. 329580)
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: pjohnson@girardsharp.com

*Counsel for Plaintiffs*

*[Additional Counsel Listed in Signature Block]*

**GIBBS LAW GROUP LLP**
David Berger (State Bar No. 277526)
Jane Farrell (State Bar No. 333779)
Sarah E. Hillier (*pro hac vice* forthcoming)
Jennifer Sun (State Bar No. 354276)
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: 510-350-9700
Email: dmb@classlawgroup.com
Email: jgf@classlawgroup.com
Email: seh@classlawgroup.com
Email: jsun@classlawgroup.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHRISTINA SPICUZZA, E.S., AND C.S., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP LLC,

Defendants.

Case No:

**CLASS ACTION COMPLAINT FOR:**

1. NEGLIGENCE
2. NEGLIGENCE PER SE
3. BREACH OF IMPLIED CONTRACT
4. VIOLATION OF THE CALIFORNIA PRIVACY RIGHTS ACT, Civ. Code § 1798.100 *et seq*.
5. VIOLATION OF THE CALIFORNIA CONFIDENTIALITY OF MEDICAL INFORMATION ACT, Civ. Code § 56 *et seq*.
6. VIOLATION OF THE UNFAIR COMPETITION LAW, Bus. & Prof. Code § 17200 *et seq*.

**DEMAND FOR JURY TRIAL**

79. Plaintiffs and Class members must immediately devote time, energy, and money to: (1) closely monitor their medical statements, bills, records, and credit and financial accounts; (2) change login and password information on any sensitive account even more frequently than they already do; (3) more carefully screen and scrutinize phone calls, emails, and other communications to ensure that they are not being targeted in a social engineering or spear phishing attack; and (4) search for suitable identity theft protection and credit monitoring services, and pay to procure them. Plaintiffs and Class members have taken or will be forced to take these measures in order to mitigate their potential damages as a result of the Data Breach.

80. Plaintiffs have a continuing interest in ensuring that their PII and PHI, which remain in PowerSchool's possession, are protected and safeguarded from future breaches.

## V. CLASS ACTION ALLEGATIONS

81. Plaintiffs bring this class action on behalf of themselves and all others similarly situated pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(1), 23(b)(2), 23(b)(3), and where applicable, 23(c)(4), on behalf of the following Nationwide Class and California subclass (collectively, the "Class"):

> **Nationwide Class:** All natural persons in the United States whose PII and/or PHI was compromised as a result of the Data Breach.
>
> **California Class:** All persons residing in California whose PII and/or PHI was compromised as a result of the Data Breach.

82. Excluded from the Class are Defendants' officers, directors, and employees; any entity in which Defendants have a controlling interest; and the affiliates, legal representatives, attorneys, successors, heirs, and assigns of Defendants. Also excluded from the Class are members of the judiciary to whom this case is assigned, their families and members of their staff.

83. Plaintiffs reserve the right to modify the Class definition, including based on discovery and further investigation.

84. Numerosity. The Class is so large as to make joinder impracticable. There are millions of Class members. Disposition of their claims in a single action will provide substantial

benefits to all parties and to the Court. Class members are readily ascertainable from information and records in the possession, custody, or control of Defendants or its customers.

85. Typicality. Plaintiffs' claims are typical of the claims of the Class in that the sensitive personal information of the representative Plaintiffs, like that of all Class members, was compromised and stolen in the Data Breach.

86. Adequacy of Representation. Plaintiffs are members of the Class and will fairly and adequately represent and protect its interests. Plaintiffs' counsel are competent and experienced in prosecuting class actions, including relating to data breaches. Plaintiffs have no interest contrary to or in conflict with the interests of Class members.

87. Predominant Common Issues of Law and Fact. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual Class members. Among the questions of law and fact common to the Class are:

- Whether Defendants engaged in the conduct alleged;
- Whether Defendants had a duty to implement reasonable cyber security measures to protect Plaintiffs' and Class members' sensitive, personal information;
- Whether Defendants breached their duty by failing to take reasonable precautions to protect Plaintiffs' and Class members' sensitive, personal information;
- Whether Defendants acted unfairly or otherwise wrongfully in violation of state statutory law;
- Whether Plaintiffs and Class members are entitled to recover damages; and
- Whether Plaintiffs and Class members are entitled to equitable relief, including injunctive relief, restitution, and/or disgorgement.

88. Superiority. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy. Absent a class action, most Class members would likely find the cost of litigating their claims prohibitively high and would have no effective remedy. Given the relatively small size of the individual Class members' claims, few, if any, Class members would seek redress for Defendants' violations individually. Class treatment will conserve the resources of the courts and promote consistency and efficiency of adjudication.

Class certification is also appropriate under Rules 23(b)(1), (b)(2), and/or (c)(4) because:

- The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications establishing incompatible standards of conduct for Defendants.
- The prosecution of separate actions by individual Class members would create a risk of adjudications that would, as a practical matter, be dispositive of the interests of other Class members not parties to the adjudications, or would substantially impair or impede their ability to protect their interests.
- Defendants have acted or refused to act on grounds generally applicable to the Class, making injunctive and corresponding declarative relief appropriate with respect to the Class as a whole; and
- The claims of Class members are comprised of common issues whose resolution in a class trial would materially advance this litigation.

## FIRST CAUSE OF ACTION

**Negligence**

**On Behalf of Plaintiffs and the Nationwide Class**

89. Plaintiffs incorporate and reallege the foregoing allegations of fact.

90. Defendants collected and stored Plaintiffs' and Class members' personal information, including addresses, Social Security numbers, dates of birth, health insurance information, and personal health information including disabilities, immunization records, and medications.

91. Defendants owed Plaintiffs and Class members a duty of reasonable care to preserve and protect the confidentiality of their personal information that it collected. This duty included, among other obligations, maintaining and testing its security systems and networks, and the systems and networks of its vendors, as well as taking other reasonable security measures to safeguard and adequately secure the personal information of Plaintiffs and the Class from unauthorized access and use.

156. Plaintiffs and Class members therefore seek all monetary and non-monetary relief permitted by law, including actual damages, treble damages, injunctive relief, civil penalties, and attorneys' fees and costs under Code of Civil Procedure section 1021.5.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for an order:

A. Certifying this case as a class action, appointing Plaintiffs as a Class representative, and appointing Plaintiffs' counsel to represent the Class;

B. Entering judgment for Plaintiffs and the Class;

C. Awarding Plaintiffs and Class members monetary relief, including nominal and statutory damages;

D. Ordering appropriate injunctive or other equitable relief;

E. Awarding pre- and post-judgment interest as prescribed by law;

F. Awarding reasonable attorneys' fees and costs as permitted by law; and

G. Granting such further and other relief as may be just and proper.

**JURY TRIAL DEMANDED**

Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: February 7, 2025

Respectfully submitted,

By: /s/ *Patrick T. Johnson*

Adam E. Polk (State Bar No. 273000)
Patrick T. Johnson (State Bar No. 329580)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: pjohnson@girardsharp.com

David Berger (State Bar No. 277526)
Jane Farrell (State Bar No. 333779)
Sarah E. Hillier (pro hac vice forthcoming)
Jennifer Sun (State Bar No. 354276)

**GIBBS LAW GROUP LLP**
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: 510-350-9700
Email: dmb@classlawgroup.com
Email: mht@classlawgroup.com
Email: jgf@classlawgroup.com
Email: seh@classlawgroup.com
Email: jsun@classlawgroup.com

Mark H. Troutman (*pro hac vice* forthcoming)
**GIBBS LAW GROUP LLP**
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
Email: mht@classlawgroup.com

M. Anderson Berry (State Bar No. 262879)
**CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone: (916) 239-4778
Email: aberry@justice4you.com

*Counsel for Plaintiffs*

# EXHIBIT I

Case 3:25-cv-00175-AB Document 1 Filed 01/28/25 Page 1 of 18

**HARTLEY LLP**
Jason M. Lindner (SBN 211451)
101 W. Broadway, Ste. 820
San Diego, CA 92101
Telephone: (619) 400-5822
lindner@hartleyllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

SCOTT GRECI, L.G., DAVID BROWNLEE, AND A.B., INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS,

Plaintiffs,

v.

POWERSCHOOL HOLDINGS, INC.

Defendant.

Case No:

**COMPLAINT FOR:**

(1) Violation of the California Consumer Privacy Act, Cal. Civ. Code § 1798.150
(2) Negligence

**DEMAND FOR JURY TRIAL**

**CLASS ACTION**

9. Defendant PowerSchool is a Delaware corporation headquartered at 150 Parkshore Drive, Folsom, California 95630.

## III. JURISDICTION AND VENUE

10. This Court has subject matter jurisdiction over this action under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). The amount in controversy exceeds $5 million, exclusive of interest and costs. PowerSchool and at least one Class Member are citizens of different states. There are over 100 putative Class Members.

11. This Court has personal jurisdiction over PowerSchool because it is headquartered in this district and conducts substantial business in this district. It has also conducted systematic and continuous activities in California; and there is a substantial nexus between the conduct PowerSchool directs at California and the claims asserted herein.

12. Venue is proper in this Court because Defendant is headquartered in this district and a substantial part of the events, acts, and omissions giving rise to Plaintiffs' claims occurred in this district.

## IV. CLASS ACTION ALLEGATIONS

13. Plaintiffs bring this class action pursuant to Rule 23(b)(2), 23(b)(3), and 23(c)(4) of the Federal Rules of Civil Procedure, individually and on behalf of all members of the following classes:

1. The Nationwide Class: All individuals whose PII was exfiltrated or stolen in the Data Breach; and
2. The California Class: All persons residing in California whose PII was exfiltrated or stolen in the Data Breach.

14. Specifically excluded from the Classes are Defendant; its officers, directors or employees; any entity in which Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of Defendant. Also excluded from the Classes are attorneys participating in this matter and the members of his or her immediate family, any federal, state or local governmental entities, any judicial officer presiding over this action and the members of his or her immediate family and judicial staff, and any juror assigned to this action.

15. The Class Period is the full extent of the applicable limitations period, including any tolling or other equitable considerations that extend the limitations period.

16. Class Identity: The Classes are readily identifiable and are classes for which records should exist.

17. Numerosity: Class Members are so numerous and geographically dispersed that joinder is impracticable. Millions of Nationwide Class Members had their data accessed by an unauthorized third party in the Data Breach. At least hundreds of thousands of California Class Members had their data accessed by an unauthorized third party in the Data Breach.

18. Typicality: Plaintiffs' claims are typical of the claims of Class Members because Plaintiffs and Class Members had their information accessed by an unauthorized third party in the Data Breach due to the same conduct by Defendant.

19. Defendant has acted in a manner that applies generally to Plaintiffs and all Class Members. Each Class Member has been similarly impacted by Defendant's failure to implement reasonable security measures to protect Class Members' PII.

20. Commonality: There are questions of law and fact common to the Classes, including:

(a) Whether Defendant had a duty to use reasonable care in safeguarding Plaintiffs' and the Class Members' PII;

(b) Whether Defendant breached its duty to use reasonable care with respect to the Data Breach and/or its response to the Data Breach;

(c) Whether Defendant had reasonable systems in place to protect against and/or detect the Data Breach;

(d) Whether Defendant had reasonable systems in place to respond to the Data Breach;

(e) Whether Defendant's notice to Plaintiffs and Class Members was reasonable; and

(f) Whether Plaintiffs and Class Members were harmed by the Data Breach.

21. Predominance: The above-listed questions of law and fact common to all Class Members predominate over questions that may affect individual Class Members.

22. Adequacy: Plaintiffs will fairly and adequately protect the interests of the Classes in that Plaintiffs' interests are aligned with, and not antagonistic to, those of the other members

of the Classes. Plaintiffs have also retained counsel competent and experienced in the prosecution of class actions and complex data privacy cases to represent them and the Classes.

23. Superiority and Manageability: A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all Class Members is impracticable. The individual prosecution of separate actions by individuals would lead to repetitive adjudication of common questions of fact and law and create a risk of inconsistent or varying adjudications that would establish incompatible standards of conduct for Defendant. There will be no difficulty in the management of this action as a Class action.

## V. FACTUAL BACKGROUND

24. PowerSchool is the largest provider of cloud-based education software for K-12 education in the U.S., serving more than 75% of students in North America. PowerSchool's software is used by over 16,000 customers to support more than 50 million students in the United States. PowerSchool offers a full range of services to help school districts operate, including platforms for enrollment, communication, attendance, staff management, learning systems, analytics, and finance.

25. Due to the nature of its business, PowerSchool receives and maintains PII for millions of students, parents, and school faculty across the country. Under state and federal law, PowerSchool had a duty to protect the PII of current and former students and school faculty members, including under Section 5 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45, and the California Consumer Protection Act of 2018 (the "CCPA"), Cal. Civ. Code § 1798, et seq. It likewise had a duty to alert the students, parents, and school faculty that their PII was accessed by an unauthorized third party and which PII was at issue.

26. In the Global Privacy Statement on its website, PowerSchool tells users it is "committed to protecting [users'] personal information" and that it "endeavors to align its privacy and security operations to best practices and relevant international regulations." As demonstrated below, PowerSchool does no such thing.

### *A. The Data Breach*

C. Injunctive or other equitable relief that directs Defendant to implement reasonable security procedures and practices to protect users' PII that conform to relevant federal and state guidelines and industry norms;

D. Awarding Plaintiffs and the Classes reasonable costs and expenses incurred in this action, including attorneys' fees and expert fees; and

E. Such other relief as the Court may deem just and proper.

## VIII. JURY DEMAND

Plaintiffs demand trial by jury of all issues so triable as of right.

DATED: January 14, 2025

**HARTLEY LLP**

*s/ Jason M Lindner*
Jason M. Lindner (SBN 211451)
101 W. Broadway, Ste. 820
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile: (619) 400-5832
lindner@hartleyllp.com

*Attorneys for Plaintiffs*

# EXHIBIT J

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NICOLE FLICK, for herself and as parent and natural guardian of M.C., a minor, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

POWERSCHOOL HOLDINGS, INC, and BAIN CAPITAL, L.P.

Defendants.

Case No.

**CLASS ACTION COMPLAINT**

1. VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW BUSINESS & PROFESSIONS CODE § 17200, *et seq*.;
2. DECEIT BY CONCEALMENT, CALIFORNIA CIVIL CODE §§ 1709, 1710;
3. CALIFORNIA CONSUMER PRIVACY ACT CIVIL CODE §1798.100
4. NEGLIGENCE
5. INVASION OF PRIVACY
6. UNJUST ENRICHMENT
7. BREACH OF THIRD-PARTY BENEFICIARY CONTRACT
8. DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

**DEMAND FOR JURY TRIAL**

Plaintiffs Nicole Flick and M.C. (collectively "**Plaintiffs**"), individually and on behalf of all others similarly situated, bring this Action against PowerSchool Holdings, Inc. ("**PowerSchool**") and Bain Capital, L.P. ("**Bain**") (collectively "**Defendants**"). The Plaintiffs' allegations are based upon personal knowledge as to themselves and their own acts, and upon information and belief as to all other matters based on the investigation conducted by and through Plaintiffs' attorneys. The



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

99. Data security experts advise that "the vast majority of data breaches are preventable" if companies follow widely-available advice on data security practices, including "continually audit[ing] and reevaluat[ing]" their data security practices; being aware of and working proactively to counter cybercriminals' evolving techniques and approaches; and training and re-training their employees.[43]

100. The Defendants did not follow this advice. On their own website, PowerSchool claims it is "committed to being a good custodian of student data, taking all reasonable and appropriate countermeasures to ensure data confidentiality, integrity, and availability."[44] Had the Defendants complied, this Data Breach would have been preventable.

**CLASS ALLEGATIONS**

101. The Plaintiffs bring this action on their own behalf and on behalf of all other persons similarly situated. The Class which the Plaintiffs seek to represent comprises:

> All individuals residing in the United States whose Private Information was compromised as a result of the Data Breach.
>
> ("**the Class**")

This definition may be further defined or amended by additional pleadings, evidentiary hearings, a class certification hearing, and orders of this Court.

102. The California Subclass which Plaintiffs seek to represent comprises:

> All individuals residing in California whose Private Information was compromised as a result of the Data Breach.
>
> (the "**California Subclass**").

This definition may be further defined or amended by additional pleadings, evidentiary hearings, a class certification hearing, and orders of this Court.

---

[43] Nate Nead, *How To Prevent A Data Breach In Your Company*, FORBES BUSINESS COUNSEL, FORBES (Jul. 30, 2021) available at https://www.forbes.com/sites/forbesbusinesscouncil/2021/07/30/how-to-prevent-a-data-breach-in-your-company/?sh=3828f7b918da (last accessed December 4, 2024).

[44] PowerSchool, Cybersecurity, Data Privacy, & Infrastructure, https://www.powerschool.com/security/ (Last Accessed January 13, 2025).



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

103. The Class is likely comprised of millions of students and teachers of the Defendants' clients throughout the United States and the state of California (the "Class Members"). The Class is so numerous that joinder of all members is impracticable and the disposition of their claims in a class action will benefit the parties and the Court.

104. There is a well-defined community of interest in the questions of law and fact involved affecting the parties to be represented in that the Class was exposed to the same common and uniform false and misleading advertising and omissions. The questions of law and fact common to the Class predominate over questions which may affect individual Class Members. Common questions of law and fact include, but are not limited to, the following:

a. Whether the Defendants' conduct is an unlawful business act or practice within the meaning of Business and Professions Code section 17200, *et seq*.;

b. Whether the Defendants' conduct is an unfair business act or practice within the meaning of Business and Professions Code section 17200, *et seq*.;

c. Whether the Defendants' conduct is in violation of California Civil Code Sections 1709, 1710;

d. Whether the Defendants' failure to implement effective security measures to protect the Plaintiffs' and the Class Members' Private Information was negligent;

e. Whether the Plaintiffs and the Class are third-party beneficiaries to the contracts between the Defendants and their customers;

f. Whether the Defendants represented to the Plaintiffs and the Class that they would protect their Private Information;

g. Whether the Defendants owed a duty to the Plaintiffs and the Class to exercise due care in collecting, storing, and safeguarding their Private Information;

h. Whether the Defendants breached a duty to the Plaintiffs and the Class to exercise due care in collecting, storing, and safeguarding their Private Information;

i. Whether Class Members' Private Information was accessed, compromised, or stolen in the Data Breach;

j. Whether the Defendants' conduct caused or resulted in damages to the Plaintiffs and the Class;

k. Whether the Defendants failed to notify the public of the breach in a timely and adequate manner;

l. Whether the Defendants knew or should have known that their systems, including but not limited to training protocols and policies, left them vulnerable to a data breach;

m. The current security and privacy practices adopted by the Defendants and how those are implemented;

n. Whether the Defendants adequately addressed the vulnerabilities that allowed for the Data Breach; and

o. Whether, as a result of the Defendants' conduct, the Plaintiffs and the Class are entitled to damages and relief.

105. The Plaintiffs' claims are typical of the claims of the proposed Class, as the Plaintiffs and Class Members were harmed by the Defendants' uniform unlawful conduct.

106. The Plaintiffs will fairly and adequately represent and protect the interests of the proposed Class. Plaintiffs have retained competent and experienced counsel in class actions and other complex litigation.

107. The Plaintiffs and the Class have suffered injury as a result of the Defendants' false, deceptive, and misleading representations.

108. The Plaintiffs would not have given their Private Information to the Defendants but for the reasonable belief that the Defendants would safeguard their data and Private Information.

109. The Class is identifiable and readily ascertainable. Notice can be provided to such purchasers using techniques and a form of notice similar to those customarily used in class actions, and by internet publication, radio, newspapers, and magazines.

110. A class action is superior to other available methods for fair and efficient adjudication of this controversy. The expense and burden of individual litigation would make it impracticable or impossible for proposed members of the Class to prosecute their claims individually.

111. The litigation and resolution of the Class's claims are manageable. Individual litigation of the legal and factual issues raised by the Defendants' conduct would increase delay and expense to all parties and the court system. The class action device presents far fewer management difficulties and provides the benefits of a single, uniform adjudication, economies of scale, and comprehensive supervision by a single court.

112. The Defendants have acted on grounds generally applicable to the entire Class, thereby making final injunctive relief and/or corresponding declaratory relief appropriate with respect to the Class as a whole. The prosecution of separate actions by individual Class Members would create the risk of inconsistent or varying adjudications with respect to individual member of the Class that would establish incompatible standards of conduct for the Defendants.

113. Absent a class action, the Defendants will likely retain the benefits of their wrongdoing. Because of the small size of the individual Class Members' claims, few, if any, Class Members could afford to seek legal redress for the wrongs complained of herein. Absent a representative action, Class Members will continue to suffer losses and the Defendants (and similarly situated companies) will be allowed to continue these violations of law and to retain the proceeds of their ill-gotten gains.

**COUNT ONE**

**VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW**

**BUSINESS & PROFESSIONS CODE SECTION 17200, *et seq.***

**(ON BEHALF OF THE CALIFORNIA SUBCLASS AND NATIONWIDE CLASS)**

114. The Plaintiffs, individually and on behalf of the Class, herein repeat, reallege and fully incorporate all allegations in all preceding paragraphs.

115. For all Class members outside of the California Subclass, these claims are brought under the relevant consumer protection statute for the state in which they reside. For each state, the relevant statutes are as follows: Alabama—Deceptive Trade Practices Act (Ala. Code § 8-19-1, *et seq.*); Alaska—Unfair Trade Practices and Consumer Protection Act (Alaska Stat. § 45.50.471, *et seq.*); Arizona—Consumer Fraud Act (Ariz. Rev. Stat. Ann. § 44-1521, *et seq.*); Arkansas—Deceptive Trade Practices Act (Ark. Code Ann. § 4-88-101, *et seq.*); Colorado—Consumer

**JURY TRIAL DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38(b), the Plaintiffs respectfully demand a trial by jury for all claims.

DATED: January 16, 2025,

**CLARKSON LAW FIRM, P.C.**

*/s/ Yana Hart*
Ryan Clarkson, Esq.
Yana Hart, Esq.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com