# EXHIBIT E

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
7/7/2025 3:49:23 PM
Clerk of the Superior Court
By C. Miranda ,Deputy Clerk

Anne Johnson Palmer (SBN # 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko (*pro hac vice* application pending)
**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
monica.mleczko@ropesgray.com

Christopher M. Young (SBN 163319)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com

*Attorneys for Defendants PowerSchool Group, LLC and PowerSchool Holdings, Inc.*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

| | |
|---|---|
| JANE DOE ONE and JOHN DOE TWO, on behalf of themselves and all others similarly situated and for the benefit of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>POWERSCHOOL HOLDINGS INC., POWERSCHOOL GROUP, LLC, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 25CU002797C4<br><br>*POWERSCHOOL DATA BREACH LITIGATION*<br><br>CONSOLIDATED FOR ALL PURPOSES WITH CASE NO. 25CU01443C<br><br>**DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF DEFENDANTS POWERSCHOOL HOLDINGS, INC., AND POWERSCHOOL GROUP, LLC'S DEMURRER TO PLAINTIFFS JANE DOE ONE, JOHN DOE TWO, AND JOHN DOE'S COMPLAINT**<br><br>Hearing Date: March 6, 2026<br>Time: 10:30 a.m.<br>Dept: C-64<br>Judge: Hon. Loren G. Freestone<br><br>Consol. Compl. Filed: May 23, 2025<br>Trial Date: Not Yet Set. |

**DECLARATION OF ANNE JOHNSON PALMER**

I, Anne Johnson Palmer, declare as follows:

1. I am a member of the State Bar of California and an attorney with the law firm of Ropes & Gray LLP ("Ropes & Gray"), counsel of record for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC (collectively "PowerSchool"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. This declaration is offered pursuant to Section 430.41(a)(3) of the California Code of Civil Procedure in support of PowerSchool's Demurrer to Plaintiffs Complaint (the "Demurrer"), filed on July 7, 2025.

3. On July 7, 2025, Ropes & Gray attorneys conferred via videoconference with Alan M. Mansfield of Whatley Kallas, LLP, counsel for Plaintiff's Jane Doe One and Jane Doe Two, who represented that he would relay the discussion to Robert A. Waller, Jr. of the Law Offices of Robert A. Waller, Jr. as well as all other Plaintiffs' counsel and revert if further discussion would be helpful on any of the points discussed. The parties ultimately did not reach an agreement resolving the objections raised in the Demurrer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2025, at San Francisco, California.

/s/ [signature]
Anne Johnson Palmer