**GIBBS MURA LLP**
David Berger (State Bar No. 277526)
Jane Farrell (State Bar No. 333779)
Sarah E. Hillier (*pro hac vice*)
Jennifer Sun (State Bar No. 354276)
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: 510-350-9700
dmb@classlawgroup.com
jgf@classlawgroup.com
seh@classlawgroup.com
jsun@classlawgroup.com

Mark H. Troutman (*pro hac vice forthcoming*)
**GIBBS MURA LLP**
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
mht@classlawgroup.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This document relates to:<br><br>*Garcia, et al.*<br>*Case No. 3:25-cv-01803* | Case No. 3:25-md-03149-BEN-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Christine Garcia, R.G., I.G., Billy Ho, and B.H. hereby voluntarily dismiss without prejudice all claims in this action against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 10, 2025

Respectfully submitted,

*/s/ David M. Berger*

David Berger (State Bar No. 277526)
Jane Farrell (State Bar No. 333779)
Sarah E. Hillier (*pro hac vice*)
Jennifer Sun (State Bar No. 354276)
**GIBBS MURA LLP**
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: 510-350-9700
dmb@classlawgroup.com
jgf@classlawgroup.com
seh@classlawgroup.com
jsun@classlawgroup.com

Mark H. Troutman (*pro hac vice* forthcoming)
**GIBBS MURA LLP**
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
mht@classlawgroup.com

***Counsel for Plaintiffs Christine Garcia, R.G., I.G., Billy Ho, and B.H.***