# APPENDIX A

# Appendix A

| No-Injury Plaintiffs | | | | |
|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** |
| 1 | Jessica Lee Allen (parent of minor C.A.); ¶¶ 474-480 | Massachusetts | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident;[1] Future Risk of Identity Theft or Fraud;[2] Increased Concern Over Alleged Impacts of the Incident;[3] Emotional Distress or Inconvenience[4] |
| 2 | JennaAnn Berry (parent of minor G.B.); ¶¶ 481-487 | Massachusetts | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 3 | Andrew Cook (parent of minors A.C. & C.C.); ¶¶ 583-588 | Ohio | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 4 | C.C. (minor of parent Andrew Cook; sibling of minor A.C.); ¶¶ 583-588 | Ohio | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 5 | Charlotte Renn; ¶¶ 281-286 | Georgia | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 6 | Dusty Lynn Jenkins Spence; ¶¶ 326-330 | Virginia | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications;[5] Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Shortly after the Data Breach occurred, Plaintiff Spence's bank notified her that her checking account had been hacked. She had to close her account and open a new one, spending hours updating her automated billing and account information." |
| 7 | Jonathan Newell (parent of minors B.R.N. & B.D.N.); ¶¶ 331-341 | Massachusetts | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "[A]ddressing...unauthorized charges on his accounts" |
| 8 | B.D.N. (minor of parent Jonathan Newell; sibling of minor B.R.N.); ¶¶ 331-341 | Massachusetts | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 9 | B.R.N. (minor of parent Jonathan Newell; sibling of minor B.D.N.); ¶¶ 331-341 | Massachusetts | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 10 | Shanda Farquhar (parent of minor G.A.F.); ¶¶ 450-456 | Kansas | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Since the Data Breach, Plaintiff Farquhar has had fraudulent purchases made on her Apple account." |
| 11 | G.A.F. (minor of parent Shanda Farquhar); ¶¶ 450-456 | Kansas | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 12 | Jennifer Cecilia Harrell (parent of minor J.E.H.); ¶¶ 559-564 | New York | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Subsequent to the Data Breach, Plaintiff Harrell experienced unauthorized attempt to open a credit card with her information, which still shows up on her credit report, another instance of attempted identity fraud and was required to close another card as a result. Her information is also on the dark web." |
| 13 | J.E.H. (minor of parent Jennifer Cecilia Harrell); ¶¶ 559-564 | New York | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 14 | Nicole Ann Drennen (parent of minors G.D. & Q.D.); ¶¶ 601 - 607 | South Carolina | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 15 | G.D. (minor of parent Nicole Ann Drennen; sibling of minor Q.D.); ¶¶ 601 - 607 | South Carolina | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 16 | Q.D. (minor of parent Nicole Ann Drennen; sibling of minor G.D.); ¶¶ 601 - 607 | South Carolina | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud; "[N]otified by TransUnion that Plaintiff Q.D.'s Social Security Number was fraudulently utilized by a third party." |

1. This description covers Plaintiffs who generally allege that they undertook efforts to "mitigate the alleged impact of" the Incident and have spent, and "will continue to spend," "time" or "significant time" responding to the Incident by spending an unspecified number of hours on either email, phone calls, research, and/or reviewing or securing accounts.

2. This description covers Plaintiffs who generally allege that they "faced and will continue to face, a present, and continuing risk of fraud an identity theft for their lifetime" or "lifetimes."

3. This description covers Plaintiffs who generally allege that they are concerned for their loss of privacy as well as about the potential (i) future damages related to the Incident, (ii) appearance of data on the dark web, and/or (iii) impact on students, families, and/or teachers whose data may have been involved.

4. This description covers Plaintiffs who generally allege unspecified "emotional distress," "annoyance," "interference," and/or "inconvenience."

5. This description covers Plaintiffs who generally allege that they dealt with either an increase in spam emails, texts, or calls, or unspecified phishing communications.

| No-Injury Plaintiffs | | | | |
|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** |
| 17 | Bethann Jackson (parent of minors C.J. & M.J.); ¶¶ 632 - 637 | Texas | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 18 | C.J. (minor of parent Bethann Jackson; sibling of minor M.J.); ¶¶ 632 - 637 | Texas | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud; "Plaintiff Jackson has been notified by Experian that someone in California is using one of her children's social security number and that her child's information is on the dark web." |
| 19 | M.J. (minor of parent Bethann Jackson; sibling of minor C.J.); ¶¶ 632 - 637 | Texas | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud; "Plaintiff Jackson has been notified by Experian that someone in California is using one of her children's social security number and that her child's information is on the dark web." |
| 20 | Kathey Henry (parent of minors T.M.H. & T.T.H.); ¶¶ 512 - 517 | Mississippi | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Plaintiff Henry has been receiving emails and bills about a Geek Squad account that she did not sign up for and a PayPal account that is not her PayPal account. Also, Plaintiff's husband had to get a new bank card because someone used his debit card, and it was not him." |
| 21 | T.M.H. (minor of parent Kathey Henry; sibling of minor T.T.H.); ¶¶ 512 - 517 | Mississippi | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 22 | T.T.H. (minor of parent Kathey Henry; sibling of minor T.M.H.); ¶¶ 512 - 517 | Mississippi | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 23 | Asia Pritchett (parent of minor B.M.); ¶¶ 638 - 643 | Texas | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "In December 2024, Plaintiff Pritchett was notified by her bank that her account was compromised. Someone also hacked into her Wise account and withdrew the funds. Additionally, her credit report contains inaccuracies and credit card inquiries that she did not make." |
| 24 | B.M. (minor of parent Asia Pritchett); ¶¶ 638 - 643 | Texas | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 25 | David Brownlee (parent of minor A.B.); ¶¶ 372 - 377 | California | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Plaintiff Brownlee has experienced fraud on a credit card which required closing the account, as well as an increase in phishing communications" |
| 26 | A.B. (minor of parent David Brownlee); ¶¶ 372 - 377 | California | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 27 | Zander Norcia; ¶¶ 708-713 | Maine | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Since the Data Breach a few of Plaintiff's accounts were logged into without his permission." |
| 28 | Kimberly Kinney; ¶¶ 287-292 | Indiana | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 29 | Justine Shamey; ¶¶ 299-303 | North Carolina | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 30 | Christopher Joseph Wagoner; ¶¶ 304-309 | North Carolina | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 31 | Paul Garreth Thompson; ¶¶ 310-314 | Oklahoma | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 32 | Denise Champney; ¶¶ 315-320 | Rhode Island | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident including "several hours of phone calls"; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 33 | William Jeremiah Tarbush (parent of minor A.C.T.); ¶¶ 331-335 | Arizona | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |

| No-Injury Plaintiffs | | | | |
|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** |
| 34 | A.C.T. (minor of parent William Jeremiah Tarbush); ¶¶ 331-335 | Arizona | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 35 | Dobie James August (parent of minors K.J.A. & K.D.A.); ¶¶ 366-371 | California | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 36 | K.J.A. (minor of parent Dobie James August; sibling of minor K.D.A.); ¶¶ 366-371 | California | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 37 | K.D.A. (minor of parents Dobie James August; sibling of minor K.J.A.); ¶¶ 366-371 | California | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 38 | Ashley Wright (parent of minor A.N.B.); ¶¶ 384-389 | California | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident |
| 39 | A.N.B. (minor of parent Ashley Wright); ¶¶ 384-389 | California | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 40 | John Rawls (parent of minor C.R.); ¶¶ 402 - 407 | Georgia | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 41 | C.R. (minor of parent John Rawls); ¶¶ 402 - 407 | Georgia | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 42 | Jill Strelzin (parent of minors J.S. & R.S.); ¶¶ 426 - 431 | Illinois | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 43 | J.S. (minor of parent Jill Strelzin; sibling of minor R.S.); ¶¶ 426 - 431 | Illinois | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 44 | R.S. (minor of parent Jill Strelzin; sibling of minor J.S.); ¶¶ 426 - 431 | Illinois | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 45 | Kylie Stowe (parent of minor Z.S.); ¶¶ 444 - 449 | Iowa | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Increased Concern Over Alleged Impacts of the Incident; Future Risk of Identity Theft or Fraud |
| 46 | Z.S. (minor of parent Kylie Stowe); ¶¶ 444 - 449 | Iowa | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 47 | Tiffany Honore (parent of minor M.M.); ¶¶ 463 - 468 | Louisiana | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Increased Concern Over Alleged Impacts of the Incident; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience |
| 48 | M.M. (minor of parent Tiffany Honore); ¶¶ 463 - 468 | Louisiana | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 49 | Ratib Habbal (parent of minor L.H.); ¶¶ 494 - 499 | Michigan | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 50 | L.H. (minor of parent Ratib Habbal); ¶¶ 494 - 499 | Michigan | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |

| No-Injury Plaintiffs | | | | |
|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** |
| 51 | Torrie Mayfeild (parent of minor A.M.); ¶¶ 523 - 528 | Missouri | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 52 | A.M. (minor of parent Torrie Mayfeild); ¶¶ 523 - 528 | Missouri | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 53 | Kathleen Holm (parent of minors P.P. & R.P.); ¶¶ 529 - 534 | Montana | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 54 | P.P. (minor of parent Kathleen Holm; sibling of minor R.P.); ¶¶ 529 - 534 | Montana | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 55 | R.P. (minor of parent Kathleen Holm; sibling of minor P.P.); ¶¶ 529 - 534 | Montana | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 56 | Serene Bavis (parent of minor S.W.); ¶¶ 535 - 540 | New Hampshire | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 57 | S.W. (minor of parent Serene Bavis) ; ¶¶ 535 - 540 | New Hampshire | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 58 | Patrick Bowler (parent of minors J.B. & M.B.); ¶¶ 553 - 558 | New York | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 59 | J.B. (minor of parent Patrick Bowler; sibling of minor M.B.); ¶¶ 553 - 558 | New York | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 60 | M.B. (minor of parent Patrick Bowler; sibling of minor J.B.); ¶¶ 553 - 558 | New York | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 61 | Kristin Eckart (parent of minors J.E. & T.E.); ¶¶ 565 - 570 | North Carolina | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident Emotional Distress or Inconvenience |
| 62 | J.E. (minor of parent Kristin Eckart; sibling of minor T.E.); ¶¶ 565 - 570 | North Carolina | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 63 | T.E. (minor of parent Kristin Eckart; sibling of minor J.E.); ¶¶ 565 - 570 | North Carolina | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 64 | Cara Lewis (parent of minors A.L. & M.L.); ¶¶ 589 - 594 | Oregon | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the IncidentEmotional Distress or Inconvenience |
| 65 | A.L. (minor of parent Cara Lewis; sibling of minor M.L.); ¶¶ 589 - 594 | Oregon | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 66 | M.L. (minor of parent Cara Lewis; sibling of minor A.L.); ¶¶ 589 - 594 | Oregon | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |

## No-Injury Plaintiffs

| No. | Plaintiff | State of Residence | Information Alleged to be Involved | Alleged Harms |
|---|---|---|---|---|
| 67 | Joseph Hauptman (parent of minors D.H. & M.H.); ¶¶ 644 - 649 | Utah | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident |
| 68 | D.H. (minor of parent Joseph Hauptman; sibling of minor M.H.); ¶¶ 506-511 | Utah | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 69 | M.H. (minor of parent Joseph Hauptman; sibling of minor D.H.); ¶¶ 506-511 | Utah | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 70 | Towfeq Zarif (parent of minor P.Z.); ¶¶ 656-661 | Virginia | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 71 | P.Z. (minor of parent Towfeq Zarif); ¶¶ 656-661 | Virginia | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud |
| 72 | Kennah J. White; ¶¶ 686-691 | Colorado | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 73 | Alexander Larson; ¶¶ 692-697 | Wisconsin (resides), Iowa (school) | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 74 | Lauren Overly; ¶¶ 698-702 | Kansas | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 75 | Jacob Islas; ¶¶ 714-718 | Missouri | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience |
| 76 | Ayedon Bauder; ¶¶ 719-724 | North Carolina | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 77 | Evan Gramelspacher; ¶¶ 725-730 | Ohio | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 78 | Stefan Spann; ¶¶ 731-736 | Texas | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 79 | Hailey McCall Shingleton; ¶¶ 737-742 | Utah | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 80 | Kayeleen Campbell; ¶¶ 743-748 | Illinois (resides), Wisconsin (school) | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 81 | Providence Teacher's Union (PTU); ¶¶ 749-52 | Rhode Island | No Specific Discussion of Data | Mitigation Efforts and Time Related to Responding to the Incident; Emotional Distress or Inconvenience |

| No-Injury Plaintiffs | | | | |
|---|---|---|---|---|
| No. | Plaintiff | State of Residence | Information Alleged to be Involved | Alleged Harms |
| 82 | Kaitlyn Michele Gillis (parent of minor W.C.G.); ¶¶ 348-353 | New Mexico | "Contact information" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "[E]nrolling herself and Plaintiff W.C.G. in Experian IdentityWorks, checking her credit report and financial account statements, and addressing the fraudulent use of W.C.G.'s identity by an unknown individual who improperly claimed W.C.G. as a dependent on a 2024 federal tax return" |
| 83 | Nicole Flick (parent of minor M.C.); ¶¶ 378-383 | California | "Address"; "Phone number" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 84 | David Zarate (parent of minor A.Z.); ¶¶ 390-395 | California | "Home address"; "Home phone number" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "40 hours contacting various institutions including PowerSchool, the California Privacy Protection Agency, the Federal Trade Commission, California Attorney General, United States Department of Education, and Experian" |
| 85 | Katherine Stewart (parent of minor R.H.S.); ¶¶ 408-413 | Georgia | "Home address"; "Phone number"; "Email address" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "[S]ignificant time disputing unauthorized credit card charges and reporting and blocking spam emails." |
| 86 | Jessica Patrick Taylor (parent of minors J.O.P. & N.O.T.); ¶¶ 571-577 | North Carolina (resides, school), Georgia (school) | "Addresses"; "Phone numbers"; "Name"; "Birth certificate" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 87 | J.O.P. (minor of parent Jessica Patrick Taylor; sibling of minor N.O.T.); ¶¶ 571-577 | North Carolina (resides, school), Georgia (school) | "Addresses"; "Phone numbers"; "Name"; "Birth certificate" | Future Risk of Identity Theft or Fraud |
| 88 | N.O.T. (minor of parent Jessica Patrick Taylor; sibling of minor J.O.P.); ¶¶ 571-577 | North Carolina (resides, school), Georgia (school) | "Addresses"; "Phone numbers"; "Name"; "Birth certificate" | Future Risk of Identity Theft or Fraud |
| 89 | Shawn Friedman (parent of minor J.F.); ¶¶ 608-613 | South Carolina | "Home address"; "Phone number" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 90 | Samariah Lockhart (parent of minor P.M.); ¶¶ 614-617 | South Carolina | "Home address"; "Email address"; "Phone number" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 91 | Krystal Vargha (parent of minors B.V., A.V. & G.V.); ¶¶ 620-625 | South Carolina | "Address"; "Email address" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Plaintiff Vargha has experienced a string of attempts to access her email account" |
| 92 | David Sauve (parent of minor A.S.); ¶¶ 396-401 | Florida | "Family's address"; "Phone number" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "[H]as had two banking accounts compromised, requiring him to spend several hours on the phone with banks closing accounts. He experienced fraud on one of his accounts, specifically Plaintiff Sauve's bank verified Plaintiff Sauve's fraud claim which took place on May 24, 2025, in the amount of $78.99. Plaintiff Sauve has received multiple fraud alerts from CreditKarma, Rocketmoney, and Experian, including notification that his PII is available on the dark web." |
| 93 | Nicole Cosentino (parent of minor C.M.C.); ¶¶ 420-425 | Illinois | "Home address"; "Phone number"; "Email address" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident |
| 94 | C.M.C. (minor of parent Nicole Cosentino); ¶¶ 420-425 | Illinois | "Date of birth"; "Medical information"; "Home address"; "Phone number" | Future Risk of Identity Theft or Fraud |

| No-Injury Plaintiffs | | | | |
|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** |
| 95 | Michelle La Count (parent of minors E.R.M. & R.E.M.); ¶¶ 674-679 | Wisconsin | "Phone number"; "Email address" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 96 | E.R.M. (minor of parent Michelle La Count; sibling of minor R.E.M.); ¶¶ 674-679 | Wisconsin | "Enrollment Information"; "Medical Information"; "Contact Information" | Future Risk of Identity Theft or Fraud |
| 97 | R.E.M. (minor of parent Michelle La Count; sibling of minor E.R.M.); ¶¶ 674-679 | Wisconsin | "Enrollment Information"; "Medical Information"; "Contact Information" | Future Risk of Identity Theft or Fraud |
| 98 | Michele Ballard; ¶¶ 321-325 | Vermont | "Her role"; "Email address"; "Phone number"; "Address"; "Dates of employment" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident |
| 99 | Mary Lorene Muckelory (parent of minors D.W.M. & J.R.M.); ¶¶ 414-419 | Idaho | "Place of Employment"; "Phone Number" | Mitigation Efforts and Time Related to Responding to the Incident including "enrolling in Experian IdentityWorks"; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 100 | D.W.M. (minor of parent Mary Lorene Muckelory; sibling of minor J.R.M.); ¶¶ 414-419 | Idaho | "Full Names"; "Addresses"; "Dates o Birth"; "Emergency Contact Information"; "Transportation Arrangements (including whether the students ride the school bus)"; "Other Household Residents"; "D.W.M.'s need for an earplug for water-related school activities" | Future Risk of Identity Theft or Fraud |
| 101 | J.R.M. (minor of parent Mary Lorene Muckelory; sibling of minor D.W.M.); ¶¶ 414-419 | Idaho | "Full Names"; "Addresses"; "Dates o Birth"; "Emergency Contact Information"; "Transportation Arrangements (including whether the students ride the school bus)"; "Other Household Residents" | Future Risk of Identity Theft or Fraud |
| 102 | Rushda Afzal (parent of minors Z.W., A.M.W. & A.N.W.); ¶¶ 488-493 | Michigan | "Personal Phone Number" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 103 | Z.W. (minor of parent Rushda Afzal; sibling of minors A.M.W. & A.N.W.); ¶¶ 488-493 | Michigan | "Enrollment records" | Future Risk of Identity Theft or Fraud |
| 104 | A.M.W. (minor of parent Rushda Afzal; sibling of minors Z.W. & A.N.W.); ¶¶ 488-493 | Michigan | "Enrollment records" | Future Risk of Identity Theft or Fraud |
| 105 | A.N.W. (minor of parent Rushda Afzal; sibling of minors Z.W. & A.M.W.); ¶¶ 488-493 | Michigan | "Enrollment records" | Future Risk of Identity Theft or Fraud |
| 106 | Kathleen Kingery-Islas; ¶¶ 518-522 | Missouri | "Home address"; "Email"; "Phone numbers" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; Emotional Distress or Inconvenience |
| 107 | Heather Taylor (parent of minors B.N.T. & B.A.T.); ¶¶ 668 - 673 | Washington | "Birth date"; "Phone number"; "Address" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; |
| 108 | B.N.T. (minor of parent Heather Taylor; sibling of minor B.A.T.); ¶¶ 668 - 673 | Washington | "Birth date"; "Phone number"; "Address" | Future Risk of Identity Theft or Fraud |
| 109 | B.A.T. (minor of parent Heather Taylor; sibling of minor B.N.T.); ¶¶ 668 - 673 | Washington | "Birth date"; "Phone number"; "Address" | Future Risk of Identity Theft or Fraud |

| No-Injury Plaintiffs | | | | |
|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** |
| 110 | Alysha Noble (parent of minor R.J.S.); ¶¶ 469 - 473 | Maryland | "Birth date"; "Phone number"; "Address" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Since the Data Breach, Experian has notified Plaintiff Noble that her information has been listed on the dark web. She has had fraudulent purchases made on her AT&T account. When she filed for unemployment benefits, she was notified that someone had already claimed Plaintiff R.J.S. as a dependent and had to provide proof that she was Plaintiff R.J.S.'s parent." |
| 111 | R.J.S. (minor of parent Alysha Noble); ¶¶ 469 - 473 | Maryland | "Birth date"; "Phone number"; "Address" | Future Risk of Identity Theft or Fraud |
| 112 | Melissa Gifford (parent of minors J.R.M., C.A.M. & J.S.M.); ¶¶ 541 - 546 | New Jersey | "Family's address"; "Phone number"; "Email address" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience; Increased Concern Over Alleged Impacts of the Incident; "Subsequent to the Data Breach and signing up for an account with the credit monitoring service Experian, Plaintiff Gifford received a notification that her data was found on the dark web." |
| 113 | J.R.M. (minor of parent Melissa Gifford; sibling of minors C.A.M. & J.S.M.); ¶¶ 541-546 | New Jersey | "Date of birth"; "Family's address"; "Family's phone number" | Future Risk of Identity Theft or Fraud |
| 114 | C.A.M. (minor of parent Melissa Gifford; sibling of minors J.R.M. & J.S.M.); ¶¶ 541-546 | New Jersey | "Date of birth"; "Family's address"; "Family's phone number" | Future Risk of Identity Theft or Fraud |
| 115 | J.S.M. (minor of parent Melissa Gifford; sibling of minors J.R.M. & C.A.M.); ¶¶ 541-546 | New Jersey | "Date of birth"; "Family's address"; "Family's phone number" | Future Risk of Identity Theft or Fraud |
| 116 | Amy Hauser (parent of minor J.H.); ¶¶ 506-511 | Minnesota | "Contact information"; "Medical information" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience; Increased Concern Over Alleged Impacts of the Incident; "Plaintiff Hauser also received bills from two different credit cards that were fraudulently opened in her name." |
| 117 | J.H. (minor of parent Amy Hauser); ¶¶ 506-511 | Minnesota | "Contact information"; "Medical information" | Future Risk of Identity Theft or Fraud |
| 118 | Sakinah Ardine Knott (parent of minors M.M.W., D.J.P. & I.M.W.); ¶¶ 547-552 | New Jersey | "Address"; "Phone Number"; "Name"; "Medical Information" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience |
| 119 | M.M.W. (minor of parent Sakinah Ardine Knott; sibling of minors D.J.P. & I.M.W.); ¶¶ 547-552 | New Jersey | "Address"; "Phone Number"; "Name"; "Medical Information" | Future Risk of Identity Theft or Fraud |
| 120 | D.J.P. (minor of parent Sakinah Ardine Knott; sibling of minors M.M.W. & I.M.W.); ¶¶ 547-552 | New Jersey | "Address"; "Phone Number"; "Name"; "Medical Information" | Future Risk of Identity Theft or Fraud |
| 121 | I.M.W. (minor of parent Sakinah Ardine Knott; sibling of minors M.M.W. & D.J.P.); ¶¶ 547-552 | New Jersey | "Address"; "Phone Number"; "Name"; "Medical Information" | Future Risk of Identity Theft or Fraud |

| Other Plaintiffs[6] | | | | | |
|---|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** | **Claims** |
| 122 | Kelsey Gauron (parent of minor R.M.M.); ¶¶ 342-347 | New Hampshire | "Health records"; "Personal information"; "Testing information"; "Addresses"; "Birth certificate"; "Social Security Number" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Plaintiff Gauron has spent significant time on behalf of herself and Plaintiff R.M., including at least 4 hours of phone calls and research responding to the Data Breach, disputing a credit card she never applied for, disputing charges she did not make, cancelling and requesting reissuance of multiple debit cards that had fraudulent charges entered, dealing with her child support card that was compromised, and accessing and reviewing credit agency records." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- New Hampshire Consumer Protection Act (Count LI) |
| 123 | R.M.M. (minor of parent Kelsey Gauron); ¶¶ 342-347 | New Hampshire | "Health records"; "Personal information"; "Testing information"; "Addresses"; "Birth certificate"; "Social Security Number" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- New Hampshire Consumer Protection Act (Count LI) |
| 124 | W.C.G. (minor of parent Kaitlyn Michele Gillis); ¶¶ 348-353 | New Mexico | "Full name"; "Social Security Number"; "Date of birth"; "Parent contact information" | Future Risk of Identity Theft or Fraud; "[F]raudulent use of W.C.G.'s identity by an unknown individual who improperly claimed W.C.G. as a dependent on a 2024 federal tax return . . . ." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- New Mexico Unfair Practices Act (Count LIV) |
| 125 | Nicole Volpert (parent of minor S.R.V.); ¶¶ 432-437 | Illinois | "Immunization records"; "Addresses"; "Birth certificate"; "Health records"; "Bills"; "Her drivers' license"; "Social Security Number" | Mitigation Efforts and Time Related to Responding to the Incident, and "at least 5 hours" Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience; Increased Concern Over Alleged Impacts of the Incident; "Plaintiff Volpert was notified by the IRS that someone tried to submit a fraudulent tax return in her name in 2025." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Illinois Consumer Fraud Act (Count XXVIII)<br>- Illinois Uniform Deceptive Trade Practices Act (Count XXIX) |
| 126 | S.R.V. (minor of parent Nicole Volpert); ¶¶ 432-437 | Illinois | "Immunization records"; "Addresses"; "Birth certificate"; "Health records"; "Bills"; "Social Security Number" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Illinois Consumer Fraud Act (Count XXVIII)<br>- Illinois Uniform Deceptive Trade Practices Act (Count XXIX) |
| 127 | Trisha Nadeau (parent of minors G.O.E.& J.C.E.); ¶¶ 500-505 | Michigan | "Date of birth"; "Social Security Number"; "Addresses"; "Phone numbers"; "Financial information" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience; Increased Concern Over Alleged Impacts of the Incident; "Plaintiff Nadeau has . . . experienced fraudulent charges in excess of $4,000 that have negatively impacted her credit score." | - Negligence (Count I)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Michigan Consumer Protection Act (XLIII) |
| 128 | G.O.E. (minor of Trisha Nadeau; sibling of minor J.C.E.); ¶¶ 500-505 | Michigan | "Date of birth"; "Social Security Number"; "Addresses"; "Phone numbers"; "Financial information" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Michigan Consumer Protection Act (XLIII) |

6. The ten yellow-highlighted rows indicate the only plaintiffs who allege both that (i) either a social security number, financial information, or some specified medical information was involved and (ii) they experienced some instance of unauthorized activity. As addressed in PowerSchool's Memorandum at Sections III-VI, IX.A , the yellow-highlighted plaintiffs are the only plaintiffs who plausibly allege cognizable damages for purposes of their negligence-based claims, breach of fiduciary duty claims, and consumer protection claims.

| Other Plaintiffs[6] | | | | | |
|---|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** | **Claims** |
| 129 | J.C.E. (minor of parent Trisha Nadeau; sibling of minor G.O.E.); ¶¶ 500-505 | Michigan | "Dates of Birth"; "Social Security Number"; "Addresses"; "Phone Numbers"; "Financial Information" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy ( Count IV)<br>- Declaratory Judgment Act (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Michigan Consumer Protection Act (Count XLIII) |
| 130 | Amanda Rachelle Voltz (parent of minors B.L.C. & K.D.V.); ¶¶ 438-443 | Indiana | "Date of birth"; "Addresses"; "Ethnicity"; "Medical diagnosis"; "Gender identity" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience; Increased Concern Over Alleged Impacts of the Incident; "Plaintiff Voltz also received a fraudulent medical bill for K.D.V. and spent time addressing the fraudulent billing." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Indiana Deceptive Consumer Sales Act (Count XXX) |
| 131 | B.L.C. (minor of parent Amanda Rachelle Voltz; sibling of minor K.D.V.); ¶¶ 438-443 | Indiana | "Date of Birth"; "Addresses"; "Ethnicity"; Medical Diagnosis"; "Gender Identity" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Indiana Deceptive Consumer Sales Act (Count XXX) |
| 132 | K.D.V. (minor of parent Amanda Rachelle Voltz; sibling of minor B.L.C.); ¶¶ 438-443 | Indiana | "Date of Birth"; "Addresses"; "Ethnicity"; Medical Diagnosis"; "Gender Identity" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Indiana Deceptive Consumer Sales Act (Count XXX) |
| 133 | Eleanor Louise Tillman (parent of minor L.L.); ¶¶ 650 - 655 | Virginia | "Birth certificate"; "Social Security Number" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "[E]xperienced unauthorized charges for fraudulent purchases on her account which required additional time spent with the bank and debit card cancellation." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Virginia Personal Information Breach Notification Act (Count LXXIV) |
| 134 | L.L. (minor of parent Eleanor Louise Tillman); ¶¶ 650 - 655 | Virginia | "Birth certificate"; "Social Security Number" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Virginia Personal Information Breach Notification Act (Count LXXIV) |
| 135 | Christina Ashley Hardwick (parent of minor L.D.); ¶¶ 354-359 | Alabama | "Home address"; "Social Security Number" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience; Increased Concern Over Alleged Impacts of the Incident | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Alabama Deceptive Trade Practices Act (Count X) |
| 136 | L.D. (minor of Christina Ashley Hardwick); ¶¶ 354-359 | Alabama | "Home address"; "Social Security Number" | Future Risk of Identity Theft or Fraud; "Plaintiff L.D.'s personal information was found on the dark web" | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Alabama Deceptive Trade Practices Act (Count X) |

| Other Plaintiffs[6] | | | | | |
|---|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** | **Claims** |
| 137 | Mariah Jene Martyn (parent of minor L.M.A.); ¶¶ 578-582 | North Dakota | "Medical History"; "Addresses"; "Social Security Numbers" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Plaintiff Martyn experienced a third party opening an AT&T phone line using her child's Social Security Number, which required additional time to address, including presenting to the store to have them flag the phone line as fraudulent." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy ( Count IV)<br>- Declaratory Judgment Act (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- North Dakota Unlawful Sales or Advertising Act (Count LIX) |
| 138 | L.M.A. (minor of parent Mariah Jene Martyn); ¶¶ 578-582 | North Dakota | "Medical History"; "Addresses"; "Social Security Numbers" | "Plaintiff Martyn experienced a third party opening an AT&T phone line using her child's Social Security Number, which required additional time to address, including presenting to the store to have them flag the phone line as fraudulent." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy ( Count IV)<br>- Declaratory Judgment Act (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- North Dakota Unlawful Sales or Advertising Act (Count LIX) |
| 139 | Frank John Trzcinski (parent of minors E.T. & S.T.); ¶¶ 595-600 | Pennsylvania | "Addresses"; "Phone Numbers"; "Names"; "Social Security Numbers" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience; "Plaintiff Trzcinski has received confirmation that, since the breach, his son Plaintiff E.T. has had his social security number used by other parties." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy ( Count IV)<br>- Declaratory Judgment Act (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX) |
| 140 | E.T. (minor of parent Frank John Trzcinski; sibling of minor S.T.); ¶¶ 595-600 | Pennsylvania | No Specific Discussion of Data | Future Risk of Identity Theft or Fraud; "Plaintiff Trzcinski has received confirmation that, since the breach, his son Plaintiff E.T. has had his social security number used by other parties." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy ( Count IV)<br>- Declaratory Judgment Act (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX) |
| 141 | S.T. (minor of parent Frank John Trzcinski; sibling of minor E.T.); ¶¶ 595-600 | Pennsylvania | "Addresses"; "Phone Numbers"; "Names"; "Social Security Numbers" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy ( Count IV)<br>- Declaratory Judgment Act (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX) |
| 142 | P.M. (minor of parent Samariah Lockhart); ¶¶ 614-619 | South Carolina | "Date of Birth"; "Social Security Number"; "Medical Records"; "Custody Paperwork"; "Home Address" | Future Risk of Identity Theft or Fraud; "hacking of Plaintiff P.M.'s bank account and Cash App accounts and subsequent unauthorized transactions shortly after the Data Breach" | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- South Carolina Data Breach Security Act (Count LXVII)<br>- South Carolina Unfair Trade Practices Act (Count LXVIII) |
| 143 | Kimberley Greer; ¶¶ 293-298 | North Carolina | "Date of birth"; "Social Security Number"; "Home address"; "Email"; "Phone number" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience; Increased Concern Over Alleged Impacts of the Incident; "On June 11, 2025, Experian Identity Works notified Plaintiff Greer that her email address was found on the dark web." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- North Carolina Identity Theft Protection Act (Count LVI)<br>- North Carolina Unfair Trade Practices Act (Count LVII) |
| 144 | Valarie Renee Rhoden (parent of minor C.A.R.); ¶¶ 360-365 | Alabama | "Addresses"; "Social Security Number"; "Financial information"; "Immunization record" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Emotional Distress or Inconvenience; Increased Concern Over Alleged Impacts of the Incident | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Alabama Deceptive Trade Practices Act (Count X) |

| Other Plaintiffs[6] | | | | | |
|---|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** | **Claims** |
| 145 | C.A.R. (minor of parent Valarie Renee Rhoden); ¶¶ 360-365 | Alabama | "Addresses"; "Social Security Number"; "Financial information"; "Immunization record" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Alabama Deceptive Trade Practices Act (Count X) |
| 146 | M.C. (minor of parent Nicole Flick); ¶¶ 378-383 | California | "Date of birth"; "Social Security Number"; "Medical information"; "Information concerning M.C.'s individualized education plan" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- California Customer Records Act (Count XII)<br>- California Consumer Privacy Act (Count XIII)<br>- California Confidentiality of Medical Information Act (Count XIV)<br>- Invasion of Privacy (Count XV)<br>- California Unfair Competition Law (Count XVI)<br>- Aiding and Abetting (Count XVII)<br>- California Consumer Legal Remedies Act (Count XVIII)<br>- California's Comprehensive Data Access and Fraud Act (Count XIX)<br>- California's Prohibition Against Deceit by Concealment (Count XX) |
| 147 | A.Z. (minor of parent David Zarate); ¶¶ 390-395 | California | "Date of birth"; "Social Security Number"; "Medical information"; "Dental information"; "Family's home address"; "Family's phone number" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- California Customer Records Act (Count XII)<br>- California Consumer Privacy Act (Count XIII)<br>- California Confidentiality of Medical Information Act (Count XIV)<br>- Invasion of Privacy (Count XV)<br>- California Unfair Competition Law (Count XVI)<br>- Aiding and Abetting (Count XVII)<br>- California Consumer Legal Remedies Act (Count XVIII)<br>- California's Comprehensive Data Access and Fraud Act (Count XIX)<br>- California's Prohibition Against Deceit by Concealment (Count XX) |
| 148 | R.H.S. (minor of parent Katherine Stewart); ¶¶ 408-413 | Georgia | "Date of birth"; "Social Security Number"; "Medical information"; "Home address"; "Phone number" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Georgia Uniform Deceptive Trade Practices Act (Count XXIV)<br>- Recovery of Expenses of Litigation (Count XXV) |
| 149 | Scott Greci (parent of minor L.G.); ¶¶ 457-462 | Louisiana | "Home Address"; "Payment Information" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Database Security Breach Notification Law (Count XXXV)<br>- Louisiana Unfair Trade Practices and Consumer Protection Law (Count XXXVI) |
| 150 | L.G. (minor of parent Scott Greci); ¶¶ 457-462 | Louisiana | "Date of birth"; "Social Security Number"; "Home address" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Database Security Breach Notification Law (Count XXXV)<br>- Louisiana Unfair Trade Practices and Consumer Protection Law (Count XXXVI) |

| Other Plaintiffs[6] | | | | | |
|---|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** | **Claims** |
| 151 | J.F. (minor of parent Shawn Friedman); ¶¶ 608-613 | South Carolina | "Date of Birth"; "Social Security Number"; "Home Address" | Future Risk of Identity Theft or Fraud; "Plaintiff Friedman was notified by Experian that Plaintiff J.F.'s information is available on the dark web, and has experienced issues with his credit." | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- South Carolina Data Breach Security Act (Count LXVII)<br>- South Carolina Unfair Trade Practices Act (Count LXVIII) |
| 152 | B.V. (minor of parent Krystal Vargha; sibling of minors A.V. & G.V.); ¶¶ 620-625 | South Carolina | "Social Security Number"; "Medical information"; "Family address" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- South Carolina Data Breach Security Act (Count LXVII)<br>- South Carolina Unfair Trade Practices Act (Count LXVIII) |
| 153 | A.V. (minor of parent Krystal Vargha; sibling of minors B.V. & G.V.); ¶¶ 620-625 | South Carolina | "Social Security Number"; "Medical information"; "Family address" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- South Carolina Data Breach Security Act (Count LXVII)<br>- South Carolina Unfair Trade Practices Act (Count LXVIII) |
| 154 | G.V. (minor of parent Krystal Vargha; sibling of minors B.V. & A.V.); ¶¶ 620-625 | South Carolina | "Social Security Number"; "Medical information"; "Family address" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- South Carolina Data Breach Security Act (Count LXVII)<br>- South Carolina Unfair Trade Practices Act (Count LXVIII) |
| 155 | Amy Lancaster (parent of minors E.M.L., K.C.L. & C.S.R.L.); ¶¶ 626 - 631 | Tennessee | " Immunization records"; "Addresses"; "Birth certificates"; "Her marriage license"; "Social Security Number" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications ; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Tennessee Personal Consumer Information Release Act (Count LXIX)<br>- Tennessee Personal Consumer Information Release Act (Count LXX) |
| 156 | E.M.L. (minor of parent Amy Lancaster; sibling of minors K.C.L & C.S.R.L.); ¶¶ 626 - 631 | Tennessee | "Immunization records"; "Addresses"; "Birth certificate"; "Social Security Number" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Tennessee Personal Consumer Information Release Act (Count LXIX)<br>- Tennessee Personal Consumer Information Release Act (Count LXX) |
| 157 | K.C.L. (minor of parent Amy Lancaster; sibling of minors E.M.L. & C.S.R.L.); ¶¶ 626 - 631 | Tennessee | "Immunization records"; "Addresses"; "Birth certificate"; "Social Security Number" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Tennessee Personal Consumer Information Release Act (Count LXIX)<br>- Tennessee Personal Consumer Information Release Act (Count LXX) |

| Other Plaintiffs[6] | | | | | |
|---|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** | **Claims** |
| 158 | C.S.R.L. (minor of parent Amy Lancaster; sibling of E.M.L. & K.C.L.); ¶¶ 626 - 631 | Tennessee | "Immunization records"; "Addresses"; "Birth certificate"; "Social Security Number" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Tennessee Personal Consumer Information Release Act (Count LXIX)<br>- Tennessee Personal Consumer Information Release Act (Count LXX) |
| 159 | Emily Pease (parent of minors A.E.J.A., A.R.R. & A.E.R.); ¶¶ 662 - 667 | Washington | "Birth date"; "Addresses"; "Social Security Number"; "Immunization records" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Washington Data Breach Notice Act (Count LXXVI)<br>- Washington Consumer Protection Act (Count LXXVII) |
| 160 | A.E.J.A. (minor of parent Emily Pease; sibling of minors A.R.R. & A.E.R.); ¶¶ 662 - 667 | Washington | "Birth date"; "Addresses"; "Social Security Number"; "Immunization records" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Washington Data Breach Notice Act (Count LXXVI)<br>- Washington Consumer Protection Act (Count LXXVII) |
| 161 | A.R.R. (minor of parent Emily Pease; sibling of minors A.E.J.A. & A.E.R.); ¶¶ 662 - 667 | Washington | "Birth date"; "Addresses"; "Social Security Number"; "Immunization records" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Washington Data Breach Notice Act (Count LXXVI)<br>- Washington Consumer Protection Act (Count LXXVII) |
| 162 | A.E.R. (minor of parent Emily Pease; sibling of minors A.E.J.A. & A.R.R.); ¶¶ 662 - 667 | Washington | "Birth date"; "Addresses"; "Social Security Number"; "Immunization records" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Washington Data Breach Notice Act (Count LXXVI)<br>- Washington Consumer Protection Act (Count LXXVII) |
| 163 | Skye Breann Lawson (parent of minors B.L. & H.L.); ¶¶ 680 - 685 | Wyoming | "Addresses"; "Phone numbers"; "Social Security Number"; "Name" | Mitigation Efforts and Time Related to Responding to the Incident, and Dealing with Spam or Phishing Communications; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Computer Security Breach; Notice to Affected Persons (Count LXXX)<br>- Wyoming Consumer Protection Act (Count LXXXI) |
| 164 | B.L. (minor of parent Skye Breann Lawson; sibling of minor H.L.); ¶¶ 680 - 685 | Wyoming | "Addresses"; "Phone numbers"; "Social Security Number"; "Name" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Computer Security Breach; Notice to Affected Persons (Count LXXX)<br>- Wyoming Consumer Protection Act (Count LXXXI) |

| Other Plaintiffs[6] | | | | | |
|---|---|---|---|---|---|
| **No.** | **Plaintiff** | **State of Residence** | **Information Alleged to be Involved** | **Alleged Harms** | **Claims** |
| 165 | H.L. (minor of parent Skye Breann Lawson; sibling of minor B.L.); ¶¶ 680 - 685 | Wyoming | "Addresses"; "Phone numbers"; "Social Security Number"; "Name" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment and Injunctive Relief (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Computer Security Breach; Notice to Affected Persons (Count LXXX)<br>- Wyoming Consumer Protection Act (Count LXXXI) |
| 166 | Emma Pangracs; ¶¶ 703-707 | Missouri (resides), Kansas (school) | "Date of Birth"; "Social Security Number"; "Vaccination Information" | Mitigation Efforts and Time Related to Responding to the Incident; Future Risk of Identity Theft or Fraud; Increased Concern Over Alleged Impacts of the Incident; Emotional Distress or Inconvenience | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Protection of Consumer Information (Count XXXIII)<br>- Kansas Consumer Protection Act (Count XXXIV) |
| 167 | A.S. (minor of parent David Sauve); ¶¶ 396-401 | Florida | "Date of Birth"; "Physician Contact"; "Immunization Records" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Florida Deceptive and Unfair Trade Practices Act (Count XXIII) |
| 168 | C.A. (minor of parent Jessica Lee Allen); ¶¶ 474-480 | Massachusetts | "Address"; "Custody Information"; "Emergency Contacts"; "Doctor's Name"; "Health Insurance Carrier"; "Medicines"; "Medical Diagnoses"; "School Photo"; "Classroom Locations"; "Bus Number and Drop Off/Pick Up Times" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Massachusetts Consumer Protection Act (Count XLI) |
| 169 | G.B. (minor of parent JennaAnn Berry); ¶¶ 481-487 | Massachusetts | "Address"; "Custody Information"; "Emergency Contacts"; "Doctor's Name"; "Health Insurance Carrier"; "Medicines"; "Medical Diagnoses"; "School Photo"; "Classroom Locations"; "Bus Number and Drop Off/Pick Up Times" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Massachusetts Consumer Protection Act (Count XLI) |
| 170 | A.C. (minor of parent Andrew Cook; sibling of minor C.C.); ¶¶ 583-588 | Ohio | "Medical Records Related to Plaintiff A.C.'s Disability and Individualized Education Plan" | Future Risk of Identity Theft or Fraud | - Negligence (Count I)<br>- Negligence Per Se (Count II)<br>- Unjust Enrichment (Count III)<br>- Invasion of Privacy (Count IV)<br>- Declaratory Judgment (Count VI)<br>- Breach of Fiduciary Duty (Count VII)<br>- Negligent Training and Supervision (Count IX)<br>- Ohio Deceptive Trade Practices Act (Count LXI) |