# APPENDIX B

**Appendix B**

| Claim | Plaintiffs | Requires Actual Damages or Equivalent Injury | Causation and/or Reliance Required | Consumer Relationship or Transaction Required | Fails for Other Reasons* (e.g., class actions prohibited or limited; only injunctive relief or restitution permitted; notification requirement not met) |
|---|---|---|---|---|---|
| **Alabama Deceptive Trade Practices Act (Count X)**<br>Ala. Code §§ 8-19-1, *et seq.* | Christina Ashley Hardwick and Minor Student L.D., Valarie Renee Rhoden and Minor Student C.A.R. (¶ 925) | **Monetary damages.** Ala. Code § 8-19-10; *Lynn v. Fort McClellan Credit Union* , No. 11-CV-2904, 2013 WL 5707372, at *6-7 (N.D. Ala. Oct. 21, 2013). | **Causation required.** *EBSCO Indus., Inc. v. LMN Enters., Inc.* , 89 F. Supp. 2d 1248, 1266 (N.D. Ala. Feb. 25, 2000). | **Transaction.** *Univ. of Ala. Bd. of Trs. v. New Life Art, Inc.,* No. 05-CV-0585, 2005 WL 8160645, at *4 (N.D. Ala. Nov. 1, 2005). | **No class actions.** Ala. Code § 18-19-10(f); *McCabe v. Nat'l Presto Indus., Inc.* , No. 24-CV-6552, 2025 WL 2371080, at *7 (E.D.N.Y. Aug. 14, 2025). |
| **Arizona Consumer Fraud Act (Count XI)**<br>Ariz. Rev. Stat. Ann. §§ 44-1521, *et seq.* | William Jeremiah Tarbush and Minor Student A.C.T. (¶ 942) | | **Reliance required.** *Johnson v. Yuma Reg'l Med. Ctr.* , 769 F. Supp. 3d 936, 958 (D. Ariz. 2024). | **Relationship.** *Griffey v. Magellan Health Inc* ., 562 F. Supp. 3d 34, 58-59 (D. Ariz. 2021). | |
| **Colorado Consumer Protection Act (Count XXII)**<br>Colo. Rev. Stat. §§ 6-1-101, *et seq.* | Kennah J. White (¶ 1077) | **Actual damages.** Colo. Rev. Stat. § 6-1-113(2)(a)(I); *Goode v. Ramsaur* , No. 20-cv-00947, 2024 WL 3849756, at *12-13 (D. Colo. Aug. 16, 2024), *report and recommendation adopted* , 2024 WL 4591414 (D. Colo. Sept. 3, 2024). | **Causation required.** *Rhino Linings USA, Inc. v. Rocky Mountain Rhino Lining, Inc.* , 62 P.3d 142, 147 (Colo. 2003). | **Relationship/Transaction.** *Buyers of Ritz-Carlton Vail, LLC v. RCR Vail , LLC* , No. 11-cv-01789, 2013 WL 452204, at *6 (D. Colo. Feb. 6, 2013). | **No monetary damages in class actions.** Colo. Rev. Stat. § 6-1-113(2); *Matanky v. Gen. Motors LLC* , 370 F. Supp. 3d 772, 799 (E.D. Mich. 2019). |
| **California Consumer Legal Remedies Act (Count XVIII)**<br>Cal. Civ. Code §§ 1750, *et seq.* | David Brownlee and Minor Student A.B., Nicole Flick and Minor Student M.C., David Zarate and Minor Student A.Z., Ashley Wright and Minor Student A.N.B., Dobie James August and Minor Students K.J.A. and K.D.A. (¶ 1037) | | **Reliance required.** *Sateriale v. R.J. Reynolds Tobacco Co.* , 697 F.3d. 777, 794 (9th Cir. 2012). | **Transaction.** *In re NCB Mgmt. Servs., Inc. Data Breach Litig.* , 748 F. Supp. 3d 262, 286 (E.D. Pa. 2024). | **No damages awarded if defendant proves violation of CLRA was unintentional and corrects the violation.** Cal. Civ. Code § 1784; *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prods. Liab. Litig.* , 445 F. Supp. 3d 535, 541-49 (N.D. Cal. 2020). |
| **Florida Deceptive and Unfair Trade Practices Act (Count XXIII)**<br>Fla. Stat. §§ 501.201, *et seq.* | David Sauve and Minor Student A.S. (¶ 1090) | **Actual damages.** *Farmer v. Humana, Inc.* , 582 F. Supp. 3d 1176, 1190-91 (M.D. Fla. 2022). | **Causation required.** *Lombardo v. J&J Consumer Cos., Inc.* , 124 F. Supp. 3d 1283, 1290 (S.D. Fla. 2015). | | **No actual damages alleged to "the property that is the subject of the consumer transaction."** *In re Blackbaud, Inc., Customer Data Breach Litig.* , No. 20-mn-02972, 2021 WL 3568394, at *9 (D.S.C. Aug. 12, 2021). |
| **Georgia Uniform Deceptive Trade Practices Act (Count XXIV)**<br>Ga. Code Ann. §§ 10-1-370, *et seq.* | Charlotte Renn, Katherine Stewart and Minor Student R.H.S., John Rawls and Minor Student C.R. (¶ 1097) | | **Causation required.** *Friedlander v. HMS-PEP Prods., Inc.* , 485 S.E.2d 240, 242 (Ga. Ct. App. 1997); *Bracy v. Americold Logistics, LLC* , No. 23-CV-5743, 2025 WL 552676, at *10 (N.D. Ga. Feb. 19, 2025). | | **Injunctive relief only.** *Matanky v. Gen. Motors LLC* , 370 F. Supp. 3d 772, 800 (E.D. Mich. 2019).<br><br>**No duty to safeguard personally identifiable information.** *In re Equifax, Inc., Customer Data Sec. Breach Litig.* , 362 F. Supp. 3d 1295, 1328-29, 1338 (N.D. Ga. 2019). |
| **Illinois Consumer Fraud Act (Count XXVIII)**<br>815 Ill. Comp. Stat. §§ 505, *et seq.* | Jill Strelzin and Minor Students J.S. and R.S., Nicole Volpert and Minor Student S.R.V., Nicole Cosentino and Minor Student C.M.C. (¶ 1132) | **Actual damages.** 815 Ill. Comp. Stat. § 505/10a(a); *In re SuperValu, Inc.* , 925 F.3d 955, 964 (8th Cir. 2019). | **Causation required.** *In re MOVEit Customer Data Sec. Breach Litig.* , No. 23-md-3083, 2025 WL 2179475, at *36 (D. Mass. July 31, 2025) (citing *De Bouse v. Bayer AG* , 922 N.E.2d 309, 313 (Ill. 2009)). | | |
| **Illinois Uniform Deceptive Trade Practices Act (Count XXIX)**<br>815 Ill. Comp. Stat. §§ 510/2, *et seq.* | Jill Strelzin and Minor Students J.S. and R.S., Nicole Volpert and Minor Student S.R.V., Nicole Cosentino and Minor Student C.M.C. (¶ 1143) | | | | **Injunctive relief only.** *Tri-Plex Tech. Servs., Ltd. v. Jon-Don, LLC* , 241 N.E.3d 454, 460 (Ill. 2024). |
| **Indiana Deceptive Consumer Sales Act (Count XXX)**<br>Ind. Code §§ 24-5-0.5-1, *et seq.* | Kimberly Kinney, Amanda Voltz and Minor Students B.L.C. and K.D.V. (¶ 1151) | **Actual damages.** *Hoosier Contractors, LLC v. Gardner* , 212 N.E.3d 1234, 1239-41 (Ind. 2023). | **Reliance required.** Ind. Code Ann. § 24-5-0.5-4(a) ("A person relying upon an uncured or incurable deceptive act may bring an action…"); *Shea v. Gen. Motors LLC* , 567 F. Supp. 3d 1011, 1024 (N.D. Ind. 2021). | **Transaction.** *Mackey v. Belden, Inc.* , No. 21-cv-00149, 2021 WL 3363174, at *13 (E.D. Mo. Aug. 3, 2021). | |
| **Iowa Private Right of Action for Consumer Frauds Act (Count XXXII)**<br>Iowa Code §§ 714H.1, *et seq.* | Alexander Larson, Kylie Stowe and Minor Student Z.S. (¶ 1184) | **Ascertainable loss of money or property.** *Fox v. Iowa Health Sys.* , 399 F. Supp. 3d 780, 798-99 (W.D. Wis. 2019). | **Causation required.** *Fox v. Iowa Health Sys.* , 399 F. Supp. 3d 780, 798-99 (W.D. Wis. 2019). | | **No class actions unless approved by the Attorney General.** Iowa Code § 714H.7; *Huston v. Conagra Brands, Inc.* , No. 21-cv-04147, 2022 WL 4647251, at *6 n.12 (C.D. Ill. 2022). |

*This is not an exhaustive list of potential grounds for dismissal. PowerSchool does not waive additional arguments.

| Claim | Plaintiffs | Requires Actual Damages or Equivalent Injury | Causation and/or Reliance Required | Consumer Relationship or Transaction Required | Fails for Other Reasons* (e.g., class actions prohibited or limited; only injunctive relief or restitution permitted; notification requirement not met) |
|---|---|---|---|---|---|
| **Kansas Consumer Protection Act (Count XXXIV)** Kan. Stat. Ann. §§ 50-623, *et seq.* | Emma Pangracs, Lauren Overly, Shanda Farquhar and Minor Student G.A.F (¶ 1203) | | **Reliance required.** *Hernandez v. Pistotnik* , 58 Kan. App. 2d 501, 508 (2020). | **Relationship.** *Ellibee v. Aramark Corr. Servs., Inc.* , 37 Kan. App. 2d 430, 432-33 (2007). **Transaction.** *Id.* | |
| **Louisiana Unfair Trade Practices and Consumer Protection Law (Count XXXVI)** La. Rev. Stat. Ann. §§ 51:1401, *et seq.* | Scott Greci and Minor Student L.G., Tiffany Honore and Minor Student M.M. (¶ 1226) | **Ascertainable loss of money or movable property.** La. Rev. Stat. Ann. § 51:1409. | | **Relationship.** *Mayehaul Trucking, LLC v. Sasol Chems., LLC* , 353 So. 3d 243, 251 (La. Ct. App. 2022). | **No class actions.** La. Stat. Ann. § 51:1409(A); *Boykin v. Procter & Gamble Co.* , No. 23-cv-427, 2025 WL 962806, at *6 (S.D. Ohio Mar. 31, 2025). |
| **Maine Unfair Trade Practices Act (Count XXXVII)** Me. Rev. Stat. tit. 5, §§ 205-A, *et seq.* | Zander Norcia (¶ 1239) | **Loss of money or property.** Me. Rev. Stat. Ann. tit. 5, § 213; *Noveletsky v. Metro. Life Ins. Co.* , 49 F. Supp. 3d 123, 151 (D. Me. 2014). | **Reliance required for misrepresentation-based claims.** *GxG Mgmt., LLC v. Young Bros. & Co.* , 457 F. Supp. 2d 47, 51 (D. Me. Oct. 24, 2006). | **Relationship.** *Bellwether Cmty. Credit Union v. Chipotle Mexican Grill, Inc.* , 353 F. Supp. 3d 1070, 1093-94 (D. Colo. 2018). **Transaction.** *Id.* | |
| **Maryland Consumer Protection Act (Count XL)** Md. Code Ann., Com. Law §§ 13-301, *et seq.* | Alysha Noble and Minor Student R.J.S. (¶ 1261) | **Actual injury.** *Webb v. Carrington Mortg. Servs. LLC* , No. SAG-24-1950, 2025 WL 213950, at *11 (D. Md. Jan. 16, 2025). | **Reliance required.** *Webb v. Carrington Mortg. Servs. LLC* , No. SAG-24-1950, 2025 WL 213950, at *11 (D. Md. Jan. 16, 2025). | **Transaction.** *Morris v. Osmose Wood Preserving* , 667 A.2d 624, 635 (Md. 1995). | |
| **Massachusetts Consumer Protection Law (Count XLI)** Mass. Gen. Laws Ann. ch. 93a, §§ 1, *et seq.* | Jessica Lee Allen and Minor Student C.A., JennaAnn Berry and Minor Student G.B., Jonathan Newell and Minor Students B.R.N. and B.D.N. (¶ 1289) | **Readily quantifiable loss of money or property, measurable emotional distress, or an invasion of the consumer's personal privacy causing injury or harm worth more than a penny.** *Ferreira v. Sterling Jewelers, Inc.* , 130 F. Supp. 3d 471, 478 (D. Mass. 2015). | **Causation required.** *In re TJX Cos. Retail Sec. Breach Litig.* , 246 F.R.D. 389, 398 (D. Mass. Nov. 29, 2007). | | |
| **Michigan Consumer Protection Act (Count XLIII)** Mich. Comp. Laws Ann. §§ 445.903, *et seq.* | Rushda Afzal and Minor Students Z.W., A.M.W., and A.N.W., Ratib Habbal and Minor Student L.H., Trisha Nadeau and Minor Students G.O.E. and J.C.E. (¶ 1309) | **Actual damages.** *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.* , 996 F. Supp. 2d 942, 997-98 (S.D. Cal. 2014). | **Causation required.** *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.* , 996 F. Supp. 2d 942, 997 (S.D. Cal. 2014) (citing *In re OnStar Cont. Litig.* , 278 F.R.D. 352, 377 (E.D. Mich. 2011)). **Reliance required for misrepresentation-based claims.** *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.* , 996 F. Supp. 2d 942, 997 (S.D. Cal. 2014) (citing *In re OnStar Cont. Litig.* , 278 F.R.D. 352, 377 (E.D. Mich. 2011)). | **Transaction.** *In re OnStar Cont. Litig.* , 278 F.R.D. 352, 380 (E.D. Mich. 2011). | |
| **Minnesota Consumer Fraud Act (Count XLIV)** Minn. Stat. §§ 325F.68, *et seq.* | Amy Hauser and Minor Student J.H. (¶ 1319) | | **Causation required.** *In re MOVEit Customer Data Sec. Breach Litig.* , No. 23-md-3083, 2025 WL 2179475, at *39 (D. Mass. July 31, 2025) (citing *Mekhail v. N. Mem. Health Care* , 726 F. Supp. 3d 916 (D. Minn. 2024)). | | |
| **Mississippi Consumer Protection Act (Count XLVI)** Miss. Code Ann. §§ 75-24-1, *et seq.* | Kathey Henry and Minor Students T.M.H. and T.T.H. (¶ 1337) | **Ascertainable loss of money or property.** Miss. Code § 75-24-15; *Medison Am., Inc. v. Preferred Med. Sys., LLC* , 357 F. App'x 656, 663 (6th Cir. 2009). | **Causation required.** *Mayberry v. Bristol-Myers Squibb Co.* , Nos. 07-942, 07-1099, 2009 WL 5216968, at *8-9 (D.N.J. Dec. 30, 2009). | **Transaction.** *In re Intel Corp. CPU Mktg., Sales Pracs. & Prods. Liab. Litig.* , No. 18-md-2828, 2020 WL 1495304, at *10-12 (D. Or. Mar. 27, 2020), *aff'd* , 2023 WL 7211394 (9th Cir. Nov. 2, 2023). | **Failure to attempt to resolve claim through informal settlement program approved by Attorney General.** Miss. Code. Ann. § 75-24-15(2); *Wilson v. New Palace Casino, LLC* , No. 11cv447, 2013 WL 870350, at *12 (S.D. Miss. Mar. 7, 2013). **No class actions.** Miss. Code Ann. § 75-24-15(4); *In re Target Corp. Data Sec. Breach Litig.* , 66 F. Supp. 3d 1154, 1163 (D. Minn. 2014). |
| **Missouri Merchandising Practices Act (Count XLVII)** Mo. Rev. Stat. §§ 407.010, *et seq.* | Kristi Kingery-Islas, Torrie Mayfeild and Minor Student A.M., Jacob Islas (¶ 1350) | **Ascertainable loss of money or property.** Mo. Rev. Stat. § 407.025; *Kuhns v. Scottrade, Inc.* , 868 F.3d 711, 719 (8th Cir. 2017). | **Causation required.** *Amburgey v. Express Scripts, Inc.* , 671 F. Supp. 2d 1046, 1057-58 (E.D. Mo. 2009). | **Transaction.** *Williams v. St. Charles Auto Mart* , 690 S.W.3d 495, 500 (Mo. App. Ct. 2024). | |
| **Montana Unfair Trade Practices and Consumer Protection Act (Count XLIX)** Mont. Code. Ann. §§ 30-14-101, *et seq.* | Kathleen Holm and Minor Students P.P. and R.P (¶ 1367) | **Ascertainable loss of money or property.** Mont. Code Ann. § 30-14-103; *Bratton v. Sisters of Charity of Leavenworth Health Sys., Inc.* , 399 Mont. 490, 501-02 (2020). | **Causation required.** *Kostelecky v. Peas in a Pod LLC* , 410 Mont. 239, 272 (2022). | **Transaction.** *Sergeants Benevolent Ass'n Health & Welfare Fund v. Actavis* , No. 15-cv-6549, 2018 WL 7197233, at *46 (S.D.N.Y. Dec. 26, 2018). | **No class actions.** Mont. Code Ann. § 30-14-133(1); *In re Target Corp. Data Sec. Breach Litig.* , 66 F. Supp. 3d 1154, 1163 (D. Minn. 2014). |

*This is not an exhaustive list of potential grounds for dismissal. PowerSchool does not waive additional arguments.

| Claim | Plaintiffs | Requires Actual Damages or Equivalent Injury | Causation and/or Reliance Required | Consumer Relationship or Transaction Required | Fails for Other Reasons* (e.g., class actions prohibited or limited; only injunctive relief or restitution permitted; notification requirement not met) |
|---|---|---|---|---|---|
| **New Hampshire Consumer Protection Act (Count LI)** N.H. Rev. Stat. Ann. §§ 358-A, *et seq.* | Serene Bavis and Minor Student S.W., Kelsey Gauron and Minor Student R.M.M. (¶ 1386) | **Actual damages (for class actions).** *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.* , 996 F. Supp. 2d 942, 1001-03 (S.D. Cal. 2014), *order corrected* , No. 11MD2258, 2014 WL 12603117 (S.D. Cal. Feb. 10, 2014). | **Causation required in class action context.** *In re Sony* , 996 F. Supp. 2d 942, 1003 (S.D. Cal. 2014) (citing *Pagan v. Abbott Lab'ys, Inc.* , 287 F.R.D. 139, 149 (E.D.N.Y. 2012)). | | |
| **New Jersey Consumer Fraud Act (Count LIII)** N.J. Stat. Ann. §§ 56:8-1, *et seq.* | Sakinah Ardine Knott and Minor Students M.M.W., D.J.P., and I.M.W., Melissa Gifford and Minor Students J.R.M, C.A.M. and J.S.M. (¶ 1403) | **Ascertainable loss.** *Arcand v. Brother Intern. Corp.* , 673 F. Supp. 2d 282, 299-302 (D.N.J. 2009). | **Intent to cause reliance required.** *In re MOVEit Customer Data Sec. Breach Litig.* , No. 23-md-3083, 2025 WL 2179475, at *42 (D. Mass. July 31, 2025) (citing *In re U.S. Vision Data Breach Litig.* , 732 F. Supp. 3d 369 (D.N.J. 2024)). | **Relationship.** *In re Fortra File Transfer Software Data Sec. Breach Litig.* , 749 F. Supp. 3d 1240, 1277 (S.D. Fla. 2024). | |
| **New Mexico Unfair Practices Act (Count LIV)** N.M. Stat. Ann. §§ 57-12-2, *et seq.* | Kaitlyn Gillis and Minor Student W.C.G. (¶ 1413) | **Loss of money or property.** N.M. Stat. Ann. § 57-12-10(B); *Jasper v. Windsor Equity Grp., Inc.* , No. 10cv980, 2013 WL 11936358, at *4 (D.N.M. June 18, 2013). | | | |
| **New York General Business Law (Count LV)** N.Y. Gen. Bus. Law §§ 349, *et seq.* | Jennifer Cecilia Harrell and Minor Student J.H., Patrick Bower and Minor Student J.B. (¶ 1424) | **Actual injury.** *Reyes v. Upfield US Inc.* , No. 22-CV-6722, 2025 WL 786656, at *7-9 (S.D.N.Y. Mar. 12, 2025). | **Causation required.** *In re MOVEit Customer Data Sec. Breach Litig.* , No. 23-md-3083, 2025 WL 2179475, at *43 (D. Mass. July 31, 2025) (citing *In re GEICO Customer Data Breach Litig.* , No. 21-CV-2210, 2023 WL 4778646, at *17 (E.D.N.Y. July 21, 2024)).<br><br>**Reliance required for misrepresentation-based claims.** *In re MOVEit Customer Data Sec. Breach Litig.* , No. 23-md-3083, 2025 WL 2179475, at *43 (D. Mass. July 31, 2025) (citing *In re GEICO Customer Data Breach Litig.* , No. 21-CV-2210, 2023 WL 4778646, at *17 (E.D.N.Y. July 21, 2024)). | **Transaction.** *U1IT4less, Inc. v. FedEx Corp.* , 896 F. Supp. 2d 275, 295 (S.D.N.Y. 2012), *aff'd* , 871 F.3d 199 (2d Cir. 2017). | |
| **North Carolina Unfair Trade Practices Act (Count LVII)** N.C. Gen. Stat. Ann. §§ 75-1.1, *et seq.* | Kimberly Greer, Justine Shamey, Kristin Eckart and Minor Students J.E. and T.E., Jessica Patrick Taylor and Minor Students J.O.P. and N.O.T., Ayedon Bauder, and Christopher Joseph Wagoner (¶ 1442) | **Actual injury.** *Town of Belhaven, N.C. v. Pantego Creek, LLC* , 793 S.E.2d 711, 720 (N.C. Ct. App. 2016). | **Causation required.** *Bumpers v. Cmty. Bank of N. Va.* , 747 S.E.2d 220, 226 (N.C. 2013); *see also In re MOVEit Customer Data Sec. Breach Litig.* , No. 23-md-3083, 2025 WL 2179475, at *47 (D. Mass. July 31, 2025).<br><br>**Reliance required for misrepresentation-based claim.** *Bumpers v. Cmty. Bank of N. Va.* , 747 S.E.2d 220, 226 (N.C. 2013). | **Relationship.** *Town of Belhaven, N.C. v. Pantego Creek, LLC* , 793 S.E.2d 711, 720 (N.C. Ct. App. 2016). | |
| **North Dakota Unlawful Sales or Advertising Act (Count LIX)** N.D. Cent. Code §§ 51-15-01, *et seq.* | Mariah Jene Martyn and Minor Student L.M.A. (¶ 1461) | | | | |
| **Ohio Deceptive Trade Practices Act (Count LXI)** Ohio Rev. Code Ann. §§ 4165.01, et seq. | Andrew Cook and Minor Students A.C. and C.C., Evan Gramelspacher (¶ 1483) | **Actual losses.** *Cesare v. Work* , 520 N.E.2d 586, 590 (Ohio Ct. App. 1987). | | | **Individual consumers do not have standing to bring claims under ODTPA.** *Michelson v. Volkswagen Aktiengesellschaft* , 99 N.E.3d 475, 479 (Oh. Ct. App. 2018). |
| **Oklahoma Consumer Protection Act (Count LXII)** Okla. Stat. tit. 15, §§ 751, *et seq.* | Paul Thompson (¶ 1493) | **Actual damages.** *Tibbetts v. Sight 'n Sound Appliance Ctrs., Inc.* , 77 P.3d 1042, 1051 (Okla. 2003), as corrected (Sept. 30, 2003). | | | **Claim preempted by OCPA's safe harbor provision.** 15 Okl. Stat. Ann. § 754(2); *In re Mednax Servs., Inc., Customer Data Sec. Breach Litig.* , 603 F. Supp. 3d 1183, 1216-17 (S.D. Fla. 2022). |
| **Oregon Unlawful Trade Practices Act (Count LXIV)** Or. Rev. Stat. §§ 646.608, *et seq.* | Cara Lewis and Minor Students A.L. and M.L. (¶ 1517) | **Ascertainable loss of money or property.** Or. Rev. Stat. § 646.638. | **Causation required.** *Bohr v. Tillamook Cnty. Creamery Ass'n* , 567 P.3d 413, 422 (Or. 2025).<br><br>**Reliance required for misrepresentation-based claims.** *Bohr v. Tillamook Cnty. Creamery Ass'n* , 567 P.3d 413, 425 (Or. 2025). | **Transaction.** *Fowler v. Cooley* , 239 Or. App. 338, 344 (2010). | |

*This is not an exhaustive list of potential grounds for dismissal. PowerSchool does not waive additional arguments.

| Claim | Plaintiffs | Requires Actual Damages or Equivalent Injury | Causation and/or Reliance Required | Consumer Relationship or Transaction Required | Fails for Other Reasons* (e.g., class actions prohibited or limited; only injunctive relief or restitution permitted; notification requirement not met) |
|---|---|---|---|---|---|
| **Rhode Island Deceptive Trade Practices Act (Count LXVI)** R.I. Gen. Laws Ann. §§ 6-13.1, *et seq.* | Denise Champney (¶ 1541) | **Ascertainable loss of money or property.** *Laccinole v. Twin Oaks Software Dev., Inc.* , No. CA 13-716, 2014 WL 2440400, at *8 (D.R.I. May 30, 2014), *aff'd* , (Apr. 27, 2015). | | **Relationship.** *Laccinole v. Appriss, Inc.* , 453 F. Supp. 3d 499, 506 (D.R.I. 2020).<br><br>**Transaction.** *Rhode Island Laborers' Health & Welfare Fund v. Philip Morris, Inc.,* 99 F. Supp. 2d 174, 188-89 (D.R.I. 2000). | **Claim preempted by RIDTPA's safe harbor provision.** R.I. Gen. Laws § 6-13.1-4(a); *In re Shields Health Care Grp., Inc. Data Breach Litig.* , 721 F. Supp. 3d 152, 165-66 (D. Mass. 2024). |
| **South Carolina Unfair Trade Practices Act (Count LXVIII)** S.C. Code Ann. §§ 39-5-10, *et seq.* | Nicole Drennen and Minor Students G.D. and Q.D., Samariah Lockhart and Minor Student P.M., Krystal Vargha and Minor Students A.V., B.V., and G.V., Shawn Friedman and Minor Student J.F. (¶ 1560) | **Monetary or property loss.** S.C. Code § 39-5-140; *Gallipeau v. Renewal by Andersen LLC* , 742 F. Supp. 3d 508, 520 (D.S.C. 2024). | **Causation required.** *State ex rel. Wilson v. Ortho-McNeil-Janssen Pharms., Inc* ., 777 S.E.2d 176, 189 (S.C. 2015). | | **No class actions.** S.C. Code Ann. § 39-5-140(a); *Fejzulai v. Sam's W., Inc.* , 205 F. Supp. 3d 723, 725 (D.S.C. 2016). |
| **Tennessee Consumer Protection Statute (Count LXX)** Tenn. Code Ann. §§ 47-18-101, *et seq.* | Amy Lancaster and Minor Students E.M.L., K.C.L., and C.S.R.L. (¶ 1579) | **Ascertainable loss of money or property.** *Akers v. Prime Succession of Tenn., Inc.* , 387 S.W.3d 495, 509-10 (Tenn. 2012). | **Causation required.** *Fox v. Amazon.com, Inc.* , 930 F.3d 415, 428 (6th Cir. 2019). | | **No class actions.** *Bearden v. Honeywell Int'l Inc.* , No. 09-1035, 2010 WL 3239285, at *10 (M.D. Tenn. Aug. 16, 2010). |
| **Texas Deceptive Trade Practices--Consumer Protection Act (Count LXXI)** Tex. Bus. & Com. Code Ann. §§ 17.41, *et seq.* | Bethann Jackson and Minor Students C.J. and M.J., Asia Pritchett and Minor Student B.M., Stefan Spann (¶ 1606) | **Actual injury.** *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.* , 996 F. Supp. 2d 942, 1007 (S.D. Cal. 2014), *order corrected* , No. 11MD2258, 2014 WL 12603117 (S.D. Cal. Feb. 10, 2014). | **Causation required**. *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.* , 996 F. Supp. 2d 942, 1007 (S.D. Cal. 2014), *order corrected* , No. 11MD2258, 2014 WL 12603117 (S.D. Cal. Feb. 10, 2014) (citing *Prudential Ins. of Am. v. Jefferson Assocs., Ltd.* , 896 S.W.2d 156, 161 (Tex. 1995)).<br><br>**Reliance required for misrepresentation-based claim.** Tex. Bus. & Com. Code Ann. § 17.50(a)(1)(B) ("A consumer may maintain an action where . . . the use or employment . . . of a false, misleading or deceptive act or practice that is relied on by a consumer to the consumer's detriment . . ."); *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.* , 996 F. Supp. 2d 942, 1007 (S.D. Cal. 2014), *order corrected* , No. 11MD2258, 2014 WL 12603117 (S.D. Cal. Feb. 10, 2014). | **Transaction.** *Hunter v. Navy Fed. Credit Union* , 749 F. Supp. 3d 743, 756 (N.D. Tex. 2024). | |
| **California Unfair Competition Law (Count XVI)** Cal. Bus. & Prof. Code §§ 17200, *et seq.* | David Brownlee and Minor Student A.B., Nicole Flick and Minor Student M.C., David Zarate and Minor Student A.Z., Ashley Wright and Minor Student A.N.B., Dobie James August and Minor Students K.J.A. and K.D.A. (¶ 1019) | **Economic injury.** *Joseph v. Nordstrom, Inc.* , No. 16-2252, 2016 WL 6917279, at *3 (C.D. Cal. June 17, 2016). | **Causation required.** *Joseph v. Nordstrom, Inc.* , No. 16-2252, 2016 WL 6917279, at *3 (C.D. Cal. June 17, 2016).<br><br>**Reliance required for misrepresentation-based claims.** *Haskins v. Symantec Corp.* , No. 13-cv-01834, 2014 WL 2450996, at *1 (N.D. Cal. June 2, 2014), *aff'd* , 654 F. App'x 338 (9th Cir. 2016)). | | **Restitution and injunctive relief only.** *Madrid v. Perot Sys. Corp.* , 130 Cal. App. 4th 440, 452 (2005). |
| **Utah Consumer Sales Practices Act (Count LXXII)** Utah Code Ann. §§ 13-11-1, *et seq.* | Joseph Hauptman and Minor Students D.H. and M.H., Hailey McCall Shingleton (¶ 1624) | | **Causation required.** *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.* , 286 F. Supp. 3d 667, 674 (E.D. Pa. Dec. 12, 2017). | **Transaction.** *Miami Prods. & Chem. Co. v. Olin Corp.* , 546 F. Supp. 3d 223, 234-235 (W.D.N.Y. 2021). | **No class actions unless conduct previously found to violate the Act.** Utah Code Ann. § 13-11-19(4)(a). |
| **Vermont Consumer Fraud Act (Count LXXIII)** Vt. Stat. Ann. tit. 9, §§ 2451, *et seq.* | Michele Ballard (¶ 1639) | **Economic losses.** *Poirier v. Blue Seal at Taft Corner, Inc.* , 2015 WL 3935306, at *3 (Vt. Super. Feb. 20, 2015). | **Causation required.** *In re MOVEit Customer Data Sec. Breach Litig.* , No. 23-md-3083, 2025 WL 2179475, at *50 (D. Mass. July 31, 2025) (citing *Dernier v. Mortg. Network, Inc.* , 87 A.3d 465, 481 (Vt. 2013)).<br><br>**Reliance required for misrepresentation-based claim.** *In re MOVEit Customer Data Sec. Breach Litig.* , No. 23-md-3083, 2025 WL 2179475, at *50 (D. Mass. July 31, 2025) (citing *Dernier v. Mortg. Network, Inc.,* 87 A.3d 465, 481 (Vt. 2013)). | **Relationship.** *Lafayette v. Blueprint Basketball* , No. 24-AP-127, 2024 WL 4471988, at *2 (Vt. Oct. 11, 2024).<br><br>**Transaction.** *Otis-Wisher v. Medtronic, Inc.* , 616 F. App'x 433, 435 (2d Cir. 2015). | |
| **Washington Consumer Protection Act (Count LXXVII)** Wash. Rev. Code Ann. §§ 19.86.020, *et seq.* | Emily Pease and Minor Students A.E.J.A., A.R.R., and A.E.R., Heather Taylor and Minor Students B.N.T. and B.A.T. (¶ 1688) | **Injury to a person's business or property.** *Braden v. Tornier* , Inc., No. C09-5529, 2009 WL 3188075, at *4 (W.D. Wash. Sept. 30, 2009). | **Causation required.** *Maple v. Costco Wholesale Corp.* , 649 F. App'x 570, 572 (9th Cir. 2016) | | |

*This is not an exhaustive list of potential grounds for dismissal. PowerSchool does not waive additional arguments.

| Claim | Plaintiffs | Requires Actual Damages or Equivalent Injury | Causation and/or Reliance Required | Consumer Relationship or Transaction Required | Fails for Other Reasons* (e.g., class actions prohibited or limited; only injunctive relief or restitution permitted; notification requirement not met) |
|---|---|---|---|---|---|
| **Wisconsin Deceptive Trade Practices Act (Count LXXIX)** Wis. Stat. §§ 100.18, *et seq.* | Kayeleen Campbell, Michelle La Count and Minor Students E.R.M. and R.E.M. (¶ 1705) | **Pecuniary loss.** Wis. Stat. § 100.18(11)(b)(2); *Fox v. Iowa Health Sys.* , 399 F. Supp. 3d 780, 798-99 (W.D. Wis. 2019). | **Causation required.** *In re MOVEit Customer Data Sec. Breach Litig.* , 23-md-3083, 2025 WL 2179475, at *56-57 (D. Mass. July 31, 2025) (citing *K&S Tool & Die Corp. v. Perfection Mach. Sales, Inc.* , 732 N.W.2d 792, 802 (Wisc. 2007)). | | **Omissions not actionable under the WDTPA.** *Weaver v. Champion Petfoods USA Inc.* , 3 F.4th 927, 934 (7th Cir. 2021). |
| **Wyoming Consumer Protection Act (Count LXXXI)** Wyo. Stat. Ann. §§ 40-12-101, *et seq.* | Skye Breann Lawson and Minor Students B.L. and H.L. (¶ 1727) | **Actual damages.** *Massachusetts Laborers' Health & Welfare Fund v. Boehringer Ingelheim Pharms., Inc.* , No. 24-CV-10565, 2025 WL 928747, at *17 (D. Mass. Mar. 27, 2025). | **Reliance required.** Wyo. Stat. Ann. § 40-12-108(a) ("A person relying upon an uncured unlawful deceptive practice may bring an action..."); *Massachusetts Laborers' Health & Welfare Fund v. Boehringer Ingelheim Pharms.* , Inc., No. 24-CV-10565, 2025 WL 928747, at *17 (D. Mass. Mar. 27, 2025). | **Transaction.** *Dellos Farms, Inc. v. Sec. State Bank* , 516 P.3d 846, 848–50 (Wyo. 2022). | **No unscrupulous and fraudulent marketing practices alleged**. *Nicklas v. Pro. Assistance, LLC* , No. 18-cv-0066, 2018 WL 8619646, at *3 (D. Wyo. Sept. 26, 2018). |

*This is not an exhaustive list of potential grounds for dismissal. PowerSchool does not waive additional arguments.