John P. Carlin (NY 3031887)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
jcarlin@paulweiss.com

R. Rosie Vail (SBN 317977)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rvail@paulweiss.com

Jacobus J. Schutte (NY 5023353)*
Dylan O. Smith (NY 5846076)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
jschutte@paulweiss.com
dosmith@paulweiss.com

*admitted *pro hac vice*

*Attorneys for Defendant Bain Capital, L.P.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

Case No. 3:25-md-3149-BEN-MSB

MDL No. 3149

**DECLARATION OF JACOBUS J. SCHUTTE IN SUPPORT OF DEFENDANT BAIN CAPITAL, L.P.'S MOTION TO DISMISS THE CONSOLIDATED INDIVIDUAL USERS PUTATIVE CLASS ACTION COMPLAINT (TRACK 1)**

Date: TBD
Time: TBD
Ctrm.: 5A
Judge: Hon. Roger T. Benitez

I, Jacobus J. Schutte, declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the state of New York and was admitted *pro hac vice* in the above-entitled litigation on August 1, 2025. I am a partner in Paul, Weiss, Rifkind, Wharton, & Garrison LLP, and counsel for Defendant Bain Capital, L.P. in the above-entitled action. This declaration is based on personal knowledge and if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a chart prepared by counsel identifying Plaintiffs improperly named in the Track 1 Consolidated Individual Users Putative Class Action Complaint (the "Consolidated Complaint") and the claims those purported plaintiffs bring, over which the Court lacks subject matter jurisdiction.

3. Attached hereto as Exhibit B is a chart prepared by counsel identifying Plaintiffs who have not named Bain as a defendant in this MDL.

4. Attached hereto as Exhibit C is a true and correct copy of email correspondence between my law firm and Track 1 Plaintiffs' Counsel Gayle M. Blatt, dated September 2, 2025.

5. These Exhibits are filed pursuant to this Court's August 28, 2025 Order permitting the parties to file "appendices to their briefs to . . . identify the portions of the Consolidated Complaints implicated by certain arguments for the Court's benefit and to assist in efficient review." (Dkt. 275).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 10, 2025, at New York, New York.

*/s/ Jacobus J. Schutte*
Jacobus J. Schutte