John P. Carlin (NY 3031887)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
jcarlin@paulweiss.com

R. Rosie Vail (SBN 317977)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rvail@paulweiss.com

Jacobus J. Schutte (NY 5023353)*
Dylan O. Smith (NY 5846076)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
jschutte@paulweiss.com
dosmith@paulweiss.com

*admitted *pro hac vice*

*Attorneys for Defendant Bain Capital, L.P.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

Case No. 3:25-md-3149-BEN-MSB

MDL No. 3149

**APPENDIX OF EXHIBITS TO DECLARATION OF JACOBUS J. SCHUTTE IN SUPPORT OF DEFENDANT BAIN CAPITAL, L.P.'S MOTION TO DISMISS THE CONSOLIDATED INDIVIDUAL USERS PUTATIVE CLASS ACTION COMPLAINT (TRACK 1)**

Date: TBD
Time: TBD
Ctrm.: 5A
Judge: Hon. Roger T. Benitez

Defendant Bain Capital, L.P.'s Counsel Jacobus J. Schutte submits this Appendix of Exhibits to Bain's Motion to Dismiss the Consolidated Individual Users Putative Class Action Complaint (Track 1) (the "Consolidated Complaint"):

| Exhibit | Page | Description |
|---|---|---|
| A | 1 | A chart listing Plaintiffs improperly named in the Consolidated Complaint. |
| B | 5 | A chart listing Plaintiffs properly transferred to this MDL by the JPML who are not named in the Consolidated Complaint. |
| C | 9 | A true and accurate copy the September 2, 2025 email correspondence with Track 1 Plaintiffs' Counsel Gayle M. Blatt. |
| **DECLARATION** | | |
| | Declaration of Jacobus J. Schutte in Support of Defendant Bain Capital, L.P.'s Motion to Dismiss the Consolidated Individual Users Putative Class Action Complaint (Track 1) | |

Dated: September 10, 2025

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Jacobus J. Schutte*
Jacobus J. Schutte

John P. Carlin (NY 3031887)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
jcarlin@paulweiss.com

Jacobus J. Schutte (NY 5023353)*
Dylan O. Smith (NY 5846076)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
jschutte@paulweiss.com
dosmith@paulweiss.com

R. Rosie Vail (SBN 317977)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rvail@paulweiss.com

*Counsel for Defendant Bain Capital, L.P.*

*admitted *pro hac vice*