# EXHIBIT A

**Plaintiffs Improperly Named in the Consolidated Complaint Whose Claims Should Be Dismissed for Lack of Subject Matter Jurisdiction**

The Court lacks subject matter jurisdiction over the claims brought by the plaintiffs identified below (listed in order of appearance in the Consolidated Complaint) because those purported plaintiffs did not: (1) file an action that was transferred to this Court by the JPML, or (2) file a short-form complaint pursuant to the Court's direct filing order (Dkt. 269). Accordingly, the Court should dismiss all claims brought by the improperly named plaintiffs identified below. *See* Defendant Bain Capital, L.P.'s Memorandum in Support of its Motion to Dismiss, at Section I.

| Plaintiffs | Counts Brought |
|---|---|
| Charlotte Renn | I, II, III, IV, VI, VII, IX, XXIV, XXV |
| Christopher Joseph Wagoner | I, II, III, IV, VI, VII, IX, LVI, LVII |
| Paul Garreth Thompson | I, II, III, IV, VI, VII, IX, LXII |
| Michele Ballard | I, II, III, IV, VI, VII, IX, LXXIII |
| Dusty Lynn Jenkins Spence | I, II, III, IV, VI, VII, IX, LXXIV, LXXV |
| William Jeremiah Tarbush and minor A.C.T. | I, II, III, IV, VI, VII, IX, XI |
| Jonathan Newell and minors B.R.N and B.D.N. | I, II, III, IV, VI, VII, IX, XLI |
| Kaitlyn Gillis and minor W.C.G. | I, II, III, IV, VI, VII, IX, LIV |
| Christina Ashley Hardwick and minor L.D. | I, II, III, IV, VI, VII, IX, X |
| Valarie Renee Rhoden and minor C.A.R. | I, II, III, IV, VI, VII, IX, X |
| David Sauve and minor A.S. | I, II, III, IV, VI, VII, IX, XXIII |
| John Rawls and minor C.R. | I, II, III, IV, VI, VII, IX, XXIV, XXV |
| Katherine Stewart and minor R.H.S. | I, II, III, IV, VI, VII, IX, XXIV, XXV |
| Mary Lorene Muckelory and minors D.W.M. and J.R.M. | I, II, III, IV, VI, VII, IX, XXVI |
| Nicole Cosentino and minor C.M.C. | I, II, III, IV, VI, VII, IX, XXVII, XXVIII, XXIX |

| Plaintiffs | Counts Brought |
|---|---|
| Nicole Volpert and minor S.R.V. | I, II, III, IV, VI, VII, IX, XXVII, XXVIII, XXIX |
| Amanda Voltz and minors B.L.C. and K.D.V. | I, II, III, IV, VI, VII, IX, XXX |
| Shanda Farquhar and minor G.A.F. | I, II, III, IV, VI, VII, IX, XXXIII, XXXIV |
| Tiffany Honore and minor M.M. | I, II, III, IV, VI, VII, IX, XXXV, XXXVI |
| Minors Z.W., A.M.W., and A.N.W. | I, II, III, IV, VI, VII, IX, XLII, XLIII |
| Minor L.H. | I, II, III, IV, VI, VII, IX, XLII, XLIII |
| Trisha Nadeau and minors G.O.E. and J.C.E. | I, II, III, IV, VI, VII, IX, XLII, XLIII |
| Kathey Henry and minors T.M.H. and T.T.H. | I, II, III, IV, VI, VII, IX, XLVI |
| Kristi Kingery-Islas | I, II, III, IV, VI, VII, IX, XLVII |
| Kathleen Holm and minors P.P. and R.P. | I, II, III, IV, VI, VII, IX, XLVIII, XLIX |
| Serene Bavis and minor S.W. | I, II, III, IV, VI, VII, IX, L, LI |
| Sakinah Ardine Knott and minors M.M.W., D.J.P., and I.M.W. | I, II, III, IV, VI, VII, IX, LII, LIII |
| Jennifer Cecilia Harrell and minor J.E.H. | I, II, III, IV, VI, VII, IX, LV |
| Jessica Patrick Taylor and minors J.O.P. and N.O.T. | I, II, III, IV, VI, VII, IX, LVI, LVII |
| Mariah Jene Martyn and minor L.M.A. | I, II, III, IV, VI, VII, IX, LVIII, LIX |
| Frank John Trzcinski and minors E.T. and S.T. | I, II, III, IV, VI, VII, IX, LXV |
| Shawn Friedman and minor J.F. | I, II, III, IV, VI, VII, IX, LXVII, LXVIII |
| Minors A.V., B.V., and G.V. | I, II, III, IV, VI, VII, IX, LXVII, LXVIII |
| Amy Lancaster and minors E.M.L., K.C.L., and C.S.R.L. | I, II, III, IV, VI, VII, IX, LXIX, LXX |
| Bethann Jackson and minors C.J. and M.J. | I, II, III, IV, VI, VII, IX, LXXI |

| Plaintiffs | Counts Brought |
|---|---|
| Asia Pritchett and minor B.M. | I, II, III, IV, VI, VII, IX, LXXI |
| Joseph Hauptman and minors D.H. and M.H. | I, II, III, IV, VI, VII, IX, LXXII |
| Eleanor Tillman and minor L.L. | I, II, III, IV, VI, VII, IX, LXXIV, LXXV |
| Minor P.Z. | I, II, III, IV, VI, VII, IX, LXXIV, LXXV |
| Emily Pease and minors A.E.J.A., A.R.R., and A.E.R. | I, II, III, IV, VI, VII, IX, LXXVI, LXXVII |
| Heather Taylor and minors B.N.T. and B.A.T. | I, II, III, IV, VI, VII, IX, LXXVI, LXXVII |
| Skye Breann Lawson and minors B.L. and H.L. | I, II, III, IV, VI, VII, IX, LXXX, LXXXI |
| Kennah J. White | I, II, III, IV, VI, VII, IX, XXI, XXII |
| Alexander Larson | I, II, III, IV, VI, VII, IX, XXXI, XXXII |
| Lauren Overly | I, II, III, IV, VI, VII, IX, XXXIII, XXXIV |
| Emma Pangracs | I, II, III, IV, VI, VII, IX, XXXIII, XXXIV |
| Zander Norcia | I, II, III, IV, VI, VII, IX, XXXVII, XXXVIII |
| Jacob Islas | I, II, III, IV, VI, VII, IX, XLVII |
| Ayedon Bauder | I, II, III, IV, VI, VII, IX, LVI, LVII |
| Stefan Spann | I, II, III, IV, VI, VII, IX, LXXI |
| Hailey McCall Shingleton | I, II, III, IV, VI, VII, IX, LXXII |