# EXHIBIT B

**Plaintiffs Who Have Not Named Bain As A Defendant**

The following Plaintiffs filed actions that were transferred to this MDL by the JPML, did not join the Track 1 Consolidated Individual Users Putative Class Action Complaint, (Dkt. 259), and have not voluntarily dismissed their claims. The Court need not consider these actions with respect to Bain Capital, L.P.'s ("Bain's) Motion to Dismiss because none of these Plaintiffs brought claims against Bain. *See* Defendant Bain Capital, L.P.'s Memorandum in Support of its Motion to Dismiss, at 4 n.1.

| Plaintiffs | Transferor Court | Case No. | MDL Case No. |
|---|---|---|---|
| Sheilah Buack-Shelton and minor S.S. | E.D. Cal. | 2:25-cv-00093 | 3:25-cv-00940 |
| Tyler Baker | E.D. Cal. | 2:25-cv-00096 | 3:25-cv-00941 |
| Amy Coutu and minor F.C. | E.D. Cal. | 2:25-cv-00136 | 3:25-cv-00944 |
| Laura Giles and minor Jane Doe | E.D. Cal. | 2:25-cv-00139 | 3:25-cv-00948 |
| Samuel Adkins and minor A.A. | E.D. Cal. | 2:25-cv-00141 | 3:25-cv-00953 |
| Elizabeth Spence and minor E.H. | E.D. Cal. | 2:25-cv-00152 | 3:25-cv-00954 |
| Robert Pettinger and minor B.P. | E.D. Cal. | 2:25-cv-00159 | 3:25-cv-00955 |
| Valerie Martinez-Turnbow and minor John Doe | E.D. Cal. | 2:25-cv-00165 | 3:25-cv-00958 |
| Gwendolyn Crockran and minor John Doe | E.D. Cal. | 2:25-cv-00171 | 3:25-cv-00961 |
| Gillian Arede and minor M.B. | E.D. Cal. | 2:25-cv-00204 | 3:25-cv-00968 |
| Michael White and minors Jane Doe and Mary Doe | E.D. Cal. | 2:25-cv-00207 | 3:25-cv-00973 |

| Plaintiffs | Transferor Court | Case No. | MDL Case No. |
|---|---|---|---|
| Richard Brown and minors B.E.B. and J.B.B.; Julie Johnson | E.D. Cal. | 2:25-cv-00256 | 3:25-cv-00974 |
| Ty Maciejewski | E.D. Cal. | 2:25-cv-00209 | 3:25-cv-00976 |
| Jonna Schwartz | E.D. Cal. | 2:25-cv-00230 | 3:25-cv-00981 |
| Shandrelle Okoni and minors A. H-M. 1, L. M., and A. H-M 2. | E.D. Cal. | 2:25-cv-00231 | 3:25-cv-00983 |
| Nickolaus Campbell | E.D. Cal. | 2:25-cv-00310 | 3:25-cv-00984 |
| J.I., A.J., and O.S., by and through Next Friend M.S. | W.D. Mo. | 2:25-cv-04006 | 3:25-cv-00992 |
| K.I. and R.I. | W.D. Mo. | 4:25-cv-00122 | 3:25-cv-00998 |
| K.W. and J.I. | W.D. Mo. | 4:25-cv-00120 | 3:25-cv-01002 |
| John Hauser | D. Minn. | 0:25-cv-00665 | 3:25-cv-01003 |
| Minor A.B. | E.D. Cal. | 2:25-cv-00393 | 3:25-cv-01004 |
| Brittainy Stringer and minor G.S. | E.D. Cal. | 2:25-cv-00426 | 3:25-cv-01009 |
| Kristen Warren, Christopher Neal, and minor C.N. | E.D. Cal. | 2:25-cv-00427 | 3:25-cv-01011 |
| Greghk Valdovinos and minors N.V. and E.V. | N.D. Cal. | 3:25-cv-01783 | 3:25-cv-01013 |
| Christina Spicuzza and minors E.S. and C.S. | N.D. Cal. | 3:25-cv-01353 | 3:25-cv-01016 |
| Daniel Behar Calzado; Kimberly Wirtes and minors A.W. and T.W. | E.D. Cal. | 2:25-cv-00498 | 3:25-cv-01024 |

| Plaintiffs | Transferor Court | Case No. | MDL Case No. |
|---|---|---|---|
| Jerathen Tillman and minor C.T. | E.D. Cal. | 2:25-cv-00514 | 3:25-cv-01026 |
| Megan Joseph and minors B.J. and C.J.; Emily Kidder, Dale Kidder, and minors E.K. and M.K. | E.D. Cal. | 2:25-cv-00517 | 3:25-cv-01028 |
| Brittany Bracey, Paris Bracey-Wright, and minors P.B.1, P.B.2, and P.B.3 | S.D. Cal. | 3:25-cv-01074 | 3:25-cv-01074 |
| Lisa Hegge and minor S.H.; Casey Curtis and S.C.; Kayla Nulf and minor E.N.; Sarah Blosser and M.B.H. | E.D. Mich. | 2:25-cv-10937 | 3:25-cv-01142 |
| Alysia Ingram and M.P. | S.D. Cal. | N/A | 3:25-cv-01284 |
| Johnielle Dwyer; Erica Laton and minors E.L. and S.S.; Maria Krantz and minor F.K.; Brittany Mansi and minor J.M.; Kristin Logan and minor J.L.; Mary Hall and minor D.B.; Racheal Paradiso and minors R.H., A.H., and Z.H.; and Christopher Andrews | D. Conn. | 3:25-cv-00671 | 3:25-cv-01373 |