# EXHIBIT C

**From:** Smith, Dylan O
**Sent:** Wednesday, September 3, 2025 10:42 AM
**To:** Gayle M. Blatt; Schutte, Janus; Vail, Rosie
**Cc:** Anne Johnson Palmer; Hassan, Mohammed; Monica Mleczko; Rebecca Michelson; Kain, Michelle; Christopher M. Young; Oliver M. Kiefer; David S. Casey, Jr.; Villegas, Carol C.; James J. Pizzirusso; Camille Guerra; Jennifer L. Connor; Mandy Boltax; Izzo, Danielle; Coyle, John C.
**Subject:** RE: PowerSchool MDL -Consolidated Complaint claims re: Bain

Gayle,

Thank you for confirming your position that the Complaint as written alleges that Bain should be held directly liable only with respect to Counts I, III, VI, IX, XIII, XVI, and XVII. Accordingly, Bain's motion to dismiss will only address Plaintiffs' direct liability theory as to those Counts. As I mentioned last night in my email regarding your proposal to limit briefing to certain state statutory counts, Bain will argue that Track 1 Plaintiffs have failed to state a claim with respect to *all counts* under a vicarious theory of liability.

Thanks,
Dylan

**Dylan O. Smith** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2597 (Direct Phone)
+1 808 227 6256 (Cell)
dosmith@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

---

**From:** Gayle M. Blatt <gmb@cglaw.com>
**Sent:** Tuesday, September 2, 2025 9:04 PM
**To:** Schutte, Janus <jschutte@paulweiss.com>; Smith, Dylan O <dosmith@paulweiss.com>; Vail, Rosie <rvail@paulweiss.com>
**Cc:** Anne Johnson Palmer <anne.johnsonpalmer@ropesgray.com>; Hassan, Mohammed <mohammed.hassan@ropesgray.com>; Monica Mleczko <Monica.Mleczko@ropesgray.com>; Rebecca Michelson <Rebecca.Michelson@ropesgray.com>; Kain, Michelle <Michelle.Kain@ropesgray.com>; Christopher M. Young <christopher.young@us.dlapiper.com>; Oliver M. Kiefer <oliver.kiefer@us.dlapiper.com>; David S. Casey, Jr. <dcasey@cglaw.com>; Villegas, Carol C. <cvillegas@labaton.com>; James J. Pizzirusso <jpizzirusso@hausfeld.com>; Camille Guerra <camille@cglaw.com>; Jennifer L. Connor <jconnor@cglaw.com>; Mandy Boltax <mboltax@hausfeld.com>; Izzo, Danielle <dizzo@labaton.com>; Coyle, John C. <jcoyle@labaton.com>
**Subject:** PowerSchool MDL -Consolidated Complaint claims re: Bain

Dear Janus,

Per your request, the following are direct liability claims against Bain in Plaintiffs' Consolidated Complaint, but Plaintiffs reserve all rights to pursue alternative theories of liability as to these claims:

Count I - Negligence (to incorporate allegations based on negligence per se)
Count III- Unjust enrichment
Count VI- Declaratory Judgment and Injunctive Relief
Count IX- Negligent Training and Supervision
Count XIII- Violation of California Consumer Privacy Act
Count XVI- Violation of the California Unfair Competition Law- Cal. Bus. & Prof. Code § § 17200, et seq.
Count XVII- Aiding and Abetting – Cal. Bus. & Prof. Code § § 17200, et seq.

Should discovery reveal that a theory of Bain's direct liability is applicable to Plaintiffs' remaining claims, Plaintiffs reserve the right to expand or otherwise modify the above list.

Thank you for your consideration. Please do not hesitate to contact us if you have any questions.

**GAYLE M. BLATT |** Partner

CaseyGerry

**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street, San Diego, CA, 92101-1486
Phone: 619.238.1811 Fax: 619.544.9232
www.CaseyGerry.com

**eService Notice:** Please be advised that our law firm is currently operating remotely. As a result, any communications sent via traditional mail may encounter a significant delay in receipt. Please help us avoid this delay by sending any communications via email to all attorneys and paralegals on the case. **Under Code of Civil Procedure § 1010.6, we request electronic service of all documents. Please also include 'eservice@cglaw.com' when electronically serving documents.** We will update this notice to inform when we have resumed in-office operations.

This e-mail communication contains confidential information which may also be legally privileged and which is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. Please also notify this firm immediately by collect call to (619) 238-1811 and delete it from your mailbox.