Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko (Mass. BBO 696607)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-951-7000
monica.mleczko@ropesgray.com

Christopher M. Young (SBN 163319)
Oliver Kiefer (SBN 332830)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com
oliver.kiefer@us.dlapiper.com

*Attorneys for Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

*This Document Relates to:*
*All Track Two Direct Action Plaintiffs*

Case No. 3:25-MD-03149-BEN-MSB

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE CERTAIN CLAIMS & FOR BRIEFING DEFENDANTS POWERSCHOOL'S AND BAIN'S MOTIONS TO DISMISS**

Judge: Hon. Roger T. Benitez
Courtroom: 5A

Pursuant to Local Rule 7.2, and the agreement between the Track Two School District Direct Action Plaintiffs ("Direct Plaintiffs") and Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC, and Bain Capital, L.P. ("Defendants" and together with Direct Plaintiffs, the "Parties") hereby jointly move this Court for an order dismissing, without prejudice, certain statutory and common law claims against Defendants in Direct Plaintiffs' First Amended Consolidated Master Complaint (ECF No. 288) ("Amended Complaint") as set forth below. The Parties make this motion jointly ("Joint Motion") as a result of the meet-and-confer discussions among their counsel in advance of Defendants' filing of their Motions to Dismiss the Direct Plaintiffs' Amended Complaint on September 25, 2025. This Joint Motion applies to the Direct Plaintiffs and Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC, and Bain Capital, L.P. only and does not affect claims asserted by plaintiffs in other tracks or by any other defendant.

**A. AMENDED COMPLAINT CLAIMS**

The Amended Complaint asserts common law claims as well as statutory claims under state consumer protection laws, among other causes of action. The Parties have conferred and agree that the following claims should be dismissed in accordance with the reservations set forth below, in order to narrow the issues and streamline this litigation:

**(1) <u>Common Law Claims</u>:**

Count 2: Negligence Per Se, as brought by the Direct Plaintiffs residing in Arizona, Idaho, Illinois, Pennsylvania, Tennessee, New Hampshire, Rhode Island, Utah, Vermont, Virginia, and Washington.

Count 3: Unjust Enrichment, as brought by the Direct Plaintiffs residing in Illinois and New Hampshire.

**(2) <u>Consumer Protection Claim</u>:**

Count 36: Pennsylvania Unfair Trade Practices Act, 73 P.S. § 201-1, *et seq*.

The Parties further agree that with respect to Direct Plaintiffs residing in Arizona, Idaho, Illinois, Pennsylvania, Tennessee, New Hampshire, Rhode Island, Utah, Vermont, Virginia, and Washington, these Direct Plaintiffs' allegations asserted under Count 2 in the Amended Complaint (paragraphs 175–193) shall be incorporated into Count 1. Likewise, the Parties have agreed that the allegations under Count 3 in the Amended Complaint (paragraphs 194–199) of Direct Plaintiffs residing in Illinois and New Hampshire shall be incorporated into Count 15 and Count 30.

For purposes of Defendants' forthcoming Motions to Dismiss, the Parties have agreed to focus the common law claims briefing on the state laws of Illinois, New Hampshire, New York, Pennsylvania, Tennessee, and Utah, reserving all rights, including with respect to choice of law. The Parties agree that the laws of these jurisdictions are illustrative of the laws of the states under which Direct Plaintiffs bring their common law claims according to their respective states of residency. Direct Plaintiffs also have confirmed that the only claim they bring that concerns alleged conduct by Bain independent of alleged conduct by PowerSchool is the claim for intentional interference with contractual relations (Count 7), as explicitly identified in the Amended Complaint.

Once the Court rules on Defendants' Motions to Dismiss, the Parties agree to meet and confer in good faith regarding the application of that ruling to the common law claims under the laws of other states, to reduce the need for any supplemental briefing regarding the application of the Court's ruling to the various claims advanced in the Amended Complaint.

The Parties respectfully submit that dismissal of the above-referenced claims does not alter, modify, or affect the Court's July 23, 2025, Order Granting Joint

Motion Regarding Schedule for Consolidated Complaint and Related Briefing (ECF No. 243), and that all deadlines set forth therein remain in full force and effect.

**B. CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court enter an order dismissing without prejudice, the following claims asserted against Defendants, as follows:

1. Count 2: Negligence Per Se, as brought by the Direct Plaintiffs residing in Arizona, Idaho, Illinois, Pennsylvania, Tennessee, New Hampshire, Rhode Island, Utah, Vermont, Virginia, and Washington;

2. Count 3: Unjust Enrichment, as brought by the Direct Plaintiffs residing in Illinois and New Hampshire; and

3. Count 36: Pennsylvania Unfair Trade Practices Act, 73 P.S. § 201-1, *et seq.*

Direct Plaintiffs' rights to rely on the allegations supporting these claims in supporting other causes of action that Direct Plaintiffs continue to pursue are preserved.

Dated: September 25, 2025

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer (SBN 302235)
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

Monica Mleczko (Mass. BBO 696607)*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: 617-235-4082

Christopher M. Young (SBN 163319)
christopher.young@dlapiper.com
Oliver Kiefer (SBN 332830)
oliver.kiefer@us.dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

*Counsel for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC*

Dated: September 25, 2025

*<u>/s/ William B. Shinoff</u>*

James P. Frantz (SBN 87492)
jpf@frantzlawgroup.com
William B. Shinoff (SBN 280020)
wshinoff@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: 619-233-5945

*Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

Dated: September 25, 2025

*<u>/s/ John P. Carlin</u>*

John P. Carlin (NY Reg. No. 3031887)*
jcarlin@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street NW
Washington, D.C. 20006-1047
Tel: (202) 223-7300

Jacobus J. Schutte (NY Reg. No. 5023353)*
jschutte@paulweiss.com
Dylan O. Smith (NY Reg. No. 5846076)*
dosmith@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000

R. Rosie Vail (SBN 317977)
rvail@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Tel.: (628) 432-5100

*Counsel for Defendant Bain Capital, L.P.*

* Admitted *pro hac vice*

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Anne Johnson Palmer, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties as required by Section 2(f)(4) of the ECF Administrative Policies and Procedures Manual.

Dated: September 25, 2025 *_/s/ Anne Johnson Palmer_*
Anne Johnson Palmer