# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br>   *All Track Two Direct Action Plaintiffs* | Case No. 3:25-MD-03149-BEN-MSB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE CERTAIN CLAIMS & FOR BRIEFING DEFENDANTS POWERSCHOOL'S AND BAIN'S MOTIONS TO DISMISS**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

# **ORDER**

Pursuant to the foregoing Joint Motion, and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that:

1. By agreement of the Parties, the following claims asserted in Direct Plaintiffs' Amended School District Direct Actions Complaint (ECF No. 288) are dismissed without prejudice:

    a. Count 2: Negligence Per Se, as brought by the Direct Plaintiffs residing in Arizona, Idaho, Illinois, Pennsylvania, Tennessee, New Hampshire, Rhode Island, Utah, Vermont, Virginia, and Washington;

    b. Count 3: Unjust Enrichment, as brought by the Direct Plaintiffs residing in Illinois and New Hampshire; and

    c. Count 36: Pennsylvania Unfair Trade Practices Act, 73 P.S. § 201-1 *et seq.*

2. Direct Plaintiffs' rights to rely on these claims in supporting other causes of action that Plaintiffs continue to pursue are preserved.

3. Legal issues raised by Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC's forthcoming Motion to Dismiss directed at the Track Two Direct Action Plaintiffs' pleadings may be presented and will be resolved under the laws of six illustrative jurisdictions: New York, Pennsylvania, Illinois, Utah, Tennessee, and New Hampshire.

4. Legal issues raised by Defendant Bain Capital, L.P.'s forthcoming Motion to Dismiss directed at the Track Two Direct Action Plaintiffs' pleadings, specifically Track 2 Direct Action Plaintiffs' claim for intentional interference with contractual relations (Count 7), may be presented and will be resolved under the laws of six illustrative jurisdictions: New York, Pennsylvania, Illinois, Utah, Tennessee, and New Hampshire.

5. Once the Court rules on Defendants' forthcoming Motions to Dismiss, the Parties are to meet and confer in good faith regarding the application of that ruling to the common law claims under the laws of other states, to reduce the need for any supplemental briefing regarding the application of the Court's ruling to the various claims advanced in the Amended Complaint.

**IT IS SO ORDERED**

Dated: Sept. 25, 2025

Honorable Roger T. Benitez
Judge of the Southern District Court