Anne Johnson Palmer
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000
Fax: (617) 235-0337
monica.mleczko@ropesgray.com

Christopher M. Young
Oliver M. Kiefer
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com
oliver.kiefer@us.dlapiper.com

*Attorneys for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>All Track Two Actions | Case No. 25-MD-03149 (BEN) (MSB)<br><br>**POWERSCHOOL'S NOTICE OF MOTION AND OMNIBUS MOTION TO DISMISS THE TRACK TWO COMPLAINTS**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br>Date: TBD<br>Time: TBD<br><br>**ORAL ARGUMENT REQUESTED** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on a date to be determined by the Court, or as soon thereafter as the matter may be heard, in Courtroom 5A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC ("PowerSchool"), will move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing all claims asserted by the Track Two Plaintiffs, on the grounds that the Track Two Plaintiffs' Complaints (ECF Nos. 263 and 288) fail to state a claim upon which relief can be granted, and for other and further relief as the Court deems just and proper.

This Motion is made after the parties' meet and confer discussions—which were held on August 20, September 12, and September 17, 2025—and is based on this notice, the accompanying Memorandum, the Declaration of Anne Johnson Palmer and the exhibits attached thereto, all pleadings and papers already on file with the Court in this matter, and upon any other matter which may be brought to the attention of the Court at or before the hearing.

Dated: September 25, 2025

*/s/Christopher M. Young*
Christopher M. Young
Oliver M. Kiefer
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com
oliver.kiefer@us.dlapiper.com

Anne Johnson Palmer
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000
Fax: (617) 235-0337
monica.mleczko@ropesgray.com

*Attorneys for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC.*