Anne Johnson Palmer
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000
Fax: (617) 235-0337
monica.mleczko@ropesgray.com

Christopher M. Young
Oliver M. Kiefer
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com
oliver.kiefer@us.dlapiper.com

*Attorneys for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br>*All Track Two Actions* | Case No. 25-MD-03149 (BEN) (MSB)<br><br>**DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF POWERSCHOOL'S OMNIBUS MOTION TO DISMISS THE TRACK TWO COMPLAINTS** |

# DECLARATION OF ANNE JOHNSON PALMER

I, Anne Johnson Palmer, declare as follows:

1. I am a member of the bar of the state of California and a partner at Ropes & Gray LLP, attorneys for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC (together, "PowerSchool").

2. I respectfully submit this declaration in support of Defendants' Omnibus Motion to Dismiss the Track Two Complaints. If called as witness, I would and could testify to the following.

3. Attached hereto as **Exhibit A** is a true and correct copy of PowerSchool's 2024 Main Services Agreement (the "MSA").

4. Attached hereto as **Exhibit B** is a true and correct copy of PowerSchool's New York Statewide Data Privacy Agreement, as incorporated into the MSA.

5. Attached hereto as **Exhibit C** is a true and correct copy of PowerSchool's New Jersey Statewide Data Privacy Agreement, as incorporated into the MSA.

6. Attached hereto as **Exhibit D** is a true and correct copy of PowerSchool's Tennessee Statewide Data Privacy Agreement, as incorporated into the MSA.

7. Attached hereto as **Exhibit E** is a true and correct copy of PowerSchool's Utah Statewide Data Privacy Agreement, as incorporated into the MSA.

8. Attached hereto as **Exhibit F** is a true and correct copy of PowerSchool's New Hampshire Statewide Data Privacy Agreement, as incorporated into the MSA.

9. Attached hereto as **Exhibit G** is a true and correct copy of PowerSchool's Pennsylvania Statewide Data Privacy Agreement, as incorporated

into the MSA.

10. Attached hereto as **Exhibit H** is a true and correct copy of PowerSchool's Illinois Statewide Data Privacy Agreement, as incorporated into the MSA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2025, in San Francisco, California.

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer