John P. Carlin (NY 3031887)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
jcarlin@paulweiss.com

R. Rosie Vail (SBN 317977)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rvail@paulweiss.com

Jacobus J. Schutte (NY 5023353)*
Dylan O. Smith (NY 5846076)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
jschutte@paulweiss.com
dosmith@paulweiss.com

*admitted *pro hac vice*

*Attorneys for Defendant Bain Capital, L.P.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

Case No. 3:25-md-3149-BEN-MSB

MDL No. 3149

**DECLARATION OF JACOBUS J. SCHUTTE IN SUPPORT OF DEFENDANT BAIN CAPITAL, L.P.'S MOTION TO DISMISS THE SCHOOL DISTRICT AMENDED PUTATIVE CLASS ACTION COMPLAINT AND THE SCHOOL DISTRICT DIRECT ACTIONS FIRST AMENDED MASTER CONSOLIDATED COMPLAINT (TRACK 2)**

Date: TBD
Time: TBD
Ctrm.: 5A
Judge: Hon. Roger T. Benitez

I, Jacobus J. Schutte, declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the state of New York and was admitted *pro hac vice* in the above-titled litigation on August 1, 2025. I am a partner in Paul, Weiss, Rifkind, Wharton, & Garrison LLP, and counsel for Defendant Bain Capital, L.P. in the above-titled action. This declaration is based on personal knowledge and if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence between my law firm and counsel for the School District Putative Class Action Plaintiffs, Jason H. Alperstein and Jordan M. Steele of Carella, Byrne, Cecchi, Brody & Agnello, P.C., dated September 17–23, 2025.

3. Attached hereto as Exhibit B is a true and correct copy of email correspondence between my law firm and counsel for the School District Direct Action Plaintiffs, William B. Shinoff of Frantz Law Group, APLC, dated September 9–18, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 25, 2025, at New York, New York.

*/s/ Jacobus J. Schutte*
Jacobus J. Schutte

**TABLE OF CONTENTS**


| Exhibit | Page | Description |
| --- | --- | --- |
| A | 1 | A true and accurate copy of the September 17–23, 2025 email correspondence with counsel for the School District Putative Class Action Plaintiffs, Jason H. Alperstein and Jordan M. Steele of Carella, Byrne, Cecchi, Brody & Agnello, P.C. |
| B | 6 | A true and accurate copy of the September 9–18, 2025 email correspondence with counsel for the School District Direct Action Plaintiffs, William B. Shinoff of Frantz Law Group, APLC. |