# EXHIBIT A

---

**From:** Jordan Steele <JSteele@carellabyrne.com>
**Sent:** Tuesday, September 23, 2025 5:00 PM
**To:** Vail, Rosie; Jason Alperstein
**Cc:** Schutte, Janus
**Subject:** RE: PowerSchool

Hi Rosie, regarding points one and two below: Plaintiffs did not allege in their Amended Complaint that the PowerSchool Defendants are agents / alter egos of Bain Capital. While it is correct to say that Plaintiffs are bringing their claims directly against Bain Capital, it is not accurate to say that Plaintiffs are no longer pursuing the agency / alter ego theory, as they did not pursue it in the first instance.

Point three is correct—with an important addition that Plaintiffs are similarly pursuing their CFAA claim against Bain Capital for violations of §1030(b), CFAA's conspiracy prong.

Best,
Jordan

Jordan M. Steele
**Carella, Byrne, Cecchi, Brody & Agnello, P.C.**

---

**From:** Vail, Rosie <rvail@paulweiss.com>
**Sent:** Tuesday, September 23, 2025 4:30 PM
**To:** Jason Alperstein <JAlperstein@carellabyrne.com>
**Cc:** Jordan Steele <JSteele@carellabyrne.com>; Schutte, Janus <jschutte@paulweiss.com>
**Subject:** RE: PowerSchool

Jason,

In advance of our deadline to file a Motion to Dismiss this Thursday, we wanted to follow up to confirm Class Action Plaintiffs' positions regarding the three points of clarification raised in our email below.

Thank you,
Rosie

**Rosie Vail** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
535 Mission Street | 25th Floor | San Francisco, CA 94105
+1 628 432 5116 (Direct Phone) | +1 628 232 2478 (Direct Fax) | +1 650 678 8637 (Cell)
rvail@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

---

**From:** Vail, Rosie
**Sent:** Thursday, September 18, 2025 10:20 AM
**To:** Jason Alperstein <JAlperstein@carellabyrne.com>; Schutte, Janus <jschutte@paulweiss.com>
**Cc:** Jordan Steele <JSteele@carellabyrne.com>
**Subject:** RE: PowerSchool

Thanks, Jason, for letting us know. We have just three additional points for clarification.

First, we understand that Class Plaintiffs are not moving forward on a theory that PowerSchool was an alter ego of Bain with respect to the CFAA, CDAFA, and Declaratory Judgment Act counts, as well as the negligence and unjust enrichment counts specifically referenced in your last email. Please confirm this is correct.

Second, on your point regarding paragraph 19 of the Complaint, we understand that Class Plaintiffs allege that the various entities named in that paragraph are alter egos or agents of Bain Capital, L.P., but that because Class Plaintiffs are no longer pursuing their alter ego theory of liability against Bain Capital, L.P. on their negligence, unjust enrichment, CFAA, CDAFA, or Declaratory Judgment Act counts, they are not pursuing a separate theory of alter ego liability against the additional entities named in paragraph 19 on those counts. We'd appreciate if you could confirm whether this is correct, as well.

Third, we understood from yesterday's meet and confer with you that, as to Class Plaintiffs' count under the California Comprehensive Data Access and Fraud Act (Count 5) referenced at paragraph 213 of the Complaint, Plaintiffs are pursuing a theory against Bain under Cal. Penal Code § 502(c)(3), (6), and (7), but not under Cal. Penal Code § 502(c)(1). Please confirm this understanding is correct.

We'd be happy to discuss further if you have any questions.

Thank you,
Rosie

**Rosie Vail** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
535 Mission Street | 25th Floor | San Francisco, CA 94105
+1 628 432 5116 (Direct Phone) | +1 628 232 2478 (Direct Fax) | +1 650 678 8637 (Cell)
rvail@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

---

**From:** Jason Alperstein <JAlperstein@carellabyrne.com>
**Sent:** Wednesday, September 17, 2025 1:48 PM
**To:** Schutte, Janus <jschutte@paulweiss.com>
**Cc:** Vail, Rosie <rvail@paulweiss.com>; Jordan Steele <JSteele@carellabyrne.com>
**Subject:** Re: PowerSchool

And, just to clarify, Plaintiffs still maintain their alter/ego agency allegations against Bain Capital's affiliates identified in Paragraph 19 of the Amended Complaint.

---

**From:** Schutte, Janus <jschutte@paulweiss.com>
**Sent:** Wednesday, September 17, 2025 4:46 PM
**To:** Jason Alperstein
**Cc:** Vail, Rosie; Jordan Steele
**Subject:** Re: PowerSchool

Thank you, Jason. Confirming receipt.

**Jacobus "Janus" Schutte** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3152 (Direct Phone) | +1 504 451 5638 (Cell)
jschutte@paulweiss.com | www.paulweiss.com

---

**From:** Jason Alperstein <JAlperstein@carellabyrne.com>
**Sent:** Wednesday, September 17, 2025 4:43:04 PM
**To:** Schutte, Janus <jschutte@paulweiss.com>
**Cc:** Vail, Rosie <rvail@paulweiss.com>; Jordan Steele <JSteele@carellabyrne.com>
**Subject:** Re: PowerSchool

No worries. I'm back at my computer, so I can just email now.

After further conferring with my co-counsel, Plaintiffs are no longer moving forward with an alter-ego theory of liability against Bain for either the negligence or unjust enrichment claim. Thus, all claims are being pursued against Bain directly.

Let me know if you'd like to discuss further.

Best,

Jason

---

**From:** Schutte, Janus <jschutte@paulweiss.com>
**Sent:** Wednesday, September 17, 2025 4:39 PM
**To:** Jason Alperstein
**Cc:** Vail, Rosie
**Subject:** Re: PowerSchool

Thanks, Jason.

I'm in transit. Looping in Rosie in case she's able to reach you before I free up.

**Jacobus "Janus" Schutte** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3152 (Direct Phone) | +1 504 451 5638 (Cell)
jschutte@paulweiss.com | www.paulweiss.com

---

**From:** Jason Alperstein <JAlperstein@carellabyrne.com>
**Sent:** Wednesday, September 17, 2025 4:35:09 PM

**To:** Schutte, Janus <jschutte@paulweiss.com>
**Subject:** PowerSchool

Janus: I just left you a voicemail. Please call me on my cell when you get a chance. 786-280-9575.

Get Outlook for iOS

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.