David S. Casey, Jr. (SBN 60768)
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com

James J. Pizzirusso
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel: (202) 540-7200
jpizzirusso@hausfeld.com

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas
New York, NY 10005
Tel: (212) 907-0700
cvillegas@labaton.com

*Interim Co-Lead Counsel for Plaintiffs*
*Additional Counsel in Signature Block*

Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
415-315-6337
415-315-4813 (fax)
anne.johnsonpalmer@ropesgray.com

Christopher M. Young (SBN 163319)
**DLA Piper**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: 619-699-4748
christopher.young@dlapiper.com

*Counsel for PowerSchool Holdings, Inc.*
*and PowerSchool Group LLC*

John P. Carlin (NY 3031887)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
jcarlin@paulweiss.com

*Counsel for Defendant*
*Bain Capital, L.P.*
*\*admitted pro hac vice*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No. 3:25-md-03149-BEN-MSB <br><br> **JOINT MOTION DISMISSING WITHOUT PREJUDICE CERTAIN CLAIMS AGAINST DEFENDANTS POWERSCHOOL HOLDINGS, INC., POWERSCHOOL GROUP, LLC, AND BAIN CAPITAL, L.P.** |
| This Document Relates to the Individual Users Class Action (Track One) | Judge: Hon. Roger T. Benitez <br> Courtroom: 5A |

JOINT MOTION DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS

162780471_2

Pursuant to Local Rule 7.2, and the agreement between the "Track One" Plaintiffs in this multi-district litigation who filed the Consolidated Individual Users Class Action Complaint (ECF No. 259) ("Consolidated Complaint") and Defendants Bain Capital, L.P. ("Bain"), PowerSchool Holdings, Inc., and PowerSchool Group, LLC ("PowerSchool"), (collectively, "Defendants"), (collectively with Track One Plaintiffs, the "Parties"), hereby jointly move this Court for an order dismissing, without prejudice, certain statutory and common law claims brought against Defendants in the Consolidated Complaint as set forth below.  The Parties make this Joint Motion as a result of the meet-and-confer discussions among their counsel that occurred prior to Defendants' filing of their Motions to Dismiss the Track One Plaintiffs' Consolidated Complaint (the "Motions to Dismiss," ECF No. 285).  The Parties will also meet and confer separately in response to CMO 6 before the filing of Plaintiffs' Opposition to the Defendants' Motions to Dismiss.

## A.      CONSOLIDATED COMPLAINT CLAIMS

The Consolidated Complaint asserts statutory claims under state consumer protection, deceptive trade practices and data breach notification laws. The Parties have conferred and agree that the following claims brought against Defendants should be dismissed in accordance with the reservations set forth below, in order to narrow the issues and streamline this litigation:

(1) **<u>Data Breach Notification Statutes</u>:**

Count XXI: Colorado Security Breach Notification Act

Count XXVII: Illinois Personal Information Protection Act

Count XXXIX: Maryland Personal Information Protection Act

Count XLII: Michigan Identity Theft Protection Act

Count XLVIII: Computer Security Breach Law- Mont. Code Ann. §§ 30-14-1704 (1), *et seq*.

Count LII: New Jersey Customer Security Breach Disclosure Act

Count LVIII: Notice of Security Breach for Personal Information, N.D. Cent. Code §§ 51-30-02, *et seq*.

Count LXIII: Oregon Consumer Identity Theft Protection Act

Count LXXVIII: Notice of Unauthorized Acquisition of Personal Information,

CASE NO. 3:25-md-03149-BEN-MSB

JOINT MOTION DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS

162780471_2

Wisc. Stat. §§ 134.98 (2), *et seq*.

(2) **Uniform Deceptive Trade Practices Acts:**

Count XXXVIII: Maine Deceptive Trade Practices Act

Count XLV: Minnesota Uniform Deceptive Trade Practices Act

(3) **Consumer Protection Acts**:

Count XXVI: Idaho Consumer Protection Act

Count LXXV: Virginia Consumer Protection Act

Count LX: Ohio Consumer Sales Practices Act

Count LXV: Pennsylvania Unfair Trade Practices and Consumer Protection Law

(4) **Common Law Claims:**

Count II: Negligence Per Se, as brought by the Track One Plaintiffs residing in California, Massachusetts and Michigan

Track One Plaintiffs reserve all rights concerning the allegations set forth in these causes of action to the extent that Track One Plaintiffs rely on these statutory claims in supporting other causes of action that Track One Plaintiffs continue to pursue.

For purposes of the Motion to Dismiss, PowerSchool and Track One Plaintiffs agreed to focus the common law claims briefing on the state laws of California, Massachusetts, New York, and Michigan, reserving all rights, including with respect to choice of law. However, Track One Plaintiffs agreed to dismiss without prejudice the standalone negligence *per se* causes of action brought against Defendants as to the states of California, Michigan and Massachusetts, but similarly incorporate all allegations set forth in these claims into the rest of their Consolidated Complaint. Track One Plaintiffs retain all rights concerning the allegations set forth in their common law claims in supporting other causes of action that Track One Plaintiffs continue to pursue.

Once the Court rules on the Motions to Dismiss, the Parties agree to meet and confer in good faith regarding the application of that ruling to the common law claims under the laws of other states, to reduce the need for any supplemental briefing regarding the application of the Court's ruling to the various claims advanced in the Consolidated Complaint.

The Parties respectfully submit that dismissal of the above-referenced claims does

JOINT MOTION DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS

162780471_2

not alter, modify, or affect the Court's July 23, 2025 Order Granting Joint Motion Regarding Schedule for Consolidated Complaint and Related Briefing (ECF No. 243), and that all deadlines set forth therein remain in full force and effect.

**B.    CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court enter an order dismissing without prejudice the following claims asserted against Defendants:

1.    Dismissal of Counts XXI, XXVII, XXXIX, XLII, XLVIII, LII, LVIII, LX111, LXXVIII, XXXVIII, XLV, XXVI, LXXV, LX and LXV. Track One Plaintiffs' rights to rely on the allegations set forth in these statutory claims in supporting other causes of action that Track One Plaintiffs continue to pursue are preserved; and

2.    Dismissal of the standalone negligence per se claims under California, Massachusetts and Michigan state law, without prejudice to the incorporation of the allegations set forth in these claims into the other causes of action in the Consolidated Complaint.

Respectfully submitted,

|  |  |
|---|---|
| | **CASEY GERRY FRANCAVILLA BLATT LLP** |
| Dated: September 30, 2025 | */s/ David S. Casey, Jr.* |
| | David S. Casey, Jr. (SBN 60768) |
| | 110 Laurel Street |
| | San Diego, CA 92101 |
| | Tel: (619) 238-1811 |
| | Fax: (619) 544-9232 |
| | dcasey@cglaw.com |
| | |
| | **LABATON KELLER SUCHAROW LLP** |
| | Carol C. Villegas |
| | 140 Broadway |
| | New York, New York 10005 |
| | Telephone: (212) 907-0700 |
| | cvillegas@labaton.com |

CASE NO. 3:25-md-03149-BEN-MSB

JOINT MOTION DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS

162780471_2

**HAUSFELD LLP**
James J. Pizzirusso
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel: (202) 540-7200
jpizzirusso@hausfeld.com

*Interim Co-Lead Counsel for Class Action Plaintiffs (Track One)*

Jennifer M. French, Cal. State Bar No. 265422
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.:   (619) 762-1903

*Plaintiffs' Liaison Counsel*

**ROPES & GRAY LLP**

Dated: September 30, 2025

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer (SBN 302235)
3 Embarcadero Center
Suite 300
San Francisco, CA 94111-4006
415-315-6337
415-315-4813 (fax)
anne.johnsonpalmer@ropesgray.com

Monica Mleczko
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Monica.Mleczko@ropesgray.com

*Counsel for PowerSchool Holdings, Inc. and PowerSchool Group LLC*

Christopher M. Young (SBN 163319)
Ashley Barton
Oliver Kiefer (SBN 332830)
**DLA Piper**
4365 Executive Drive

4                    CASE NO. 3:25-md-03149-BEN-MSB

JOINT MOTION DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS

162780471_2

Suite 1100
San Diego, CA 92121-2133
Tel: 619-699-4748
Fax: 619-764-6748
christopher.young@dlapiper.com
ashley.barton@us.dlapiper.com
Oliver.kiefer@us.dlapiper.com

*Counsel for PowerSchool Holdings, Inc. and PowerSchool Group LLC*

Dated: September 30, 2025

*s/ John P. Carlin*
John P. Carlin

John P. Carlin (NY 3031887)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
jcarlin@paulweiss.com

Jacobus J. Schutte (NY 5023353)*
Dylan O. Smith (NY 5846076)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
jschutte@paulweiss.com
dosmith@paulweiss.com

R. Rosie Vail (SBN 317977)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rvail@paulweiss.com

*Counsel for Defendant Bain Capital, L.P.*

*admitted pro hac vice

5                                CASE NO. 3:25-md-03149-BEN-MSB

JOINT MOTION DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS

162780471_2

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual.

Dated: September 30, 2025                                    */s/ David S. Casey, Jr.*

JOINT MOTION DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS

162780471_2