# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:25-md-03149-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION DISMISSING WITHOUT PREJUDICE CERTAIN CLAIMS AGAINST DEFENDANTS POWERSCHOOL HOLDINGS, INC., POWERSCHOOL GROUP, LLC, AND BAIN CAPITAL, L.P.** |
| This Document Relates to the Individual Users Class Action (Track One) | Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

# ORDER

Having considered the Parties' Joint Motion Dismissing Certain Claims Against Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC, and Bain Capital, L.P. and good cause appearing, the Court hereby ORDERS as follows:

1. By agreement of the Parties, the following claims asserted in Track One Plaintiffs' Consolidated Individual Users Class Action Complaint ("Consolidated Complaint") (ECF No. 259) are dismissed without prejudice:

(a) **Data Breach Notification Statutes:**

Count XXI: Colorado Security Breach Notification Act

Count XXVII: Illinois Personal Information Protection Act

Count XXXIX: Maryland Personal Information Protection Act

Count XLII: Michigan Identity Theft Protection Act

Count XLVIII: Computer Security Breach Law- Mont. Code Ann. §§ 30-14-1704 (1), *et seq*.

Count LII: New Jersey Customer Security Breach Disclosure Act

Count LVIII: Notice of Security Breach for Personal Information, N.D. Cent. Code §§ 51-30-02, *et seq*.

Count LXIII: Oregon Consumer Identity Theft Protection Act

Count LXXVIII: Notice of Unauthorized Acquisition of Personal Information, Wisc. Stat. §§ 134.98 (2), *et seq*.

(b) **Uniform Deceptive Trade Practices Acts:**

Count XXXVIII: Maine Deceptive Trade Practices Act

Count XLV: Minnesota Uniform Deceptive Trade Practices Act

(c) **Consumer Protection Acts**:

Count XXVI: Idaho Consumer Protection Act

Count LXXV: Virginia Consumer Protection Act

Count LX: Ohio Consumer Sales Practices Act

Count LXV: Pennsylvania Unfair Trade Practices and Consumer Protection Law

(d) **Common Law Claims:**

Count II: Negligence Per Se, as brought by the Track One Plaintiffs residing in

California, Massachusetts and Michigan

2. Track One Plaintiffs' rights to rely on the allegations set forth in these statutory claims in supporting other causes of action that Track One Plaintiffs continue to pursue are preserved. And the standalone negligence per se claims under California, Massachusetts and Michigan state law, are dismissed without prejudice to the incorporation of the allegations set forth in these claims into the other causes of action in the Consolidated Complaint.

3. Legal issues raised by Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC's Motion to Dismiss directed at the Track One Plaintiffs' pleadings may be presented and will be resolved under the laws of four illustrative jurisdictions: California, Massachusetts, Michigan, and New York.

4. Once the Court rules on Defendants' Motions to Dismiss, the Parties agree to meet and confer in good faith regarding the application of that ruling to the common law claims under the laws of other states, to reduce the need for any supplemental briefing regarding the application of the Court's ruling to the various claims advanced in the Consolidated Complaint.

This dismissal does not alter, modify, or affect the Court's July 23, 2025 Order Granting Joint Motion Regarding Schedule for Consolidated Complaint and Related Briefing (ECF No. 243), and all deadlines set forth therein remain in full force and effect.

**IT IS SO ORDERED.**

Dated: _October 2, 2025

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE