**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 25-md-3149-BEN-MSB<br><br>**AFFIDAVIT OF THE HON. LARRY A. BURNS, RET.** |

I submit this affidavit pursuant to Federal Rule of Civil Procedure 53 (a)(2) and 53 (b)(3).

Having reviewed the parties and counsel on the list of service in this matter, I am not aware of any basis requiring disqualification under 28 U.S.C. § 455.

I declare the foregoing is true and accurate under penalty of perjury.

DATED: October 2, 2025

Larry A. Burns

**HON. LARRY A. BURNS (RET.)**