**BROWN RUDNICK LLP**
SAMANTHA J. FLATTERY (#342420)
sflattery@brownrudnick.com
RENEE M. MOULTON (#353065)
rmoulton@brownrudnick.com
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067

**BROWN RUDNICK LLP**
DYLAN P. KLETTER, (#5924659)
(pro hac vice forthcoming)
dkletter@brownrudnick.com
JONATHAN D. WHITE, (#5393780)
(admitted pro hac vice)
jwhite@brownrudnick.com
7 Times Square
New York, NY 10036

*Attorneys for Defendant, MOVATE, INC.*

**CASEY GERRY FRANCAVILLA BLATT LLP**
David S. Casey, Jr. SBN 60768
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com

**HAUSFELD LLP**
James J. Pizzirusso D.C. SBN No. 477604*
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel: (202) 540-7200
jpizzirusso@hausfeld.com

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas N.Y. SBN 4154324*
New York, NY 10005
Tel: (212) 907-0700
cvillegas@labaton.com

*Interim Co-Lead Counsel for Plaintiffs*
*Additional Counsel in Signature Block*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

This Document Relates To:
All Track One Actions

CASE NO. 3:25-md-3149-BEN-MSB

MDL No. 3149

Hon. Roger T. Benitez. Courtroom 5A

**JOINT MOTION DISMISSING CERTAIN CLAIMS AGAINST MOVATE WITHOUT PREJUDICE**

Pursuant to Local Rule 7.2, and the agreement between the Track One Plaintiffs in this multi-district litigation who filed the Consolidated Individual Users Class Action Complaint (Dkt. No. 259) ("Consolidated Complaint") and Defendant Movate, Inc. (collectively with Track One Plaintiffs, the "Parties"), hereby jointly move this Court for an Order dismissing, without prejudice, certain common law claims brought against Defendants in the Consolidated Complaint as set forth below. The Parties make this Joint Motion as a result of the meet-and-confer discussions among their counsel that occurred prior to Movate filing its Motion to Dismiss the Track One Plaintiffs' Consolidated Complaint.

The Parties will meet and confer separately pursuant to Case Management Order No. 6 (Dkt. 289.). The Parties respectfully submit that this Joint Motion does not alter, modify, or affect the Court's September 30, 2025 Order Regarding Schedule for Defendant Movate, Inc.'s Response to Consolidated Complaints and Related Briefing (Tracks One & Two) (Dkt. No. 306), and that all deadlines set forth therein remain in full force and effect.

## I. CHOICE OF LAW IN MOVATE'S MOTION TO DISMISS

To promote efficiency and limit the number of issues before the Court, the Parties agree that the legal issues raised by Movate in its Motion to Dismiss Track One Plaintiffs' pleadings may be presented and will be resolved under the laws of four illustrative jurisdictions: California, Massachusetts, Michigan, and New York.

## II. CLAIMS DISMISSED WITHOUT PREJUDICE

Track One Plaintiffs agree to dismiss without prejudice the standalone negligence *per se* causes of action (Count II) brought against Movate as to Plaintiffs residing in the states of California, Michigan and Massachusetts. Track One Plaintiffs similarly incorporate all allegations set forth in these claims into the rest of their Consolidated Complaint. Track One Plaintiffs retain all rights concerning the allegations set forth in their common law claims in supporting other causes of action that Track One Plaintiffs continue to pursue.

Once the Court rules on Movate's Motion to Dismiss, the Parties agree to meet and confer in good faith regarding the application of that ruling to the common law claims under the laws of other states, to reduce the need for any supplemental briefing regarding the application of the Court's ruling to the various claims advanced in the Consolidated Complaint.

## III. CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an Order dismissing Count II Negligence *Per Se* Against Defendant Movate under California, Massachusetts, and Michigan state law, without prejudice to the incorporation of the allegations set forth in these claims into the other causes of action in the Consolidated Complaint.

DATED: October 8, 2025

**CASEY GERRY FRANCAVILLA BLATT LLP**

By: */s/ David S. Casey, Jr.*
David S. Casey, Jr. (#60768)
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
cvillegas@labaton.com

**HAUSFELD LLP**
James J. Pizzirusso
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel: (202) 540-7200
jpizzirusso@hausfeld.com

*Co-Lead Counsel for Track One Plaintiffs*

**LYNCH CARPENTER, LLP**
Jennifer M. French, (#265422)
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.: (619) 762-1903
jennf@lcllp.com

*Plaintiffs' Liaison Counsel*

DATED: October 7, 2025

BROWN RUDNICK LLP

By: _/s/ Jonathan D. White_

Dylan P. Kletter (*pro hac vice* forthcoming)
Jonathan D. White (*pro hac vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
dkletter@brownrudnick.com
jwhite@brownrudnick.com

and

Samantha J. Flattery (#342420)
Renee M. Moulton (#353065)
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
Telephone: (424) 525-0200
Facsimile: (424) 525-0201
sflattery@brownrudnick.com
rmoulton@brownrudnick.com

**CERTIFICATION REGARDING ELECTRONIC SIGNATURES**

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual.

DATED: October 8, 2025 By: */s/ Jonathan D. White*
JONATHAN D. WHITE