**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>All Track One Actions | CASE NO. 3:25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>Hon. Roger T. Benitez. Courtroom: 5A<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS CERTAIN CLAIMS AGAINST MOVATE WITHOUT PREJUDICE** |

**ORDER**

Having considered the Parties' Joint Motion Dismissing Certain Claims Against Defendant Movate, Inc. ("Movate") and good cause appearing, the Court hereby ORDERS as follows:

1. By agreement of the Parties, the following claims asserted in Track One Plaintiffs' Consolidated Individual Users Class Action Complaint ("Consolidated Complaint") (Dkt. No. 259) are dismissed without prejudice: Count II: Negligence *Per Se*, as brought by the Track One Plaintiffs residing in California, Massachusetts, and Michigan. The standalone negligence per se claims under California, Massachusetts and Michigan state law, are dismissed without prejudice to the incorporation of the allegations set forth in these claims into the other causes of action in the Consolidated Complaint.

2. Legal issues raised by Movate in its Motion to Dismiss directed at the Track One Plaintiffs' pleadings may be presented and will be resolved under the laws of four illustrative jurisdictions: California, Massachusetts, Michigan, and New York.

3. Once the Court rules on Defendants' Motions to Dismiss, the Parties agree to meet and confer in good faith regarding the application of that ruling to the common law claims under the laws of other states, to reduce the need for any supplemental briefing regarding the application of the Court's ruling to the various claims advanced in the Consolidated Complaint.

4. This Order does not alter, modify, or affect the Court's September 30, 2025 Order Regarding Schedule for Defendant Movate, Inc.'s Response to Consolidated Complaints and Related Briefing (Tracks One & Two) (Dkt. No. 306), and that all deadlines set forth therein remain in full force and effect.

**IT IS SO ORDERED.**

Dated: ___________, 2025

______________________________
Honorable Roger T. Benitez
Judge of the Southern District Court