BROWN RUDNICK LLP
SAMANTHA J. FLATTERY, No. 342420
sflattery@brownrudnick.com
RENEE M. MOULTON, No. 353065
rmoulton@brownrudnick.com
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
T: 1.424.525.0200
F: 1.424.525.0201

BROWN RUDNICK LLP
DYLAN P. KLETTER, NY Bar No. 5924659 (admitted *pro hac vice*)
dkletter@brownrudnick.com
JONATHAN D. WHITE, NY Bar No. 5393780 (admitted *pro hac vice*)
jwhite@brownrudnick.com
7 Times Square
New York, NY 10036
T: 1.212.209.4800
F: 1.212.209.4801

Attorneys for Defendant,
MOVATE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>All Track One Actions | CASE NO. 3:25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>Hon. Roger T. Benitez, Courtroom 5A<br><br>**DECLARATION OF JONATHAN D. WHITE IN SUPPORT OF DEFENDANT MOVATE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED INDIVIDUAL USERS PUTATIVE CLASS ACTION COMPLAINT (TRACK 1)** |

CASE NO. 3:25-md-3149-BEN-MSB

DECLARATION OF JONATHAN D. WHITE ISO MOVATE'S MOTION TO DISMISS

## DECLARATION OF JONATHAN D. WHITE

I, JONATHAN D. WHITE, hereby declare as follows:

1.    I am an attorney licensed to practice before all courts of the State of New York and am a counsel with the law firm of Brown Rudnick LLP ("Brown Rudnick"), counsel of record for Defendant Movate, Inc. ("Movate") in this matter.

2.    I have personal knowledge of the matters set forth herein, either as a direct participant in the matters described, or in my capacity as an attorney with responsibility for handling this case on behalf of Brown Rudnick.  As to those matters, my knowledge is based upon a review of the files maintained by Brown Rudnick in its regular course of business.  I am familiar with the manner in which those files are created and maintained.  If called and sworn as a witness, I could and would competently testify to the matters set forth herein.

3.    I have first-hand personal knowledge of the matters set forth herein, and if called upon as a witness, would and could competently testify thereto.

4.    This declaration is submitted in support of Movate's Notice of Motion and Motion to Dismiss the Consolidated Individual Users Putative Class Action Complaint (Track 1) (the "Complaint").

5.    Movate was not named as a defendant in any of the underlying lawsuits transferred to this Court by the Judicial Panel on Multidistrict Litigation.

6.    On September 9, 2025, Movate was served with the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 10, 2025, at Brooklyn, New York.

/s/ *Jonathan D. White*
JONATHAN D. WHITE

1                    CASE NO. 3:25-md-3149-BEN-MSB
DECLARATION OF JONATHAN D. WHITE ISO MOVATE'S MOTION TO DISMISS