BROWN RUDNICK LLP
SAMANTHA J. FLATTERY, No. 342420
sflattery@brownrudnick.com
RENEE M. MOULTON, No. 353065
rmoulton@brownrudnick.com
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
T: 1.424.525.0200
F: 1.424.525.0201

BROWN RUDNICK LLP
DYLAN P. KLETTER, NY Bar No. 5924659 (admitted *pro hac vice*)
dkletter@brownrudnick.com
JONATHAN D. WHITE, NY Bar No. 5393780 (admitted *pro hac vice*)
jwhite@brownrudnick.com
7 Times Square
New York, NY 10036
T: 1.212.209.4800
F: 1.212.209.4801

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>Track One and Track Two Actions | CASE NO. 3:25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>Hon. Roger T. Benitez, Courtroom 5A<br><br>**DEFENDANT MOVATE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

CASE NO. 3:25-md-3149-BEN-MSB

## DEFENDANT MOVATE'S NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, the undersigned counsel for Defendant Movate, Inc. ("Movate") hereby states that: Movate's parent company is Movate (Mauritius) Limited.  No publicly held company owns 10% or more of Movate's stock.

If Movate discovers other persons or entities that have a financial interest in the outcome of this litigation, it will supplement this statement.

DATED: October 10, 2025                Respectfully submitted,

BROWN RUDNICK LLP

By: _____
DYLAN P. KLETTER
JONATHAN D. WHITE
SAMANTHA J. FLATTERY
RENEE M. MOULTON
Attorneys for Defendant,
MOVATE. INC.

1                          CASE NO. 3:25-md-3149-BEN-MSB
DEFENDANT MOVATE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST