# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION | CASE NO. 3:25-md-3149-BEN-MSB |
| | MDL No. 3149 |
| | Hon. Roger T. Benitez, Courtroom 5A |
| This Document Relates To: All Track One Actions | **[PROPOSED] ORDER GRANTING DEFENDANT MOVATE, INC.'S MOTION TO DISMISS THE CONSOLIDATED INDIVIDUAL USERS PUTATIVE CLASS ACTION COMPLAINT (TRACK 1)** |

CASE NO. 3:25-md-3149-BEN-MSB

ORDER GRANTING DEFENDANT MOVATE'S MOTION TO DISMISS THE
CONSOLIDATED INDIVIDUAL USERS PUTATIVE CLASS ACTION COMPLAINT (TRACK 1)

# **<u>ORDER</u>**

Upon consideration of Defendant Movate, Inc.'s Motion to Dismiss the Consolidated Individual Users Putative Class Action Complaint, all papers filed in support and in opposition, and good cause appearing, the Court hereby GRANTS the Motion. All claims asserted against Defendant Movate, Inc. are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____

Honorable Roger T. Benitez
Judge of the Southern District Court

1                                    CASE NO. 3:25-md-3149-BEN-MSB

ORDER GRANTING DEFENDANT MOVATE'S MOTION TO DISMISS THE
CONSOLIDATED INDIVIDUAL USERS PUTATIVE CLASS ACTION COMPLAINT (TRACK 1)