John P. Carlin (NY 3031887)*
**PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
jcarlin@paulweiss.com

R. Rosie Vail (SBN 317977)
**PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rvail@paulweiss.com

Jacobus J. Schutte (NY 5023353)*
Dylan O. Smith (NY 5846076)*
**PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
jschutte@paulweiss.com
dosmith@paulweiss.com

*admitted *pro hac vice*

*Attorneys for Defendant
Bain Capital, L.P.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION | Case No. 3:25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>**DEFENDANT BAIN CAPITAL, L.P.'S MOTION FOR A REMOTE OR TELEPHONIC APPEARANCE**<br><br>Date: October 17, 2025<br>Time: 2:00 P.M.<br>Courtroom.: 5A<br>Judge: Hon. Roger T. Benitez |

# DEFENDANT BAIN CAPITAL, L.P.'S MOTION FOR A REMOTE/TELPHONIC APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant, Bain Capital, L.P. ("Bain") by and through its undersigned counsel, respectfully submits this motion seeking leave of Court for its counsel, Jacobus J. Schutte, to appear telephonically or by videoconference at the Status Conference scheduled for **Friday, October 17, 2025, at 2:00 p.m.** (the "Motion"). In support of the Motion, Bain states as follows:

1. The upcoming Status Conference is set to take place at 2:00 p.m. on Friday, October 17, 2025. On October 8, 2025, Plaintiffs' Liaison Counsel advised that the Court intended to hold the Status Conference in person.

2. Mr. Schutte has been admitted *pro hac vice* in this case. His primary office is located in New York, New York. Preexisting and immovable personal family obligations the evening of the Status Conference make it impossible for Mr. Schutte to attend the status conference in person.

3. Accordingly, pursuant to Civil Local Rule 16.1(d), Bain respectfully requests the Court permit a remote or telephonic appearance for the Status Conference on October 17, 2025, at 2:00 p.m.

**WHEREFORE**, Bain requests this Court enter the accompanying proposed order granting the Motion for a Remote or Telephonic Appearance.

| | | |
|---|---|---|
| Dated: October 13, 2025 | Respectfully submitted, | |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | |
| | By: /s/ *Jacobus J. Schutte* | |
| | Jacobus J. Schutte | |

Jacobus J. Schutte (NY 5023353)*
Dylan O. Smith (NY 5846076)*
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
jschutte@paulweiss.com
dosmith@paulweiss.com

John P. Carlin (NY 3031887)*
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
jcarlin@paulweiss.com

R. Rosie Vail (SBN 317977)
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rvail@paulweiss.com

*Counsel for Defendant*
*Bain Capital, L.P.*

*admitted *pro hac vice*

- 2 -

25-md-3149-BEN-MSB
BAIN'S MOTION FOR REMOTE OR TELEPHONIC APPEARANCE