James P. Frantz (SBN 87492)
William B. Shinoff (SBN 280020)
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: (619) 233-5945
Fax: (619) 525-7672
jpf@frantzlawgroup.com
wshinoff@frantzlawgroup.com

*Co-Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Christopher M. Young (SBN 163319)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com

*Counsel for Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

*This Document Relates to:*
*All Track Two Direct Action Plaintiffs*

Case No. 3:25-MD-03149-BEN-MSB

**JOINT MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIMS UNDER THE COMPUTER FRAUD AND ABUSE ACT (COUNT 4) AND THE NEW YORK EDUCATION LAW (COUNT 23)**

Judge: Hon. Roger T. Benitez
Courtroom: 5A

Pursuant to Local Rule 7.2, and the agreement between the Track Two School District Direct Action Plaintiffs ("Direct Plaintiffs") and Defendants PowerSchool Holdings, Inc. and PowerSchool Group, LLC ("Defendants," and together with Direct Plaintiffs, the "Parties") hereby jointly move this Court for an order dismissing, without prejudice, certain statutory claims against Defendants in Direct Plaintiffs' First Amended Consolidated Master Complaint (ECF No. 288) ("Amended Complaint") as set forth below. The Parties make this motion jointly ("Joint Motion") as a result of the meet-and-confer discussions among their counsel in advance of Defendants' filing of their Reply to the Direct Plaintiffs' Opposition to Defendants' Motion to Dismiss the Direct Plaintiffs' Amended Complaint on November 26, 2025. This Joint Motion applies to the Direct Plaintiffs and Defendants PowerSchool Holdings, Inc. and PowerSchool Group, LLC, only and does not affect claims asserted by plaintiffs in other tracks or claims asserted against any other defendant.

**A. AMENDED COMPLAINT CLAIMS**

The Amended Complaint asserts various statutory claims among other causes of action. The Parties have conferred and agree that the following statutory claims should be dismissed in accordance with the reservations set forth below, in order to narrow the issues and streamline this litigation:

(1) Count 4: Violation of the Computer Fraud and Abuse Act.

(2) Count 23: Violation of the New York Education Law § 2-d.

The Parties respectfully submit that dismissal of the above-referenced claims does not alter, modify, or affect the Court's July 23, 2025, Order Granting Joint Motion Regarding Schedule for Consolidated Complaint and Related Briefing (ECF No. 243), and that all deadlines set forth therein remain in full force and effect.

**B. CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court enter

an order dismissing without prejudice, the following claims asserted against Defendants, as follows:

1. Count 4: Violation of the Computer Fraud and Abuse Act; and
2. Count 23: Violation of the New York Education Law § 2-d.

The Parties agree that Direct Plaintiffs shall preserve the right to rely on the allegations supporting Count 23 in supporting other causes of action that Direct Plaintiffs continue to pursue.

Dated: November 11, 2025

*/s/ Anne Johnson Palmer*

Anne Johnson Palmer (SBN 302235)
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

Monica Mleczko (Mass. BBO 696607)*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: 617-235-4082

Christopher M. Young (SBN 163319)
christopher.young@dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

*Counsel for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC*

Dated: November 11, 2025

*/s/ James P. Frantz*

James P. Frantz (SBN 87492)
jpf@frantzlawgroup.com
William B. Shinoff (SBN 280020)
wshinoff@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: 619-233-5945

*Co-Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Anne Johnson Palmer, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties as required by Section 2(f)(4) of the ECF Administrative Policies and Procedures Manual.

Dated: November 11, 2025 *<u>/s/ Anne Johnson Palmer</u>*
Anne Johnson Palmer