# EXHIBIT A

**Fagen Friedman & Fulfrost** LLP

1525 Faraday Avenue, Suite 300
Carlsbad, CA 92008
Main: 760-304-6000   Fax: 760-304-6011

## MEMORANDUM

## CONFIDENTIAL ATTORNEY WORK PRODUCT ATTORNEY CLIENT PRIVILEGED COMMUNICATION

**TO:**      School Districts

**FROM:**    Fagen Friedman & Fulfrost, LLP Litigation Partners,
Shiva Stein and Mark Williams

**DATE:**    August 21, 2025

**RE:**      **(Advertising Material)**
PowerSchool Data Breach Mass Action Lawsuit - Frequently Asked Questions

This memorandum is intended to provide answers to frequently asked questions by school district administrators and boards of education regarding the multidistrict litigation against PowerSchool ("Defendant").

**1.      What is the Lawsuit about?**

In the Lawsuit, the Plaintiffs (various school districts) are alleging that Defendant, pursuant to its contracts with school districts, had a responsibility to protect the Private and Personally Identifiable Information ("PII") of millions of students and educators, by implementing sufficient security measures, stricter password and credential requirements.

PowerSchool further had a duty to safeguard customers' PII pursuant to industry standards and duties imposed by statutes, including but not limited to Section 5 of the Federal Trade Commission ("FTC") Act, which requires companies to maintain reasonable and appropriate data security measures.  The FTC has issued guidance specifically to the entities which uses cloud-based services and reminded them that securing the information on the cloud-based services is their corporate responsibility.

PowerSchool Data Breach Mass Action Lawsuit
August 21, 2025
Page 2

Due to PowerSchool's failure to secure PII and meet the industry standards, they breached their contracts with the school districts. In addition, PowerSchool breached their respective contracts with school districts by failing to notify the school districts of the breach, in a timely manner, and failed to notify those that were impacted by the breach.

**2.      What are the potential benefits of my district participating in the Lawsuit?**

If your school district was impacted by PowerSchool's data breach, we are initiating litigation on behalf of school districts nationwide, due to PowerSchool's violations of state and federal statutes and contractual provisions. PowerSchool's numerous failures identified above give rise to several potential legal claims, including but not limited to: breach of contract, negligence, breach of implied contract, breach of fiduciary duty, unjust enrichment, deceptive and unfair trade practices, and fraud.

While there is no promise or guarantee about the outcome of the Lawsuit and/or recovery by your district, Plaintiffs are asking for:

1.) Recoupment/reimbursement of any monies paid to PowerSchool for contractual services it failed to provide under its respective contracts.
2.) Past and future monetary damages (i.e., staff time, forensic testing, expert/vendor expenses, legal expenses), related to securing district databases and handling the negative impacts from the breach including but not limited to: district reputational harm, costs and employee training related to resetting of passwords, and costs and employee training related to notifications of breach to impacted users;
3.) Future expenses for having to change platforms and migrating the data;
4.) Indemnity from PowerSchool for any future litigation brought against the school district due to this data breach.
5.) The Lawsuit will also seek punitive damages as related to fraud claims; and
6.) The Lawsuit will also seek injunctive relief for the appointment of a monitor to establish industry standard security systems, including rapid detection of unauthorized access, and an incident response plan that will in fact provide and require rapid and accurate notice to school districts and parents; and to monitor said plan for a period of not less than five years.

PowerSchool Data Breach Mass Action Lawsuit
August 21, 2025
Page 3

**3.      What is the difference between a Class Action v. Mass Action Litigation?**

This litigation is commonly referred to as a "Mass Action."  The difference between a Class Action and Mass Action is the final financial benefit to the client.  In this Lawsuit, each school district will file their own individual action, in California Federal or State Courts where all the school district cases against Defendant will be litigated.  As a group, we will be conducting extensive discovery against Defendant, in order to prove our claims in this matter.

During this timeframe, there will be motion practice and settlement discussions between the parties to determine whether a settlement is appropriate.  This is where the difference between a Class Action and Mass Action exists.  When there is a resolution, each client will be presented with an individualized settlement offer that provides compensation for all past and future damages.

In a Class Action, the signed-up, individual plaintiffs do not receive the full extent of their actual past and future damages; rather, they receive a nominal amount which represents the credibility of their claim.  For cases where there is extensive damages for a plaintiff, such as this case, a Mass Action offers greater benefits to the school district.

**4.      What time commitment will be required of my district if we choose to join the Lawsuit?**

Unlike "typical" litigation, which often requires a tremendous amount of time and resources, we anticipate that participation in the Lawsuit will require a much more limited commitment on behalf of the school districts.  Although we cannot say with certainty (as each case is different), it is our best estimate that a district representative may need to devote no more than 5-8 hours of time to assist with the Lawsuit.  This time will consist of helping to draft responses to written questions from Defendant's attorneys and/or the Court, gather relevant documentation, and review a final version of responses to questionnaire for filing with the Court. Unlike other litigation that your district may have previously been involved in, we do not anticipate that any district representative will be deposed or have to appear in court.  If your

PowerSchool Data Breach Mass Action Lawsuit
August 21, 2025
Page 4

district is selected as a bellwether plaintiff, a greater time commitment will be required. Should this be the case, your district will be informed and be able to make a decision whether to proceed with the Lawsuit or opt out.

**5.      How much money will it cost my district to participate in the Lawsuit?**

There is no financial risk to your district for participating in the Lawsuit because it is being handled on a contingency fee basis. This means that your district is not responsible for paying any fees or costs associated with the Lawsuit unless your district receives some monetary compensation. Stated differently, any compensation to your attorneys for fees and costs would only come from the monetary recovery that your district receives.

It is important to note that Frantz Law has offered a significantly reduced fee arrangement for this Lawsuit. Normally, they would receive 40% of the plaintiffs' recovery. However, in this Lawsuit, Frantz Law has agreed to accept **30%** of your district's monetary recovery. Furthermore, your district will not be responsible for paying F3 for its participation in the Lawsuit, as F3 fees will be paid by Frantz Law. Thus, there is only a potential for a financial benefit for your district to be involved in this case.

**6.      What will F3's involvement in the Lawsuit be?**

F3 has agreed to act as co-counsel to Frantz Law in connection with the Lawsuit. In that regard, F3 will stay apprised of what is happening in the Lawsuit and will act as the liaison between your district and Frantz Law. F3's contribution also includes utilization of the expertise of F3 Attorney, Mark Williams, who was responsible for creating the California Student Data Privacy Agreement, and then led the efforts to also draft the Nationwide Student Data Privacy Agreement. Mr. Williams' Data Privacy Agreements have been used by thousands of school districts throughout California and in 37 states. Mr. Williams is a highly regarded authority on technology procurement and student data privacy. In the event that your district has any questions or concerns regarding the Lawsuit, a member of F3's team will always be available to assist.

PowerSchool Data Breach Mass Action Lawsuit
August 21, 2025
Page 5

**7.      Is F3 available to present to our Board of Education and/or Administration about the potential benefits of joining the Lawsuit?**

Yes.  Both F3 and Frantz Law are available to speak with your district's decision-makers about the Lawsuit.  These discussions can take place in the manner most convenient to your district, including an in-person meeting (if local), telephone discussion, or Zoom conference.  F3 can also provide agenda and reporting out language in preparation for the Board's consideration.

**8.      If my district decides to join the Lawsuit, what are the next steps?**

Any school district that entered into a contract with PowerSchool to protect and securely store the district's PII from December 20, 2020 to the present is eligible to join this Lawsuit.  At this time, we know that Defendant has not guaranteed that a district's information has not been impacted by the December 20, 2024, data breach.  It is our expectation that all, if not a majority of school districts that use the PowerSchool's SIS system, were impacted by this breach.  It is our recommendation that you reach out to your PowerSchool representative and ask that they can guarantee that your district's information was not impacted by this data breach.

If your school district was impacted by this data breach and is interested in joining the litigation, the next step would then be for the information to be presented and considered by your district's Board.  Please contact your F3 attorneys, Shiva Stein (SStein@f3law.com) and Mark Williams (MWilliams@f3law.com) and they can provide a copy of the contingency fee agreement for your Board's approval, answer any questions relating to Board approval/next steps, and provide necessary agenda and reporting out language.