# EXHIBIT B

# Dixie practice field sparks debate as Abbeville County School District faces budget gaps

*Mya Atten matten@indexjournal.com*

A proposed practice field at Dixie High School sparked heated debate as Abbeville County School Board trustees reviewed the 2025-26 budget.

The issue began when construction at the school eliminated the spaces previously used for band and athletic practice.

With no dedicated area, the football team started using the baseball field, which quickly wore down. The field's lack of irrigation made maintenance even more difficult.

With baseball using the field in the fall, the football team will soon have to find another option. Without another field, there's no way to rotate teams or prevent further damage.

In April, district administration issued a request for bids to build a new practice field.

Caliber Engineer created the design, and the administration recommended Ashley Corporation of Donalds Inc., whose $303,600 bid was one of only two received.

However, confusion arose when trustees found two different figures for building the new practice field in their board packet: $237,217 and $303,600.

The $303,600 figure was later identified as an amended bid.

According to the amendment, the added $66,383 would fund a 15.8% increase in sodded playing area and 17,400 square feet of additional grass on the same level.

"Our alternate would allow the field to be a 1% sheet drain to one side vs. the designed twist field with a variance of 4' across the corners," R. Brian Ashley, president of Ashley Corp, and Ian Fenner, project management and design," wrote. "We would be controlling most all of the water not to place it onto the adjacent property owner as well as adding a buffer to the playing area eliminating the abrupt drop off at the edge of the sod."

The price difference sparked further debate.

While trustees agreed the project was necessary, they were split on whether the extra features validated the extra cost.

Some felt the improvements were essential.

Others questioned why the amendments weren't included in the original design and raised concerns about fairness to the other company that submitted a bid under the original criteria.

Some suggested reopening the bid process. Others argued that doing so would be unfair, since Ashley Corporation's bid had already been made public.

In a close 5-4 vote, the board agreed to move forward with the project, contingent on a discussion

with their engineer about the amendment.

If approved, the project would be funded through the district's Capital Improvement Plan.

Facing an $853,569.64 shortfall for the 2025-26 fiscal year, trustees approved a plan during its first budget reading to close the gap using a mix of general fund balance and a millage increase.

The board voted 7-2 to move forward with the plan. Trustees Lisa Alewine and Ralph Scott voted against it.

The plan includes pulling from the district's general fund balance, which grew by $896,126 during the 2023-24 fiscal year, and applying 3.36% in remaining millage from that same year.

One mill generates $50,247.

At the current operating millage rate of 210.3, the district brings in about $10.6 million in local revenue.

District expenditures for 2025-26 have a budgeted $1.4 million increase, primarily because of increases in salaries and benefits. Many of those increases are tied to proposed state-mandated raises, including a $1,500 increase for teachers, a 4.6% increase in the employer health insurance contributions, and a 2% raise for bus drivers.

Some savings were achieved through attrition. The district chose not to fill four full-time positions: three teachers at John C. Calhoun Elementary and one teacher assistant at Westwood Elementary.

Lori Brownlee Brewton, superintendent, warned that continuing to rely on the fund balance to cover salaries is not sustainable long-term.

Adam Cann, finance director, added that, although the district has received additional funding in recent years, it shouldn't rely on it going forward since it's not guaranteed.

Scott said the district is facing tough decisions and needs to start separating its wants from its needs.

A second reading of the budget is scheduled for June.

**In other business:**Trustees voted unanimously to join a growing number of school districts across the country taking legal action against PowerSchool, a software company used to manage and store student, teacher and parent information.

The federal lawsuit, filed by Frantz Law Group, accuses PowerSchool of negligence, breach of contract and false advertising following a massive data breach in December 2024.

The company reportedly paid a ransom to have the stolen data deleted. According to the suit, two earlier breaches in 2024 went undetected. Hackers accessed sensitive data, including names, addresses and phone numbers of students and staff, because of a lack of multi-factor authentication. More than 60 million individuals nationwide were affected, with only four school districts in the state untouched.

Ashley Story, of White & Law Story LLC, said her firm is partnering with Frantz Law Group to represent the district in a mass action lawsuit, not a class action. In a mass action, each district files individually and can pursue damages based on its own losses.

"This district is owed certainly more than 30 or 100 dollars," Story said. "You all have paid a lot of

money for secured data, and it has not been secured since 2008, 2009."

If the case is successful, the district will pay a 30% contingency fee. If not, it pays nothing.