# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>All Track Two Actions | CASE NO. 3:25-md-3149-BEN-MSB<br><br>MDL No. 3149<br><br>Hon. Roger T. Benitez, Courtroom 5A<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MOVATE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE TRACK TWO DIRECT ACTION COMPLAINT (TRACK 2)** |

# **ORDER**

Upon consideration of Defendant Movate, Inc.'s Motion to Dismiss the Track Two Direct Action Complaint, all papers filed in support and in opposition, and good cause appearing, the Court hereby GRANTS the Motion.  All claims asserted against Defendant Movate, Inc. are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Roger T. Benitez
Judge of the Southern District Court

ORDER GRANTING DEFENDANT MOVATE'S MOTION TO DISMISS THE
TRACK TWO DIRECT ACTION COMPLAINT (TRACK 2)