# EXHIBIT A

| | |
|---|---|
| **From:** | William Shinoff |
| **To:** | John Nelson; Kristin Westphal; Edward Burak |
| **Cc:** | James Cecchi; Jeff Ostrow; Jason Alperstein; Jordan Steele |
| **Subject:** | Re: PowerSchool |
| **Date:** | Monday, September 22, 2025 2:54:03 PM |

I have added Eddie and Kristen who will be joining on the call.

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail:  wshinoff@frantzlawgroup.com
web:  www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

> On Sep 22, 2025, at 5:49 PM, John Nelson <jnelson@milberg.com> wrote:
>
>
> Thanks, lets plan on 12:30
>
> ---
>
> **From:** William Shinoff <WShinoff@frantzlawgroup.com>
> **Sent:** Monday, September 22, 2025 2:45 PM
> **To:** John Nelson <jnelson@milberg.com>
> **Cc:** James Cecchi <jcecchi@carellabyrne.com>; Jeff Ostrow <ostrow@kolawyers.com>; Jason Alperstein <jalperstein@carellabyrne.com>; Jordan Steele <JSteele@carellabyrne.com>
> **Subject:** Re: PowerSchool
>
> I am open between 12pm and 2pm pacific.
>
> William B. Shinoff - Attorney
>
> FRANTZ LAW GROUP, APLC
> e-mail:  wshinoff@frantzlawgroup.com
> web:  www.frantzlawgroup.com
> Toll Free: 855-735-5945
> Fax: 619-525-7672
>
>> On Sep 22, 2025, at 5:26 PM, John Nelson <jnelson@milberg.com> wrote:

William, what does Wednesday look like for you after 12 PT?

---

**From:** William Shinoff <WShinoff@frantzlawgroup.com>
**Sent:** Wednesday, September 17, 2025 10:41 AM
**To:** John Nelson <jnelson@milberg.com>
**Cc:** James Cecchi <jcecchi@carellabyrne.com>; Jeff Ostrow <ostrow@kolawyers.com>; Jason Alperstein <jalperstein@carellabyrne.com>; Jordan Steele <JSteele@carellabyrne.com>
**Subject:** RE: PowerSchool

I am available between 12pm and 1:30pm pacific tomorrow. If not let me know what works best for next week.

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail: wshinoff@frantzlawgroup.com
web: www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

---

**From:** John Nelson <jnelson@milberg.com>
**Sent:** Wednesday, September 17, 2025 12:24 PM
**To:** William Shinoff <WShinoff@frantzlawgroup.com>
**Cc:** James Cecchi <jcecchi@carellabyrne.com>; Jeff Ostrow <ostrow@kolawyers.com>; Jason Alperstein <jalperstein@carellabyrne.com>; Jordan Steele <JSteele@carellabyrne.com>
**Subject:** RE: PowerSchool

How does 8-9 PT look for you tomorrow?

---

**From:** William Shinoff <WShinoff@frantzlawgroup.com>
**Sent:** Tuesday, September 16, 2025 5:33 PM
**To:** John Nelson <jnelson@milberg.com>
**Cc:** James Cecchi <jcecchi@carellabyrne.com>; Jeff Ostrow <ostrow@kolawyers.com>; Jason Alperstein <jalperstein@carellabyrne.com>; Jordan Steele <JSteele@carellabyrne.com>
**Subject:** Re: PowerSchool

John,

Thank you for this. I think we should set up a follow up call.

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail:  wshinoff@frantzlawgroup.com
web:  www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

> On Sep 16, 2025, at 6:40 PM, John Nelson <jnelson@milberg.com> wrote:
>
> The F3 memo refers to only nominal damages being recoverable in a class action, the Pittsfield article references statements that " if PowerSchool decides to settle right away and we're not signed on by that date, then we will not be part of it, not getting anything," the Abbeville article refers to statements made by Ms. Story that suggest that a mass action allows recovery for actual damages while a class action will result in recovery of $30-$100, and  the Auburn School Minutes references that "if successful schools will get 100% of awarded funds [and] Participating Districts will only need to complete a questionnaire that takes between 1-3 hours to complete."
>
> This is only a representative sample, and we are not privy to all statements made to school districts by firms soliciting individual clients.  Our position is that corrective notice should be sent to all school districts targeted with solicitations.
>
> **From:** William Shinoff <WShinoff@frantzlawgroup.com>
> **Sent:** Tuesday, September 16, 2025 4:33 PM
> **To:** John Nelson <jnelson@milberg.com>
> **Cc:** James Cecchi <jcecchi@carellabyrne.com>; Jeff Ostrow

<ostrow@kolawyers.com>; Jason Alperstein <jalperstein@carellabyrne.com>; Jordan Steele <JSteele@carellabyrne.com>
**Subject:** Re: PowerSchool

John,

Appreciate this. Can you cite to where these false or misleading statements are from as I am not seeing them.

Also, who is it that you would like this corrective notice to be sent to?

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail: wshinoff@frantzlawgroup.com
web: www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

> On Sep 16, 2025, at 6:08 PM, John Nelson <jnelson@milberg.com> wrote:

> William, attached are some of the representations of concern that we identified during our call. Also attached is a draft of the corrective notice that we discussed intended to address these concerns.

> **From:** William Shinoff <WShinoff@frantzlawgroup.com>
> **Sent:** Friday, September 12, 2025 8:58 AM
> **To:** James Cecchi <jcecchi@carellabyrne.com>
> **Cc:** Jeff Ostrow <ostrow@kolawyers.com>; Jason Alperstein <jalperstein@carellabyrne.com>; John Nelson <jnelson@milberg.com>; Mary Ellen Rago

<MRago@carellabyrne.com>
**Subject:** Re: PowerSchool

James,

Thank you very much for the time this morning. If you could please send me copies of the statements you referenced it would be much appreciated. I think it would be helpful if we could schedule a follow up call for next week to discuss how to remedy your concerns.

All the best,

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail: wshinoff@frantzlawgroup.com
web: www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

> On Sep 12, 2025, at 9:41 AM, James Cecchi <jcecchi@carellabyrne.com> wrote:
>
>
> I will send a zoom link for 11 EST momentarily if that works
>
> ---
>
> **From:** William Shinoff <WShinoff@frantzlawgroup.com>
> **Sent:** Friday, September 12, 2025

10:39 AM
**To:** James Cecchi
**Cc:** Jeff Ostrow; Jason Alperstein; John Nelson
**Subject:** Re: PowerSchool

I am available now. Is there a number you would like me to call?

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail:
 wshinoff@frantzlawgroup.com
web:
www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

On Sep 12, 2025, at 8:20 AM, James Cecchi <jcecchi@carellabyrne.com> wrote:

William.  Are you available this morning to meet and confer on an issue that has arisen which we would like to discuss asap?  I can makeself available at anytime before the court hearing,

or  after except 3EST.  Thanks.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for

business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

<2025-05-13 - Auburn Minutes (Litigation Takes 1-3 Hours).pdf>
<2025-05-30 - WLS - Joining Mass Action for Abbeville County.pdf>
<2025-08-21 - F3 PowerSchool Data Breach Litigation FAQ Memo.pdf>
<Pittsfield Joins PowerSchool Data Breach Lawsuit _ iBerkshires.com - The Berkshires online guide to events, news and Berkshire County community information..pdf>
<Corrective Notice Regarding Prior Communications.pdf>