# EXHIBIT B

**Corrective Notice Regarding Prior Misleading Communications**

**To: [School Districts / Putative Class Members in the PowerSchool Litigation]**

Certain communications made by attorneys or firms, who have partnered with Frantz Law Group, including without limitation, Fagen Friedman & Fulfrost, LLP Litigation Partners, White & Story LLC, Anderson, Julian & Hull LLP, KSB School Law, PC, and/or individuals working on their behalf, and may have been **misleading**.

These prior communications may have suggested that:

- You are required to retain a particular law firm to participate in this litigation;

- Failing to retain a particular law firm will mean that you will not be a participant in this litigation or that you will not realize the benefits of any settlement or judgement;

- Full or even any recovery of damages in this case is guaranteed;

- Any settlement will ensure that school districts are immune or indemnified from future suit regarding the circumstances surrounding the PowerSchool litigation.

- A "Mass Action" provides greater benefits than a "Class Action" including that participants in a mass action will achieve 100% recovery or superior recovery or that Class Action participants will be compensated for only nominal damages or in amounts of $30-$100;

- That the commitment to School Districts who participate in a direct or mass action will be minimal or amount to no more than five to eight hours in total; and

- That by filing an individual lawsuit will mean that you will not need to sit for depositions, devote time to responding to discovery requests, or commit resources in the event the litigation proceeds to trial.

These statements are **inaccurate**. To be clear:

1. **The Court has appointed Class Counsel to represent School Districts affected by the PowerSchool data breach.** The Court has appointed James E Cecchi of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. as Lead Counsel for the School District Class Action Track. Class Counsel are required to act in your best interests and have a fiduciary duty to ensure that your interests are represented throughout the litigation and that any settlement is structured to address the harm you may have suffered as a result of the incident.

2. **You are not required to sign any retainer agreement with any lawyer** in order to be part of this litigation. As a school district that used PowerSchool, you are currently a member of the putative class, are represented by counsel, and need take no action to remain a member of that class or be included in any potential recovery whether through settlement or judgment.

3. **No outcome or recovery is guaranteed in this case.** The amount of any recovery, if any, will be determined by the Court or by approved settlement. Statements that promise a certain result or outcome are ethically prohibited by the California Rules of Professional Responsibility and the outcome of any litigation is inherently unpredictable.

4. **A Mass Action does not offer superior recovery over a Class Action.** The recovery in a mass action and class action is entirely dependent on the nature of any settlement agreed to amongst the parties or judgment imposed by the Court and, in the event you choose to remain in the class, you will have the opportunity to object to the terms of the settlement or exclude yourself from the settlement and pursue individual actions.

5. **Participation in a Mass Action as a direct party does not mean that the commitment of time and resources will be minimal.** By filing an individual action rather than remaining a member of the class, you will are subject to discovery obligations, including responding to discovery requests, producing documents and other information, sitting for depositions, and participating in trial and pretrial obligations. By contrast, absent class members are generally not subject to these obligations but nevertheless may partake in any recovery in settlement or through judgment.

If you previously received communications from attorneys or their agents that suggested otherwise, you should disregard them. Your rights in this case will be protected **regardless of whether you have retained a specific law firm**. If you would like to speak with the court appointed class counsel concerning your rights, obligations, or the nature of this litigation, you may contact Court appointed class counsel directly:

James E. Cecchi
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: 973-994-1700

The decision to remain a member of the class or to seek independent counsel is an important one and one that may result in your school district having to commit additional resources in the event you choose to file a direct action or result in dismissal of your individual claims in the event of an adverse decision by the Court. Such decisions should be made after the fully informed consideration of the benefits and consequences of filing an individual action or remaining a member of the class.