# EXHIBIT C

**Corrective Notice Regarding Prior Potentially Unclear or Confusing Communications**

**To: [School Districts / Putative Potential Class Members in the PowerSchool Litigation]**

Certain communications made by attorneys or firms and/or individuals working on behalf of your District may have been **confusing or unclear**.

These prior communications may have suggested that:

- You should retain an independent lawyer or law firm to participate in this litigation;

- Failing to retain an independent lawyer or law firm could mean that you may not be an active participant in this litigation or that you may not realize the full and complete benefits of any settlement or judgement; and

- A "Mass Action" could provide greater benefits than a "Class Action" including that participants in a mass action will seek to achieve a more comprehensive recovery or that Class Action participants may be compensated for nominal damages.

To be clear:

1. **The Court has appointed Interim Class Counsel to represent "All School Districts in the United States that contracted with PowerSchool to provide a Student Information System".** The Court has appointed Interim Lead Counsel for the School District Class Action Track. If the Class is certified by the Court, Class Counsel are required to act in your best interests and have a fiduciary duty to ensure that your interests are represented throughout the litigation and that any settlement is structured to adequately address the harm you may have suffered as a result of the incident.

2. **You are not required to sign any retainer agreement with any lawyer or law firm** in order to be included in this litigation. As a school district that used PowerSchool's student information system, you could potentially be a member of the putative class, are represented by counsel, and would need take no action to remain a member of that class if it is certified.

3. **No outcome or recovery is guaranteed in this case.** The amount of any recovery, if any, will need to be approved by the Court if the Class Action is resolved through settlement.

Your rights in this case are required to be protected **regardless of whether you have retained a specific law firm**. Please reach out to your in-house counsel or retained attorney with questions regarding your rights, obligations, or the nature of this litigation.

The decision to remain a member of the class or to seek independent counsel is an important one. Such decisions should be made after the fully informed consideration of the benefits and consequences of filing an individual action or remaining a member of the class.