# EXHIBIT D

| | |
|---|---|
| **From:** | Jason Alperstein |
| **To:** | Edward Burak; William Shinoff; James Cecchi; John Nelson; Jordan Steele |
| **Cc:** | Kristin Westphal |
| **Subject:** | Re: Corrective Notice |
| **Date:** | Tuesday, October 14, 2025 2:31:09 PM |

Ed/Bill:

We've reviewed your redlines to our proposed Corrective Notice and they do not satisfy our concerns about the initial solicitations. Given this fact, we are not in a position to consent to bringing on more firms to your PSC at this point in time. We are open to continuing a dialogue to agree upon the appropriate notice. Failing agreement, we will have no choice to bring the matter to the court's attention.

Best,
Jason

---

**From:** Edward Burak <eburak@frantzlawgroup.com>
**Sent:** Tuesday, October 14, 2025 3:26 PM
**To:** William Shinoff; James Cecchi; John Nelson; Jordan Steele; Jason Alperstein
**Cc:** Kristin Westphal
**Subject:** RE: Corrective Notice

All,

Please see attached our edits and redline to the proposed Corrective Notice.

Thank you.

Edward M. Burak – Attorney
FRANTZ LAW GROUP, A Professional Law Corporation
e-mail:  eburak@frantzlawgroup.com
web:  www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

---

**From:** William Shinoff <WShinoff@frantzlawgroup.com>
**Sent:** Tuesday, October 14, 2025 11:01 AM
**To:** James Cecchi <JCecchi@carellabyrne.com>; John Nelson <JNelson@milberg.com>; Jordan Steele <JSteele@carellabyrne.com>; Jason Alperstein <JAlperstein@carellabyrne.com>
**Cc:** Kristin Westphal <kwestphal@frantzlawgroup.com>; Edward Burak <eburak@frantzlawgroup.com>
**Subject:** RE: Corrective Notice

Eddie,

Please provide to Mr. Cecchi are most updated redline version.

James,

We also needed clarification on who you would like this to be sent to and in what method?

All the best,

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail: wshinoff@frantzlawgroup.com
web: www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

---

**From:** James Cecchi <JCecchi@carellabyrne.com>
**Sent:** Tuesday, October 14, 2025 12:46 PM
**To:** John Nelson <JNelson@milberg.com>; Jordan Steele <JSteele@carellabyrne.com>; Jason Alperstein <JAlperstein@carellabyrne.com>; William Shinoff <WShinoff@frantzlawgroup.com>
**Subject:** Corrective Notice

William, on the subject of the corrective notice, can you circulate your redlines?  We would like to have this resolved before Friday.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.