# EXHIBIT E

| | |
|---|---|
| **From:** | William Shinoff |
| **To:** | Jordan Steele; Edward Burak; James Frantz; Kristin Westphal; Daniel Shinoff; Gil Abed; Peter L. Mello; Felicia S. Vasudevan |
| **Cc:** | James Cecchi; John Nelson; Jason Alperstein; Caroline Bartlett; Tyler S. Graden |
| **Subject:** | RE: PowerSchool - Motion to Add |
| **Date:** | Friday, November 14, 2025 10:25:05 AM |
| **Attachments:** | image001.png |

All,

Thank you very much for your time yesterday and the discussion on the issues you brought up. After discussion with our steering committee, we cannot agree to discontinue adding additional individual plaintiffs to this matter. This is due to the fact that not only do we have a number of school boards pending votes on joining this matter, but there also going to be other firms outside of our leadership group that will be filing individual cases.

In addition, we cannot agree to a common benefit order that covers both the class and the direct-action school districts. We intend to file shortly our own common benefit order that covers the school district direct actions. We believe that our efforts in this litigation will not only benefit the track 2 cases, but the entire litigation. Thus, we do not see having a common benefit that does not include all tracks helpful at this time.

However, as we have stated from the beginning, we would like to work collaboratively with both class action tracks.

All the best,

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail: wshinoff@frantzlawgroup.com
web: www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

**From:** Jordan Steele <JSteele@carellabyrne.com>
**Sent:** Wednesday, November 12, 2025 3:45 PM
**To:** William Shinoff <wshinoff@frantzlawgroup.com>; Edward Burak <eburak@frantzlawgroup.com>; James Frantz <jfrantz@frantzlawgroup.com>; Kristin Westphal <kwestphal@frantzlawgroup.com>
**Cc:** James Cecchi <JCecchi@carellabyrne.com>; John Nelson <JNelson@milberg.com>; Jason Alperstein <JAlperstein@carellabyrne.com>; Caroline Bartlett <CBartlett@carellabyrne.com>; Tyler

S. Graden <tgraden@ktmc.com>
**Subject:** RE: PowerSchool - Motion to Add

Thanks, William. Let's do 10:30 PT tomorrow. Talk soon.

Jordan

Jordan M. Steele
**Carella, Byrne, Cecchi, Brody & Agnello, P.C.**

---

**From:** William Shinoff <wshinoff@frantzlawgroup.com>
**Sent:** Wednesday, November 12, 2025 1:39 PM
**To:** Jordan Steele <JSteele@carellabyrne.com>; Edward Burak <eburak@frantzlawgroup.com>;
James Frantz <jfrantz@frantzlawgroup.com>; Kristin Westphal <kwestphal@frantzlawgroup.com>
**Cc:** James Cecchi <JCecchi@carellabyrne.com>; John Nelson <JNelson@milberg.com>; Jason
Alperstein <JAlperstein@carellabyrne.com>; Caroline Bartlett <CBartlett@carellabyrne.com>; Tyler
S. Graden <tgraden@ktmc.com>
**Subject:** RE: PowerSchool - Motion to Add

<div style="border:1px solid red; background:yellow;">

**WARNING: External Sender**

</div>

---

If today works I am available for the next two hours. Tomorrow I am available between 9am pacific and 11:30am pacific.

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail:  wshinoff@frantzlawgroup.com
web:  www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

---

**From:** Jordan Steele <JSteele@carellabyrne.com>
**Sent:** Wednesday, November 12, 2025 12:38 PM
**To:** William Shinoff <wshinoff@frantzlawgroup.com>; Edward Burak
<eburak@frantzlawgroup.com>; James Frantz <jfrantz@frantzlawgroup.com>; Kristin Westphal
<kwestphal@frantzlawgroup.com>
**Cc:** James Cecchi <JCecchi@carellabyrne.com>; John Nelson <JNelson@milberg.com>; Jason
Alperstein <JAlperstein@carellabyrne.com>; Caroline Bartlett <CBartlett@carellabyrne.com>; Tyler
S. Graden <tgraden@ktmc.com>
**Subject:** Re: PowerSchool - Motion to Add

Yes, but it might be easier for John and I to just give you a call. What time works for you?

Jordan M. Steele
**Carella, Byrne, Cecchi, Brody & Agnello, P.C.**

**From:** William Shinoff <wshinoff@frantzlawgroup.com>
**Sent:** Wednesday, November 12, 2025 10:35:40 AM
**To:** Jordan Steele <JSteele@carellabyrne.com>; Edward Burak <eburak@frantzlawgroup.com>;
James Frantz <jfrantz@frantzlawgroup.com>; Kristin Westphal <kwestphal@frantzlawgroup.com>
**Cc:** James Cecchi <JCecchi@carellabyrne.com>; John Nelson <JNelson@milberg.com>; Jason
Alperstein <JAlperstein@carellabyrne.com>; Caroline Bartlett <CBartlett@carellabyrne.com>; Tyler
S. Graden <tgraden@ktmc.com>; Caroline Bartlett <CBartlett@carellabyrne.com>
**Subject:** RE: PowerSchool - Motion to Add

**WARNING: External Sender**

Can you do earlier in the day?

William B. Shinoff - Attorney

FRANTZ LAW GROUP, APLC
e-mail:  wshinoff@frantzlawgroup.com
web:  www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672

**From:** Jordan Steele <JSteele@carellabyrne.com>
**Sent:** Wednesday, November 12, 2025 11:08 AM
**To:** Edward Burak <eburak@frantzlawgroup.com>; James Frantz <jpf@frantzlawgroup.com>; Kristin
Westphal <kwestphal@frantzlawgroup.com>; William Shinoff <wshinoff@frantzlawgroup.com>
**Cc:** James Cecchi <JCecchi@carellabyrne.com>; John Nelson <JNelson@milberg.com>; Jason
Alperstein <JAlperstein@carellabyrne.com>; Caroline Bartlett <CBartlett@carellabyrne.com>; Tyler
S. Graden <tgraden@ktmc.com>; Caroline Bartlett <CBartlett@carellabyrne.com>
**Subject:** PowerSchool - Motion to Add

Good morning,

Would you be available tomorrow between 12 and 1 PM PT to discuss the motion to add
Beasley Allen to the Directs' Steering Committee? We want to discuss the possibility of
aligning on next steps and coordinating case strategy ahead of the upcoming mediation.

Thank you,
Jordan

Jordan M. Steele, Esq.
**Carella, Byrne, Cecchi, Brody & Agnello, P.C.**
5 Becker Farm Road
Roseland, NJ, 07068-1739
Direct: 973-422-5551
Main: 973-994-1700
Fax:  973-994-1744

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.