# EXHIBIT F

# West Ada
## SCHOOL DISTRICT
### *Preparing Today's Students for Tomorrow's Challenges*

# MEMO

**TO:**        Board of Trustees

**FROM:**    Amy White and Devan Delashmut

**DATE:**    September 22, 2025

**RE:**        District Joining PowerSchool Multi-District Litigation

**STRATEGIC PLAN ALIGNMENT: Safe and Well-Equipped Schools**

Attached to this memo are two documents.  The first is an Attorney-Client Fee Contract with Frantz Law Group, APLC.  This document outlines the relationship between this law firm and the District should the District join into the Multi-District Litigation regarding the 2024 PowerSchool Breach.

The second document outlines the PowerSchool Data Breach investigation.  This document is a CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION that should not be shared publicly by any Board member.  This memo outlines the legal issues and possible remedies available associated with this breach.

Currently the District has two options.  The first is a class action suit in the Eastern United States against PowerSchool associated with this breach.   Counsel for the Plaintiffs in this litigation are attempting to include every school district in the United States as a plaintiff party in their class action.  Interestingly, the complaint filed by counsel in this class-action specifically mentions the West Ada School District as a victim of the breach and cites to a statement they allege the District provided associates with this breach.   I would note that no one at or on behalf of the District, to our knowledge, has ever spoken to the counsel who is pursuing this litigation.   If the class is certified by the courts to cover every school district in the United States, the District is a party to the suit unless it formally "opts-out" of the class or is otherwise involved in litigation on the same subject matter.   Involvement in litigation on the same subject matter is our second option.  A multi-district litigation has been pursued in California by the law firm that represents the District in the JUUL vaping case.  Accordingly, our existing legal representation is pursuing an action very similar to that of the JUUL matter on the subject matter of the PowerSchool breach.  The JUUL litigation has been very financially beneficial to the District.

Thus, at this stage a decision should be made as to whether we wish to be a party in the class action, opt out of the class action and not be a party in any litigation or if the District should join the multi-district litigation. Discussion has occurred at the executive team level, and we believe it is more advantageous to the District to participate in the multi-district litigation process, with our existing counsel at the Frantz Law Group.  This gives us more control over the District's participation in the litigation process coupled with a better opportunity for increased financial compensation and protection for our students and personnel who may have had their confidential information shared.