**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br>   *All Track Two Direct Action*<br>   *Plaintiffs* | Case No. 3:25-MD-03149-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIMS UNDER THE COMPUTER FRAUD AND ABUSE ACT (COUNT 4) AND THE NEW YORK EDUCATION LAW (COUNT 23)**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

-1-

## **ORDER**

Pursuant to the foregoing Joint Motion, and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that:

1.  By agreement of the Parties, the following claims asserted in the School District Direct Action Plaintiffs' First Amended Consolidated Master Complaint ("Amended Complaint") (ECF No. 288) are dismissed without prejudice:

   a.   Count 4: Violation of the Computer Fraud and Abuse Act; and

   b.   Count 23: Violation of the New York Education Law § 2-d.

2.  Direct Plaintiffs shall preserve the right to rely on the allegations supporting Count 23 in supporting other causes of action that Direct Plaintiffs continue to pursue.

**IT IS SO ORDERED**

Dated: November 18, 2025

_____

Honorable Roger T. Benitez
Judge of the Southern District Court

-2-

ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIMS UNDER THE COMPUTER FRAUD AND ABUSE ACT (COUNT 4) AND THE NEW YORK EDUCATION LAW (COUNT 23)
3:25-MD-03149-BEN-MSB