
| | |
|---|---|
| James E. Cecchi (NJ 030861989) <br> **CARELLA, BYRNE, CECCHI,** <br> **BRODY & AGNELLO, P.C.** <br> 5 Becker Farm Road <br> Roseland, NJ 07068 <br> Tel.: (973) 994-1700 <br> jcecchi@carellabyrne.com <br><br> *Lead Counsel for School District Class Action Plaintiffs (Track Two)* | Anne Johnson Palmer (SBN 302235) <br> **ROPES & GRAY LLP** <br> Three Embarcadero Center <br> San Francisco, CA 94111 <br> Tel: (415) 315-6300 <br> Fax: (415) 315-6350 <br> anne.johnsonpalmer@ropesgray.com <br><br> Christopher M. Young (SBN 163319) <br> **DLA PIPER LLP (US)** <br> 4365 Executive Drive Suite 1100 <br> San Diego, CA 92121 <br> Tel: (619) 699-4748 <br> Fax: (616) 764-6748 <br> christopher.young@us.dlapiper.com <br><br> *Counsel for Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION <br><br> *This Document Relates to:* <br>     *All Track Two Class Action Plaintiffs* | Case No. 3:25-MD-03149-BEN-MSB <br><br> **JOINT MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIM UNDER THE CALIFORNIA UCL (COUNT 6)** <br><br> Judge: Hon. Roger T. Benitez <br> Courtroom: 5A |

Pursuant to Local Rule 7.2, and the agreement between the Track Two School District Class Action Plaintiffs ("Class Plaintiffs") and Defendants PowerSchool Holdings, Inc. and PowerSchool Group, LLC ("Defendants," and together with Class Plaintiffs, the "Parties") hereby jointly move this Court for an order dismissing, without prejudice, a certain statutory claim against Defendants in Class Plaintiffs' First Amended Consolidated Master Complaint (ECF No. 263) ("Amended Complaint") as set forth below.  The Parties make this motion jointly ("Joint Motion") as a result of the meet-and-confer discussions among their counsel in advance of Defendants' filing of their Reply to the Class Plaintiffs' Opposition to Defendants' Motion to Dismiss the Class Plaintiffs' Amended Complaint on November 26, 2025.  This Joint Motion applies to the Class Plaintiffs and Defendants PowerSchool Holdings, Inc. and PowerSchool Group, LLC, only and does not affect claims asserted by plaintiffs in other tracks or claims asserted against any other defendant.

### A.  AMENDED COMPLAINT CLAIMS

The Amended Complaint asserts various statutory claims among other causes of action.  The Parties have conferred and agree that the following claim should be dismissed in accordance with the reservations set forth below, in order to narrow the issues and streamline this litigation:

(1)   Count 6: Violation of the California Unfair Competition Law.

The Parties respectfully submit that dismissal of the above-referenced claim does not alter, modify, or affect the Court's July 23, 2025, Order Granting Joint Motion Regarding Schedule for Consolidated Complaint and Related Briefing (ECF No. 243), and that all deadlines set forth therein remain in full force and effect.

### B.  CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an order dismissing, without prejudice, the following claim asserted against

Defendants, as follows:

1. Count 6: Violation of the California Unfair Competition Law.

Dated: November 21, 2025

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer (SBN 302235)
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

Monica Mleczko (Mass. BBO 696607)*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: 617-235-4082

Christopher M. Young (SBN 163319)
christopher.young@dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

*Counsel for Defendants PowerSchool Holdings, Inc., and PowerSchool Group, LLC*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 21, 2025 | */s/ James E. Cecchi* |
| | | James E. Cecchi (NJ 030861989)) |
| 3 | | jcecchi@carellabyrne.com |
| 4 | | **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** |
| 5 | | 5 Becker Farm Road |
| | | Roseland, NJ 07068 |
| 6 | | Tel.: (973) 994-1700 |
| 7 | | |
| 8 | | Jason H. Alperstein (FL 64205) |
| | | jalperstein@carellabyrne.com |
| 9 | | **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** |
| 10 | | 2222 Ponce De Leon Blvd. |
| 11 | | Miami, FL 33134 |
| 12 | | Tel.: (973) 994-1700 |
| 13 | | *Lead Counsel for School District Class Action Plaintiffs (Track Two)* |
| 14 | | |

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Anne Johnson Palmer, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties as required by Section 2(f)(4) of the ECF Administrative Policies and Procedures Manual.

Dated: November 21, 2025       */s/ Anne Johnson Palmer*
                                           Anne Johnson Palmer