**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br>　*All Track Two Class Action*<br>　*Plaintiffs* | Case No. 3:25-MD-03149-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIM UNDER THE CALIFORNIA UCL (COUNT 6)**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

-1-

# <u>ORDER</u>

Pursuant to the foregoing Joint Motion, and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that:

1.    By agreement of the Parties, the following claim asserted in the School District Class Action Plaintiffs' First Amended Consolidated Master Complaint ("Amended Complaint") (ECF No. 263) is dismissed without prejudice: Count 6: Violation of the California Unfair Competition Law.

**IT IS SO ORDERED**

Dated: November 21, 2025

_____

Honorable Roger T. Benitez
Judge of the Southern District Court

ORDER GRANTING JOINT MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIM UNDER THE CALIFORNIA UCL (COUNT 6)
3:25-MD-03149-BEN-MSB