# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION** | **) Case No. 25-md-3149 BEN-MSB**<br>**)**<br>**) Order Re: Discovery Issues**<br>**)**<br>**)** |

**Discovery Conference Summary**

**Date:** November 20, 2025

**Participants:**

- Track 1 Plaintiffs: Danielle Izzo, Esq. David Casey Jr., Esq.
- Track 2 Plaintiffs: James Cecchi, Esq., Jason Alperstein, Esq.
- Defendants PowerSchool Holdings, Inc. and PowerSchool Group, LLC: Anne Palmer, Esq.
- Defendant Bain Capital, L.P.: Jacobus Schutte, Esq.

**Overview:**

The parties continue to work cooperatively exchanging early case assessment discovery in advance of the mediation scheduled January 12–13, 2026. Despite this cooperation, several discovery issues arose. After considering the parties' briefing and oral argument, the Special Master ruled as follows:

1. **PowerSchool Data Breach Information:**
   - **GRANTED IN PART / DENIED IN PART:**
     - Defendants represent that all non-privileged, completed forensic reports have been produced.
     - **Ordered:** PowerSchool will produce all raw data used to prepare the CrowdStrike forensic report and or relied on as part of CrowdStrike's methodology and a timeline of the data exfiltration. This may include logs, records, entries, and tables, if any.

2. **Documents from Prior Litigation:**
   - **GRANTED IN PART / DENIED IN PART:**
     - Plaintiffs' discovery request for all prior litigation documents is overly broad and unduly burdensome.
     - **Ordered:** PowerSchool agrees to search for and produce any

documents pertinent to the different levels of security for the data types collected. PowerSchool will conduct a word search of the prior discovery for references to "SIS" and report the number of pages containing such references. Further production will be determined based on results.

3. **Cybersecurity Compliance Reports:**
    - **DENIED AS MOOT:**
        - PowerSchool has produced a report referencing SOC 2 compliance.
        - Defendants represent no additional reports regarding NIST or CISA standards exist.

4. **Financial Documents:**
    - **GRANTED (by agreement):**
        - PowerSchool will produce documents covering SIS enrollment numbers, contracts, and pricing data from January 1–December 31, 2024.
        - Plaintiffs may seek documents for up to five years if formal discovery ensues.

5. **Insurance Information from Bain Capital:**
    - **GRANTED (by agreement):**
        - Bain Capital will produce information on all relevant insurance policies, including coverage limits, continuity, and amounts available, **to the Mediator**.
        - Plaintiffs may request documents under Fed. R. Civ. P. 26(a)(1)(A)(iv) if formal discovery ensues.

**IT IS SO ORDERED:**

Larry A. Burns
Hon. Larry A. Burns (Ret.)
Special Master

Dated: November 23, 2025

JUDICATE WEST
Alternative Dispute Resolution

1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

*Results Beyond Dispute*℠

*www.JudicateWest.com*

**PROOF OF SERVICE**

I, the undersigned, an employee of Judicate West, located at 1851 E. First Street, Ste. 1600, Santa Ana, CA, declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter or proceeding.

On 11/24/2025, I served the foregoing document(s), described as:

**ORDER RE: DISCOVERY ISSUES**

to the following parties:

**SEE ATTACHED MAILING LIST**

☑ **BY E-MAIL** I caused the above-referenced document to be transmitted via electronic mail (email) to the parties as listed on this Proof of Service

☐ **BY ELECTRONIC FILING** I caused such document to be sent via electronic service by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

☐ **BY FASCIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE** I personally delivered the documents to the persons at the address (es): by leaving the documents at the person (s) office, in an envelope or package clearly labeled to identify the person(s) being served, with a receptionist or an individual in charge of the office.

☐ **BY UNITED STATES PARCEL SERVICE** I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

☑ **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **FEDERAL** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11/24/2025.

*Heidi Adams*

Heidi Adams
Judicate West

JUDICATE WEST
Alternative Dispute Resolution
Results Beyond Dispute℠

Santa Ana Office
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
www.judicatewest.com

# Case Contact List

as of Monday, November 24, 2025

**JW Case #: A333427**

***Case Caption: In Re Powerschool Holdings, Inc. & Powerschool Group, LLC Customer Security Breach Litigation***

Jennifer M. French, Esq.
Lynch Carpenter, LLP
1234 Camino Del Mar
Del Mar, CA 92014
Phone: (619) 762-1910 Fax:
Email: jennf@lcllp.com
Representing Plaintiffs' Liaison Counsel

David S. Casey Jr., Esq.
Casey, Gerry, Francavilla, & Blatt, LLP
110 Laurel St.
San Diego, CA 92101-1486
Phone: (619) 238-1811 Fax: (619) 544-9232
Email: dcasey@cglaw.com
Representing Track 1 - Class Action Plaintiffs

Gayle M. Blatt, Esq.
Casey, Gerry, Francavilla, & Blatt, LLP
110 Laurel St.
San Diego, CA 92101-1486
Phone: (619) 238-1811 Fax: (619) 544-9232
Email: gmb@cglaw.com
Representing Track 1 - Class Action Plaintiffs

Camille Guerra, Esq.
Casey, Gerry, Francavilla, & Blatt, LLP
110 Laurel St.
San Diego, CA 92101-1486
Phone: (619) 238-1811 Fax: (619) 544-9232
Email: camille@cglaw.com
Representing Track 1 - Class Action Plaintiffs

Mandy Boltax, Esq.
Hausfeld, LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Phone: (202) 540-7200 Fax:
Email: mboltax@hausfeld.com
Representing Track 1 - Individual Action Plaintiffs

JUDICATE WEST
Alternative Dispute Resolution
*Results Beyond Dispute*℠

**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Nicolas U. Murphy, Esq.
Hausfeld, LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Phone: (202) 540-7200   Fax:
Email: nmurphy@hausfeld.com
Representing Track 1 - Individual Action Plaintiffs

James J. Pizzirusso, Esq.
Hausfeld, LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Phone: (202) 540-7200   Fax:
Email: jpizzirusso@hausfeld.com
Representing Track 1 - Individual Action Plaintiffs

Danielle Izzo, Esq.
Labaton Keller Sucharow, LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0700   Fax: (212) 818-0477
Email: dizzo@labaton.com
Representing Track 1 - Teachers Unions Plaintiffs

Carol C. Villegas, Esq.
Labaton Keller Sucharow, LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0700   Fax: (212) 818-0477
Email: cvillegas@labaton.com
Representing Track 1 - Teachers Unions Plaintiffs

Jason H. Alperstein, Esq.
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
2222 Ponce De Leon Blvd.
Miami, FL 33134
Phone:    Fax:
Email: jalperstein@carellabyrne.com
Representing Track 2 - School District Class Action Plaintiffs

James E. Cecchi, Esq.
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700   Fax:
Email: JCecchi@carellabyrne.com
Representing Track 2 - School District Class Action Plaintiffs

Jordan M. Steele, Esq.
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700 Fax:
Email: jsteele@carellabyrne.com
Representing Track 2 - School District Class Action Plaintiffs

James P. Frantz, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945 Fax: (619) 525-7672
Email: jpf@frantzlawgroup.com
Representing Track 3 - School District Direct Action Plaintiffs

Edward M. Burak, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945 Fax: (619) 525-7672
Email: eburak@frantzlawgroup.com
Representing Track 3 - School District Direct Action Plaintiffs

William B. Shinoff, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945 Fax: (619) 525-7672
Email: wshinoff@frantzlawgroup.com
Representing Track 3 - School District Direct Action Plaintiffs

Kristin J. Westphal, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945 Fax: (619) 525-7672
Email: kwestphal@frantzlawgroup.com
Representing Track 3 - School District Direct Action Plaintiffs

John P. Carlin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
2001 K Street, NW
Washington, DC 20006
Phone: (202) 223-7300 Fax: (202) 223-7420
Email: jcarlin@paulweiss.com
Representing Bain Capital, LP

JUDICATE WEST
Alternative Dispute Resolution
Results Beyond Dispute℠

**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Jacobus J. Schutte, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000   Fax: (212) 757-3990
Email: jschutte@paulweiss.com
Representing Bain Capital, LP

Dylan O. Smith, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000   Fax: (212) 757-3990
Email: dosmith@paulweiss.com
Representing Bain Capital, LP

R. Rosie Vail, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
535 Mission Street
24th Floor
San Francisco, CA 94105
Phone:    Fax:
Email: rvail@paulweiss.com
Representing Bain Capital, LP

Samantha J. Flattery, Esq.
Brown Rudnick, LLP
2211 Michelson Dr.
7th floor
Irvine, CA 92612
Phone: (949) 752-7100   Fax: (949) 252-1514
Email: sflattery@brownrudnick.com
Representing Movate, Inc.

Dylan P. Kletter, Esq.
Brown Rudnick, LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800   Fax:
Email: DKletter@brownrudnick.com
Representing Movate, Inc.

Renee Moulton, Esq.
Brown Rudnick, LLP
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
Phone: (424) 525-0179   Fax:
Email: rmoulton@brownrudnick.com
Representing Movate, Inc.

Jonathan White, Esq.
Brown Rudnick, LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800 Fax:
Email: jwhite@brownrudnick.com
Representing Movate, Inc.

Ashley L. Barton, Esq.
DLA Piper US, LLP
4365 Executive Dr.
Suite 1100
San Diego, CA 92121
Phone: (858) 677-1400 Fax: (858) 677-1401
Email: ashley.barton@us.dlapiper.com
Representing PowerSchool Defendants

Christopher M. Young, Esq.
DLA Piper US, LLP
401 "B" St.
Suite 1700
San Diego, CA 92101
Phone: (619) 699-2775 Fax:
Email: christopher.young@dlapiper.com
Representing PowerSchool Defendants

Rebecca Michelson, Esq.
Ropes & Gray, LLP
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000 Fax: (617) 951-7050
Email: Rebecca.Michelson@ropesgray.com
Representing PowerSchool Defendants

Monica Mleczko, Esq.
Ropes & Gray, LLP
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000 Fax: (617) 951-7050
Email: monica.mleczko@ropesgray.com
Representing PowerSchool Defendants

Anne J. Palmer, Esq.
Ropes & Gray, LLP
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000 Fax: (617) 951-7050
Email: anne.johnsonpalmer@ropesgray.com
Representing PowerSchool Defendants

Will Spelder, Esq.
Ropes & Gray, LLP
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000 Fax: (617) 951-7050
Email: Will.Spelder@ropesgray.com
Representing PowerSchool Defendants