**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GORUP, LLC CUSTOMER DATA SECURITY BREACH LITIGATION , | Case No.: 25-MD-3149-BEN-MSB<br><br>**ORDER** |

**THE COURT ORDERS** each party to file, within seven (7) days of this Order, separate synopses addressing the following motions:

(1) Defendant Bain Capital's Motion to Dismiss for Failure to State a Claim the Consolidated Individual User Putative Class Action Complaint (Track 1) (Dkt. 286); and

(2) Defendant Bain Capital's Motion to Dismiss for Failure to State a Claim the School District Amended Putative Class Action Complaint and the School District Direct Actions First Amended Master Consolidated Complaint (Track 2) (Dkt. 303).

///

///

///

Each synopsis shall not exceed ten (10) pages, double-spaced, and shall summarize all oppositions, replies, and responsive pleadings as they pertain to both Individual and Class Action Plaintiffs. Each party shall serve copies upon opposing counsel concurrently with filing.

**IT IS SO ORDERED.**

DATED: December 1, 2025

**HON. ROGER T. BENITEZ**
United States District Judge