1  Jennifer M. French, Cal. State Bar No. 265422
2  jennf@lcllp.com
   **LYNCH CARPENTER, LLP**
3  9171 Towne Centre Dr, Ste 180
   San Diego, CA 92122
4  Tel.: (619) 762-1903

5  *Plaintiffs' Liaison Counsel*

6  [Additional Counsel listed below]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 3:25-md-03149-BEN-MSB  **JOINT STATUS REPORT**  Date: December 12, 2025<br>Time: 10:30 a.m.<br>Judge: Hon. Roger T. Benitez<br>Ctrm: 5A |
|---|---|

The Parties respectfully submit this Joint Status Report in advance of the Status Conference scheduled for December 12, 2025.

### A.     Status of Pleadings

Plaintiffs in both Tracks have filed consolidated and amended complaints. Dkt. Nos. 259, 263, 288. Defendants' motions to dismiss will be fully briefed upon filing of the requested synopses on or before December 8, 2025. Dkt. Nos. 285–86, 302–03, 317, 319–20, 333, 341–44, 353, 360–61, 366, 369, 378–81. As part of the Plaintiffs' efforts to narrow claims for the Court's consideration, the Parties have continued to meet and confer, and the Court granted several joint motions to dismiss certain claims without prejudice. Dkt. Nos. 301, 308, 314, 368, 376.

The Court has not set a hearing on the motions to dismiss. The Parties propose an omnibus hearing on all Defendants' motions to dismiss and would like to discuss the Court's availability for an omnibus hearing during the status conference.

### B.     Liaison Counsel's Report

On October 24, 2025, Liaison Counsel attended the status conference in the related action, *Jane Doe One et al. v. PowerSchool Holdings, Inc. et al*, Case No. 25CU002797C, pending in the San Diego Superior Court. *See* Dkt. No. 276. Judge Freestone continued the status conference to March 6, 2026, to coincide with the hearing on PowerSchool's motion to stay the state court action pending resolution of this MDL. Liaison Counsel will continue to monitor the case, communicate with plaintiffs' counsel in that state court action, and keep the Court apprised of any developments.

### C.     Track One Monthly Time Submissions

Track One Plaintiffs have submitted and will continue to submit billing reports for the Court's in camera review on the tenth of each month.

### D.     Special Discovery Master

All Parties agreed to the appointment of the Honorable Larry Burns (Ret.) as the Special Discovery Master and the Court made the appointment on October 3, 2025. Dkt. No. 312.

### E. Informal Discovery

On November 20, 2025, Special Discovery Master Hon. Larry Burns (Ret.) held a conference on certain of the Parties' outstanding informal discovery disputes and issued an order following the conference on November 24, 2025. Dkt. No. 377. On December 5, 2025, Judge Burns held a second discovery conference involving the Track One and the Track Two Class Plaintiffs, PowerSchool, and Bain. Rolling productions have been ongoing between Plaintiffs and PowerSchool in preparation for mediation. Movate served a pre-mediation document production on December 4, 2025.

### F. Protective Order and ESI Protocol

Magistrate Judge Berg issued the Protective Order on October 16, 2025. Dkt. No. 331. The Parties continue to meet and confer on a proposed ESI Protocol and will submit any remaining disputed issues to Judge Burns if the Parties reach an impasse on the limited remaining issues under discussion.

### G. Mediation

The Parties have scheduled a two-day mediation with the Hon. Layn Phillips of Phillips ADR on January 12 and 13, 2026.

### H. Case Schedule, *Lexecon* Waiver, and 1404 Transfers

If the Parties are unable to resolve the case during the upcoming mediation, they plan to discuss a proposed schedule to include deadlines related to discovery, the Track One and Track Two Class Plaintiffs' motions for class certification, and any bellwether trials. The Parties remain prepared to consider *Lexecon* waivers and/or transfers under 28 U.S.C. § 1404 after the Court rules on the motions to dismiss.

Dated: December 5, 2025

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jennf@lcllp.com

David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

*Co-Lead Counsel for Class Action Plaintiffs*

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

*Co-Lead Counsel for Teachers Unions Plaintiffs*

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Co-Lead Counsel for Individual Action Plaintiffs*

James E. Cecchi, N.J. State Bar No. 030861989*
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700

*Lead Counsel for School District Class Action Plaintiffs*

James P. Frantz, Cal. State Bar No. 87492
jpf@frantzlawgroup.com
William B. Shinoff, Cal. State Bar No. 280020
wshinoff@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: (619) 233-5945

*Co-Lead Counsel for School District Direct Action Plaintiffs*

Dated: December 5, 2025

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer, Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

Monica Mleczko, Mass. State Bar No. 696607*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: 617-235-4082

| | | |
|---|---|---|
| 1 | | Christopher M. Young, Cal. State Bar No. 163319 |
| 2 | | christopher.young@dlapiper.com<br>**DLA PIPER LLP** |
| 3 | | 4365 Executive Drive, Suite 1100<br>San Diego, CA 92121 |
| 4 | | Tel: 619-699-4748 |
| 5 | | *Counsel for the PowerSchool Defendants*<br>* Admitted *pro hac vice* |
| 6 | Dated: December 5, 2025 | */s/ Jacobus J. Schutte* |
| 7 | | Jacobus J. Schutte, NY State Bar No. 5023353*<br>jschutte@paulweiss.com |
| 8 | | Dylan O. Smith, NY State Bar No. 5846076*<br>dosmith@paulweiss.com |
| 9 | | **PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP** |
| 10 | | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 11 | | Tel: 212-373-3000 |
| 12 | | John P. Carlin, NY State Bar No. 3031887*<br>jcarlin@paulweiss.com |
| 13 | | **PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP** |
| 14 | | 2001 K Street, NW<br>Washington, D.C. 20006-1047 |
| 15 | | Tel.: 202-223-7300 |
| 16 | | R. Rosie Vail, Cal. State Bar No. 317977<br>rvail@paulweiss.com |
| 17 | | **PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP** |
| 18 | | 535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Tel.: 628-432-5100 |
| 19 | | *Counsel for Defendant Bain Capital, L.P.* |
| 20 | | * Admitted *pro hac vice* |
| 21 | Dated: December 5, 2025 | */s/ Jonathan D. White* |
| 22 | | Jonathan D. White, NY State Bar No. 5393780*<br>jwhite@brownrudnick.com |
| 23 | | Dylan P. Kletter, NY State Bar No. 5924659*<br>dkletter@brownrudnick.com |
| 24 | | **BROWN RUDNICK LLP**<br>Seven Times Square |
| 25 | | New York, NY 10036<br>Tel: 212-209-4800 |
| 26 | | |
| 27 | | |
| 28 | | |

Renee Moulton, Cal. State Bar No. 353065
rmoulton@brownrudnick.com
**BROWN RUDNICK LLP**
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
Tel.: 424-525-0200

*Counsel for Defendant Movate, Inc.*
\* Admitted *pro hac vice*

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual.

Dated: December 5, 2025    */s/ Jennifer M. French*
                           *Plaintiffs' Liaison Counsel*
                           jennf@lcllp.com