James E. Cecchi (NJ 030861989)
*Admitted Pro Hac Vice*
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

*Lead Counsel for Plaintiffs and the*
*School District Class Action*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, <br><br> *This Document Relates to the School District Class Action Track* | Case No. 25-md-3149-BEN-MSB <br><br> MDL 3149 <br><br> CONSOLIDATED MDL DOCKET |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE BY GATEWAY ACADEMY CHARTER SCHOOL AND BRICK BUFFALO ACADEMY CHARTER SCHOOL**

Plaintiffs Gateway Academy Charter School and BRICK Buffalo Academy Charter School, by and through their undersigned counsel, hereby give notice of their voluntary dismissal of all claims against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This dismissal is made without prejudice.



| | |
|---|---|
| Dated: December 8, 2025 | Respectfully submitted, |
| | /s/ James E. Cecchi |
| | James E. Cecchi (NJ 030861989) |
| | *Admitted Pro Hac Vice* |
| | Jason H. Alperstein (FL 64205) |
| | *Admitted Pro Hac Vice* |
| | Jordan M. Steele (SBN 362684) |
| | **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** |
| | 5 Becker Farm Road |
| | Roseland, New Jersey 07068 |
| | Telephone: (973) 994-1700 |
| | Facsimile: (973) 994-1744 |
| | Email: jcecchi@carellabyrne.com |
| | Email: jalperstein@carellabyrne.com |
| | Email: jsteele@carellabyrne.com |
| | |
| | *Lead Counsel for Plaintiffs and the School District Class Action* |
| | |
| | John Nelson (SBN 317598) |
| | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| | 402 W Broadway, Suite 1760 |
| | San Diego, California 92101 |
| | Telephone: (858) 209-6941 |
| | Email: jnelson@milberg.com |
| | |
| | M. Anderson Berry (SBN 262879) |
| | **EMERY REDDY, PC** |
| | 600 Stewart Street, Suite 1100 |
| | Seattle, WA 98101 |
| | Telephone: (916) 823-6955 |
| | Email: anderson@emeryreddy.com |
| | |
| | Kristen Lake Cardoso (SBN 338762) |
| | **KOPELOWITZ OSTROW P.A.** |
| | One West Las Olas Blvd., Suite 500 |
| | Fort Lauderdale, Florida 33301 |
| | Telephone: (954) 525-4100 |
| | Email: cardoso@kolawyers.com |



Tyler S. Graden (NJ 028462007)
*Admitted Pro Hac Vice*
**KESSLER TOPAZ
 MELTZER CHECK LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Email: tgraden@ktmc.com

*Members of the Steering Committee for the School District Class Action*

Michael Critchley, Sr. (NJ 251821972)
*Pro Hac Vice Forthcoming*
**CRITCHLEY & LURIA, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-9200
Email: mcritchley@critchleylaw.com

*Additional Counsel for Plaintiffs*

