# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION** | **) Case No. 25-md-3149 BEN-MSB**<br>**)**<br>**) Order Re: Discovery Issues**<br>**)**<br>**)** |

**<u>Informal Discovery Conference Summary</u>**

**Date:** December 5, 2025

**Participants:**

- Track 1 Plaintiffs: Danielle Mazzeo, Esq. David Casey Jr., Esq.
- Track 2 Plaintiffs: Jorden Steele, Esq.,
- Defendants PowerSchool Holdings, Inc. and PowerSchool Group, LLC: Anne Palmer, Esq.
- Defendant Bain Capital, L.P.: Jacobus Schutte, Esq.

**Overview:**

The parties reached an impasse on several pre-mediation discovery issues. After receiving letter briefs outlining the disputed matters and hearing oral arguments, the Special Master ruled as follows:

1. **Bain Capital's Assessment of the Data Breach, Including Reports on the Cause and Scope of the Breach; and Bain Capital's Data Security Directives and Recommendations Issued to PowerSchool Prior to the Breach (*e.g.*, Cost-Cutting Measures, Cybersecurity Workforce Reductions, or Offshoring of Cybersecurity Operations)**

    - **GRANTED IN PART / DENIED IN PART:**
        - Bain Capital represents that it prepared no reports concerning the cause or scope of the breach.
        - **Ordered: For the period June 6, 2024 – December 31, 2024**, Bain Capital will produce any documents containing recommendations it made to PowerSchool, or requirements it imposed on PowerSchool, relating to PowerSchool's cybersecurity functions. This includes, without limitation, any recommendations or directives regarding cost-cutting measures affecting PowerSchool's cybersecurity operations, reductions to

PowerSchool's cybersecurity workforce, or offshoring of PowerSchool's cybersecurity operations. **Production Deadline**: on or before **December 18, 2025**.

2. **CrowdStrike Raw Data Underlying Forensic Report; SIS Product Contract Data; Number of School Districts and Individual Schools Under Contract as of August 1, 2024; Pricing Portion of the SIS Product Revenue Apportioned to Cost of Data Security Services; Average Price of SIS-Product Contracts**

    - **GRANTED IN PART / DENIED IN PART**
        - PowerSchool represents that it is in the process of, but has not completed, producing a significant amount of raw data used or relied upon to prepare the CrowdStrike forensic report. It anticipates completing this task within a week or two. **Production Deadline**: on or before **December 18, 2025**.
        - PowerSchool represents that it does not apportion its pricing for the SIS product revenue in a manner that separately accounts for the cost of providing cybersecurity and has no pricing analyses specific to data security for the SIS product.
        - **Ordered:** PowerSchool will produce information on the total number of school districts and individual schools under contract for the SIS program, and the average price of the SIS contracts, all as of August 1, 2024. **Production Deadline:** on or before **December 18, 2025**.

3. **Track Two Plaintiffs' Damages for Overtime Hours Devoted to Managing the Data Breach**

    - **GRANTED IN PART / DENIED IN PART**
        - Track Two Plaintiffs represent that none of the seven school districts they represent incurred expert expenses in their efforts to contain the SIS cybersecurity breach.
        - Ordered: **For the period January 7, 2025 – March 31, 2025**, Track Two Plaintiffs will ascertain and produce the total number of overtime hours each of the seven districts that their personnel devoted to containing the PowerSchool SIS cybersecurity breach. **Production Deadline:** on or before **December 18, 2025**.

**IT IS SO ORDERED:**

Larry A. Burns

Hon. Larry A. Burns (Ret.)
Special Master

Dated: December 5, 2025

JUDICATE WEST
Alternative Dispute Resolution

1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

*Results Beyond Dispute*℠

www.JudicateWest.com

**PROOF OF SERVICE**

I, the undersigned, an employee of Judicate West, located at 1851 E. First Street, Ste. 1600, Santa Ana, CA, declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter or proceeding.

On 12/09/2025, I served the foregoing document(s), described as:

**ORDER RE: DISCOVERY ISSUES**

to the following parties:

**SEE ATTACHED MAILING LIST**

- [x] **BY E-MAIL** I caused the above-referenced document to be transmitted via electronic mail (email) to the parties as listed on this Proof of Service

- [ ] **BY ELECTRONIC FILING** I caused such document to be sent via electronic service by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

- [ ] **BY FASCIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

- [ ] **BY PERSONAL SERVICE** I personally delivered the documents to the persons at the address (es): by leaving the documents at the person (s) office, in an envelope or package clearly labeled to identify the person(s) being served, with a receptionist or an individual in charge of the office.

- [ ] **BY UNITED STATES PARCEL SERVICE** I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

- [x] **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

- [ ] **FEDERAL** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12/09/2025.

*Heidi Adams*
Heidi Adams
Judicate West

JUDICATE WEST
Alternative Dispute Resolution
Results Beyond Dispute℠

**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

# Case Contact List

as of Tuesday, December 9, 2025

**JW Case #: A333427**

***Case Caption: In Re Powerschool Holdings, Inc. & Powerschool Group, LLC Customer Security Breach Litigation***

Jennifer M. French, Esq.
Lynch Carpenter, LLP
9171 Towne Centre Dr.
Suite 180
San Diego, CA 92122
Phone: (619) 762-1910 Fax:
Email: jennf@lcllp.com
Representing Plaintiffs' Liaison Counsel

David S. Casey Jr., Esq.
Casey, Gerry, Francavilla, & Blatt, LLP
110 Laurel St.
San Diego, CA 92101-1486
Phone: (619) 238-1811 Fax: (619) 544-9232
Email: dcasey@cglaw.com
Representing Track 1 - Class Action Plaintiffs

Gayle M. Blatt, Esq.
Casey, Gerry, Francavilla, & Blatt, LLP
110 Laurel St.
San Diego, CA 92101-1486
Phone: (619) 238-1811 Fax: (619) 544-9232
Email: gmb@cglaw.com
Representing Track 1 - Class Action Plaintiffs

Camille Guerra, Esq.
Casey, Gerry, Francavilla, & Blatt, LLP
110 Laurel St.
San Diego, CA 92101-1486
Phone: (619) 238-1811 Fax: (619) 544-9232
Email: camille@cglaw.com
Representing Track 1 - Class Action Plaintiffs

Mandy Boltax, Esq.
Hausfeld, LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Phone: (202) 540-7200 Fax:
Email: mboltax@hausfeld.com
Representing Track 1 - Individual Action Plaintiffs

JUDICATE WEST
Alternative Dispute Resolution
*Results Beyond Dispute*℠

**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Nicolas U. Murphy, Esq.
Hausfeld, LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Phone: (202) 540-7200 Fax:
Email: nmurphy@hausfeld.com
Representing Track 1 - Individual Action Plaintiffs

James J. Pizzirusso, Esq.
Hausfeld, LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Phone: (202) 540-7200 Fax:
Email: jpizzirusso@hausfeld.com
Representing Track 1 - Individual Action Plaintiffs

Danielle Izzo, Esq.
Labaton Keller Sucharow, LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0700 Fax: (212) 818-0477
Email: dizzo@labaton.com
Representing Track 1 - Teachers Unions Plaintiffs

Carol C. Villegas, Esq.
Labaton Keller Sucharow, LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0700 Fax: (212) 818-0477
Email: cvillegas@labaton.com
Representing Track 1 - Teachers Unions Plaintiffs

Jason H. Alperstein, Esq.
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
2222 Ponce De Leon Blvd.
Miami, FL 33134
Phone: Fax:
Email: jalperstein@carellabyrne.com
Representing Track 2 - School District Class Action Plaintiffs

James E. Cecchi, Esq.
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700 Fax:
Email: JCecchi@carellabyrne.com
Representing Track 2 - School District Class Action Plaintiffs

Jordan M. Steele, Esq.
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700 Fax:
Email: jsteele@carellabyrne.com
Representing Track 2 - School District Class Action Plaintiffs

James P. Frantz, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945 Fax: (619) 525-7672
Email: jpf@frantzlawgroup.com
Representing Track 3 - School District Direct Action Plaintiffs

Edward M. Burak, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945 Fax: (619) 525-7672
Email: eburak@frantzlawgroup.com
Representing Track 3 - School District Direct Action Plaintiffs

William B. Shinoff, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945 Fax: (619) 525-7672
Email: wshinoff@frantzlawgroup.com
Representing Track 3 - School District Direct Action Plaintiffs

Kristin J. Westphal, Esq.
Frantz Law Group, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945 Fax: (619) 525-7672
Email: kwestphal@frantzlawgroup.com
Representing Track 3 - School District Direct Action Plaintiffs

John P. Carlin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
2001 K Street, NW
Washington, DC 20006
Phone: (202) 223-7300 Fax: (202) 223-7420
Email: jcarlin@paulweiss.com
Representing Bain Capital, LP

Jacobus J. Schutte, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000 Fax: (212) 757-3990
Email: jschutte@paulweiss.com
Representing Bain Capital, LP

Dylan O. Smith, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000 Fax: (212) 757-3990
Email: dosmith@paulweiss.com
Representing Bain Capital, LP

R. Rosie Vail, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
535 Mission Street
24th Floor
San Francisco, CA 94105
Phone: Fax:
Email: rvail@paulweiss.com
Representing Bain Capital, LP

Samantha J. Flattery, Esq.
Brown Rudnick, LLP
2211 Michelson Dr.
7th floor
Irvine, CA 92612
Phone: (949) 752-7100 Fax: (949) 252-1514
Email: sflattery@brownrudnick.com
Representing Movate, Inc.

Dylan P. Kletter, Esq.
Brown Rudnick, LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800 Fax:
Email: DKletter@brownrudnick.com
Representing Movate, Inc.

Renee Moulton, Esq.
Brown Rudnick, LLP
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
Phone: (424) 525-0179 Fax:
Email: rmoulton@brownrudnick.com
Representing Movate, Inc.

Jonathan White, Esq.
Brown Rudnick, LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800 Fax:
Email: jwhite@brownrudnick.com
Representing Movate, Inc.

Ashley L. Barton, Esq.
DLA Piper US, LLP
4365 Executive Dr.
Suite 1100
San Diego, CA 92121
Phone: (858) 677-1400 Fax: (858) 677-1401
Email: ashley.barton@us.dlapiper.com
Representing PowerSchool Defendants

Christopher M. Young, Esq.
DLA Piper US, LLP
401 "B" St.
Suite 1700
San Diego, CA 92101
Phone: (619) 699-2775 Fax:
Email: christopher.young@dlapiper.com
Representing PowerSchool Defendants

Rebecca Michelson, Esq.
Ropes & Gray, LLP
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000 Fax: (617) 951-7050
Email: Rebecca.Michelson@ropesgray.com
Representing PowerSchool Defendants

Monica Mleczko, Esq.
Ropes & Gray, LLP
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000 Fax: (617) 951-7050
Email: monica.mleczko@ropesgray.com
Representing PowerSchool Defendants

Anne J. Palmer, Esq.
Ropes & Gray, LLP
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000 Fax: (617) 951-7050
Email: anne.johnsonpalmer@ropesgray.com
Representing PowerSchool Defendants

JUDICATE WEST
Alternative Dispute Resolution
*Results Beyond Dispute*℠

**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Will Spelder, Esq.
Ropes & Gray, LLP
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000 Fax: (617) 951-7050
Email: Will.Spelder@ropesgray.com
Representing PowerSchool Defendants