**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br>*All Track Two Direct Action Plaintiffs* | Case No. 3:25-MD-03149-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' FRAUDULENT MISREPRESENTATION CLAIM (COUNT 47)**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

**ORDER**

Pursuant to the foregoing Joint Motion, and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that the Parties shall submit to the Court a proposed briefing schedule regarding a response to Direct Plaintiffs' cause of action for fraudulent misrepresentation (Count 47) within 14 days of the Court's ruling on the PowerSchool Defendants' Omnibus Motion to Dismiss the Track Two Complaints ("MTD"), Dkt. 302.

**IT IS SO ORDERED**

Dated: December 12, 2025

Honorable Roger T. Benitez
Judge of the Southern District Court