# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 3:25-md-03149-BEN-MSB<br><br>**ORDER AMENDING CASE MANAGEMENT ORDER NO. 4** |

The Court hereby amends Case Management Number 4 (Dkt. No. 221) to substitute Francis A. Bottini for Albert Y. Chang as a member of the Track One Plaintiffs' Steering Committee. Mr. Bottini is subject to all duties and responsibilities outlined therein, and nothing in this Order shall affect the composition of the leadership structure in place for the Track Two Plaintiffs.

**IT IS SO ORDERED.**

DATED: December 15, 2025

By: _____
HON. ROGER T. BENITEZ
United States District Judge