UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

Case No.: 25md3149-BEN (MSB)

**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED DISCOVERY AND SEARCH PROTOCOL [ECF NO. 394]**

On December 19, 2025, the parties filed a joint motion asking the Court to enter their Stipulated Discovery and Search Protocol. (ECF No. 394.) The Court has considered the Stipulated Discovery and Search Protocol and, for good cause shown, **GRANTS** the Joint Motion.

**IT IS SO ORDERED.**

Dated: December 22, 2025

Honorable Michael S. Berg
United States Magistrate Judge