Jennifer M. French, Cal. State Bar No. 265422
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr, Ste. 180
San Diego, CA 92122
Tel.: (619) 762-1903

*Plaintiffs' Liaison Counsel*

[Additional Counsel listed below]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 3:25-md-03149-BEN-MSB<br><br>**JOINT STATUS REPORT**<br><br>Date: January 16, 2026<br>Time: 10:30 a.m.<br>Judge: Hon. Roger T. Benitez<br>Ctrm: 5A |

The Parties respectfully submit this Joint Status Report in advance of the Status Conference scheduled for January 16, 2026.

### A.  Mediation

All Parties attended the mediation on January 12 and 13, 2026, in New York with Hon. Layn Phillips of Phillips ADR. While the mediation session did not resolve either track, the Parties remain in communication with Judge Phillips and plan to reengage with him after this Court's ruling on the motions to dismiss and discovery.

### B.  Status of Pleadings

The Parties propose an omnibus hearing on all Defendants' motions to dismiss and would like to discuss the Court's availability for an omnibus hearing during the status conference. The Track Two School District Direct Action Plaintiffs do not request oral argument on Defendants' motions to dismiss; however, if the Court orders a hearing, they join in the request that it be conducted as an omnibus hearing.

### C.  Liaison Counsel's Report

On March 6, 2026, Liaison Counsel will attend the status conference and hearing on PowerSchool's motion to stay the related action, *Jane Doe One et al. v. PowerSchool Holdings, Inc. et al*, Case No. 25CU002797C, pending in the San Diego Superior Court. *See* Dkt. No. 276. Liaison Counsel will continue to monitor the case, communicate with plaintiffs' counsel in that state court action, and keep the Court apprised of any developments.

### D.  Track One Monthly Time Submissions

Track One Plaintiffs have submitted and will continue to submit billing reports for the Court's in camera review on the tenth of each month.

### E.  Informal Discovery

The Parties continue to address informal discovery with Judge Burns and will seek formal discovery at the appropriate time.

### F. Case Schedule, *Lexecon* Waiver, and 1404 Transfers

Since the Parties have already attended mediation, they request that the Court waive the ENE and schedule an initial case management conference to set a proposed schedule that includes discovery, the Track One and Track Two Class Plaintiffs' motions for class certification, and any bellwether trials. Track Two Class Plaintiffs are prepared to propose a schedule designed to bring the Track Two Class Plaintiffs to a class-certification decision within approximately four months of this Court deciding the pending motions to dismiss. The Parties remain prepared to consider *Lexecon* waivers and/or transfers under 28 U.S.C. § 1404 after the Court rules on the motions to dismiss.

Dated: January 15, 2026

/s/ Jennifer M. French
*Plaintiffs' Liaison Counsel*
jennf@lcllp.com

David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

*Co-Lead Counsel for Class Action Plaintiffs*

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

*Co-Lead Counsel for Teachers Unions Plaintiffs*

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Co-Lead Counsel for Individual Action Plaintiffs*

James E. Cecchi, N.J. State Bar No. 030861989*
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700

*Lead Counsel for School District Class Action Plaintiffs*

|   |   |   |
|---|---|---|
| 1 | | James P. Frantz, Cal. State Bar No. 87492 |
| 2 | | jpf@frantzlawgroup.com |
|   | | William B. Shinoff, Cal. State Bar No. 280020 |
|   | | wshinoff@frantzlawgroup.com |

James P. Frantz, Cal. State Bar No. 87492
jpf@frantzlawgroup.com
William B. Shinoff, Cal. State Bar No. 280020
wshinoff@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: (619) 233-5945

*Co-Lead Counsel for School District Direct Action Plaintiffs*

Dated: January 15, 2026

/s/ *Anne Johnson Palmer*
Anne Johnson Palmer, Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

Monica Mleczko, Mass. State Bar No. 696607*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: 617-235-4082

Christopher M. Young, Cal. State Bar No. 163319
christopher.young@dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

*Counsel for the PowerSchool Defendants*
* Admitted *pro hac vice*

Dated: January 15, 2026

/s/ *Jacobus J. Schutte*
Jacobus J. Schutte, NY State Bar No. 5023353*
jschutte@paulweiss.com
Dylan O. Smith, NY State Bar No. 5846076*
dosmith@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000

John P. Carlin, NY State Bar No. 3031887*
jcarlin@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: 202-223-7300

|   |   |
|---|---|
| | R. Rosie Vail, Cal. State Bar No. 317977<br>rvail@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Tel.: 628-432-5100<br><br>*Counsel for Defendant Bain Capital, L.P.*<br>\* Admitted *pro hac vice* |
| Dated: January 15, 2026 | */s/ Jonathan D. White*<br>Jonathan D. White, NY State Bar No. 5393780\*<br>jwhite@brownrudnick.com<br>Dylan P. Kletter, NY State Bar No. 5924659\*<br>dkletter@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, NY 10036<br>Tel: 212-209-4800<br><br>Renee Moulton, Cal. State Bar No. 353065<br>rmoulton@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>2121 Avenue of the Stars, Suite 720<br>Los Angeles, CA 90067<br>Tel.: 424-525-0200<br><br>*Counsel for Defendant Movate, Inc.*<br>\* Admitted *pro hac vice* |

**CERTIFICATION REGARDING ELECTRONIC SIGNATURES**

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual.

| | |
|---|---|
| Dated: January 15, 2026 | */s/ Jennifer M. French*<br>*Plaintiffs' Liaison Counsel*<br>jennf@lcllp.com |