Anne Johnson Palmer
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko (MA BBO No. 696607)*
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000
Fax: (617) 235-0337
monica.mleczko@ropesgray.com

Christopher M. Young
Justin Van Ligten
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com
justin.vanligten@us.dlapiper.com

*Attorneys for Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br>   *All Tracks* | Case No. 25-MD-03149 (BEN) (MSB)<br><br>**RESPONSE TO STATUS REPORT SUBMITTED BY STATE COURT PLAINTIFFS IN IN RE POWERSCHOOL DATA BREACH LITIGATION (San Diego Superior Court Case No. 25CU002797C)** |

PowerSchool Holdings, Inc. and PowerSchool Group, LLC (together, "PowerSchool") hereby respond to the Interested Party Status Report Submitted by Plaintiffs in *In re PowerSchool Data Breach Litigation* (San Diego Superior Court Case No. 25CU002797C) (the "State Action") on January 9, 2026. *See* Dkt. No. 399.

The State Action overwhelmingly overlaps with the actions being litigated by the Track One Plaintiffs before this Court. The State Action Plaintiffs first sued PowerSchool only after the bulk of the actions centralized in this multi-district litigation ("MDL") were already filed, bringing what were then the 24th and 56th cases filed against PowerSchool arising from the cybersecurity incident that PowerSchool discovered on December 28, 2024 (the "Cybersecurity Incident"). The State Action Plaintiffs assert virtually identical claims to those that the Track One Plaintiffs are pursuing, on behalf of a putative class of California residents that overlaps with classes asserted by the Track One Plaintiffs. The Track One Plaintiffs' operative complaint in this MDL includes plaintiffs from the very same school district represented by certain Plaintiffs in the State Action, the San Diego Unified School District.

Given the substantial overlap between the Track One actions in this MDL and the State Action, PowerSchool moved in state court to stay the State Action, to avoid the prospect of inconsistent rulings and to prevent needlessly duplicative proceedings, particularly because the MDL is more comprehensive in involving other plaintiffs and defendants that are not parties to the State Action. The parties to the State Action last appeared before the presiding judge, the Hon. Loren Freestone, on October 24, 2025. Judge Freestone recognized that the proceedings in the federal MDL will bear on the State Action proceedings and continued the initial case management conference in the State Action to March 6, 2026, the same

day as the noticed hearing on PowerSchool's motion to stay. Despite the steps that Judge Freestone has taken, and the obvious concerns that PowerSchool has raised about duplicative discovery, the State Action Plaintiffs continue to try to pursue discovery independently, and recently obtained a commission to take an out-of-state deposition of Matthew Lane. Mr. Lane is one of the criminal actors responsible for the Cybersecurity Incident and was scheduled to begin a federal prison sentence on January 13, 2026. To PowerSchool's understanding, the State Action Plaintiffs have pursued Mr. Lane's deposition without making any meaningful attempt to coordinate that discovery with any of the Plaintiffs in this MDL.

PowerSchool consistently has taken the position with the State Action Plaintiffs that any activity in that case should only occur after Judge Freestone resolves its pending stay motion. Given the pendency of the stay motion, and the apparent lack of coordination between the State Action Plaintiffs and the Plaintiffs in this MDL, PowerSchool advised the State Action Plaintiffs that it saw no grounds for their participation in a mediation focused on the federal MDL. PowerSchool also communicated to the State Action Plaintiffs that this Court has not yet made any rulings dismissing any of the Track One Plaintiffs for lack of Article III standing that would implicate the jurisdictional concerns cited in their status report.

PowerSchool will keep the Court apprised of the posture of the State Action and is prepared to address these matters further at the upcoming status conference should the Court wish to do so.

| | |
|---|---|
| Dated: January 15, 2026 | */s/ Anne Johnson Palmer* |
| | Anne Johnson Palmer |
| | **ROPES & GRAY LLP** |
| | Three Embarcadero Center |
| | San Francisco, CA 94111 |
| | Tel: (415) 315-6300 |
| | Fax: (415) 315-6350 |
| | anne.johnsonpalmer@ropesgray.com |
| | |
| | Monica Mleczko (MA BBO No. 696607)* |
| | **ROPES & GRAY LLP** |
| | Prudential Tower |
| | 800 Boylston Street |
| | Boston, MA 02199 |
| | Tel: (617) 951-7000 |
| | Fax: (617) 235-0337 |
| | monica.mleczko@ropesgray.com |
| | |
| | Christopher M. Young |
| | Justin Van Ligten |
| | **DLA PIPER LLP (US)** |
| | 4365 Executive Drive Suite 1100 |
| | San Diego, CA 92121 |
| | Tel: (619) 699-4748 |
| | Fax: (616) 764-6748 |
| | christopher.young@us.dlapiper.com |
| | justin.vanligten@us.dlapiper.com |
| | |
| | *Attorneys for Defendants PowerSchool Holdings, Inc. and PowerSchool Group, LLC.* |
| | |
| | * Admitted *pro hac vice* |