Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Monica Mleczko (MA BBO 696607)*
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000
Fax: (617) 235-0337
monica.mleczko@ropesgray.com

Christopher M. Young (SBN 163319)
Justin Van Ligten (SBN 353587)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (619) 764-6748
christopher.young@us.dlapiper.com
justin.vanligten@us.dlapiper.com

*Attorneys for Defendants PowerSchool Holdings, Inc., PowerSchool Group, LLC*

[Additional counsel listed on signature block below]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br>   *All Tracks* | Case No. 25-MD-03149 (BEN) (MSB)<br><br>**JOINT STATUS REPORT REGARDING CASE SCHEDULE** |

The undersigned counsel file this Joint Status Report pursuant to the Court's instruction at the January 16, 2026 status conference. The Parties would benefit from additional time to meet and confer on certain scheduling issues and will be doing so promptly in an effort to narrow areas of disagreement. Many counsel were impacted by the Microsoft Outlook outage yesterday (January 22nd) and the Parties anticipate we may be in a position to reach additional agreement within a week's time.

**Defendants and Track 2 Class Counsel (the "Jointly Submitting Parties") Preliminary Statement**: The Jointly Submitting Parties agree that discovery should begin promptly and in a manner that facilitates an expeditious path to class certification while also permitting merits discovery to commence in parallel. Because early resolution of class certification will provide further clarity as to the scope of the case, the Jointly Submitting Parties believe that discovery and motion practice prioritizing class certification is appropriate to provide an efficient means for narrowing or resolving key issues, accelerating the path toward resolution of the case (whether through trial or settlement) and allowing the parties to identify bellwether Plaintiffs and claims to be addressed by the Court.

Consistent with this approach, the Jointly Submitting Parties propose that discovery proceed initially with a primary emphasis on issues bearing on class certification, while also permitting overlapping merits discovery. Merits discovery that does not materially overlap with class certification will be addressed, as necessary, after the Court rules on the Track One Plaintiffs' and Track 2 Class Plaintiffs' class certification motions. This sequencing promotes efficiency and proportionality, reduces unnecessary burden, and allows any later merits discovery to be targeted and informed by the Court's rulings, particularly as to whether the Track One or Track Two claims will proceed on a class basis. The Jointly Submitting

Parties reserve their rights to seek Judge Burns' assistance regarding any dispute that may arise in connection with class certification or merits discovery.

**Jointly Submitting Parties' Case Schedule:** The Jointly Submitting Parties propose the following case schedule:

| Event | Track One | Track Two Class | Track Two Direct |
|---|---|---|---|
| Early Neutral Evaluation Conference waived; discovery begins | February 16, 2026 | February 16, 2026 | February 16, 2026 |
| Initial Disclosures | February 20, 2026 | February 20, 2026 | February 20, 2026 |
| PowerSchool to produce relevant documents previously produced to U.S. regulators | February 20, 2026 | February 20, 2026 | February 20, 2026 |
| PowerSchool to complete substantial production of all SIS-related contracts for U.S. customers for 2023 and 2024[1] | March 6, 2026 | March 6, 2026 | March 6, 2026 |

---

[1] For the purpose of moving this case forward, Track Two Class Plaintiffs have agreed to an initial production of contracts for the years 2023 and 2024. Plaintiffs' position is that the contracts for the entire proposed class period of 2019-2025 should be produced. Plaintiffs reserve their right to seek the production of contracts from additional years within the class period and will raise this issue with the Court and/or Judge Burns in due course.

| Event | Track One | Track Two Class | Track Two Direct |
|---|---|---|---|
| Deadline to meet and confer re: bellwether plaintiffs & negotiate scope of Class Certification-related depositions | 5 days after issuance of ruling on Motion to Dismiss | 5 days after issuance of ruling on Motion to Dismiss | N/A |
| Deadline for Substantial Completion of Non-Expert Class Certification Discovery | 120 days after ruling on Motion to Dismiss | 120 days after ruling on Motion to Dismiss | N/A |
| Plaintiffs' Motions for Class Certification & Plaintiffs' Expert Report(s) | 120 days after ruling on Motion to Dismiss | 135 days after ruling on Motion to Dismiss | N/A |
| Deadline for Deposition of Plaintiffs' Expert(s) | 30 days after Track One Plaintiffs' deadline to file Motion for Class Certification | 30 days after Track Two Class Plaintiffs' deadline to file Motion for Class Certification | |
| Defendants' Oppositions to Motions for Class Certification & Defendants' Expert Report(s) | 60 days after Track One Plaintiffs' deadline to file Motion for Class Certification | 60 days after Track Two Class Plaintiffs' deadline to file Motion for Class Certification | N/A |

| Event | Track One | Track Two Class | Track Two Direct |
|---|---|---|---|
| Deadline for Deposition of Defendants' Expert(s) | 15 days after Defendants' deadline to file Opposition | 15 days after Defendants' deadline to file Opposition | |
| Plaintiffs' Replies ISO Class Certification & Plaintiffs' Rebuttal Expert Report(s) | 30 days after Defendants' deadline to file Opposition | 30 days after Defendants' deadline to file Opposition | N/A |
| Substantial completion of all document discovery | 90 days after completion of Track One class certification briefing | 90 days after completion of Track Two class certification briefing | 90 days after completion of Track Two class certification briefing |
| Deadline to meet and confer regarding scope of remaining fact depositions and mediation | | | |
| Completion of fact discovery | 150 days after substantial completion of all document discovery or 30 days after the Court's ruling on the Class Certification Motions, whichever is later | 150 days after substantial completion of all document discovery or 30 days after the Court's ruling on the Class Certification Motions, whichever is later | 150 days after substantial completion of all document discovery or 30 days after the Court's ruling on the Class Certification Motions, whichever is later |
| Opening Merits Expert Reports Exchanged | 30 days after completion of fact discovery | 45 days after completion of fact discovery | 45 days after completion of fact discovery |

| Event | Track One | Track Two Class | Track Two Direct |
|---|---|---|---|
| Rebuttal Merits Expert Reports Exchanged | 30 days after exchange of Track One Opening Expert Reports | 30 days after exchange of Track Two Class Opening Merits Expert Reports | 30 days after exchange of Track Two Opening Expert Reports |
| Completion of expert discovery, including depositions | 90 days after exchange of Rebuttal Merits Expert Reports | 90 days after exchange of Rebuttal Merits Expert Reports | 90 days after exchange of Rebuttal Merits Expert Reports |
| Deadline to meet and confer regarding Motions for Summary Judgment | 21 days before filing Motions for Summary Judgment | 21 days before filing Motions for Summary Judgment | 21 days before filing Motions for Summary Judgment |
| Deadline to file Motions for Summary Judgment | 60 days after completion of expert discovery | 75 days after completion of expert discovery | 75 days after completion of expert discovery |
| Deadline to file Oppositions to Motions for Summary Judgment | 45 days after filing of Track One Motions for Summary Judgment | 45 days after filing of Track Two Class Motions for Summary Judgment | 45 days after filing of Track Two Direct Motions for Summary Judgment |

| Event | Track One | Track Two Class | Track Two Direct |
|---|---|---|---|
| Deadline to file Replies in Support of Motions for Summary Judgment | 30 days after filing of Oppositions to Track One Motions for Summary Judgment | 30 days after filing of Track Two Class Oppositions to Motions for Summary Judgment | 30 days after filing of Track Two Direct Oppositions to Motions for Summary Judgment |
| Status Report on Trial Date, 1404 Waivers, and *Lexecon* Waivers to Be Submitted by Parties | 15 days after completion of summary judgment briefing | 15 days after completion of summary judgment briefing | 15 days after completion of summary judgment briefing |

**Track One Plaintiffs' Position:** Plaintiffs do not believe there is any meaningful distinction here between class certification-related discovery and merits-related discovery. Attempting to create such an artificial distinction will only lead to future disputes and create inefficiencies. Unless Defendants are willing to stipulate to certain factual issues and not contest class certification on any merits-related issues it would not make sense to try to distinguish between those issues.

**Track One Plaintiffs' Proposed Schedule:**

| Event | Track One |
|---|---|
| Early Neutral Evaluation Conference waived; discovery begins | February 16, 2026 |
| Initial Disclosures | February 20, 2026 |
| PowerSchool to produce relevant documents previously produced to U.S. regulators | February 20, 2026 |
| Deadline to meet and confer re: bellwether discovery and briefing plan and present joint or competing proposals to Court | 10 days after issuance of ruling on Motion to Dismiss |
| Deadline for substantial completion of document discovery | 120 days after Court ruling on bellwether discovery plan |

| Event | Track One |
|---|---|
| Substantial completion of all fact discovery | 180 days after Court ruling on bellwether discovery plan |
| Plaintiffs' Motions for Class Certification & Plaintiffs' Expert Report(s) | 30 days after substantial completion of fact discovery |
| Defendants' Oppositions to Motions for Class Certification, Motions challenging Plaintiffs' Class Certification Expert(s) (if any), and Defendants' Class Certification Expert Report(s) | 60 days after Track One Plaintiffs' deadline to file Motion for Class Certification |
| Plaintiffs' Reply ISO Class Certification, Rebuttal Expert Reports (if any), Oppositions to Defendants' Motions challenging Plaintiffs' Class Certification Expert(s) (if any), and Motions challenging Defendants' Class Certification Expert reports (if any). | 60 days after Defendants' deadline to file Opposition and Expert Motions |
| Defendants' Oppositions to Plaintiffs' Motions challenging Class Certification Expert Report(s) (if any) | 30 days after Plaintiffs' deadline to file Expert Motions |
| Meet and confer regarding Schedule Post-Class Certification and present joint or competing proposals to Court | 45 days after ruling on Plaintiffs' Motion for Class Certification or 15 days after Ruling on 23(f) Petition if sought |
| Tentative Post-Class Certification Schedule if Rule 23(f) Petition is denied | |
| Opening Merits Expert Reports Exchanged | 30 days after ruling on 23(f) |
| Rebuttals to Merits Expert Reports Exchanged | 30 days after exchange of Track One opening expert reports |
| Completion of expert discovery, including depositions | 60 days after exchange of Rebuttals to Expert Reports |
| Deadline to meet and confer regarding Motions for Summary Judgment | 21 days before filing Motions for Summary Judgment |
| Deadline to file Motions for Summary Judgment and Challenges to any Merits Expert Reports | 60 days after completion of expert discovery |

| Event | Track One |
|---|---|
| Deadline to file Oppositions to Motions for Summary Judgment and Oppositions to any Challenges to any Merits Expert reports | 45 days after deadline to file Track One Motions for Summary Judgment |
| Deadline to file Replies in Support of Motions for Summary Judgment and in Support of Any Challenges to Merits Expert Reports | 30 days after deadline to file Oppositions to Track One Motions for Summary Judgment |
| Status Report on Trial Date, 1404 Waivers, and *Lexecon* Waivers to Be Submitted by Parties | 15 days after completion of summary judgment and expert briefing |

**Track 2 Direct Actions Plaintiffs' Preliminary Statement**: Track Two Direct Actions Plaintiffs believe that discovery should begin promptly and propose a schedule structured to prioritize class certification issues for the Track One Plaintiffs and for the Track Two School District Class Plaintiffs, while avoiding delay to the Track Two Direct Action School District Plaintiffs and minimizing duplicative discovery. This approach is consistent with MDL practice in cases involving both class and individual plaintiffs and aligns with the Court's interest in efficiently advancing the litigation. Discovery shall proceed simultaneously on parallel tracks: (1) Class Plaintiffs, addressing class certification and merits issues, and (2) Direct Action Plaintiffs, addressing liability, causation, and damages. Discovery shall not be limited to class certification issues alone. Fact and expert discovery concerning common liability issues shall proceed concurrently across all tracks.

The Parties shall coordinate discovery efforts to avoid duplication, including through the use of common document productions, shared ESI protocols and where permitted by law, cross-use of discovery obtained in any track. All discovery shall be conducted in a manner that accounts for FERPA, applicable state student privacy laws and the confidentiality obligations of school districts and defendants.

**Track Two Direct Actions School District Plaintiffs' Proposed Schedule:**

| Event | Track Two Direct Actions School District | Defendants |
|---|---|---|
| Early Neutral Evaluation Conference waived; Discovery begins | February 16, 2026 | February 16, 2026 |
| Defendants' production of documents previously produced to U.S. and International regulators about the data breach | N/A | February 20, 2026 |
| Initial Meet and Confer to discuss document custodians | February 20, 2026 | February 20, 2026 |
| Exchange of draft Plaintiff and Defendant Fact Sheets (PFS/DFS) | March 6, 2026 | March 6, 2026 |
| Meet and confer deadline re: bellwether selection process and scope, number and schedule for depositions | March 13, 2026 | March 13, 2026 |
| Joint submission to the Court of proposed PFS/DFS | March 18, 2026 | March 18, 2026 |
| Joint submission of proposed bellwether plaintiff selection process to the Court | Within 15 days after the meet and confer on the bellwether plaintiff selection process | Within 15 days after the meet and confer on the bellwether plaintiff selection process |
| Discovery for Plaintiffs selected as bellwethers begins | Seven days after Court selection/approval of bellwether plaintiffs | Seven days after Court selection/approval of bellwether plaintiffs |
| Selected bellwether Plaintiffs initial disclosures | Seven days after Court selection/approval of bellwether plaintiffs | N/A |
| Depositions begin for bellwether cases | 14 days after bellwether discovery begins | 14 days after bellwether discovery begins |

9

JOINT STATUS REPORT REGARDING CASE SCHEDULE                                   CASE NO. 3:25-MD-03149

| Event | Track Two Direct Actions School District | Defendants |
|---|---|---|
| Meet and confer deadline for discovery issues | September 4, 2026 | September 4, 2026 |
| Substantial completion and completion of fact discovery | October 5, 2026/December 4, 2026 | October 5, 2026/December 4, 2026 |
| Opening Expert Reports Exchanged | January 6, 2027 | January 6, 2027 |
| Responses to Expert Reports Exchanged | February 8, 2027 | February 8, 2027 |
| Completion of expert discovery, including depositions | May 7, 2027 | May 7, 2027 |
| Deadline to file bellwether Motions for Summary Judgment | July 7, 2027 | July 7, 2027 |
| Deadline to file bellwether Oppositions to Motions for Summary Judgment | 45 days after deadline to file Track 2 School District Direct Action Motions for Summary Judgment | 45 days after deadline to file Track 2 School District Direct Action Motions for Summary Judgment |
| Deadline to file bellwether Replies in Support of Motions for Summary Judgment | 30 days after deadline to file Track 2 School District Direct Action Oppositions for Summary Judgment | 30 days after deadline to file Track 2 School District Direct Action Oppositions for Summary Judgment |
| Submission of Joint Status Report on Trial Date, 1404 Waivers, and *Lexecon* Waivers to Be Submitted by Parties | Within 15 days of the due date for the submission of the bellwether Replies in Support of Motions for Summary Judgment | Within 15 days of the due date for the submission of the bellwether Replies in Support of Motions for Summary Judgment |

| | | |
|---|---|---|
| 1 | Dated: January 23, 2026 | */s/ Christopher M. Young* |
| 2 | | Anne Johnson Palmer |
| | | **ROPES & GRAY LLP** |
| 3 | | Three Embarcadero Center |
| 4 | | San Francisco, CA 94111 |
| | | Tel: (415) 315-6300 |
| 5 | | Fax: (415) 315-6350 |
| 6 | | anne.johnsonpalmer@ropesgray.com |
| 7 | | |
| | | Monica Mleczko |
| 8 | | **ROPES & GRAY LLP** |
| 9 | | Prudential Tower |
| | | 800 Boylston Street |
| 10 | | Boston, MA 02199 |
| 11 | | Tel: (617) 951-7000 |
| | | Fax: (617) 235-0337 |
| 12 | | |
| 13 | | monica.mleczko@ropesgray.com |
| | | |
| 14 | | Douglas Hallward-Driemeier* |
| | | **ROPES & GRAY LLP** |
| 15 | | 2009 Pennsylvania Avenue, N.W. |
| 16 | | Washington, D.C. 20006 |
| | | Tel: (202) 508-4600 |
| 17 | | Fax: (202) 508-4650 |
| 18 | | Douglas.hallward-driemeier@ropesgray.com |
| 19 | | Laura G. Hoey* |
| | | **ROPES & GRAY LLP** |
| 20 | | 191 North Wacker Drive, 32nd Floor |
| 21 | | Chicago, IL 60606-4302 |
| | | Tel: (312) 845-1200 |
| 22 | | Fax: (312) 845-5500 |
| 23 | | laura.hoey@ropesgray.com |
| 24 | | Christopher M. Young |
| 25 | | Justin Van Ligten |
| | | **DLA PIPER LLP (US)** |
| 26 | | 4365 Executive Drive Suite 1100 |

11

JOINT STATUS REPORT REGARDING CASE SCHEDULE                    CASE NO. 3:25-MD-03149

```
 1        San Diego, CA 92121
          Tel: (619) 699-4748
 2        Fax: (616) 764-6748
 3        christopher.young@us.dlapiper.com
          justin.vanligten@us.dlapiper.com
 4
 5        /s/ Jacobus J. Schutte
          Jacobus J. Schutte
 6        jschutte@paulweiss.com
 7        Alex Langsam
          alangsam@paulweiss.com
 8        PAUL, WEISS, RIFKIND, WHARTON, &
 9        GARRISON LLP
          1285 Avenue of the Americas
10        New York, NY 10019
11        Tel: 212-373-3000

12        John P. Carlin
13        jcarlin@paulweiss.com
          PAUL, WEISS, RIFKIND, WHARTON, &
14        GARRISON LLP
15        2001 K Street, NW
          Washington, D.C. 20006-1047
16        Tel.: 202-223-7300

17        R. Rosie Vail
18        rvail@paulweiss.com
          PAUL, WEISS, RIFKIND, WHARTON, &
19        GARRISON LLP
20        535 Mission Street, 25th Floor
          San Francisco, CA 94105
21        Tel.: 628-432-5100

22
23        Counsel for Defendant Bain Capital, L.P.

24        /s/ Jonathan D. White
25        Jonathan D. White
          jwhite@brownrudnick.com
26        Dylan P. Kletter
```

12

JOINT STATUS REPORT REGARDING CASE SCHEDULE                    CASE NO. 3:25-MD-03149

dkletter@brownrudnick.com
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Tel: 212-209-4800

*Counsel for Defendant Movate, Inc.*

*/s/ Jennifer M. French*
Jennifer M. French
jennf@lcllp.com
**LYNCH CARPENTER, LLP**
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel.: (619) 762-1903

David S. Casey, Jr.
dcasey@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

Carol C. Villegas
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

James J. Pizzirusso
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Co-Lead Counsel for Individual Action Plaintiffs*

13

JOINT STATUS REPORT REGARDING CASE SCHEDULE                        CASE NO. 3:25-MD-03149

|    |                                                      |
|----|------------------------------------------------------|
| 1  | *(Track One)*                                        |
| 2  | */s/ James E. Cecchi*                                |
| 3  | James E. Cecchi                                      |
| 4  | jcecchi@carellabyrne.com                             |
|    | **CARELLA, BYRNE, CECCHI, BRODY &**                  |
| 5  | **AGNELLO, P.C.**                                    |
| 6  | 5 Becker Farm Road                                   |
|    | Roseland, New Jersey 07068                           |
| 7  | Tel.: 973-994-1700                                   |
| 8  |                                                      |
|    | *Lead Counsel for School District Class Action*      |
| 9  | *Plaintiffs (Track Two)*                             |
| 10 | */s/ William B. Shinoff*                             |
| 11 | James P. Frantz                                      |
| 12 | jpf@frantzlawgroup.com                               |
|    | William B. Shinoff                                   |
| 13 | wshinoff@frantzlawgroup.com                          |
| 14 | **FRANTZ LAW GROUP, APLC**                           |
|    | 402 West Broadway, Suite 860                         |
| 15 | San Diego, CA 92101                                  |
| 16 | Tel.: 619-233-5945                                   |
| 17 | *Co-Lead Counsel for School District Direct Action*  |
| 18 | *Plaintiffs (Track Two)*                             |
| 19 | * Admitted *pro hac vice*                            |

14

JOINT STATUS REPORT REGARDING CASE SCHEDULE                     CASE NO. 3:25-MD-03149