**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE: POWERSCHOOL HOLDINGS, INC.,**
**AND POWERSCHOOL GROUP, LLC CUSTOMER**
**DATA SECURITY BREACH LITIGATION**                    MDL No. 3149


**ORDER REASSIGNING LITIGATION**


The Panel has been notified of the need to reassign the above litigation to another judge in the Southern District of California.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Anthony J. Battaglia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.


FOR THE PANEL:

Karen K. Caldwell
Chair