UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION | Case No.:  25-md-03149-AJB-MSB<br>MDL No. 3149<br><br>**ORDER GRANTING MOTIONS TO WITHDRAW REGARDING JORDAN M. STEEL**<br><br>**(Doc. Nos. 255; 420)** |

On August 4, 2025, Jordan M. Steel filed a motion requesting to withdraw his *pro hac vice* admission as he had subsequently been admitted to the California Bar and this district. (Doc. No. 255.) On February 6, 2026, Jordan M. Steel filed a motion to withdraw as counsel of record for Plaintiffs Brooklyn Laboratory Charter Schools, Irvington Public Schools, Our World Neighborhood Charter Schools, The Academy Charter School, The Academy Charter School 2 ("Track Two Class Action Plaintiffs") because he no longer would be associated with Carella, Byrne, Cecchi, Brody & Agnello, P.C. (Doc. No. 420.) Pursuant to Rule 83.3.f.3 of this district's Civil Local Rules and considering that Track Two Class Action Plaintiffs remain represented by other attorneys of record, the Court **GRANTS** both motions and hereby **ORDERS**:

1.    Jordan M. Steel's *pro hac vice* admission is withdrawn because he is admitted

25-md-03149-AJB-MSB

to Bar of California and this District.

2.    Jordan M. Steel is withdrawn as counsel for Track Two Class Action Plaintiffs.

3.    The Clerk of Court is directed to update the docket in this matter to reflect the withdrawal of Jordan M. Steel.

**IT IS SO ORDERED.**

Dated:  April 2, 2026

Hon. Anthony J. Battaglia
United States District Judge

25-md-03149-AJB-MSB