Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Christopher M. Young (SBN 163319)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com

James R. Drabick (Mass. BBO No. 667460)
Monica Mleczko (Mass. BBO 696607)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-951-7000
james.drabick@ropesgray.com
monica.mleczko@ropesgray.com

*Attorneys for PowerSchool Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

*This Document Relates to the School District Direct Action Track*

Case No. 3:25-md-03149-AJB-MSB

MDL NO. 3149

**JOINT MOTION AND STIPULATION RE: BRIEFING SCHEDULE FOR SCHOOL DISTRICT DIRECT ACTION PLAINTIFFS' MOTION TO AMEND THE OPERATIVE MASTER COMPLAINT**

**STIPULATION**

The School District Direct Action Plaintiffs ("Plaintiffs") and Defendants PowerSchool Corporation and PowerSchool Group LLC ("PowerSchool") and Bain Capital, L.P. ("Defendants," and together with Plaintiffs, the "Parties") by and through their undersigned counsel hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs are each individual school districts that have filed their own complaints against one or more Defendants, in actions that have been transferred to this Court by the Judicial Panel on Multidistrict Litigation or that have been filed in this Court as part of this multidistrict litigation ("MDL");

**WHEREAS**, Plaintiffs have each individually adopted the factual allegations and certain claims asserted in the School District Direct Actions First Amended Consolidated Master Complaint (ECF 288) by filing Short Form Complaints directly in this MDL;

**WHEREAS**, Defendants' answers to Plaintiffs' operative master complaint are due April 17, 2026 (ECF 454);

**WHEREAS**, Plaintiffs have indicated that it is their intent to move to amend the operative master complaint;

**WHEREAS**, based on Plaintiffs' description of the amendments to the operative master complaint, Defendants at this time intend to oppose Plaintiffs' motion to amend the operative master complaint;

**WHEREAS**, the Court granted Plaintiffs leave to file a motion to amend the operative master complaint (ECF 456);

**WHEREAS**, the Court ordered the Parties to file a proposed briefing schedule on Plaintiffs' motion to amend the operative master complaint by April 8, 2026 (ECF 456);

**WHEREAS**, the Parties have conferred regarding the briefing schedule for the Plaintiffs' motion to amend the operative master complaint;

///

**WHEREFORE, IT IS STIPULATED AND AGREED BY THE STIPULATING PARTIES, SUBJECT TO THIS COURT'S APPROVAL, THAT:**

1. Plaintiffs will file any motion to amend the operative master complaint by May 4, 2026;
2. Defendants will file any oppositions to Plaintiffs' motion to amend the operative master complaint by June 1, 2026;
3. Plaintiffs will file any reply in support of their motion to amend the operative master complaint by June 15, 2026;
4. Defendants' deadline to answer Plaintiffs' operative master complaint is continued pending the Court's ruling on Plaintiffs' forthcoming motion to amend the operative master complaint;
5. If Plaintiffs' motion to amend the operative master complaint is denied, Defendants will answer the pending operative master complaint within 21 days of the Court's decision denying Plaintiffs' motion to amend the operative master complaint; and
6. If Plaintiffs' motion to amend the operative master complaint is granted, each Defendant will answer the amended operative master complaint within 21 days of the Court's decision on any motion to dismiss the amended complaint filed by such Defendant or, if no motion to dismiss is filed, within 21 days of the Court's ruling granting the motion to amend the operative master complaint.

**IT IS SO STIPULATED.**

Dated: April 8, 2026

*__/s/ James P. Frantz__*

James P. Frantz, State Bar No. 87492
William B. Shinoff, State Bar No. 280020
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel: (619) 233-5945
jpf@frantzlawgroup.com
wshinoff@frantzlawgroup.com

*Co-Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

Dated: April 8, 2026

/s/ Anne Johnson Palmer
Anne Johnson Palmer, Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

James R. Drabick (MA BBO No. 667460)*
Monica Mleczko, Mass. State Bar No. 696607*
james.drabick@ropesgray.com
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000

Christopher M. Young, Cal. State Bar No. 163319
christopher.young@dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

*Counsel for the PowerSchool Defendants*
* Admitted *pro hac vice*

Dated: April 8, 2026

/s/ Jacobus J. Schutte
Jacobus J. Schutte, NY State Bar No. 5023353*
Alex Langsam (NY 5980891)*
jschutte@paulweiss.com
alangsam@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000

John P. Carlin, NY State Bar No. 3031887*
jcarlin@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: 202-223-7300

R. Rosie Vail, Cal. State Bar No. 317977
rvail@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Tel.: 628-432-5100
*Counsel for Defendant Bain Capital, L.P.*
* Admitted *pro hac vice*

**CERTIFICATION REGARDING ELECTRONIC SIGNATURES**

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required under Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual.

Dated: April 8, 2026

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer, Cal. State Bar No. 302235

*Counsel for the PowerSchool Defendants*