Douglas Hallward-Driemeier
(MA BBO #627643)*
**ROPES & GRAY LLP**
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 508-4600
douglas.hallward-driemeier@ropesgray.com

Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
anne.johnsonpalmer@ropesgray.com

Christopher M. Young (SBN 163319)
Justin Van Ligten (SBN 353587)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
christopher.young@us.dlapiper.com
justin.vanligten@us.dlapiper.com

*Attorneys for Defendants PowerSchool Corporation and PowerSchool Group, LLC*

[*Additional Counsel in Signature Block*]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>All Track One Actions | Case No. 3:25-MD-03149-AJB-MSB<br><br>**DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF POWERSCHOOL'S COMBINED MOTION TO RECONSIDER AND, IN THE ALTERNATIVE, MOTION TO CERTIFY THE TRACK ONE MOTION TO DISMISS ORDER FOR INTERLOCUTORY APPEAL AND STAY** |

**DECLARATION OF ANNE JOHNSON PALMER**

I, Anne Johnson Palmer, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Ropes & Gray LLP and an attorney of record for Defendants PowerSchool Corporation and PowerSchool Group, LLC (collectively, "PowerSchool"). The facts stated herein are true to my personal knowledge except where stated upon information and belief, and if called upon, I could and would testify competently thereto. I make this declaration pursuant to Local Rule 7.1(i)(1).

2. On September 10, 2025, PowerSchool filed a Motion to Dismiss the Consolidated Individual Users Class Action Complaint ("Motion to Dismiss"). Dkt. 285. PowerSchool filed the Motion to Dismiss in this Court before the Honorable Roger T. Benitez.

3. Plaintiffs filed an Opposition on October 10, 2025. Dkt. 320. PowerSchool filed supplemental briefing on their Motion to Dismiss on October 15, 2025. Dkt. 323.

4. On November 10, 2025, PowerSchool filed its Reply in support of their Motion to Dismiss. Dkt. 360.

5. On January 23, 2026, PowerSchool and Plaintiffs (together, the "Parties") filed a Joint Submission in Advance of Hearing on PowerSchool's Motion to Dismiss, attaching the Parties' respective outlines for oral argument as exhibits. Dkt. 412.

6. The Parties appeared before the Court on January 26, 2026 to deliver their oral arguments regarding the Motion to Dismiss. At the conclusion of oral arguments, the Court directed the Parties to submit joint written rebuttals on issues that could not be fully argued at oral arguments due to time constraints. Dkt. 414.

7. The Parties jointly filed their written rebuttals on February 5, 2026. Dkt. 419.

8. On March 18, 2026, the Court issued an order denying in part the Motion to Dismiss. Dkt. 436 (the "Order").

9. As explained in detail in the contemporaneously filed Combined Motion to Reconsider and, in the Alternative, Motion to Certify the Track One Motion to Dismiss Order for Interlocutory Appeal and Stay, PowerSchool respectfully submits that the Order reflects clear errors on controlling questions of law because it failed to properly analyze the standing of named Plaintiffs on an individual-by-individual basis as required under Article III and failed to properly apply binding Supreme Court precedent as set forth in *TransUnion LLC v. Ramirez*, 594 U.S. 413 (2021). Further, the Court failed to properly consider the persuasive authority of the Ninth Circuit's decision in *Kisil v. Illuminate Education, Inc.*, No. 23-4114, 2025 WL 2589000 (9th Cir. Sep. 8, 2025).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 15, 2026

Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6300
Fax: (415) 315-6350
anne.johnsonpalmer@ropesgray.com

Douglas Hallward-Driemeier
(MA BBO #627643)*
**ROPES & GRAY LLP**
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 508-4600
Fax: (202) 508-4650
douglas.hallward-driemeier@ropesgray.com

Monica Mleczko (MA BBO No. 696607)*
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000
Fax: (617) 235-0337
monica.mleczko@ropesgray.com

Laura G. Hoey (IL Bar No. 650643)*
**ROPES & GRAY LLP**
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606-4302
Tel: (312) 845-1200
Fax: (312) 845-5500
laura.hoey@ropesgray.com

Christopher M. Young (SBN 163319)
Justin Van Ligten (SBN 353587)
**DLA PIPER LLP (US)**
4365 Executive Drive Suite 1100

San Diego, CA 92121
Tel: (619) 699-4748
Fax: (616) 764-6748
christopher.young@us.dlapiper.com
justin.vanligten@us.dlapiper.com

*Attorneys for Defendants PowerSchool Corporation and PowerSchool Group, LLC.*

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2026, I caused the filing of the foregoing Declaration in Support of the Combined Motion to Reconsider and, in the Alternative, Motion to Certify the Track One Motion to Dismiss Order for Interlocutory Appeal and Stay with the Clerk of the Court for the United States, Southern District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Christopher M. Young*