**FRANTZ LAW GROUP, APLC**
James P. Frantz, Esq. (SBN 87492)
jpf@frantzlawgroup.com
William B. Shinoff, Esq. (SBN 280020)
wshinoff@frantzlawgroup.com
402 W. Broadway, Suite 860
San Diego, CA 92101
Telephone: (619) 233-5945
Fax: (619) 525-7672

*Co-Lead Counsel for the School District Direct Action Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates to the School District Direct Action Track* | Case No. 3:25-md-03149-AJB-MSB<br><br>MDL NO. 3149<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF COMMON BENEFIT ORDER FOR TRACK TWO SCHOOL DISTRICT DIRECT ACTIONS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Courtroom: 4A<br>Date: June 25, 2026<br>Time: 10:00 a.m. |

169904942_1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 25, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Cache County School District, Flowing Wells Unified School District, Highland Joint School District #305, Memphis-Shelby County Schools, Montpelier Roxbury Public School, North Country Supervisory Union, Pittsburgh Public Schools, Reed-Custer Community Unit School District 255U, Richland County School District One, School Administrative Unit #6, Seminole Public Schools, St. Croix Falls School District, Sultan School District, Uniondale Union Free School District, Weber School District, West Ada School District, West Hempstead Union Free School District, and Westerly Public Schools, via their undersigned counsel, will and hereby do respectfully move this Court, pursuant to the Federal Rules of Civil Procedure, for entry of a Common Benefit Order ("CBO") applicable to the Track Two School District Direct Actions Plaintiffs.

This Motion is made pursuant to the Court's inherent authority to manage complex litigation and to ensure the fair and equitable distribution of fees and costs among counsel whose efforts confer to benefit on all plaintiffs. The requested CBO is necessary to promote efficiency, avoid duplication of effort, and to ensure that work performed for the common benefit of all Track Two School District Direct Actions Plaintiffs is fairly compensated and appropriately shared with participating counsel. The CBO is submitted in conformance with the requirements and framework set forth in Case Management Order No. 3 ("CMO 3") (ECF 156), which contemplates coordinated proceedings and the equitable management of common benefit work and expenses.

This Motion is made following a conference with opposing counsel which took place on April 9, 2026. Counsel for Defendants thereafter confirmed that each Defendant takes no position on the Motion.

//

//

Notice of Motion and Motion for Entry of Common Benefit Order for Track Two School District Direct Actions

169904942_1

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, and any other written or oral materials as may be presented before the Court takes this Motion under submission.

Dated: April 21, 2026          */s/ William B. Shinoff*
James P. Frantz, State Bar No. 87492
William B. Shinoff, State Bar No. 280020
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel: (619) 233-5945
jpf@frantzlawgroup.com
wshinoff@frantzlawgroup.com

*Co-Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

- 2 -                                                              3:25-md-03149-AJB-MSB

Notice of Motion and Motion for Entry of Common Benefit Order for Track Two School District Direct Actions

169904942_1

## CERTIFICATE OF SERVICE

I certify that on the 21st day of April, 2026, I filed the foregoing notice with the Clerk of the Court for the United States, Southern District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

**FRANTZ LAW GROUP, APLC**

By:   /s/ William B. Shinoff, Esq.
      William B. Shinoff, Esq.
      E: wshinoff@frantzlawgroup.com
      *Co-Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

- 3 -                                          3:25-md-03149-AJB-MSB

Notice of Motion and Motion for Entry of Common Benefit Order for Track Two School District Direct Actions

169904942_1