James E. Cecchi (NJ SBN 030861989)
*Admitted Pro Hac Vice*
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Lead Counsel for the proposed School District Class and Counsel for Plaintiffs*

[*Additional Counsel listed below*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION<br><br>*This Document Relates to the School District Class Action Track* | Case No.: 3:25-md-03149-AJB-MSB<br>MDL No. 3149<br><br>**JOINT MOTION AND STIPULATION REGARDING SCHOOL DISTRICT CLASS ACTION PLAINTIFFS' FILING OF SECOND AMENDED COMPLAINT** |

School District Class Action Plaintiffs Brooklyn Laboratory Charter Schools, The Academy Charter School, The Academy Charter School 2, Our World Neighborhood Charter Schools, and Irvington Public Schools ("Plaintiffs") and Defendants PowerSchool Corporation and PowerSchool Group LLC ("PowerSchool") and Bain Capital, L.P. ("Bain") (collectively, "Defendants" and together with Plaintiffs, the "Parties") by and through their undersigned counsel hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed their Amended Class Action Complaint on August 12, 2025. Dkt. No. 263.

**WHEREAS**, Defendants moved to dismiss the Amended Class Action Complaint on September 25, 2025. Dkt. Nos. 302-303.

**WHEREAS**, the Court issued its Amended Order Granting in Part and Denying in Part PowerSchool's Motion to Dismiss on March 19, 2026. Dkt. 440.

**WHEREAS**, the Court issued its Order on Bain's Motion to Dismiss on March 18, 2026, which granted the motion without prejudice as to personal jurisdiction over Bain, permitting Plaintiffs to undertake limited jurisdictional discovery of Bain, and denied the motion as to Plaintiffs' claims for negligence and intentional interference with contractual relations, as well as Plaintiffs' request for declaratory and injunctive relief. Dkt. No. 435.

**WHEREAS**, in lieu of undertaking jurisdictional discovery of Bain, Plaintiffs seek to file a Second Amended Class Action Complaint to include jurisdictional allegations that the Court found were sufficient to establish personal jurisdiction over Bain with regard to the School District Direct Action Plaintiffs' First Amended Consolidated Master Complaint. Dkt. No. 435.

**WHEREAS**, Plaintiffs also seek to add Movate, Inc., as a defendant in the Second Amended Class Action Complaint in order to assert claims for negligence and negligent hiring, training, or supervision, both of which were sustained by the

Court with regard to the School District Direct Action Plaintiffs' First Amended Consolidated Master Complaint. Dkt. No. 444.

**WHEREAS**, Plaintiffs intend to reassert dismissed claims in their Second Amended Class Action Complaint solely to preserve the record for appeal.

**WHEREAS**, the Parties have conferred and Defendants do not oppose Plaintiffs' filing of a Second Amended Class Action Complaint consistent with the above.

**WHEREFORE, IT IS STIPULATED AND AGREED BY THE STIPULATING PARTIES, SUBJECT TO THIS COURT'S APPROVAL, THAT:**

1. Plaintiffs will file their Second Amended Class Action Complaint within five days of the Court's approval of this Stipulation;
2. Defendants' deadline to answer or move to dismiss the Amended Class Action Complaint shall be continued pending the Court's approval of the Stipulation; and
3. Defendants will answer or move to dismiss the Second Amended Class Action Complaint within 21 days after it is filed.

IT IS SO STIPULATED.

Dated: April 22, 2026

<u>*/s/ James E. Cecchi*</u>
James E. Cecchi (NJ 030861989)*
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

*Lead Counsel for Plaintiffs and the School District Class Action*

John Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Email: jnelson@milberg.com
Telephone: (858) 209-6941
Email: jnelson@milberg.com

M. Anderson Berry (SBN 262879)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (916) 823-6955
Email: anderson@emeryreddy.com

Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Email: cardoso@kolawyers.com

Tyler S. Graden (NJ 028462007)*
**KESSLER TOPAZ**
**MELTZER CHECK LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Email: tgraden@ktmc.com

*Members of the Steering Committee for the School District Class Action*

Michael Critchley, Sr. (NJ 251821972)
*Pro Hac* Vice Forthcoming
**CRITCHLEY & LURIA, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-9200
Email: mcritchley@critchleylaw.com

*Additional Counsel for Plaintiffs*
*Admitted *pro hac vice*

Dated: April 22, 2026

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer, Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

James R. Drabick (MA BBO No. 667460)*
Monica Mleczko, Mass. State Bar No. 696607*
james.drabick@ropesgray.com
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000

Christopher M. Young, Cal. State Bar No. 163319
christopher.young@dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

*Counsel for the PowerSchool Defendants*
*Admitted *pro hac vice*

Dated: April 22, 2026

*/s/ Jacobus J. Schutte*
Jacobus J. Schutte, NY State Bar No. 5023353*
Alex Langsam (NY 5980891)*
jschutte@paulweiss.com
alangsam@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019

Tel: 212-373-3000

John P. Carlin, NY State Bar No. 3031887*
jcarlin@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: 202-223-7300

R. Rosie Vail, Cal. State Bar No. 317977
rvail@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Tel.: 628-432-5100

*Counsel for Defendant Bain Capital, L.P.*
* Admitted *pro hac vice*

**CERTIFICATION REGARDING ELECTRONIC SIGNATURES**

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required under Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual.

Dated April 22, 2026.

*/s/ James E. Cecchi*
JAMES E. CECCHI

*Lead Counsel for Plaintiffs and the School District Class Action*