Jennifer M. French, Cal. State Bar No. 265422
jenn@frenchlawapc.com
**JENNIFER M. FRENCH, APC**
1050 University Ave, Suite E107-80
San Diego, CA 92103
Tel.: (858) 205-4119
*Plaintiffs' Liaison Counsel*

[Additional Counsel listed below]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

Case No.: 3:25-md-03149-AJB-MSB

**JOINT MOTION TO AMEND CASE SCHEDULE (Dkt. No. 454)**

Judge: Hon. Anthony J. Battaglia
Ctrm: 4A

The Parties submit this joint motion and stipulation to amend the case schedule, and in support thereof state as follows:

WHEREAS, on April 2, 2026, as proposed by the Parties (Dkt. Nos. 421, 446), the Court entered the operative Scheduling Order (Dkt. No. 454), establishing deadlines for discovery, class certification briefing, expert discovery, and merits proceedings and deferring the trial date;

WHEREAS, the Parties have previously stipulated to and requested that this Court order extensions of certain discovery deadlines (*see* Dkt. No. 479), which the Court has granted (*see* Dkt. No. 482);

WHEREAS, on June 5, 2026, Special Master Burns issued rulings on the Parties' cross-motions to compel discovery, which rulings granted in part and denied in part certain of the Parties' respective motions (Dkt. Nos. 513–516);

WHEREAS, on June 26, 2026, the Track Two Class Plaintiffs and Track Two Direct Action Plaintiffs filed objections to certain aspects of Special Master Burns's rulings denying certain aspects of Plaintiffs' motion to compel discovery from PowerSchool, which remain outstanding;

WHEREAS, the current deadline for substantial completion of document discovery is July 31, 2026;

WHEREAS, the Parties have been diligently meeting and conferring in good faith regarding modifications to the case schedule since June 15, 2026, reached agreement in principle on the extension of the July 1, 2026, deadlines on June 18, 2026, and finalized the details to be submitted to this Court on June 30, 2026;

WHEREAS, the Parties agree that additional time is needed to complete document discovery, including so that the Parties can incorporate and/or otherwise address Special Master Burns's rulings, such that the Parties now submit this joint proposal;

WHEREAS, the Parties stipulate and agree that good cause therefore exists for a four-month extension of the deadline for substantial completion of document

discovery, with commensurate extensions of the remaining current case deadlines between approximately 4.5 and 5 months, taking into account certain intervening holidays;

WHEREAS, the Parties further stipulate and agree that no further extensions of the document discovery deadline shall be requested absent extraordinary circumstances and that the proposed modifications will not prejudice any Party or unduly delay this Action;

WHEREFORE, ALL PARTIES TO THIS MDL PROCEEDING STIPULATE, AGREE, AND RESPECTFULLY REQUEST THE COURT MODIFY THE SCHEDULING ORDER AS FOLLOWS:

**1. Modified Case Schedule.** The Parties agree and request that the Court enter an amended case schedule as set forth in the table below:

| **Event** | **Current Schedule** | **Proposed (Modified) Schedule** |
|---|---|---|
| PowerSchool's Initial Privilege Log Ordered by Judge Burns on June 5, 2026 | July 1, 2026 | August 31, 2026 |
| Interrogatory Responses and Supplemental Interrogatory Responses Ordered by Judge Burns on June 5, 2026 | July 1, 2026 (PowerSchool); July 8, 2026 (Bain) | August 31, 2026 |
| Document Productions Ordered by Judge Burns on June 5, 2026 | July 1, 2026 (PowerSchool) | August 31, 2026 |
| Substantial completion of document discovery | July 31, 2026 | November 30, 2026 |
| Plaintiffs' Motion(s) for Class Certification & Plaintiffs' Expert Report(s) | August 7, 2026 | December 18, 2026 |
| Deposition(s) of Plaintiffs' expert(s) | September 4, 2026 | By February 1, 2027 |
| Defendants' Opposition(s) & Expert Report(s) | September 18, 2026 | February 10, 2027 |

| Event | Current Schedule | Proposed (Modified) Schedule |
|---|---|---|
| Deposition(s) of Defendants' expert(s) | By October 5, 2026 | By March 11, 2027 |
| Plaintiffs' Replies and Rebuttal Report(s) | October 19, 2026 | March 19, 2027 |
| Deadline to meet and confer regarding mediation | November 5, 2026 | April 5, 2027 |
| Completion of fact discovery | December 15, 2026 | May 14, 2027 |
| Opening Merits Expert Reports exchanged | January 15, 2027 | June 14, 2027 |
| Rebuttals to Merits Expert Reports exchanged | February 15, 2027 | July 15, 2027 |
| Completion of Merits Expert Discovery | March 15, 2027 | August 13, 2027 |
| Motions for Summary Judgment & Daubert Motions | April 15, 2027 | September 13, 2027 |
| Oppositions to Dispositive & Daubert Motions | May 17, 2027 | October 15, 2027 |
| Replies to Dispositive & Daubert Motions | June 15, 2027 | November 15, 2027 |
| Status Report on trial date, Section 1404 waivers, Lexecon waivers, and proposed bellwether trial plan | July 1, 2027 | December 1, 2027 |
| Pre-Trial Conference Date and Pretrial Disclosure Dates (Rule 26(a)(3)) | TBD | TBD |
| Trial Date | TBD | TBD |

**2. Limit on Additional Requests for Production & Expedited Dispute Resolution.** The Parties further agree and request that the Court enter an order providing that, absent good cause shown: (i) Plaintiffs shall not be permitted to serve more than 12 additional Requests for Production on Defendant PowerSchool and not more than 6 additional Requests for Production on each of Defendants Bain Capital

and Movate, respectively; and (ii) Defendant PowerSchool shall not be permitted to serve more than 12 additional Requests for Production, and each of Defendants Bain Capital and Movate shall not be permitted to serve more than 6 additional Requests for Production, on each of the Track One Plaintiffs, Track Two Class Plaintiffs, and Track Two Direct Action Plaintiffs, respectively. Notwithstanding the foregoing limits: (i) the Track Two Direct Action Plaintiffs shall be permitted to serve, without counting against the foregoing limits, additional Requests for Production issued within 21 days of the selection of the Track Two Direct Bellwether Plaintiffs that relate to those Bellwether Plaintiffs' relationship with PowerSchool; and (ii) Defendants shall be permitted to serve, without counting against the foregoing limits, Requests for Production on Track 2 Direct Bellwether Plaintiffs within 21 days of the selection of the Track Two Bellwether Plaintiffs. If any Party seeks to serve any Requests for Production beyond the aforementioned limit(s), the pertinent Parties shall meet and confer within three business days of the request to serve such additional Requests for Production. If a dispute regarding whether good cause exists for service of the additional Request(s) for Production is not resolved through the meet and confer process within three business days, any Party shall be permitted to submit a brief motion to Special Master Burns demonstrating good cause for the additional discovery. The pertinent Party shall have three business days from the date of service of such motion to file a response.

**3. No Further Extensions.** The Parties agree and request that the Court enter an order providing that there shall be no further extensions of the deadline for substantial completion of document discovery absent exceptional circumstances.

**IT IS SO STIPULATED.**

Dated: June 30, 2026

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jenn@frenchlawapc.com

David S. Casey, Jr., Cal. State Bar No. 60768
dcasey@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

*Co-Lead Counsel for Class Action Plaintiffs*

Carol C. Villegas, N.Y. State Bar No. 4154324*
cvillegas@labaton.com
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel.: (212) 907-0700

*Co-Lead Counsel for Teachers Unions Plaintiffs*

James J. Pizzirusso, D.C. State Bar No. 477604*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

*Co-Lead Counsel for Individual Action Plaintiffs*

James E. Cecchi, N.J. State Bar No. 030861989*
jcecchi@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700

*Lead Counsel for School District Class Action Plaintiffs*

James P. Frantz, Cal. State Bar No. 87492
jpf@frantzlawgroup.com
William B. Shinoff, Cal. State Bar No. 280020
wshinoff@frantzlawgroup.com
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101
Tel.: (619) 233-5945

*Co-Lead Counsel for School District Direct Action Plaintiffs*

*<u>/s/ Anne Johnson Palmer</u>*
Anne Johnson Palmer, Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
3 Embarcadero Center, Suite 300
San Francisco, CA 94111-4006
Tel.: 415-315-6337

Mark Gaioni, Cal. State Bar No. 339118
mark.gaioni@ropesgray.com
**ROPES & GRAY LLP**
10250 Constellation Boulevard, 21st Floor
Los Angeles, CA 90067
Tel.: 310-975-3300

Joshua S. Levy, Mass. State Bar No. 563017*
Joshua.levy@ropesgray.com
James Drabick, Mass. State Bar No. 667460*
james.drabick@ropesgray.com
Monica Mleczko, Mass. State Bar No. 696607*
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel.: 617-235-4082

Douglas Hallward-Driemeier, DC Bar No. 994052*
douglas.hallward-driemeier@ropesgray.com
**ROPES & GRAY LLP**
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: 202-508-4600

Laura G. Hoey, Mass. State Bar No. 650643*
Laura.hoey@ropesgray.com
**ROPES & GRAY LLP**
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606-4301
Tel: 312-845-1200

Christopher M. Young, Cal. State Bar No. 163319
christopher.young@dlapiper.com
Justin Van Ligten, Cal. State Bar No. 353587
justin.vanligten@us.dlapiper.com
**DLA PIPER LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

*Counsel for the PowerSchool Defendants*
* Admitted *pro hac vice*

*<u>/s/ Jacobus Janus Schutte</u>*
Jacobus Janus Schutte, NY State Bar No. 5023353*
jschutte@paulweiss.com
Alex Langsam, NY State Bar No. 5980891*
alangsam@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000

John P. Carlin, NY State Bar No. 3031887*
jcarlin@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: 202-223-7300

R. Rosie Vail, Cal. State Bar No. 317977
rvail@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Tel.: 628-432-5100

*Counsel for Defendant Bain Capital, L.P.*
* Admitted *pro hac vice*

*/s/ Jonathan D. White*
Jonathan D. White, NY State Bar No. 5393780*
jwhite@brownrudnick.com
Dylan P. Kletter, NY State Bar No. 5924659*
dkletter@ brownrudnick.com
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Tel: 212-209-4800

Renee Moulton, Cal. State Bar No. 353065
rmoulton@brownrudnick.com
**BROWN RUDNICK LLP**
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
Tel.: 424-525-0200

*Counsel for Defendant Movate, Inc.*
* Admitted *pro hac vice*

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual.

Dated: June 30, 2026

*/s/ Jennifer M. French*
*Plaintiffs' Liaison Counsel*
jenn@frenchlawapc.com