UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION | Case No.:  25-md-03149-AJB-MSB MDL No. 3149 <br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER** <br><br>**ECF. NO. 534** |

Before the Court is a joint motion to amend the proposed case schedule filed by Track One Plaintiffs, Track Two Class Plaintiffs and Track Two Direct Action Plaintiffs ("Plaintiffs") along with PowerSchool Corporation, PowerSchool Group LLC, Bain Capital, L.P., and Movate, Inc. ("Defendants") (collectively, "the Parties"). ECF No. 534. The Court **GRANTS** the Parties' joint motion and **ISSUES** the amended schedule as follows:

///

1

| Event | Deadline |
|---|---|
| PowerSchool's Initial Privilege Log Ordered by Judge Burns on June 5, 2026 | August 31, 2026 |
| Interrogatory Responses and Supplemental Interrogatory Responses Ordered by Judge Burns on June 5, 2026 | August 31, 2026 |
| Document Production Ordered by Judge Burns on June 5, 2026 | August 31, 2026 |
| Deadline for substantial completion of document discovery | November 30, 2026 |
| Plaintiffs' Motions for Class Certification and Plaintiffs' Expert Report(s) | December 18, 2026 |
| Deposition(s) of Plaintiffs' Expert(s) | February 1, 2027 |
| Defendants' Oppositions to Motions for Class Certification and Expert Report(s) | February 10, 2027 |
| Deposition(s) of Defendants' Expert(s) | March 11, 2027 |
| Plaintiffs' Replies in Support of Motions for Class Certification and Rebuttal Report(s) | March 19, 2027 |
| Deadline to meet and confer regarding mediation | April 5, 2027 |
| Completion of fact discovery | May 14, 2027 |
| Opening Merits Expert Reports Exchanged | June 14, 2027 |
| Rebuttals to Merits Expert Reports Exchanged | July 15, 2027 |
| Completion of Merits Experts Discovery | August 13, 2027 |
| Motions for Summary Judgment and *Daubert* Motions | September 13, 2027 |
| Oppositions to Dispositive and *Daubert* Motions | October 15, 2027 |
| Replies in Support of Dispositive and *Daubert* Motions | November 15, 2027 |

25-md-03149-AJB-MSB

| Event | Deadline |
|---|---|
| Status Report on trial date, 1404 waivers, *Lexecon* waivers, and agreed-upon and/or competing proposed bellwether trial plan. | December 1, 2027 |
| Pre-Trial Conference Date and Pretrial Disclosure Dates (Rule 26(a)(3)). | TBD |
| Trial Date | TBD |

The dates and times set forth herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

Dated:  July 16, 2026

_____

Honorable Michael S. Berg
United States Magistrate Judge

25-md-03149-AJB-MSB