James E. Cecchi (NJ 030861989)
*Admitted Pro Hac Vice*
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Email: jcecchi@carellabyrne.com

*Lead Counsel for the proposed School District Class and Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION,<br><br>*This Document Relates to the School District Class Action Track* | Case No. 25-md-3149-AJB-MSB<br><br>MDL 3149<br><br>CONSOLIDATED MDL DOCKET<br><br>**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BAIN CAPITAL, L.P.'S MOTION TO DISMISS THE SCHOOL DISTRICT SECOND AMENDED CLASS ACTION COMPLAINT (TRACK 2)** |

I, JAMES E. CECCHI, ESQ. of full age, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Cecchi, Brody & Agnello, P.C., and have been named as Lead Counsel for the School District Class and Counsel for Plaintiffs in the above matter. In such capacity, I am fully familiar with the facts contained herein.

2. This Declaration is based on my personal knowledge, and if called on to do so, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Brief in Opposition to the Motion of Defendant Bain Capital L.P. to Dismiss the Track 2 School District Plaintiffs' Second Amended Class Action Complaint.

4. I have caused true and correct copies of the following exhibits to be filed concurrently with this declaration:

a. Exhibit A: Article dated October 2, 2024, from marketscreen.com, entitled "PowerSchool Holdings Inc. Announces Cessation of Directors," available at https://www.marketscreener.com/quote/stock/POWERSCHOOLHOLDINGS-INC-125185285/news/PowerSchool-Holdings-Inc-Announces-Cessation-of-Directors-48009495/ (last visited Aug. 25, 2026);

b. Exhibit B: Article, dated September 24, 2024, entitled "PowerSchool Acquisition by Bain Capital: A Detailed Analysis," from Tradingcalendar.com, available at https://www.tradingcalendar.com/post/powerschool-bain-capital-acquisition (last visited Aug. 25, 2026);

c. Exhibit C: Article, dated July 8, 2025, entitled "PowerSchool Announces Antonio Pietri as Next CEO, Effective October 6, 2025," available at https://www.businesswire.com/news/home/20250708034741/en/PowerSchool-Announces-Antonio-Pietri-as-Next-CEO-Effective-October-6-2025 (last visited Aug. 25, 2026);

d. Exhibit D: Article, dated July 8, 2025, entitled "PowerSchool Announces Antonio Pietri as Next CEO, Effective October 6, 2025, available at https://www.powerschool.com/news/powerschool-announces-antonio-pietri-as-next-ceo-effective-october-6-2025/ (last visited Aug. 25, 2026);

e. Exhibit E: Excerpts from SEC Schedule 14C Information, available at https://www.sec.gov/Archives/edgar/data/1835681/000119312524182995/d836904dprem14c.htm#tx836904_34 (last visited Aug. 25, 2026);

f. Exhibit F: SEC Form 8-K dated October 1, 2024, available at https://www.sec.gov/Archives/edgar/data/1835681/000119312524230179/d94063d8k.htm (last visited Aug. 25, 2026); and

g. Exhibit G: Webpage from baincapital.com entitled "Our Global Presence," available at https://www.baincapital.com/locations (last visited Aug. 25, 2026).

5. Exhibits A through G are true and are true and correct printouts of web pages from publicly available websites. To the extent it was possible to include on each printout, the printouts set forth the URL address for the webpages comprising each exhibit, and each printout setting forth a URL address was last visited on the date set forth on each of the printouts. These webpages were printed as adobe/pdf documents and attached to this declaration.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge. This declaration was executed on August 25, 2026, in Roseland, New Jersey.

*<u>/s/ James E. Cecchi</u>*
James E. Cecchi