# EXHIBIT A

Search...

# POWERSCHOOL HOLDINGS, INC.

Inactive Instrument PowerSchool Holdings, Inc. Stocks PWSC US73939C1062 Software

Summary Quotes News Company Calendar Sector ETFs

All News Broker Recommendations Highlights Insiders Transcripts Press Releases Official Publications Other lang

# PowerSchool Holdings, Inc. Announces Cessation of Directors

Published on 10/01/2024 at 04:17 pm EDT
S&P Capital IQ

Add MarketScreener to your sources Share

POWERSCHOOL HOLDINGS, INC. -0.18%

On October 1, 2024, PowerSchool Holdings, Inc. completed its previously announced merger with BCPE Polymath Merger Sub, Inc., a Delaware corporation and a wholly owned subsidiary of BCPE Polymath Buyer, Inc. As a result of the Merger, at the Effective Time, (a) each of Hardeep Gulati, Laurence Goldberg, Maneet S. Saroya, Betty Hung, Gwen Reinke, Zach Levitt, Judy Cotte, Amy McIntosh, Barbara Byrne and Ronald D. McCray resigned from the Board of Directors of the Company (the Board") and any committees of the Board on which they served and ceased to be directors of the Company, and the directors of Merger Sub immediately prior to the completion of the Merger continued as the directors of the Surviving Corporation; and (b) the officers of the Company immediately prior to the completion of the Merger became the officers of the Surviving Corporation.

© S&P Capital IQ - 2024

Add MarketScreener to your sources Share