# EXHIBIT B

Neil Sharma · Sep 24, 2024 · 4 min read

# PowerSchool Acquisition by Bain Capital: A Detailed Analysis

*Update, September 24, 2024 - Merger currently scheduled to close during the first week of October, with shares of PWSC to be delisted from NYSE after the close of extended hours on September 30, 2024

PowerSchool Holdings, Inc., a leader in education technology, has entered into a significant merger agreement with Bain Capital (Boston based Private Equity firm). This merger aims to solidify PowerSchool's position in the industry while offering shareholders a considerable return on their investments. Let's dive into the details of the transaction, its implications for stakeholders, and what this means for the future of the company.

## Overview of the Merger

On June 6, 2024, PowerSchool entered into a definitive Agreement and Plan of Merger with BCPE Polymath Buyer, Inc (Bain Capital). The merger involves BCPE Polymath Merger Sub, Inc., a wholly owned subsidiary of the buyer, merging with PowerSchool, making PowerSchool a wholly owned subsidiary of the buyer. This strategic transaction is valued at $22.80 per share for holders of PowerSchool Class A Common Stock, which represents a premium for shareholders.

BCPE Polymath Buyer is a vehicle created by Bain Capital, a renowned private equity firm, to carry out the acquisition. The merger is expected to close following the satisfaction of various regulatory approvals and other customary closing conditions. This transaction reflects Bain's confidence in PowerSchool's growth potential and strategic positioning within the education technology sector.

## Merger Consideration for Shareholders

One of the key highlights of this transaction is the merger consideration offered to PowerSchool shareholders. Each share of Class A Common Stock will be converted into the right to receive $22.80 in cash. This represents a premium to the stock's pre-announcement trading price, rewarding shareholders with an immediate financial benefit.

However, not all shareholders will receive this consideration. Class B Common Stock, which is held by certain insiders, will be canceled without receiving merger consideration. Additionally, shareholders who opt for an appraisal right under Delaware law will be eligible to seek a judicial determination of the "fair value" of their shares.

## Rationale Behind the Merger

PowerSchool's Board, following a thorough evaluation process by a Special Committee, determined that this merger is in the best interest of the company's shareholders. The Special Committee, consisting of independent directors, evaluated potential

alternatives, such as remaining independent, but ultimately recommended the sale to BCPE Polymath Buyer due to the fair valuation and the strategic benefits it offered.

The board concluded that the merger consideration of $22.80 per share fairly compensates shareholders, given PowerSchool's current and projected financial performance. By accepting this offer, shareholders lock in a solid return and avoid potential risks associated with future uncertainties in the market.

## Impact on PowerSchool's Business

The merger with Bain Capital's affiliate is expected to boost PowerSchool's resources for growth and innovation, leveraging Bain's expertise and financial backing. As PowerSchool transitions into a private entity under Bain's leadership, it may focus on strategic long-term goals, free from the pressures of quarterly earnings reports.

This shift will likely provide PowerSchool with greater operational flexibility, enabling it to invest in new technologies and expand its reach within the education sector. Additionally, PowerSchool's management team will remain in place, ensuring continuity in leadership and strategy.

## Special Committee's Role in the Decision

A Special Committee was formed to assess the fairness of the merger. The committee was tasked with ensuring that the terms of the transaction were favorable to unaffiliated shareholders. After consulting financial advisors and legal counsel, the committee concluded that the transaction offered a premium to shareholders while aligning with the company's long-term vision.

The Special Committee also ensured that the interests of Class B shareholders, who will not receive merger consideration, were handled fairly, especially considering their significant stake in the company. The committee's recommendation was critical in gaining full board approval for the merger.

## Shareholder Voting and Approval

The merger was approved through a written consent delivered by major shareholders, representing about 69.8% of PowerSchool's voting power. As a result, no further action from shareholders was required, and PowerSchool was not obligated to call a meeting to solicit votes.

With these key shareholders in agreement, the transaction now moves forward without the need for a broader shareholder vote, streamlining the approval process and reducing potential delays.

## Appraisal Rights for Shareholders

Shareholders who oppose the merger have the right to seek an appraisal of their shares under Delaware law. This process allows shareholders to request a judicial review of the "fair value" of their shares, which could result in a different payment amount than the merger consideration. However, the appraisal process can be lengthy and costly, and shareholders who pursue this route must follow specific legal procedures to preserve their rights.

## Future of PowerSchool Post-Merger

Following the merger, PowerSchool will likely focus on expanding its product offerings and enhancing its market presence. Bain Capital's backing could lead to more significant investments in research and development, potentially positioning PowerSchool as a dominant force in education technology globally.
As a privately-held company, PowerSchool will have more freedom to pursue long-term strategic initiatives without the pressure of meeting short-term performance expectations. Bain Capital's involvement may also open doors for future acquisitions, helping PowerSchool expand its portfolio of education solutions.

## What the Merger Means for PowerSchool Employees

For PowerSchool employees, the merger may bring both opportunities and uncertainties. On one hand, Bain Capital's resources could result in more investments in training, development, and product innovation. On the other hand, some restructuring is not uncommon after private equity acquisitions, which could lead to changes in certain departments or roles.

That said, PowerSchool's management team is expected to remain in place, and the company's core mission to serve schools and educators with advanced technology solutions will continue to be a top priority.

## What's Next for PowerSchool?

This merger marks a pivotal moment for PowerSchool Holdings, Inc., offering shareholders an immediate premium and setting the stage for future growth under the ownership of Bain Capital. With its resources and strategic guidance, PowerSchool is poised to continue leading the education technology sector, bringing innovative solutions to schools and districts worldwide.

For shareholders, the $22.80 per share consideration provides a solid return on investment, especially in light of current market conditions. For the company, the transition to private ownership could pave the way for exciting new opportunities and strategic initiatives in the ever-evolving edtech landscape.
Is this the dawn of a new chapter for PowerSchool? Only time will tell, but the foundations are in place for continued success and innovation in the field of education technology.

## PowerSchool Acquisition

PowerSchool Acquisition