# EXHIBIT C

Jul 8, 2025 6:15 PM Eastern Daylight Time

# PowerSchool Announces Antonio Pietri as Next CEO, Effective October 6, 2025

Share

*Hardeep Gulati to transition after more than a decade of transformative leadership as company enters next growth phase*

FOLSOM, Calif.--(BUSINESS WIRE)--PowerSchool, a leading provider of cloud-based software for K-12 education serving over 60 million students and 18,000 school districts worldwide, today announced that Antonio Pietri, former President and CEO of Aspen Technology, will join the company as Chief Executive Officer effective October 6, 2025. Pietri will succeed Hardeep Gulati, who led PowerSchool for more than a decade and will continue as Senior Advisor to the CEO and Board supporting the transition.

"This transition reflects a shared commitment to PowerSchool's long-term success. Hardeep has been an outstanding partner in leading the company through a decade of transformation and growth. Antonio's expertise in scaling and operating vertical software firms adds the leadership experience to drive PowerSchool's transformation and deliver exceptional software solutions to a growing number of administrators, educators, parents, and students worldwide," said Dave Humphrey, Partner at Bain Capital.

"Hardeep has been instrumental in establishing PowerSchool's strong foundation and momentum. This transition reflects his commitment to the company's continued success. We look forward to supporting Antonio and the PowerSchool team as they continue advancing the mission to transform K-12 education through innovative software solutions," added Max de Groen, a Partner at Bain Capital.

Pietri brings extensive experience growing technology-driven companies in asset-intensive industries. As President and CEO of Aspen Technology since 2013, he led the publicly traded software company through sustained growth and a successful acquisition by Emerson in early 2025. Under his leadership, Aspen Technology became a market leader in industrial software solutions. Pietri combines deep operational expertise, unrelenting customer focus, and a proven ability to build high-performing teams that deliver results in product-led software businesses.

"PowerSchool is uniquely positioned to shape the future of K-12 education technology," said Pietri. "The company has built a strong foundation under Hardeep's leadership, and I look forward to working with this talented team to accelerate our mission of delivering education software that drives better student outcomes and empowers educators nationwide."

"Leading PowerSchool has been the greatest privilege of my career," said Gulati. "Over the past decade, our team has built the most comprehensive K-12 education platform, now making a meaningful difference in the lives of more than 60 million students and educators around the world. Most importantly, we have advanced our mission to personalize education for every learner. As I work alongside Antonio to support a smooth transition, I do so with deep gratitude and pride in the legacy we have built."

**About PowerSchool**

PowerSchool is a leading provider of cloud-based software for K-12 education in North America. Its mission is to empower educators, administrators, and families to ensure personalized education for every student journey. PowerSchool offers end-to-end product clouds that connect the central office to the classroom to the home with award-winning products including Schoology Learning and Naviance CCLR, so school districts can securely manage student data, enrollment, attendance, grades, instruction, assessments, human resources, talent, professional development, special education, data analytics and insights, communications, and college and career readiness. PowerSchool supports over 60 million students in more than 90 countries and over 18,000 customers, including more than 90 of the top 100 districts by student enrollment in the United States.

© PowerSchool. PowerSchool and other PowerSchool marks are trademarks of PowerSchool Holdings, Inc. or its subsidiaries. ** Other names and brands may be claimed as the property of others.

## Contacts

**Media Contact**
We. Communications for PowerSchool
WE-PowerSchool@we-worldwide.com
(503) 443-7155

**Industry:** Education Software Technology Primary/Secondary

### POWERSCHOOL HOLDINGS, INC.

### RELEASE VERSIONS

English

### CONTACTS

**Media Contact**
We. Communications for PowerSchool
WE-PowerSchool@we-worldwide.com
(503) 443-7155