# EXHIBIT G

Global Locations **Americas** Asia Europe

**Boston**

200 Clarendon Street
Boston
MA 02116
United States
Main: +1 (617) 516-2000
Fax: +1 (617) 516-2010
Google Maps

**Chicago**

222 West Adams Street
Suite 2200
Chicago
IL 60606
United States
Main: +1 (312) 253-6940
Google Maps

**New York**

535 Madison Avenue, 29th Floor
New York
NY 10022
United States
Main: +1 (212) 326-9420
Fax: +1 (212) 421-2225
Google Maps

**New York Broadway**

Venture and Crypto
799 Broadway, 10th Floor
New York
NY 10003
United States
Main: +1 (212) 822-2900
Google Maps

**Palo Alto**

524 Hamilton Avenue
Palo Alto
CA 94301
United States
Main: +1 (650) 798-2500
Google Maps

**San Francisco**

450 Pacific Avenue
San Francisco
CA 94133
United States
Main: +1 (628) 201-3600
Google Maps