Jenn French, Cal. State Bar No. 265422
jenn@frenchlawapc.com
**JENNIFER M. FRENCH, APC**
1050 University Ave., Ste. E107-80
San Diego, CA 92103
Tel.: 858.205.4119

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 3:25-md-03149-AJB-DDL<br><br>**DECLARATION OF JENNIFER M. FRENCH IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE INMATE WITNESS MATTHEW LANE (Fed. R. Civ. P. 30(a)(2)(B))**<br><br>Judge: Hon. Anthony J. Battaglia<br>Ctrm: 4A |

I, Jennifer M. French, declare as follows:

1. I am an attorney duly licensed to practice in the state of California. I am a principal at Jennifer M. French, APC and serve as appointed Plaintiffs' Liaison Counsel in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, would testify thereto.

2. A true and correct copy of the Judgment in *United States v. Lane*, No. 4:25-cr-40015-MRG (D. Mass. Oct. 13, 2025), Dkt No. 22, is attached as **Exhibit A** to the Appendix to Plaintiffs' Unopposed Motion for Leave to Depose Inmate Witness Matthew Lane.

3. I performed a search for Matthew D. Lane, #88281-511, on the Federal Bureau of Prisons inmate locator information. Mr. Lane remains housed in FCI Danbury, 33 ½ Pembroke Station, Route 37, Danbury, CT 06811.

4. I sent Mr. Lane a letter at the above address asking whether he would consent to have his deposition taken in this case. Mr. Lane advised me through his former CJA appointed counsel that he will not consent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on in San Diego, California.

Dated: October 28, 2026 *<u>/s/ Jenn French</u>*