Jenn French, Cal. State Bar No. 265422
jenn@frenchlawapc.com
**JENNIFER M. FRENCH, APC**
1050 University Ave., Ste. E107-80
San Diego, CA 92103
Tel.: 858.205.4119

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION, | Case No.: 3:25-md-03149-AJB-DDL<br><br>**APPENDIX OF EXHIBITS TO PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE INMATE WITNESS MATTHEW LANE (Fed. R. Civ. P. 30(a)(2)(B))**<br><br>Judge: Hon. Anthony J. Battaglia<br>Ctrm: 4A |

Plaintiffs submit this Appendix of Exhibits to their Unopposed Motion for Leave to Depose Inmate Witness Matthew Lane:

| **Ex. No.** | **Starting Page No.** |
|---|---|
| A | 1 |

Dated: October 28, 2026

*/s/ Jenn French*
*Plaintiffs' Liaison Counsel*
Email: jenn@frenchlawapc.com