Anne Johnson Palmer (SBN 302235)
**ROPES & GRAY LLP**
One Maritime Plaza, Suite 1800
300 Clay Street
San Francisco, CA 94111
Tel: (415) 315-6337
anne.johnsonpalmer@ropesgray.com

Douglas Hallward-Driemeier (DC Bar No. 994052)*
**ROPES & GRAY LLP**
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 508-4600
douglas.hallward-driemeier@ropesgray.com

Christopher M. Young (SBN 163319)
Justin Van Ligten (SBN 353587)
**DLA PIPER LLP (U.S.)**
4365 Executive Drive Suite 1100
San Diego, CA 92121
Tel: (619) 699-4748
christopher.young@us.dlapiper.com
justin.vanligten@us.dlapiper.com

*Attorneys for Defendants PowerSchool Corporation and PowerSchool Group, LLC*

[*Additional Counsel in Signature Block*]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

*This Document Relates to the School District Direct Action Track*

Case No. 3:25-md-03149-AJB-DDL

MDL NO. 3149

**JOINT MOTION RE: BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS THE SCHOOL DISTRICT DIRECT ACTIONS SECOND AMENDED CONSOLIDATED MASTER COMPLAINT**

# JOINT MOTION

The School District Direct Action Plaintiffs ("Plaintiffs") and Defendants PowerSchool Corporation and PowerSchool Group LLC ("PowerSchool"), Bain Capital, L.P. ("Bain"), and Movate, Inc. ("Movate") (collectively, "Defendants," and together with Plaintiffs, the "Parties") by and through their undersigned counsel hereby jointly move this Court for an order based upon the following:

**WHEREAS**, Plaintiffs are each individual school districts that have filed their own complaints against one or more Defendants, in actions that have been transferred to this Court by the Judicial Panel on Multidistrict Litigation or that have been filed in this Court as part of this multidistrict litigation ("MDL");

**WHEREAS**, Plaintiffs have each individually adopted the factual allegations and certain claims asserted in the School District Direct Actions First Amended Consolidated Master Complaint (ECF 288) by filing Short Form Complaints directly in this MDL;

**WHEREAS**, on October 23, 2026, the Court granted in part Plaintiffs' motion for leave to file a Second Amended Consolidated Master Complaint and directed Plaintiffs to file a compliant Second Amended Master Complaint by November 6, 2026 (ECF 571);

**WHEREAS**, on November 6, 2026, Plaintiffs filed the School District Direct Actions Second Amended Consolidated Master Complaint (ECF 584), which is now the operative master complaint, against each of the Defendants;

**WHEREAS**, Defendants' responses to Plaintiffs' operative master complaint are currently due November 20, 2026, *see* Fed. R. Civ. P. 15(a)(3);

**WHEREAS**, the Second Amended Consolidated Master Complaint spans 235 pages and asserts numerous claims on behalf of school districts in multiple states against each of the Defendants;

**WHEREAS**, Civil Local Rule 7.1(h) limits briefs in support of or in opposition to a motion to 25 pages and reply briefs to 10 pages absent leave of Court, and, given the length of the Second Amended Consolidated Master Complaint and the number of claims and jurisdictions at issue, the Parties agree that good cause exists for modestly expanded page

limits with respect to the briefing addressing the claims asserted against PowerSchool;

**WHEREAS**, Defendants' current response deadline falls immediately before the Thanksgiving holiday and the November 30, 2026, deadline for substantial completion of document discovery;

**WHEREAS**, the Parties have conferred and agree that good cause exists for the requested extension and briefing schedule, which will not prejudice any Party or unduly delay this action;

**WHEREFORE, THE PARTIES JOINTLY MOVE THE COURT FOR AN ORDER AS FOLLOWS:**

1. Defendants' deadline to answer or otherwise respond to the Second Amended Consolidated Master Complaint is extended from November 20, 2026, to December 18, 2026, and Defendants must file any motions to dismiss the operative master complaint by that date;
2. Plaintiffs must file any oppositions to Defendants' motions to dismiss the operative master complaint by January 29, 2027;
3. Defendants must file any replies in support of their motions to dismiss the operative master complaint by February 19, 2027; and
4. Pursuant to Civil Local Rule 7.1(h), PowerSchool's memorandum of points and authorities in support of its motion to dismiss and Plaintiffs' response in opposition to PowerSchool's motion to dismiss may not exceed 30 pages, and PowerSchool's reply in support of its motion to dismiss may not exceed 15 pages.

Dated: November 16, 2026

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer, Cal. State Bar No. 302235
anne.johnsonpalmer@ropesgray.com
**ROPES & GRAY LLP**
One Maritime Plaza, Suite 1800
300 Clay Street
San Francisco, CA 94111
Tel.: 415-315-6337

James R. Drabick, Mass. BBO No. 667460*
Monica Mleczko, Mass. BBO No. 696607*
james.drabick@ropesgray.com
monica.mleczko@ropesgray.com
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000

Christopher M. Young, Cal. State Bar No. 163319
Justin Van Ligten, Cal. State Bar No. 353587
christopher.young@us.dlapiper.com
justin.vanligten@us.dlapiper.com
**DLA PIPER LLP (U.S.)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619-699-4748

*Counsel for the PowerSchool Defendants*
* Admitted *pro hac vice*

Dated: November 16, 2026

*/s/ Jacobus J. Schutte*
Jacobus J. Schutte, NY State Bar No. 5023353*
Alex Langsam, NY State Bar No. 5980891*
jschutte@paulweiss.com
alangsam@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000

John P. Carlin, NY State Bar No. 3031887*
jcarlin@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, &**

**GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Tel.: 202-223-7300

R. Rosie Vail, Cal. State Bar No. 317977
rvail@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Tel.: 628-432-5100

*Counsel for Defendant Bain Capital, L.P.*
* Admitted *pro hac vice*

Dated: November 16, 2026

*/s/ Jonathan D. White*
Jonathan D. White, NY State Bar No. 5393780*
Dylan P. Kletter, NY State Bar No. 5924659*
jwhite@brownrudnick.com
dkletter@brownrudnick.com
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Tel: 212-209-4800

Renee Moulton, Cal. State Bar No. 353065
rmoulton@brownrudnick.com
**BROWN RUDNICK LLP**
2121 Avenue of the Stars, Suite 720
Los Angeles, CA 90067
Tel.: 424-525-0200
*Counsel for Defendant Movate, Inc.*
* Admitted *pro hac vice*

Dated: November 16, 2026

*/s/ William B. Shinoff*
William B. Shinoff, Cal. State Bar No. 280020
James P. Frantz, Cal. State Bar No. 87492
**FRANTZ LAW GROUP, APLC**
402 West Broadway, Suite 860
San Diego, CA 92101

Tel: (619) 233-5945
jpf@frantzlawgroup.com
wshinoff@frantzlawgroup.com

*Co-Lead Counsel for School District Direct Action Plaintiffs (Track Two)*

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document as required under Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual.

Dated: November 16, 2026

*/s/ Anne Johnson Palmer*
Anne Johnson Palmer, Cal. State Bar No. 302235
*Counsel for the PowerSchool Defendants*