UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

Case No.: 25-md-03149-AJB-DDL
MDL No. 3149

**ORDER AMENDING SCHEDULE**

Upon discussion with the Special Master, having reviewed the parties' proposed amendment to the case schedule, and finding good cause therefor, the Court **AMENDS** the remaining deadlines in the operative schedule (Doc. No. 545) as set forth in the table below:

| **Event** | **Current Schedule** | **Modified Schedule** |
|---|---|---|
| Substantial completion of document discovery | November 30, 2026 | November 30, 2026 *(unchanged)* |
| Completion of Bain and Movate Pre-Certification Depositions | – | February 19, 2027 |

///

///

///

| **Event** | **Current Schedule** | **Modified Schedule** |
|---|---|---|
| Plaintiffs' Motion(s) for Class Certification & Plaintiffs' Expert Report(s) | December 18, 2026 | February 26, 2027 |
| Deadline to meet and confer regarding mediation | April 5, 2027 | April 5, 2027 *(unchanged)* |
| Deposition(s) of Plaintiffs' expert(s) | February 1, 2027 | By April 12, 2027 |
| Defendants' Opposition(s) & Expert Report(s) | February 10, 2027 | April 21, 2027 |
| Completion of fact discovery | May 14, 2027 | May 14, 2027 *(unchanged)* |
| Deposition(s) of Defendants' expert(s) | By March 11, 2027 | By May 20, 2027 |
| Plaintiffs' Replies and Rebuttal Report(s) | March 19, 2027 | May 28, 2027 |
| Opening Merits Expert Reports exchanged | June 14, 2027 | June 14, 2027 *(unchanged)* |
| Rebuttals to Merits Expert Reports exchanged | July 15, 2027 | July 15, 2027 *(unchanged)* |
| Completion of Merits Expert Discovery | August 13, 2027 | August 13, 2027 *(unchanged)* |
| Motions for Summary Judgment & Daubert Motions | September 13, 2027 | September 13, 2027 *(unchanged)* |
| Oppositions to Dispositive & Daubert Motions | October 15, 2027 | October 15, 2027 *(unchanged)* |
| Replies to Dispositive & Daubert Motions | November 15, 2027 | November 15, 2027 (unchanged) |
| Status Report on trial date, Section 1404 waivers, *Lexecon* waivers, and proposed bellwether trial plan | December 1, 2027 | December 1, 2027 *(unchanged)* |

///

| **Event** | **Current Schedule** | **Modified Schedule** |
|---|---|---|
| Pre-Trial Conference Date and Pretrial Disclosure Dates (Rule 26(a)(3)) | TBD | TBD |
| Trial Date | TBD | TBD |

**IT IS SO ORDERED.**

Dated: November 16, 2026

Hon. Anthony J. Battaglia
United States District Judge