UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: POWERSCHOOL HOLDINGS, INC. AND POWERSCHOOL GROUP, LLC CUSTOMER SECURITY BREACH LITIGATION

This Document Relates To:

School District Direct Action Track

Case No.: 25-md-03149-AJB-MSB
MDL No. 3149

**ORDER GRANTING JOINT MOTION RE: BRIEFING SCHEDULE AND PAGE LIMITS**

**(Doc. No. 586)**

Before the Court is a motion filed by the School District Direct Action Plaintiffs ("Plaintiffs") and Defendants PowerSchool Corporation and PowerSchool Group LLC, Bain Capital, L.P., and Movate, Inc. (collectively, "Defendants"), seeking an extension to Defendants' response deadline and briefing schedule related thereto. The Court **GRANTS** the motion and **ORDERS**:

1. Defendants must respond to the Second Amended Consolidated Master Complaint **no later than December 18, 2026**. If Defendants choose to file a motion to dismiss, such motion must not exceed 30 pages, exclusive exhibits.

2. If Defendants file a motion to dismiss, Plaintiffs must file a response **no later than January 29, 2027**. Any response must not exceed 30 pages, exclusive exhibits.

3. Defendants may file a reply **no later than <u>February 19, 2027</u>**. Any reply must not exceed 15 pages.

**IT IS SO ORDERED.**

Dated: November 16, 2026

Hon. Anthony J. Battaglia
United States District Judge